IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE GATEWAY VENTURES, LLC, | § § § | Case No. 21-30071-hcm<br>Chapter 11 |
| Debtor. | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

COMES NOW counsel for Suresh Kumar ("Kumar"), a secured creditor and party in interest in the above Chapter 11 case, and requests that copies of all motions, pleadings, orders, proposed orders, proposed disclosure statements and plans be sent to:

> Harrel L. Davis
> State Bar No. 05567560
> GORDON DAVIS JOHNSON & SHANE P.C.
> P.O. BOX 1322
> El Paso, Texas 79947-1322
> (915) 545-1133
> (915) 545-4433 (fax)
> hdavis@eplawyers.com

Kumar further requests that the Clerk of the above-named Court mail to Harrel Davis copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all notices required by clauses (1), (2), (3), (5), (6), (7) and (8) of Subdivision (a), 2002(b), 3020, 6004 and 9013, be mailed to Harrel Davis.

PLEASE TAKE FURTHER NOTICE that Kumar intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Kumar to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Kumar to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to these cases; (iii) the right of Kumar to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Kumar is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Kumar.

DATED this 3rd day of February, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

By: _____
Harrel L. Davis III
State Bar No. 05567560
Attorneys for Suresh Kumar

### CERTIFICATE OF SERVICE

I certify that on the 3rd day of February, 2021, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

_____
Harrel L. Davis

Label Matrix for local noticing
0542-3
Case 21-30071-hcm
Western District of Texas
El Paso
Wed Feb  3 12:44:57 CST 2021

The Gateway Ventures, LLC
c/o PDG Prestige, Inc.
780 N Resler Drive, Suite B
El Paso, TX 79912-7196

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Ashish Nayyar
806 Rockport Lane
Allen, TX 75013

Depcesh Shrestha
3708 N. White Chapel Blvd.
Southlake, TX 76092-2042

El Paso County Tax AC
301 Manny Martinez Dr., 1st Floor
El Paso, TX 79905-5503

HD Lending LLC
6080 Surety Dr. Ste 101
El Paso, TX 79905-2066

HD Lending LLC
c/o Stephen H. Nickey PC
1201 North Mesa Ste. B
El Paso, TX 79902-4000

Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

Marty D. Price
2514 Boll St.
Dalals, TX 75204-2512

Michael Dixson
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

PDG Prestige, Inc.
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

Rahim Noorani
4312 Hopi Drive
Carrolton, TX 75010-1133

Saleem Makani
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Suhail Bawa
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Umesh Shrestha
8505 Revenue Way
North Richland Hills, TX 76182-7431

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Westar Investor Group LLC
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18