IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

The undersigned counsel hereby makes an appearance on behalf of Creditors Westar Investors Group, LLC, Saleem Makani, and Suhail Bawa and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, respectfully requests that all notices given or required to be served in this proceeding also be served upon the undersigned counsel at the following address:

Eric C. Wood
BROWN FOX PLLC
5550 Granite Pkwy., Suite 175
Plano, Texas 75024
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

Further, this request includes the documents referenced above and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated: February 3, 2021

        Respectfully submitted,

        By: */s/ Eric C. Wood*
        Eric C. Wood
        State Bar No. 24037737
        BROWN FOX PLLC
        5550 Granite Pkwy., Suite 175
        Plano, Texas 75024
        Phone: (214) 327-5000
        Fax: (214) 327-5001
        Email: eric@brownfoxlaw.com

        ATTORNEYS FOR CREDITORS
        WESTAR INVESTORS GROUP, LLC,
        SALEEM MAKANI, AND SUHAIL BAWA

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.

*/s/ Eric C. Wood*
Eric C. Wood