IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-30071-HCM |
| THE GATEWAY VENTURES, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES OF DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9007**

Pursuant to Bankruptcy Rule 9010(b), HD LENDING, LLC. a party in interest in the above-referenced case, hereby enters this appearance for this party and hereby requests that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 3017 and 9007, HD Lending, LLC receives copies of all notices given or required to be given in this case and all papers served or required to be served in this case, at the office address and telephone number set forth herein.

Please take further notice that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Said copies shall be addressed to the following address:

16740.101/CPIN/1574079.1

1

Clyde A. Pine, Jr.
Mounce, Green, Myers, Safi,
Paxson & Galatzan, P.C.
P. O. Drawer 1977
El Paso, Texas 79950-1977
(915) 532-2000
Facsimile: (915) 541-1597
pine@mgmsg.com

      Respectfully submitted,

      MOUNCE, GREEN, MYERS, SAFI, PAXSON
      & GALATZAN
      A Professional Corporation
      P.O. Drawer 1977
      El Paso, Texas 79950-1977
      (915) 532-2000
      Fax: (915) 541-1548
      pine@mgmsg.com


      /s/ Clyde A. Pine, Jr.
      Clyde A. Pine, Jr.
      State Bar No. 16013460

## CERTIFICATE OF SERVICE

I, Clyde A. Pine, Jr., hereby certify on this 4th day of February, 2021, a true and correct copy of the foregoing was forwarded by e-mail to Jeff Carruth, by email at jcarruth@wkpz.com and by certified mail to Weycer, Kaplan, Pulaski, & Zuber, P.C., 3030 Matlock Rd., Arlington, Texas 76015, first class mail to The Gateway Ventures, LLC c/o PDG Prestige, Inc., 780 N. Resler Drive, Suite B, El Paso, Texas 79912, and mailed to U.S. Trustee's Office, 511 E. San Antonio Ave., Rm. 444, El Paso, Texas 79901.

      /s/ Clyde A. Pine, Jr.
      Clyde A. Pine, Jr.