IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071 |
| | § | |
| Debtor. | § | |
| | § | |

**MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), proposed counsel to the Debtor and Debtor in Possession, files this *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* and in support thereof would show the Court the following.

1. A separate motion for expedited consideration of this motion has been filed contemporaneously with this motion.

2. Expedited consideration of this motion is necessary to clarify the representation of the Debtor in this case as critical deadlines approach and otherwise with respect to the ordinary fiduciary duties of the Debtor as Debtor in Possession.

3. On February 2, 2021, The Gateway Ventures, LLC ("TGV" or the "Debtor") filed a voluntary petition to commence this Chapter 11 case.

4. Previously, on January 21, 2021, WKPZ transmitted a proposed engagement letter to TGV.

5. On January 26, 2021, TGV executed and delivered the engagement letter to WKPZ.

6. WKZP would show that TGV has not met the requirements of WKPZ set forth in the engagement letter.

7. Accordingly, WKPZ requests that the Court permit WKPZ to withdraw from this case so that WKPZ is not charged further with (1) performing and/or assisting TGV with the tasks necessary for the various critical initial deadlines that impact the prosecution of this Chapter 11 case nor (2) advising and/or assisting TGV with the fulfillment of the normal duties of TGV as Debtor in Possession.

8. A proposed form of order accompanies this Motion.

WHEREFORE, Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), proposed counsel for the Debtor and Debtor in Possession, respectfully requests that the Court enter an order withdrawing WKPZ from the representation of The Gateway Ventures, LLC in this case. Movant respectfully requests such other and further relief to which movant is entitled at law or in equity.

*{continued on following sheet}*

Dated: February 5, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
THE GATEWAY VENTURES, LLC

### CERTIFICATE OF CONFERENCE

The undersigned supplied a draft of this Motion to Mr. Michael Dixson, the principal of the Debtor on February 3, 2021 by email and attachments, text (SMS) message and attachments, and Federal Express overnight delivery (which delivery was unsuccessful per messages from Federal Express to the undersigned). The undersigned briefly spoke with Mr. Dixson by telephone on February 3, 2021 and February 4, 2021. Mr. Dixson has not indicated that this Motion is opposed or unopposed.

*/s/ Jeff Carruth*
JEFF CARRUTH

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 5, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below. Additional service was made by email and text (SMS) message, with attachments, to the Debtor through Mr. Michael Dixson, and by Federal Express to the Debtor at the address shown on the mailing list below.

*/s/ Jeff Carruth*
JEFF CARRUTH

# ECF SERVICE LIST

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Eric Charles Wood on behalf of Creditor Westar Investors Group, LLC
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Saleem Makani
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Suhail Bawa
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

## REGULAR MAIL LIST / MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Fri Feb 5 14:41:39 CST 2021 | The Gateway Ventures, LLC<br>c/o PDG Prestige, Inc.<br>780 N Resler Drive, Suite B<br>El Paso, TX 79912-7196 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 |
| HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 | HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 |
| Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 | Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 | Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 |
| Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>25 Greenway Plaza, #2050<br>Houston, TX 77046 |

End of Label Matrix
Mailable recipients 23
Bypassed recipients 0
Total 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C., P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NO. 7)**

On this day came on for consideration the *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* (Docket No. 7) (the "Motion") filed herein on February 5, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

    1.    The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. Weycer, Kaplan, Pulaski & Zuber, P.C. is hereby withdrawn as counsel for The Gateway Ventures, LLC, the Debtor and Debtor in Possession in this case.

4. Weycer, Kaplan, Pulaski & Zuber, P.C. promptly shall serve this Order on all creditors and parties in interest for this case, including expedited service upon the Debtor.

5. **THE GATEWAY VENTURES, LLC AND MICHAEL DIXSON ARE ADVISED THAT BECAUSE THE GATEWAY VENTURES, LLC IS A BUSINESS ENTITY, IT MUST BE REPRESENTED BY COUNSEL IN THIS COURT. THIS CASE IS SUBJECT TO DISMISSAL UNLESS THE GATEWAY VENTURES, LLC IS REPRESENTED BY A LICENSED ATTORNEY WHO IS ADMITTED TO PRACTICE BEFORE THIS COURT.**

###

Submitted by:
Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
THE GATEWAY VENTURES, LLC