IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NO. 8)**

On this day came on for consideration *Motion For Expedited Consideration Regarding Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* (Docket No. 8) (the "Motion to Expedite") regarding the *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* (Docket No. 7) (the "Motion to Withdraw") filed herein on February 5, 2021 by *Weycer, Kaplan, Pulaski & Zuber, P.C.* The Court finds and concludes that the Motion to Expedite should be granted.

**IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the Motion to Withdraw at the date and time entered on the docket for this case. Movant shall be responsible for notice.**

###