IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | Case No. 21-30071 |
| Debtor. | § | |

**NOTICE OF HEARING REGARDING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NOS. 7, 8, 9)**

Please take notice that the Court has set the following items for hearing on **FEBRUARY 9, 2021 at 11:30 AM (MT) / 12:30 PM (CT)** through the Court's electronic Cisco WebEx Meetings application at the address / link shown below and through the **Court's instructions attached hereto**.

*Parties may also attend the hearing by phone at 650-479-3207 with access code 160 357 6609.*

**ADDRESS / LINK**: us-courts.webex.com/meet/Mott.

| Date | # | Docket Text |
|---|---|---|
| 02/05/2021 | 7 (9 pgs; 2 docs) | Motion to Withdraw Attorney filed by Jeff Carruth for Debtor The Gateway Ventures, LLC (Attachments: # 1 Proposed Order)(Carruth, Jeff) |
| 02/05/2021 | 8 (7 pgs; 2 docs) | Motion to Expedite Hearing filed by Jeff Carruth for Debtor The Gateway Ventures, LLC (Attachments: # 1 Proposed Order)(Carruth, Jeff) (Related Document(s): 7 Motion to Withdraw Attorney filed by Jeff Carruth for Debtor The Gateway Ventures, LLC (Attachments: # 1 Proposed Order)) |
| 02/05/2021 | | **EXPEDITED Hearing to Consider and Act Upon the Following**: (Related Document(s): 7 Motion to Withdraw Attorney filed by Jeff Carruth for Debtor The Gateway Ventures, LLC **Hearing Scheduled For 2/9/2021 at 11:30 AM (MT), 12:30 PM (CT),** at us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650-479-3207 with access code 160 357 6609#...*COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF THE HEARING...* (Farrar, Ronda) |
| 02/05/2021 | 9 (1 pg) | Order Regarding (related document(s): 8 Motion to Expedite Hearing filed by Jeff Carruth for Debtor The Gateway Ventures, LLC (Attachments: # 1 Proposed Order)(Carruth, Jeff) (Related Document(s): 7 Motion to Withdraw Attorney filed by Jeff Carruth for Debtor The Gateway Ventures, LLC (Attachments: # 1 Proposed Order))) (Order entered on 2/5/2021) (Cardenas, Rachel) |

Dated:  February 5, 2021  Respectfully submitted:

       WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
       By:   */s/ Jeff Carruth*
         JEFF CARRUTH (TX SBN:. 24001846)
       3030 Matlock Rd., Suite 201
       Arlington, Texas 76105
       Telephone: (713) 341-1158
       Fax: (866) 666-5322
       E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
THE GATEWAY VENTURES, LLC

## CERTIFICATE OF SERVICE

A separate certificate of service will be filed

       */s/ Jeff Carruth*
       JEFF CARRUTH

***Effective November 2, 2020***
**JUDGE MOTT WEBEX VIRTUAL COURTROOM--USER INSTRUCTIONS**

*NOTE: for all WebEx and telephonic hearings conducted <u>on and after November 2, 2020</u>, Judge Mott's WebEx URL/meeting information and dial-in number will change as reflected below.*

<u>**You Need:**</u>
To use WebEx to attend court, you will need (1) a computer, laptop or tablet *with a camera* ("<u>computer device</u>"); (2) a high-speed internet connection; and (3) a phone (mobile or landline).
AND
the first time--*you must download and install* the "Cisco Webex Meetings" free software application on your computer device. If you are a first-time WebEx user: (1) do not "sign in", instead use as "guest"; (2) type in your screen name and email address; and (3) select "continue".

<u>**Step-by-Step Instructions to Join Courtroom Hearing**</u>

1-*Open the Cisco Webex Meetings software application* on your computer device
A-in the "Join a Meeting" box, type in the following **<u>NEW</u> URL/meeting address**:
**us-courts.webex.com/meet/Mott**
B-select "Join"

2-You will then see a screen called "Judge Mott's Virtual Courtroom". You will have access to the courtroom when the host arrives, usually can access about 30 minutes before the start of hearing.

3-*Under "Audio" dropdown*: Select "Call Me" **OR** "Call In". DO NOT USE Computer/Internet Audio.

A-If you selected "Call Me", then (1) type in your phone number and then click on "Join Meeting", (2) you will be called on your phone and when you answer, you will be connected to courtroom by audio.
*(Note: the "Call Me" option is now available and is much simpler than using the "Call In" option)*

B-If you selected "Call In", then: (1) click on "Join Meeting/Join"; (2) a pop-up window will appear, and then on your phone, (1) dial the first "call-in toll" phone number displayed on the screen, (2) then dial the Access Code displayed on the screen followed by #, and (3) then dial the **Attendee ID** displayed on the screen, followed by # . You will then be connected to the courtroom audio by phone.

That's it!
Speak into your phone to address the Court; using earbuds or handsets (not speakerphones) are strongly encouraged!

*NOTE: Use WebEx through the WebEx Meetings software, not your internet browser*


***IF ALL ELSE FAILS, YOU CAN ATTEND THE HEARING BY PHONE ONLY, BY DIALING <u>NEW</u> phone number 650-479-3207, access code 160-357-6609#, press # again for no attendee ID***

Effective 11.2.2020

---

**NOTICE OF HEARING REGARDING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NOS. 7, 8, 9) — Page 3**  1914333.DOCX [1]