UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-30071 |
| THE GATEWAY VENTURES, LLC | § | |
| DEBTORS(S), | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF EL PASO**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 8th day of February, 2021, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| JEFF CARRUTH<br>WEYCER KAPLAN PULASKI &<br>ZUBER, P.C.<br>25 GREENWAY PLAZA, #2050<br>HOUSTON, TX 77046 | UNITED STATES TRUSTEE-EP12<br>U.S. TRUSTEE'S OFFICE<br>615 E. HOUSTON, SUITE 533 P.O. BOX 1539<br>SAN ANTONIO, TX 78295-1539 | THE GATEWAY VENTURES, LLC<br>780 N. RESLER DRIVE, SUITE B<br>EL PASO, TX 79912 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone: (210) 225-6763
Facsimile: (210) 225-6410
Email: sanantonio.bankruptcy@publicans.com

By: /s/ Don Stecker
_____
Don Stecker
SBN: 19095300 TX