**Motion withdrawn on the record at hearing held 2/9/21.**



**SO ORDERED.**

**SIGNED this 09th day of February, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C., P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NO. 7)**

On this day came on for consideration the *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* (Docket No. 7) (the "Motion") filed herein on February 5, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. Weycer, Kaplan, Pulaski & Zuber, P.C. is hereby withdrawn as counsel for The Gateway Ventures, LLC, the Debtor and Debtor in Possession in this case.

4. Weycer, Kaplan, Pulaski & Zuber, P.C. promptly shall serve this Order on all creditors and parties in interest for this case, including expedited service upon the Debtor.

**5. THE GATEWAY VENTURES, LLC AND MICHAEL DIXSON ARE ADVISED THAT BECAUSE THE GATEWAY VENTURES, LLC IS A BUSINESS ENTITY, IT MUST BE REPRESENTED BY COUNSEL IN THIS COURT. THIS CASE IS SUBJECT TO DISMISSAL UNLESS THE GATEWAY VENTURES, LLC IS REPRESENTED BY A LICENSED ATTORNEY WHO IS ADMITTED TO PRACTICE BEFORE THIS COURT.**

###

Submitted by:
Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
THE GATEWAY VENTURES, LLC

