IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 21-30071 |
| THE GATEWAY VENTURES LLC, | § § | (Chapter 11) |
| Debtor. | § § § | |

**MOTION OF DEBTOR TO EXTEND TIME FOR FILING CERTAIN LISTS, SCHEDULES, AND STATEMENTS PURSUANT TO BANKRUPTCY RULE 1007**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

The Gateway Ventures LLC debtor and debtor in possession ("TGV" or the "Debtor") file this *Motion of Debtor to Extend Time for Filing Certain Lists, Schedules, and Statements Pursuant to Bankruptcy Rule 1007* and in support thereof would show the Court the following.

## INTRODUCTION

1. This motion seeks authorization for the Debtor to file schedules, equity security holders list, and the statement of financial affairs by **February 26, 2021**.

2. The meeting of creditors is scheduled for March 4, 2021.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to, and without limitation §§ 105, 363, 507, and 1101 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

4. Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

5. The Court may try this action to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identify and background of the Debtors and Debtors in Possession.**

6. TGV owns and is developing a tract of commercial real property in El Paso Count, Texas.

**The Commencement of the Bankruptcy Cases.**

7. On February 2, 2020, TGV commenced the above-captioned Chapter 11 case by filing a voluntary petition.

8. TGV commenced this case in order to stop the foreclosure of the El Paso County real property by the first lien holder and following the exhaustion of attempts to delay foreclosure in order to complete one or more sales of some or all of the property.

**Factual background in support of the relief requested, and basis of relief.**

9. TGV retained the undersigned law firm as of January 26, 2021.

10. The schedules and related initial pleadings are due on February 16, 2021.

11. The meeting of creditors is set on March 4, 2021..

12. Debtor seeks an extension of time to file its schedules and other initial pleadings to **February 26, 2021**.

13. Bankruptcy Rules 1007(a)(5) and (c) authorizes the Court to grant an extension of the date by which the lists and the schedules and statements of the Debtor must be filed pursuant to Bankruptcy Rule 1007, "on motion for cause shown."

14. Cause exits for an extension due to the following circumstances including the following circumstances.

    a. The undersigned has experienced electricity and internet service interruptions due to the recent winter storms.

  b. The forms software application of the undersigned law firm is on a network server and not on a local device that otherwise might be accessible in the absence of a consistent, sustained internet connection.

  c. The undersigned was retained just prior to the commencement of this case and otherwise requires more time to complete the schedules and initial pleadings.

15. If the extension is granted, the schedules and related items will be filed six (6) days prior to the Code §341 meeting of creditors.

16. Courts routinely have granted similar relief in other cases. Accordingly, the Debtor's request for an extension of time to file the schedules and related items is appropriate and warranted under the circumstances.

17. Notice of this Motion has been provided to the Office of the United States Trustee for the Western District of Texas, and all creditors identified to date.

## RELIEF REQUESTED

18. Accordingly, pursuant to Rule 1007, TGV respectfully requests an extension through and until **February 26, 2021** of the time to permitted to file its schedules, list of equity security holders, and statement of financial affairs, and any other items required by Rule 1007.

## CONCLUSION AND PRAYER

WHEREFORE, The Gateway Ventures LLC, the debtor and debtor-in-possession respectfully request that the Court enter an order (i) extending through and until **February 26, 2021** the time permitted to file its schedules, list of equity security holders, and statement of financial affairs, and any other items required by Rule 1007; and (ii) granting such other and further relief to which the Debtor may be entitled at law or in equity.

Dated: February 16, 2021    Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR THE GATEWAY VENTURES LLC, DEBTOR AND DEBTOR IN POSSESSION

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 16, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

        */s/ Jeff Carruth*
        JEFF CARRUTH

## ECF SERVICE LIST

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Eric Charles Wood on behalf of Creditor Westar Investors Group, LLC
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Saleem Makani
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Suhail Bawa
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

## REGULAR MAIL LIST / MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Fri Feb 5 14:41:39 CST 2021 | The Gateway Ventures, LLC<br>c/o PDG Prestige, Inc.<br>780 N Resler Drive, Suite B<br>El Paso, TX 79912-7196 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 |
| HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 | HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 |
| Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 | Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 | Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 |
| Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>25 Greenway Plaza, #2050<br>Houston, TX 77046 |
| End of Label Matrix<br>Mailable recipients 23<br>Bypassed recipients 0<br>Total 23 | | |

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 21-30071 |
| THE GATEWAY VENTURES LLC, | § § | (Chapter 11) |
| Debtor. | § § § | |

**ORDER GRANTING MOTION OF DEBTOR TO EXTEND TIME FOR FILING CERTAIN LISTS, SCHEDULES, AND STATEMENTS PURSUANT TO BANKRUPTCY RULE 1007 (RE: DOCKET NO. 17)**

On this day came on for consideration the *Emergency Motion of Debtor to Extend Time for Filing Certain Lists, Schedules, and Statements Pursuant to Bankruptcy Rule 1007* (Docket No. 17) filed herein on February 16, 2021 by The Gateway Ventures LLC, debtor and debtor in possession ("TGV" or the "Debtor"). The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules and with respect to the Motion to Extend Time (Schedules) that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT** the deadline under Fed. R. Bankr. P. 1007 for the Debtor to file the schedules, statement of financial affairs, and other remaining lists due under Rule 1007 is extended to **February 26, 2021.**

###