# United States Bankruptcy Court
## Western District of Texas

In re: **The Gateway Ventures, LLC**
Debtor(s)

Case No. **21-30071**
Chapter **11**

# AMENDED VERIFICATION OF CREDITOR MATRIX

I, the President / Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 26, 2021**

**/s/ Michael Dixson**
**PDG Prestige, Inc.**
**Manager of The Gateway Ventures LLC**
**By: Michael Dixson, President**

Ashish Nayyar
806 Rockport Lane
Allen, TX 75013


City of El Paso
P.O. box 2992
El Paso, TX 79999-2992


Depcesh Shrestha
3708 N. White Chapel Blvd.
Southlake, TX 76092


El Paso County Tax AC et al.
301 Manny Martinez Dr., 1st Floor
El Paso, TX 79905


HD Lending LLC
c/o Clyde Pine, Esq
Mounce, Green, Myers, Safi, Paxson & Gal
P.O. Drawer 1977
El Paso, TX 79950-1977


HD Lending LLC
6080 Surety Dr. Ste 101
El Paso, TX 79905


Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346


PDG Prestige, Inc.
780 N. Resler Drive Suite B
El Paso, TX 79912


Rahim Noorani
4312 Hopi Drive
Carrolton, TX 75010


Rahim Noorani, et al.
c/o Marty D Price, Attorney
2514 Boll Street
Dallas, TX 75204


1924054 (29)

Saleem Makani
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225


Suhail Bawa
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225


Texas Attorney General
Environmental Protection Division
P.O. Box 12548
Austin, TX 78711-2548


Texas Commission on Environmental Qualit
Reg. 6 Office Compliance Enforcement
401 E Franklin Ave, Suite 560
El Paso, TX 79901-1212


Umesh Shrestha
8505 Revenue Way
North Richland Hills, TX 76128


Union Gateway, LLC
c/o Ryan Little
Mounce, Green, et al
100 N. Stanton, Suite 1000
El Paso, TX 79901


Westar Investor Group LLC
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225

1924054 (30)