**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE GATEWAY VENTURES, LLC, | ) | Case No. 21-30071-hcm |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

Pursuant to Bankruptcy Rule 9010(b), please take notice that the undersigned firm is appearing for ASHISH NAYYAR, RAHIM NOORANI, DEEPESH SHRESTHA, and UMESH SHRESTHA, creditors and parties in interest in the above-referenced bankruptcy.

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017, and 9007, ASHISH NAYYAR, RAHIM NOORANI, DEEPESH SHRESTHA, and UMESH SHRESTHA request to receive copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, as follows:

**Ashish Nayyar, et al.**
**c/o James M. Feuille**
**ScottHulse PC**
**P.O. Box 99123**
**El Paso, Texas 79999-9123**

Please take further notice that pursuant to Bankruptcy Code §1109(b), the foregoing request includes the notice and papers referred to in the rules specified above and also includes, without limitation, schedules of assets and liabilities, statement of affairs, notice of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings or requests, operating reports, disclosure statements, or any other documents before the Court in this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, or otherwise.

1198386.1

1

        Respectfully submitted,

**SCOTTHULSE PC**
P. O. Box 99123
One San Jacinto Plaza, Ste. 1100
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 (Facsimile)

By: _/s/ *James M. Feuille*_____
**JAMES M. FEUILLE**
State Bar No. 24082989
Attorneys for ASHISH NAYYAR, RAHIM NOORANI, DEEPESH SHRESTHA, and UMESH SHRESTHA

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March 2021, a true and correct copy of the foregoing was served upon the following parties electronically or mailed by regular first class mail:

Jeff Carruth
Weyeer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, Texas 77046
Email: jcarruth@wkpz.com
Attorney for Debtor

and to all of the parties listed on the attached Matrix pursuant to B.R. 9013(c)(1)(B).

_/s/ *James M. Feuille*_____
**JAMES M. FEUILLE**

1198386.1