| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Tue Mar  2 09:46:35 CST 2021 | The Gateway Ventures, LLC<br>c/o PDG Prestige, Inc.<br>780 N Resler Drive, Suite B<br>El Paso, TX 79912-7196 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 | Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 |
| El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 | HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 | HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 |
| HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 | Rahim Noorani, et al.<br>c/o Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 |
| Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 | Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 |
| Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 | Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>25 Greenway Plaza, #2050<br>Houston, TX 77046 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Commission on Environmental Qualit    End of Label Matrix
Reg. 6 Office Compliance Enforcement        Mailable recipients    26
401 E Franklin Ave, Suite 560               Bypassed recipients     0
El Paso, TX 79901-1212                      Total                  26
```