IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-30071-HCM |
| THE GATEWAY VENTURES, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES OF DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9007**

Pursuant to Bankruptcy Rule 9010(b), UNION GATEWAY, LLC, a party in interest in the above-referenced case, hereby enters this appearance for this party and hereby requests that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 3017 and 9007, Union Gateway, LLC receives copies of all notices given or required to be given in this case and all papers served or required to be served in this case, at the office address and telephone number set forth herein.

Please take further notice that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Said copies shall be addressed to the following address:

1

Ryan Little
Mounce, Green, Myers, Safi,
Paxson & Galatzan, P.C.
P. O. Drawer 1977
El Paso, Texas 79950-1977
(915) 532-2000
Facsimile: (915) 541-1597
little@mgmsg.com

       Respectfully submitted,

       **MOUNCE, GREEN, MYERS,**
       **SAFI, PAXSON & GALATZAN**
       A Professional Corporation
       P.O. Drawer 1977
       El Paso, Texas 79950-1977
       Phone:   (915) 532-2000
       Telefax: (915) 541-1526
       Email:  little@mgmsg.com

By: _____
       **RYAN LITTLE**
       State Bar No. 24041349

## CERTIFICATE OF SERVICE

    I, Ryan Little, hereby certify on this 4th day of March, 2021, a true and correct copy of the foregoing was forwarded by e-mail to (jcarruth@wkpz.com) Jeff Carruth, Esq., Attorney for Debtor, 3030 Matlock Road, Suite 201, Arlington, Texas 76015 and by e-mail to Ronald E. Ingalls, by email at ron@ingallstrustee.com, P.O. Box 2867, Fredericksburg, Texas 78624-1927.

_____
**Ryan Little**

0016677-00101/RLIT/1580573