UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: The Gateway Ventures LLC

CASE NO. 21-30071-HCM
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 3/4/21, AT 11:00 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____, at _____ a.m.

   OR

   Meeting concluded: YES

5. Notes of Presiding Officer:

   1. Debtor needs to amend schedules as discuss at meeting.

DATE PETITION FILED: 2/2/21
BAR DATE: 6/2/21
PLUS DAYS: 

CREDITORS' COMMITTEE FORMED: NO   NOTICE OF APPOINTMENT FILED:

/s/ James W. Rose, Jr.
Presiding Officer

REV 7/1/2003