B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re **The Gateway Ventures, LLC**  
Debtor(s)

Case No. **21-30071**  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Note 1 below** |
   | Prior to the filing of this statement I have received | $ **Note 1 below** |
   | Balance Due | $ **Note 2 below** |

2. $ **1,200** of the filing fee was paid pre-petition (the full filing fee has been paid to the Court).

3. The source of the compensation paid to me was:  
   ☑ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:  
   ☑ Debtor  ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Ordinary and reasonable prosecution of Chapter 11 case as set forth in engagement letter, through effective date of plan, dismissal, and/or conversion.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: Tax and securities matters.

**Note 1:** The Debtor paid $1200 for application toward the filing fee on Feb. 5, 2021. The Debtor paid $30,800 on Feb. 9, 2021 for the balance of the retainer due, which as of this filing is held in trust pending (1) approval of the employment of WKPZ and (2) interim and-or final fee application(s).

**Note 2:** Any and all amounts due and owing under WKPZ's employment by the Debtor and as approved by interim and-or final fee application(s), based upon the hourly rate arrangement between WKPZ and the Debtor plus the reimbursement of expenses.

*See also*, WKPZ's application to employ and any and all amendments and-or supplements thereto.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 7, 2021** | **/s/ Jeff Carruth** |
| *Date* | **Jeff Carruth 24001846** |
| | *Signature of Attorney* |
| | **Weycer, Kaplan, Pulaski & Zuber, P.C.** |
| | **3030 Matlock Rd. Suite 201** |
| | **Arlington, TX 76015** |
| | **(713) 341-1158  Fax: (866) 666-5322** |
| | **jcarruth@wkpz.com** |
| | *Name of law firm* |