# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*20* – 20 Largest Unsecured Creditors List, Schedules, Statements, and Summary, Statement of Financial Affairs filed by Jeff Carruth for Debtor The Gateway Ventures, LLC. −Declaration for Electronic Filing due by 03/5/2021 −Declaration for Electronic Filing due by 03/5/2021 (Carruth, Jeff)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **March 26, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 3/12/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]