# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30071−hcm
Chapter No.: 11
Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*21* − Amended List of Creditors (modifying creditor(s): Rahim Noorani c/o Marty D Price; Adding Creditors: City of El Paso and Union Gateway, LLC c/o Ryan Little) filed by Jeff Carruth for Debtor The Gateway Ventures, LLC. −Declaration for Electronic Filing due by 03/5/2021 (Carruth, Jeff) Modified text on 3/1/2021 (Cardenas, Rachel).

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **March 26, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 3/12/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]