# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*20* − 20 Largest Unsecured Creditors List, Schedules, Statements, and Summary, Statement of Financial Affairs filed by Jeff Carruth for Debtor The Gateway Ventures, LLC. −Declaration for Electronic Filing due by 03/5/2021 −Declaration for Electronic Filing due by 03/5/2021 (Carruth, Jeff)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **March 26, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 3/12/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Gateway Ventures, LLC, c/o PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 14, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, melissa@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com  melissa@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com  melissa@brownfoxlaw.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com  vrust@eplawyers.com;vpena@eplawyers.com |

21-30071-hcm Doc#30 Filed 03/14/21 Entered 03/15/21 00:28:37 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: 234 | Total Noticed: 1 |

| | |
|---|---|
| James Michael Feuille | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| Jeff Carruth | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Ryan Little | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 13