**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on February 2, 2021.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on a Creditors' Committee from the 20 largest unsecured creditors. The United States Trustee, however, has not received sufficient interest from creditors to form a Creditors' Committee.

THEREFORE, the United States Trustee has been unable to appoint a Creditors' Committee as contemplated by 11 U.S.C. § 1102.

        Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        Region 7
        Southern and Western Districts of Texas

        By: //s//James W. Rose, Jr.
            James W. Rose, Jr.
            Trial Attorney
            Texas Bar No. 17251900
            615 E. Houston, Rm. 533
            San Antonio, TX 78205
            (210) 472-4640
            (210) 472-4649 Fax
            James.Rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was served upon the parties on the attached list by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants, on the 19th day of March, 2021.

        //s//James W. Rose, Jr.
        James W. Rose, Jr.

```
Label Matrix for local noticing          The Gateway Ventures, LLC              U.S. BANKRUPTCY COURT
0542-3                                   c/o PDG Prestige, Inc.                 511 E. San Antonio Ave., Rm. 444
Case 21-30071-hcm                        780 N Resler Drive, Suite B            EL PASO, TX 79901-2417
Western District of Texas                El Paso, TX 79912-7196
El Paso
Fri Mar 19 07:23:25 CDT 2021

Ashish Nayyar                            Ashish Nayyar                          City of El Paso
806 Rockport Lane                        c/o James M. Feuille                   c/o Don Stecker
Allen, TX 75013                          ScottHulse PC                          112 E. Pecan St. Suite 2200
                                         P.O. Box 99123                         San Antonio, TX 78205-1588
                                         El Paso, TX 79999-9123

Deepesh Shrestha                         Depcesh Shrestha                       El Paso County Tax AC
c/o James M. Feuille                     3708 N. White Chapel Blvd.             301 Manny Martinez Dr., 1st Floor
ScottHulse PC                            Southlake, TX 76092-2042               El Paso, TX 79905-5503
P.O. Box 99123
El Paso, TX 79999-9123

HD Lending LLC                           HD Lending LLC                         HD Lending, LLC
6080 Surety Dr. Ste 101                  c/o Stephen H. Nickey PC               c/o Clyde A. Pine, Jr.
El Paso, TX 79905-2066                   1201 North Mesa Ste. B                 Mounce Green Myers
                                         El Paso, TX 79902-4000                 P.O. Box 1977
                                                                                El Paso, Texas 79999-1977

Internal Revenue Service                 Michael Dixson                         PDG Prestige, Inc.
Special Procedures Staff - Insolvency    780 N. Resler Drive Suite B            780 N. Resler Drive Suite B
P. O. Box 7346                           El Paso, TX 79912-7196                 El Paso, TX 79912-7196
Philadelphia, PA 19101-7346

Rahim Noorani                            Rahim Noorani                          Rahim Noorani, et al.
4312 Hopi Drive                          c/o James M. Feuille                   c/o Marty D. Price
Carrolton, TX 75010-1133                 ScottHulse PC                          2514 Boll St.
                                         P.O. Box 99123                         Dalals, TX 75204-2512
                                         El Paso, TX 79999-9123

Saleem Makani                            Saleem Makani                          Suhail Bawa
c/o Eric W. Wood                         c/o Eric Wood (Brown Fox)              c/o Eric W. Wood
Brown Fox PLLC                           8111 Preston Rd. Ste 300               Brown Fox PLLC
5550 Granite Parkway, Suite 175          Dallas, TX 75225-6329                  5550 Granite Parkway, Suite 175
Plano, Texas 75024                                                              Plano, Texas 75024
Email: eric@brownfoxlaw.com  75024-3834                                         Email: eric@brownfoxlaw.com  75024-3834

Suhail Bawa                              Suresh Kumar                           Texas Attorney General
c/o Eric Wood (Brown Fox)                c/o Harrel Davis                       Environmental Protection Division
8111 Preston Rd. Ste 300                 PO Box 1322                            P.O. Box 12548
Dallas, TX 75225-6329                    El Paso, TX 79947-1322                 Austin, TX 78711-2548

(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY  Umesh Shrestha                    Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                  8505 Revenue Way                       c/o James M. Feuille
P O BOX 13087                            North Richland Hills, TX 76182-7431    ScottHulse PC
MC 132                                                                          P.O. Box 99123
AUSTIN TX 78711-3087                                                            El Paso, TX 79999-9123

Union Gateway, LLC                       United States Trustee - EP12           Westar Investor Group LLC
c/o Ryan Little                          U.S. Trustee's Office                  c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                        615 E. Houston, Suite 533              8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977                P.O. Box 1539                          Dallas, TX 75225-6329
                                         San Antonio, TX 78295-1539
```

Westar Investors Group, LLC
c/o Eric W. Wood
Brown Fox PLLC
5550 Granite Parkway, Suite 175
Plano, Texas 75024
Email: eric@brownfoxlaw.com  75024-3834

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Commission on Environmental Qualit
Reg. 6 Office Compliance Enforcement
401 E Franklin Ave, Suite 560
El Paso, TX 79901-1212

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31