UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § § | |
| | § | |
| Debtor. | § | |

**MOTION OF DEBTOR (I) TO EXTEND TIME FOR REMOVAL OF CIVIL ACTIONS UNDER RULE 9027 AND (II) FOR RELATED RELIEF**

---

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN <u>TWENTY ONE (21) DAYS</u> FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

---

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

The Gateway Ventures, LLC debtor in possession ("TGV" or "Debtor") file this *Motion of Debtor (I) to Extend Time for Removal of Civil Actions under Rule 9027 and (II) for Related Relief* (the "Motion"), and in support thereof would show the Court the following.

### INTRODUCTION

1. By this Motion, TGV requests entry of an order extending the periods of time under Fed. R. Bankr. P. 9027 for the removal of claims and causes of action through August 1, 2021.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this Motion pursuant to Sections 105, 363, and 1101 et seq. of the United States Bankruptcy Code, Title 11 of the U.S. Code, 11 U.S.C. §101 et

seq. (the "Code" or "Bankruptcy Code"), and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Rules" or the "Bankruptcy Rules" or individually a "Rule" or a "Bankruptcy Rule"), and 28 U.S.C. §§157 and 1334.

3. This matter constitutes a core proceeding under 28 U.S.C. §157(b).

4. Venue is proper under 28 U.S.C. §§1408 and 1409.

5. The Court has constitutional authority to decide this Motion under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

## FACTUAL BACKGROUND

**The identify and background of the Debtor and Debtor in Possession.**

6. TGV owns and is the developer of a tract of real property of approximately 19 acres in El Paso, El Paso County, Texas commonly referred to as 6767 W. Gateway Blvd. El Paso, TX 79925 and 1122 Airway Blvd (the "Development").

**The Commencement of the Bankruptcy Cases.**

7. On February 5, 2021 (the "Petition Date"), TGV commenced the above-caption case by filing a voluntary petition under Chapter 11 of the Code.

8. TGV is in possession of its assets and is proceeding in this case as a debtor-in-possession.

9. No trustee or committee is appointed.

**Debtor's Pre-Petition Litigation.**

10. On or about March 10, 2020, Westar Investors Group, LLC ("Westar") commenced an action against TGV and other parties which is styled and captioned as Case No. 2020DCV0914; *Westar Investors Group, LLC, et al vs. The Gateway Ventures, LLC, et al.*, pending in the County Court at Law No. 6 of El Paso County, Texas (the "Westar Litigation").

11. The Westar Litigation remained pending as of the Petition Date.

12. On or about September 16, 2020, in connection with the Westar Litigation, Westar recorded a lis pendens against the Development.

13. The Westsar Litigation if not otherwise resolved likely would be removed to this bankruptcy case as part of a Chapter 11 plan and would be decided after confirmation in order to determine the ultimate waterfall under such plan.

14. TGV does not believe that any other litigation was pending against TGV as of the Petition Date, but in an abundance of caution relief is sought herein as to any prepetition litigation.

## RELIEF REQUESTED

15. TGV respectfully requests entry of an order extending for ninety (90) days the deadline to remove the Westar Litigation and any other litigation that applies under Fed. R. Bankr. P. 9027(a).

## BASIS OF RELIEF

16. Bankruptcy Rule 9027 and 28 U.S.C. § 1452 govern the removal of pending civil actions. Specifically, § 1452(a) provides:

> A party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power, to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title.

28 U.S.C. § 1452(a).

17. Bankruptcy Rule 9027(a)(2) further provides, in pertinent part:

> If the claim or cause of action in a civil action is pending when a case under the [Bankruptcy] Code is commenced, a notice of removal may be filed only within the longest of (A) 90 days after the order for relief in the case under the [Bankruptcy] Code, (B) 30 days after entry of an order terminating a stay, if the claim or cause of action in a civil action has been stayed under § 362 of the [Bankruptcy] Code, or (C) 30 days after a trustee qualifies in a chapter 11 reorganization case but not later than 180 days after the order for relief.

