**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR (I) TO EXTEND TIME FOR REMOVAL OF CIVIL ACTIONS UNDER RULE 9027 AND (II) FOR RELATED RELIEF (RE: DOCKET NO. 45)**

On this day, came on for consideration the *Motion of Debtor (I) To Extend Time for Removal of Civil Actions Under Rule 9027 and (II) For Related Relief* (Docket No. 45) (the "Motion") filed herein on May 3, 2021 by The Gateway Ventures, LLC, debtor and debtor-in-possession ("TGV" or the "Debtor").

**IT IS THEREFORE ORDERED THAT: t**he deadline under Bankruptcy Rule 9027 for TGV to remove to this Court and this case the Westar Litigation and any other pre-petition litigation is hereby extended through and until **August 1, 2021**.

# # # #