# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **5/26/21 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 45 Motion to Extend Time (I) TO EXTEND TIME FOR REMOVAL OF CIVIL ACTIONS UNDER RULE 9027 AND (II) FOR RELATED RELIEF filed by Jeff Carruth for Debtor The Gateway Ventures, LLC Hearing Scheduled For 5/26/2021 at 01:30 PM (MT)at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609# (Farrar, Ronda)

Dated: 5/4/21

                                                                             Barry D. Knight
                                                                             Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]