

**The relief described hereinbelow is SO ORDERED.**

**Signed May 04, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § § § § | |
| Debtor. | § | |

### ORDER GRANTING MOTION OF DEBTOR TO (I) REJECT ESCROW CONTRACT AND (II) REFUND DEPOSIT

On this day came on for consideration the *Motion of Debtor to (I) Reject Escrow Contract and (II) Refund Deposit* (the "Motion") filed herein on April 6, 2021 by The Gateway Ventures, LLC ("TGV"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Lease is deemed rejected as of the Petition Date.

4. The Escrow Agent identified in the Lease may return the $18,500.00 deposit to Union Gateway LLC.

5. Union Gateway LLC shall file no proof of claim in this bankruptcy case, and releases the TGV and the estate from any and all claims resulting from the Lease and the rejection thereof.

### 

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
THE GATEWAY VENTURES, LLC
DEBTOR AND DEBTOR IN POSSESSION