**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR (I) TO FILE SUN CAPITAL LLC PURCHASE SALE AGREEMENT UNDER SEAL AND (II) FOR RELATED RELIEF (RE: DOCKET NO. 50)**

On this day, came on for consideration the *Motion of Debtor (I) to File Sun Capital LLC Purchase Sale Agreement Under Seal and (II) for Related Relief* (Docket No. 50) (the "Motion") filed herein on May 4, 2021 by The Gateway Ventures, LLC, debtor and debtor-in-possession ("TGV" or the "Debtor").

**IT IS THEREFORE ORDERED THAT:**

1. The Real Estate Purchase and Sale Agreement between TGV and Sun Captial LLC that is the subject of a related motion to sell under Code §363(f) (Docket No. 49) may be filed under seal..

2. The matter shall remain under seal for no longer than one year from the date of entry of the order, unless the Court orders otherwise.

3. The only entities permitted to review documents or transcripts of proceedings placed under seal are those entities specified in the order, except that the following entities shall also have access to matters placed under seal unless the Court specifically rules otherwise: (1) the judge presiding over the case, (2) the law clerk to whom the matter is assigned internally by the presiding judge, (3) the Courtroom Deputy responsible for the matter, (4) the Clerk of the Court, and (5) the presiding judge and staff of any appellate tribunal.

# # # #