Fed. R. Bankr. P. 9027(a)(2).

18. Bankruptcy Rule 9006(b) provides that the Court may extend the period within which the Debtors may remove actions provided by Bankruptcy Rule 9027, without notice, upon a showing for cause:

> [W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

Fed. R. Bankr. P. 9006(b)(1).

19. It is well settled that the Court is authorized to extend, for cause, the removal period provided under 28 U.S.C. § 1452 and Bankruptcy Rule 9027. *See In re World Fin. Servs. Ctr., Inc.*, 81 B.R. 33, 39 (Bankr. S.D. Cal. 1987) (providing that the United States Supreme Court intended to give bankruptcy judges the power to enlarge the filing periods under Bankruptcy Rule 9027(a) pursuant to Bankruptcy Rule 9006(b)).

20. Cause exists to extend the Removal Deadline in this Chapter 11 case from the current deadline of May 3, 2021, to and including August 1, 2021.

21. An extension of the Removal Deadline will afford the Debtors an opportunity to make more fully informed decisions concerning the removal of any Civil Action, and will assure that the Debtor and thee estate of the Debtor do not forfeit the valuable rights afforded to the Debtor under 28 U.S.C. § 1452. Therefore, it is the belief of the Debtor that it is prudent to seek an extension of the time prescribed under Bankruptcy Rule 9027(a) for filing notices of removal from the current deadline of May 3, 2021, to and including August 1, 2021. Furthermore, an extension would not prejudice the rights of the adversaries of the Debtors in the Civil Actions because any party to an action that is removed may seek to have the action remanded to state court pursuant to 28 U.S.C. § 1452(b).

22.     Retaining the ability to remove litigation also shall preserve the ability to determine the waterfall under a confirmed Chapter 11 plan.

23.     The Debtors further request that the order approving this Motion be without prejudice to (i) any position the Debtor may take regarding whether Code § 362 applies to stay any given Civil Action pending against the Debtor and (ii) the right of the Debtor to seek further extensions of the Removal Deadline.

## RESERVATION OF RIGHTS

24.     Debtor reserve the right to amend, supplement, and/or withdraw this Motion prior any interim hearing or final hearing.

## CONCLUSION AND PRAYER

WHEREFORE, The Gateway Ventures, LLC, debtor and debtor-in-possession respectfully requests entry of an order extending the deadlines to remove Westar Litigation and any other pending prepetition litigation for ninety (90) additional days through and including August 1, 2021. Movant respectfully requests such other and further relief to movant is entitled at law or in equity.

*{continued on following sheet}*

Dated: May 3, 2021        Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
THE GATEWAY VENTURES, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 3, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

                                     */s/ Jeff Carruth*
                                     JEFF CARRUTH

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Ashish Nayyar
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Deepesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Rahim Noorani
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Umesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

Ryan Little on behalf of Interested Party Union Gateway, LLC
little@mgmsg.com, tsilva@mgmsg.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Eric Charles Wood on behalf of Creditor Westar Investors Group, LLC
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Saleem Makani
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Suhail Bawa
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

```
Label Matrix for local noticing        The Gateway Ventures, LLC              U.S. BANKRUPTCY COURT
0542-3                                 c/o PDG Prestige, Inc.                 511 E. San Antonio Ave., Rm. 444
Case 21-30071-hcm                      780 N Resler Drive, Suite B            EL PASO, TX 79901-2417
Western District of Texas              El Paso, TX 79912-7196
El Paso
Thu Mar 18 08:48:44 CDT 2021

Ashish Nayyar                          Ashish Nayyar                          City of El Paso
806 Rockport Lane                      c/o James M. Feuille                   c/o Don Stecker
Allen, TX 75013                        ScottHulse PC                          112 E. Pecan St. Suite 2200
                                       P.O. Box 99123                         San Antonio, TX 78205-1588
                                       El Paso, TX 79999-9123

Deepesh Shrestha                       Depcesh Shrestha                       El Paso County Tax AC
c/o James M. Feuille                   3708 N. White Chapel Blvd.             301 Manny Martinez Dr., 1st Floor
ScottHulse PC                          Southlake, TX 76092-2042               El Paso, TX 79905-5503
P.O. Box 99123
El Paso, TX 79999-9123

HD Lending LLC                         HD Lending LLC                         HD Lending, LLC
6080 Surety Dr. Ste 101                c/o Stephen H. Nickey PC               c/o Clyde A. Pine, Jr.
El Paso, TX 79905-2066                 1201 North Mesa Ste. B                 Mounce Green Myers
                                       El Paso, TX 79902-4000                 P.O. Box 1977
                                                                              El Paso, Texas 79999-1977

Internal Revenue Service               Michael Dixson                         PDG Prestige, Inc.
Special Procedures Staff - Insolvency  780 N. Resler Drive Suite B            780 N. Resler Drive Suite B
P. O. Box 7346                         El Paso, TX 79912-7196                 El Paso, TX 79912-7196
Philadelphia, PA 19101-7346

Rahim Noorani                          Rahim Noorani                          Rahim Noorani, et al.
4312 Hopi Drive                        c/o James M. Feuille                   c/o Marty D. Price
Carrolton, TX 75010-1133               ScottHulse PC                          2514 Boll St.
                                       P.O. Box 99123                         Dalals, TX 75204-2512
                                       El Paso, TX 79999-9123

Saleem Makani                          Saleem Makani                          Suhail Bawa
c/o Eric W. Wood                       c/o Eric Wood (Brown Fox)              c/o Eric W. Wood
Brown Fox PLLC                         8111 Preston Rd. Ste 300               Brown Fox PLLC
5550 Granite Parkway, Suite 175        Dallas, TX 75225-6329                  5550 Granite Parkway, Suite 175
Plano, Texas 75024                                                            Plano, Texas 75024
Email: eric@brownfoxlaw.com 75024-3834                                        Email: eric@brownfoxlaw.com 75024-3834

Suhail Bawa                            Suresh Kumar                           Texas Attorney General
c/o Eric Wood (Brown Fox)              c/o Harrel Davis                       Environmental Protection Division
8111 Preston Rd. Ste 300               PO Box 1322                            P.O. Box 12548
Dallas, TX 75225-6329                  El Paso, TX 79947-1322                 Austin, TX 78711-2548

(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY    Umesh Shrestha                Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                8505 Revenue Way                       c/o James M. Feuille
P O BOX 13087                          North Richland Hills, TX 76182-7431    ScottHulse PC
MC 132                                                                        P.O. Box 99123
AUSTIN TX 78711-3087                                                          El Paso, TX 79999-9123

Union Gateway, LLC                     United States Trustee - EP12           Westar Investor Group LLC
c/o Ryan Little                        U.S. Trustee's Office                  c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                      615 E. Houston, Suite 533              8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977              P.O. Box 1539                          Dallas, TX 75225-6329
                                       San Antonio, TX 78295-1539
```

Page 1  1943946.DOCX[3]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR (I) TO EXTEND TIME FOR REMOVAL OF CIVIL ACTIONS UNDER RULE 9027 AND (II) FOR RELATED RELIEF (RE: DOCKET NO. 45)**

On this day, came on for consideration the *Motion of Debtor (I) To Extend Time for Removal of Civil Actions Under Rule 9027 and (II) For Related Relief* (Docket No. 45) (the "Motion") filed herein on May 3, 2021 by The Gateway Ventures, LLC, debtor and debtor-in-possession ("TGV" or the "Debtor").

**IT IS THEREFORE ORDERED THAT: t**he deadline under Bankruptcy Rule 9027 for TGV to remove to this Court and this case the Westar Litigation and any other pre-petition litigation is hereby extended through and until **August 1, 2021**.

# # # #