**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION**

---

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN <u>TWENTY ONE (21) DAYS</u> FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

---

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ") files this *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to the Debtor and Debtor in Possession* (the "Application"), relating to the role of WKPZ as counsel to The Gateway Ventures LLC, Debtor and Debtor in Possession ("TGV" or the "Debtor") and in support thereof would show the Court the following.

FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION — Page 1

1952117.DOCX [1]

## FEE APPLICATION SUMMARY
### (Appendix L-2016-a-2)

| Case No. | 21-30071 | | | |
|---|---|---|---|---|
| **Case Name** | In re: The Gateway Ventures, LLC | | | |
| | | | | |
| **1. CLIENT** | The Gateway Ventures, LLC | | | |
| **2. APPLICANT** | Weycer, Kaplan, Pulaski & Zuber, P.C. Attorneys for Debtor, Debtor in Possession | | | |
| **3. TOTAL FEES REQUESTED** | | | | |
| A. Fees. | 27,093.70 | | | |
| B. Expenses. | 500.44 | | | |
| C. 1 Pre-Petition retainer | 0.00 | | | |
| C. 2 Post-Petition retainer | 30,800.00 | | | |
| D. Time period covered | Feb. 2 2021 - April 25, 2021 | | | |
| **4. BREAKOUT OF CURRENT APPLICATION** | | | | |
| Timekeeper analysis | **Name** | **Total Hours** | **Rate** | **Total Fees** |
| *(Note 1)* | Jeff Carruth (JDC) | 61.20 | 485.00 | 27,014.70 |
| | Cory Halliburton (CDH) | 0.20 | 395.00 | 79.00 |
| Minimum Fee Increments | 0.10 | | | |
| Blended rate | 441.26 | | | |
| Expenses | 500.44 | | | |
| Amount allocated for fee application preparation *(Note 2)* | 1,697.50 | | | |
| **5. PRIOR APPLICATIONS** | None. | | | |
| **6. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMS** | **Name** | **Party Represented** | | |
| | None known to date. | | | |
| **7. RESULTS OBTAINED** | Filed case and stabilized Debtor. Completed initial case events (schedules, meeting of creditors, etc.). Began process of selling Lot 9. Significant interaction with asserted first lien holder, HD Lending, LLC. Began preparation of plan and disclosure statement. See Exhibit TGV200. | | | |
| | | | | |
| Note 1 | Includes at least 2.4 hours of no bill and/or $0.00 charge time. | | | |
| Note 2 | This amount for purposes of this first, interim fee application includes (1) motion practice to employ WKPZ, and (2) some work during the Application Period on this application. Most of the work on this application occurred in the May, 2021 billing cycle of WKPZ (on and after April 26, 2021). | | | |

## INTRODUCTION

1.      WKPZ seeks interim approval of its fees and expenses for the period of February 2, 2021 through and including April 25, 2021[1] (the "Application Period") and an order authorizing WKPZ to apply any retainer on hand to the fees and/or expenses awarded herein and otherwise directing the Debtor to pay the amounts awarded herein.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction to consider this Application under the provisions of 28 U.S.C. §§ 1334 and 157.

3.      This matter involves the administration of a bankruptcy estate and, thus, is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4.      Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The Court has constitutional authority to decide this matter under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

## FACTUAL BACKGROUND

**The identify and background of the Debtor and Debtor in Possession.**

6.      TGV owns and is the developer of a tract of real property of approximately 19 acres in El Paso, El Paso County, Texas commonly referred to as 6767 W. Gateway Blvd. El Paso, TX 79925 and 1122 Airway Blvd (the "Development").

**The Commencement of the Bankruptcy Cases.**

7.      On February 2, 2021 (the "Petition Date"), TGV commenced the above-caption case by filing a voluntary petition under Chapter 11 of the Code.

---

[1] The normal month-end date at WKPZ is the 25th of each month.

8.      TGV is in possession of its assets and is proceeding in this case as a debtor-in-possession.

9.      No trustee or committee is appointed.

**Retention of WKPZ.**

10.      On February 2, 2021, TGV retained WKPZ as counsel for the Debtor and Debtor-in-Possession.

11.      On April 16, 2021, the Court entered an Order (Docket No. 43) approving the employment application (Docket No. 32) (the "Employment Application") and retention of WKPZ by TGV.

**Details of the fees and expenses.**

12.      During the Application Period, WKPZ expended a total of at least 61.40 hours, which amount of time included at least 2.40 hours not billed, resulting in an estimated hourly blended rate in the amount of approximately $441.26 per hour for the professional(s) and paraprofessionals working on these cases.

13.      The rates charged are the normal hourly billing rates of WKPZ in effect during the Application Period.

14.      During the Application Period, WKPZ earned fees in the total amount of not less than $27,093.70 and incurred expenses in the total amount of $500.44.

15.      The following exhibits described the fees and expenses incurred by WKPZ during the Application Period.

| Exhibit No. | Description |
|---|---|
| TGV200[2] | WKPZ Fee Statements (Fee Invoices) |

---

[2] Exhibits for TGV are numbered consecutively and/or uniquely throughout this case and for fee application related exhibits will be numbered TGV200 et seq.

| Exhibit No. | Description |
|---|---|
| TGV201 | Summary of fees by task code category |
| TGV202 | List of expenses |

16.     The following professionals are included in the Fee Statements.

| Professional | Hourly rate | Experience |
|---|---|---|
| Jeff Carruth | $485 | Licensed since 1997.  Primary practice area: Bankruptcy |
| Cory Halliburton | $390.00 | Licensed since 1997.  Primary practice area:  Corporate |
|  |  |  |

17.     WKPZ maintained written records of the time expended by attorneys and paraprofessionals in the rendition of professional services to TGV.  **Exhibit TGV200** contains the supporting detail of the hours, hourly rates, and fees attributable to the professionals and paraprofessionals who performed services on behalf of TGV during the Application Period. (The data in this exhibit is an export of the time entries from WKPZ's fee statements to TGV.)

18.     In addition, WKPZ has categorized these services by task.  **Exhibit TGV201** contains a breakdown of the total fees by task code category and contains a breakdown of fees recorded by each timekeeper allocated according to each task category.

19.     The expenses incurred by WKPZ during the Application Period are detailed in **Exhibit TGV202**.

20.     WKPZ currently possesses retainer (received post-petition) in the amount of $30,800.00, which amounts will be applied to the fees and expenses allowed in this interim Application, with any amounts over such retainer to be paid by the Debtor, on an interim basis, upon entry of an order approving this Application.

## RELIEF REQUESTED

21.     WKPZ seeks interim approval of its fees earned and expenses incurred for the Application Period, and, accordingly, the payment of such fees and expenses from any retainer previously provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application.

22.     A proposed form of Order is submitted with this Application and is incorporated by reference herein.

## BASIS OF RELIEF

23.     During the time that WKPZ served as counsel to the Debtor, WKPZ performed the services essential to the role and function of the Debtor as debtor-in-possession.

24.     WKPZ represents that, to the best of its knowledge, it has complied with Code §§ 330 and/or 331, the Bankruptcy Rules, the Local Rules, and the Guidelines adopted by the Executive Office for the United States Trustee.

25.     All legal services performed by WKPZ were performed for and on the behalf of TGV and not on behalf of any other individual or entity.  These services were rendered in discharge of WKPZ's professional responsibilities as counsel to TGV.  WKPZ's services were reasonable and necessary for the functioning of TGV, and the fulfillment of the fiduciary duties of TGV as Debtor-in-Possession.

26.     No payments have been made or promised to date except as set forth in the WKPZ Employment Application and/or as sought in this Application.

27.     No compensation has been shared by WKPZ with any other entity.

28.     No agreements to share compensation exist between WKPZ and any other person.

## SUMMARY OF SERVICES PERFORMED.

29.     WKPZ tracked the time billed in this case by certain categories, which totals by category are set forth in **Exhibit TGV200** and **Exhibit TGV201**.  The categories utilized by WKPZ are based upon and expand upon the Guidelines, and the time spent with respect to each category, are described below.

a.     **B110 Case Administration**

This task category includes fees applicable to a broad scope of services, including, without limitation: (i) the initial review of the case and pleadings, (ii) preparing and filing various pleadings, responses, and objections, (iii) preparing materials for hearings, meetings and conferences and attending same, (iv) maintaining calendars and service lists, (v) general communications with the Debtors and creditors, (vi) addressing paperwork requirements, deliverables, and communications with the U.S. Trustee and/or other parties, and/or (vii) matters not otherwise readily assignable to another category.

b.     **B111 – U.S. Trustee compliance**

This task category involves matters such as the initial debtor interview, DIP bank accounts, insurance, monthly operating reports, and other compliance matters associated with the U.S. Trustee guidelines.

c.     **B112 – Schedules**

This task category involves the Debtor's schedules, initial lists, and statement of financial affairs, and requests for extension of time to file same, and any amendments of any of the foregoing.  This task category would include any preparatory work related to the foregoing.

d.     **B115 First Days**

This task category involves various "first days" motions prosecuted by the Debtor, including motion practice related to joint administration, use of bank accounts, adequate assurance and deposits for utilities, and other matters not separately addressed in other task categories (such as B230 Financing and Cash Collateral).

e.     **B116 Budgeting**

This task category includes review, analysis, and/or negotiation of the Debtor's cash collateral budget, source documents related thereto, and/or variance reports, and that which generally occurs after the entry of the final cash collateral order and the time spent under task category B230 Financing and Cash Collateral.

f.     **B130 Asset Sales**

This task category includes work related to the sale of the assets of the Debtor.  This first Application includes some of the work in preparation for the proposed sale of Lot 9 and attention to various queries from HD Lending and potential controversies prior to the filing of the relevant sale motion on May 5, 2021.

g.     **B150 Meeting of creditors.**

This task category includes preparations for and participation in the meeting of creditors.

h.     **B151 Creditor Inquiry**

This task category includes inquiries made by creditors of the Debtor regarding notice of the case, confirming case status, where to file a claim, requesting information and deliverables from the Debtor, and similar inquiries.

i.     **B160 Employment and/or Fee Applications Objections**

This task category relates to the preparation and prosecution of applications to employ WKPZ and any financial advisors, review of employment applications with respect to the Debtor's professionals, the review of interim compensation procedures and the like, and the preparation of fee applications of WKPZ and any financial advisors.

j.     **B170 Employment and/or Fee Objections**

This task category relates to any objections related to any employment or fee applications.

k.     **B180 Avoidance Action Analysis**

This task category relates to the identification and review of information related to potential avoidance actions that could be prosecuted by the estate.

l.     **B190 Litigation/Other Contested Matters**

This category includes work associated with addressing other litigation matters aside from the core proceedings occurring in the main case. For this case and this Debtor, this task category captured time relating to address pre-petition litigation between TGV and Westar Investors, LLC, et al.

m.     **B195 Nonworking travel**

This task category involves non-working travel time, for which WKPZ charges no fees.

n.     **B200 Committee Communications**

This task category involves the preparation of written reports to or for the Committee (if one is appointed), update conference calls with the Committee, and other update communications (calls and emails) with personnel related to the Committee.

o.     **B230 Financing / Cash Collateral**

This task category involves the Debtor's use of cash collateral or other sources of financing, including the review and/or negotiation of the Debtor's cash collateral budget and interim and final financing orders. The category also includes any efforts by the Debtor to secure and obtain approval of DIP financing. This category also includes evaluation and resolution of objections filed by any parties to the foregoing.

p.     **B310 Claims**

This task category captures time spent investigating the nature, validity, and extent of the liens and claims asserted against the Debtor and/or property of the estate.

q. **B320 Plan and Disclosure Statement.**

This task category captures all plan and disclosure related matters including, without limitation: (1) time spent formulating, consultation of various sources documents, and preparing the disclosure statement and Chapter plan, (2) motion practice and other activities relating to filing and preparing for solicitation, (3) conducting solicitation, (4) addressing objections to the disclosure statement and/or plan and if necessary litigating same, (5) preparing for and conducting the confirmation hearing, (6) work on orders and notices relating to the forgoing, and (7) communications relating to the foreign.

r. **B400 Bankruptcy related advice.**

This task category captures time related to evaluating, discussing, and communicating with the Debtor regarding the overall status, course of, and strategy involved in the overall bankruptcy case.

## SUMMARY OF EXPENSES

30.     It has been necessary for WKPZ to incur and to pay in advance out-of-pocket expenses in connection with its representation of TGV during the Application Period. Careful records of these expenses have been maintained by WKPZ.   As can be seen from **Exhibit TGV202**, to date during the period, those expenses totaled $500.44.

31.     The expenses primarily consist of printing and postage for noticing.

32.     The filing fees pertain to adding creditors to the mailing matrix.

## JUSTIFICATION FOR AWARD

33.     In an attempt to establish an objective basis for determining the amount of compensation that is reasonable for attorneys' services pursuant to Code § 330, the Fifth Circuit has instructed the lower courts that they must explain the findings and reasons on which an award of professional fees is based.[3]

34.     To aid the lower courts, the First Colonial court applied the factors originally set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).  The *Johnson* factors to be considered in determining the "reasonableness" of attorneys' fees are delineated below, and WKPZ's compliance therewith, if applicable, is described following each factor:

---

[3] *See In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977).

a.   Time and Labor Required.  **Exhibit TGV200** delineates all of the work performed by WKPZ for which compensation is requested during the Application Period. WKPZ submits that the information contained in the exhibit supports the fees requested and reflects the reasonableness of such fees.

b.   Novelty and/or Difficulty.  The issues presented in this case were not novel or difficult.  The case was not difficult per se, but did require substantial attention in a compressed amount of time at the beginning of the representation and has required almost daily attention in one form or fashion.

c.   Skill Requisite to Perform the Legal Service Properly.  The attorney(s) and paralegal(s) primarily working on this matter are primarily engaged in bankruptcy practice with significant experience Chapter 11 debtor representations.

d.   Preclusion of Other Employment.  The time demands of the general representation of TGV resulted in some disruption of other employment engagements undertaken by the bankruptcy practice of WKPZ during the Application Period.

e.   Customary Fee.  The hourly rates charged for each professional and paraprofessional performing services for these estates are summarized in the table above and appear in the Fee Statements, **Exhibit TGV200**. These rates are no greater, and in some instances, may be lower, than those being charged by professionals with similar qualifications and experience. The rates used in these cases are the same as those customarily charged by WKPZ for Chapter 11 and Chapter 7 bankruptcy clients.  The hourly rates requested herein compare favorably with average costs for similar legal services being provided by national and regional law firms that regularly appear in the Northern, Southern, Eastern, and/or Western Districts of Texas.

f.   Whether the Fee is Fixed or Contingent.  WKPZ's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment.  Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g.   Time Limitations.  This representation to date did not present unusual time limitations to date, with the exception of time to file the case with no advanced preparation, and the case does require almost daily attention in one form or fashion.

h.   Amount Involved and Results Obtained.  The fees incurred are very reasonable in relation to the issues arising and work performed to date.  The work performed to date has stabilized the Debtor and built the foundation for an exit from this case.

i.   Experience, Reputation, and Ability of the Attorneys.  WKPZ's primary attorney assigned to this matter has appeared regularly in significant bankruptcy representations since 1997 across Texas and from time to time in other bankruptcy courts across the United States.

j.    <u>Undesirability of Cases.</u>  WKPZ initially has not found these cases to be undesirable, but rather, considers the issues that have been raised in these cases to be of the type that WKPZ is trained to adequately address.

k.    <u>Nature and Length of Professional Relationship with Client.</u>  WKPZ possessed no prior relationship to TGV prior to the filing of this case.

l.    <u>Awards in Similar Cases.</u>  Based on WKPZ's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

## RESERVATION OF RIGHTS

35.    WKPZ reserves the right to amend, and/or supplement this Application.

## NOTICE

36.    Notice of this Application is served upon all parties which appear in the mailing matrix / creditors list available for this case and all registered ECF users who have appeared to date.

## CONCLUSION AND PRAYER

WHEREFORE, Weycer, Kaplan, Pulaski & Zuber, P.C., respectfully requests interim approval and allowance of fees in the total amount of $27,093.70 and expenses in the total amount of $500.44 with the payment of such fees and expenses from any retainer previously provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application.  WKPZ respectfully requests such other and further relief to which WKPZ otherwise is entitled at law or in equity.

*{continued on following sheet}*

Dated: May 5, 2021        Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:    */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN:. 24001846)
     3030 Matlock Rd., Suite 201
     Arlington, Texas 76105
     Telephone: (713) 341-1158
     Fax: (866) 666-5322
     E-mail: jcarruth@wkpz.com

COUNSEL FOR THE GATEWAY VENTURES,
LLC, DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 5, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

---

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

---

     */s/ Jeff Carruth*
     JEFF CARRUTH

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Ashish Nayyar
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Deepesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Rahim Noorani
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Umesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

Ryan Little on behalf of Interested Party Union Gateway, LLC
little@mgmsg.com, tsilva@mgmsg.com

Aldo R Lopez on behalf of Plaintiff Westar Investors Group, LLC
alopez@raylaw.com, cchumsae@rmjfirm.com

Aldo R Lopez on behalf of Plaintiff Saleem Makani
alopez@raylaw.com, cchumsae@rmjfirm.com

Aldo R Lopez on behalf of Plaintiff Suhail Bawa
alopez@raylaw.com, cchumsae@rmjfirm.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Eric Charles Wood on behalf of Creditor Westar Investors Group, LLC
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Saleem Makani
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Suhail Bawa
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Label Matrix for local noticing
0542-3
Case 21-30071-hcm
Western District of Texas
El Paso
Tue May  4 21:42:50 CDT 2021

The Gateway Ventures, LLC
c/o PDG Prestige, Inc.
780 N Resler Drive, Suite B
El Paso, TX 79912-7196

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Ashish Nayyar
806 Rockport Lane
Allen, TX 75013

Ashish Nayyar
c/o James M. Feuille
ScottHulse PC
P.O. Box 99123
El Paso, TX 79999-9123

Ashish Nayyar, Rahim Noorani,
Deepesh Shrestha, and Umesh Shrestha
c/o James M. Feuille
201 E. Main Drive, Suite 1100
El Paso, TX 79901-1340

Border Demolition
Attn: Bonnie Solis
1004 Diesel Drive
El Paso, TX 79907-3100

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205-1588

Deepesh Shrestha
c/o James M. Feuille
ScottHulse PC
P.O. Box 99123
El Paso, TX 79999-9123

Depcesh Shrestha
3708 N. White Chapel Blvd.
Southlake, TX 76092-2042

El Paso County Tax AC
301 Manny Martinez Dr., 1st Floor
El Paso, TX 79905-5503

HD Lending LLC
6080 Surety Dr. Ste 101
El Paso, TX 79905-2066

HD Lending LLC
c/o Stephen H. Nickey PC
1201 North Mesa Ste. B
El Paso, TX 79902-4000

HD Lending, LLC
c/o Clyde A. Pine, Jr.
Mounce Green Myers
P.O. Box 1977
El Paso, Texas 79999-1977

Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

Michael Dixson
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

PDG Prestige, Inc.
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

Rahim Noorani
4312 Hopi Drive
Carrollton, TX 75010-1133

Rahim Noorani
c/o James M. Feuille
ScottHulse PC
P.O. Box 99123
El Paso, TX 79999-9123

Rahim Noorani, et al.
c/o Marty D. Price
2514 Boll St.
Dalals, TX 75204-2512

Saleem Makani
c/o Eric W. Wood
Brown Fox PLLC
5550 Granite Parkway, Suite 175
Plano, Texas 75024
Email: eric@brownfoxlaw.com  75024-3834

Saleem Makani
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Suhail Bawa
c/o Eric W. Wood
Brown Fox PLLC
5550 Granite Parkway, Suite 175
Plano, Texas 75024
Eaail: eric@brownfoxlaw.com  75024-3834

Suhail Bawa
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Suresh Kumar
c/o Harrel Davis
PO Box 1322
El Paso, TX 79947-1322

Texas Attorney General
Environmental Protection Division
P.O. Box 12548
Austin, TX 78711-2548

(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
ATTN BANKRUPTCY PROGRAM
P O BOX 13087
MC 132
AUSTIN TX 78711-3087

Umesh Shrestha
8505 Revenue Way
North Richland Hills, TX 76182-7431

Umesh Shrestha
c/o James M. Feuille
ScottHulse PC
P.O. Box 99123
El Paso, TX 79999-9123

Union Gateway, LLC
c/o Ryan Little
P. O. Drawer 1977
El Paso, Texas 79999-1977

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Westar Investor Group LLC
c/o Eric Wood (Brown Fox)
8111 Preston Rd. Ste 300
Dallas, TX 75225-6329

Westar Investors Group, LLC
c/o Eric W. Wood
Brown Fox PLLC
5550 Granite Parkway, Suite 175
Plano, Texas 75024
Email: eric@brownfoxlaw.com  75024-3834

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046-2445

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Commission on Environmental Qualit
Reg. 6 Office Compliance Enforcement
401 E Franklin Ave, Suite 560
El Paso, TX 79901-1212

End of Label Matrix
Mailable recipients      33
Bypassed recipients       0
Total                    33

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | Client:  GAT014-THE GATEWAY VENTURES, LLC<br>Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 4 | **B110 - CASE ADMINISTRATION** | | | | | | | |
| 5 | 2/2/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - POST PETITION -- Case administration - Attention to and worked on transmission of stay notice to all parties and lender opposing counsel. | B110 |
| 6 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Attention to trustee / judge assignment, and then remote hearing procedures for Judge Mott. | B110 |
| 7 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Correspondence with and telephone conference with opposing counsel Stephen Nickey (lender) regarding stop sale. | B110 |
| 8 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Further attention to notice of bankruptcy by fax and email. | B110 |
| 9 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Prepared letter + enclosure to M. Dixson regarding redacted . | B110 |
| 10 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Telephone conference with and correspondence with M. Dixson regarding redacted . | B110 |
| 11 | 2/2/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Finalized and filed Chapter 11 bankruptcy petition and supporting documents. | B110 |
| 12 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Attention to / coordinated receipt and transmission of wet signatures and declaration of electronic filing for Feb. 3. | B110 |
| 13 | 2/2/2021 | JDC | 207707 | 2.00 | 485.00 | 970.00 | The Gateway Ventures - Sustained attention to payment and wires and bankruptcy preparation, signature pages, etc, multiple telephone conference with and correspondence with M. Dixson and C. Lee regarding same. | B110 |
| 14 | 2/3/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration -- Correspondence with allied counsel C. Lee redacted . | B110 |
| 15 | 2/3/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration -- Correspondence with M. Dixson regarding redacted . | B110 |
| 16 | 2/3/2021 | JDC | 207707 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Case administration - Prepared correspondence to M. Dixson regarding redacted r. | B110 |
| 17 | 2/3/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Telephone conference with allied counsel C. Lee regarding redacted . | B110 |
| 18 | 2/3/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Case administration -- Prepared motion for emergency hearing + proposed order. | B110 |
| 19 | 2/3/2021 | JDC | 207707 | 1.50 | 485.00 | 727.50 | The Gateway Ventures - Case administration -- Prepared motion to withdraw WKPZ from case + proposed order. | B110 |
| 20 | 2/4/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Correspondence with allied counsel C. Lee regarding redacted | B110 |
| 21 | 2/4/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Telephone conference with M. Dixson regarding status redacted | B110 |
| 22 | 2/4/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Correspondence with UST. J. Rose, regarding timing of dismissal for no wet signatures. | B110 |

1953520, 5/5/2021 8:08 PM

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 |  | | | | | | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 23 | 2/5/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Case administration - Worked on service of motion to withdraw (1.2 hours total, 1.0 hours at no charge). | B110 |
| 24 | 2/5/2021 | JDC | 207707 | 2.00 | 485.00 | 970.00 | The Gateway Ventures - Case administration - Evaluated scope of disclosure to bankruptcy court and worked on motion to withdraw, proposed order to withdraw, motion to expedite, order to expedite; finalized and flied same. | B110 |
| 25 | 2/5/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Prepared and filed notice of hearing regarding motion to withdraw. | B110 |
| 26 | 2/5/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Case administration - Prepared and filed notice of hearing regarding WKPZ motion to withdraw. | B110 |
| 27 | 2/5/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Telephone conference with and court regarding expedited hearing request. | B110 |
| 28 | 2/5/2021 | JDC | 207707 | 1.00 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Administrative entry - no charge time for: - Worked on service of motion to withdraw (no charge). | B110 |
| 29 | 2/6/2021 | JDC | 207707 | 0.40 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Further worked on service of motion to withdraw WKPZ, etc. (no charge). | B110 |
| 30 | 2/6/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Prepared and filed notice of hearing regarding motion to withdraw WKPZ, etc. | B110 |
| 31 | 2/7/2021 | JDC | 207707 | 0.30 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Prepared and filed COS regarding notice of hearing motion to withdraw WKPZ, etc. (no charge). | B110 |
| 32 | 2/8/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Attention Declaration Electronic Filing transmittal to clerk. | B110 |
| 33 | 2/8/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Telephone conference with (inbound call from) M. Dixson. | B110 |
| 34 | 2/8/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Telephone conference with (inbound call from) opposing counsel M. Price. | B110 |
| 35 | 2/9/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Correspondence with opposing counsel C. Pine (HD Lending) regarding schedule first substantive call. | B110 |
| 36 | 2/9/2021 | CDH | 207707 | 0.20 | 395.00 | 79.00 | Attention to bankruptcy hearing procedure, and evaluate presentation of evidence for relief requested. | B110 |
| 37 | 2/10/2021 | JDC | 207707 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Case administration -- Prepared updated to do and document / diligence list, correspondence with to M. Dixson regarding redacted | B110 |
| 38 | 2/24/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Case administration - Attention to and worked on MS Teams site access for this property / case. | B110 |
| 39 | 3/1/2021 | JDC | 208528 | 0.10 | 0.00 | 0.00 | The Gateway Ventures - Admi - Attention to call, responded to call from clerk regarding address and matrix adds (no charge). Case Administration | B110 |
| 40 | 3/3/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Received and reviewed notice of appearance for Noorani parties. | B110 |

1953520, 5/5/2021 8:08 PM

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 |  | | | | | | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 41 | 3/4/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Received and reviewed Mounce / Clyde Pine NOA. | B110 |
| 42 | 3/5/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Correspondence with opposing counsel C. Pine (HDL) regarding SARE status. Case Administration | B110 |
| 43 | 3/15/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Received and reviewed correspondence M. Dixson regarding redacted . | B110 |
| 44 | 3/17/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Reviewed docket regarding overall status, items filed, , status of wet signatures + declaration electronic filing needed. | B110 |
| 45 | 3/17/2021 | JDC | 208546 | 0.2 | 485 | $0.00 | The Gateway Ventures - Case administration - Telephone conference with M. Dixson regarding ▓▓ (no charge). | B110 |
| 46 | 3/19/2021 | JDC | 208528 | 0.20 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Attention to collection, filing, organization of source documents, email attachments (no charge). | B110 |
| 47 | 3/26/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Attention to deficiency notice (no charge). | B110 |
| 48 | 3/28/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Case administration - Further attention to clerk's office declaration electronic filing requirements, fate of wet signatures previously sent to clerk, and e-filed scanned wet signatures, attention to / coordinated call by staff on March 29 to ensure compliance. | B110 |
| 49 | 3/29/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Prepared and filed corrected declaration electronic filingx2 (petition + schedules set). | B110 |
| 50 | 3/29/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration -- Further worked on dec elec, communicated with clerk. | B110 |
| 51 | 3/31/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Case administration - Telephone conference with M. Dixson regarding ▓▓ (NO CHARGE). | B110 |
| 52 | 4/13/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Attention to calendaring of pending items, response dates, etc. Case Administration | B110 |
| 53 | 4/15/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures-P - Admin - Substantive telephone conference with M. Dixson regarding ▓▓ . Case Administration | B110 |
| 54 | 4/22/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Case administration - Prepared correspondence to M. Dixson regarding redacted . Case Administration | B110 |
| 55 | TOTALS | | | 13.90 | | 5,559.50 | | |
| 56 | | | JDC | 13.70 | | 5,480.50 | | |
| 57 | | | CDH | 0.20 | | 79.00 | | |
| 58 | | | | | | | | |
| 59 | **B111 - UST COMPLIANCE** | | | | | | | |
| 60 | 2/10/2021 | JDC | 207707 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Initial Debtor Interview - Worked on Initial Debtor Interview questionnaire. | B111 |

1953520, 5/5/2021 8:08 PM

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 61 | 2/22/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - UST compliance - Correspondence with UST personnel regarding reschedule Initial Debtor Interview. | B111 |
| 62 | 2/22/2021 | JDC | 207707 | 0.10 | 0.00 | 0.00 | The Gateway Ventures - UST compliance - Attention to calendaring / scheduling of new Feb. 25 date for Initial Debtor Interview, correspondence with M. Dixson regarding redacted (no charge). | B111 |
| 63 | 2/22/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - UST compliance - Worked on Initial Debtor Interview report for UST, items for M. Dixson to complete. | B111 |
| 64 | 2/22/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - UST compliance - Prepared correspondence to M. Dixson regarding redacted | B111 |
| 65 | 2/23/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Telephone conference with M. Dixson regarding redacted . | B111 |
| 66 | 2/25/2021 | JDC | 207707 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - UST diligence - Telephone conference with M. Dixson prior to Initial Debtor Interview with UST CPA Brian Henault (no charge). | B111 |
| 67 | 2/25/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - UST diligence - Reviewed insurance, evaluated subsidiary and affiliate coverage if applicable, correspondence with M. Dixson regarding redacted | B111 |
| 68 | 2/25/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures -UST diligence - Participated in / conducted Initial Debtor Interview with M. Dixson and UST CPA Brian Henault. | B111 |
| 69 | 2/25/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - UST diligence - Prepared correspondence to UST CPA Brian Henault regarding initial report. | B111 |
| 70 | 2/25/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - UST diligence - Worked on finalization of initial report for Initial Debtor Interview, correspondence with M. Dixson regarding redacted . | B111 |
| 71 | 3/1/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - UST Diligence - Received and reviewed correspondence from B. Henault regarding Initial Debtor Interview open items. Reporting and UST Compliance | B111 |
| 72 | 3/24/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - UST compliance - Received and reviewed / attention to insurance docs from M. Dixson. | B111 |
| 73 | TOTALS | | | 2.60 | | 1,164.00 | | |
| 74 | | | | | | | | |
| 75 | **B112 - SCHEDULES AND SOFA** | | | | | | | |
| 76 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Schedules - Correspondence with S. Hudson regarding planning for schedules, etc. | B112 |
| 77 | 2/16/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Schedules -- Prepared and filed motion to extend time to file schedules and proposed order. | B112 |
| 78 | 2/22/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Schedules - Correspondence with M. Dixson regarding redacted . | B112 |
| 79 | 2/26/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Schedules - Correspondence with M. Dixson regarding redacted (no charge). | B112 |

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 80 | 2/26/2021 | JDC | 208528 | 0.20 | 486.00 | 97.20 | The Gateway Ventures ? Schedules ? Finalized and filed schedules. | B112 |
| 81 | 2/26/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures ? Schedules ? Made edits per M. Dixson to schedules and SOFA (fourth turn) , prepared new signature set, correspondence with M. Dixson regarding redacted . | B112 |
| 82 | 2/26/2021 | JDC | 208528 | 1.10 | 485.00 | 533.50 | The Gateway Ventures ? Schedules ? Further worked on and revised/edited schedules, statements, and other initial pleadings, and prepare signature set for him. Dixon (third turn of schedules). | B112 |
| 83 | 2/26/2021 | JDC | 208528 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Schedules - Further reviewed source documents, public records, and worked on + edited + revised Schedules and SOFA (second turn). | B112 |
| 84 | 2/26/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures ? Schedules ? Telephone conference with contract paralegal S. Hudson regarding potential assistance. | B112 |
| 85 | 2/26/2021 | JDC | 208528 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Schedules - Reviewed source documents, public records, and worked on Schedules (first turn). | B112 |
| 86 | 2/26/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Schedules - Correspondence with contract paralegal Sharon Hudson regarding assist.. | B112 |
| 87 | 2/26/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Schedules - Reviewed SOFA responses, worked on SOFA. | B112 |
| 88 | 3/7/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Schedules - Attention to / processed original signatures, electronic signature verification on schedules etc. Schedules, SOFA, Disclosures | B112 |
| 89 | TOTALS | | | 4.40 | | 2,085.70 | | |
| 90 | | | | | | | | |
| 91 | **B130- ASSET SALE** | | | | | | | |
| 92 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel S. Nickey (lender) regarding contact to discuss sale contracts. | B130 |
| 93 | 2/2/2021 | JDC | 207707 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Asset sale - Substantive telephone conference with M. Dixson redacted . | B130 |
| 94 | 2/9/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson, received and reviewed sales contracts. | B130 |
| 95 | 2/10/2021 | JDC | 207707 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel C. Pine regarding process for selling properties, path forward. | B130 |
| 96 | 2/11/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Began work on motion for protective order, form selection. | B130 |
| 97 | 2/11/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Began work on motion to seal, form selection. | B130 |
| 98 | 2/11/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel C. Pine (HD Lending) regarding potential CA-PO for sales contracts. | B130 |
| 99 | 2/11/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Reviewed sales contracts to date, prepared insert regarding notice of bankruptcy case, contract subject to court approval. | B130 |

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 |  | | | | | | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 100 | 2/11/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Asset sale - Substantive telephone conference with M. Dixson regarding redacted . | B130 |
| 101 | 2/11/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel Eric Wood (Westar) regarding basis of Westar et al. lis pendens, potential CA-PO for sales contracts. | B130 |
| 102 | 2/11/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel M. Price (Nayyar et al.) regarding potential CA-PO for sales contracts. | B130 |
| 103 | 2/11/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Received and reviewed Westar lawsuit and lis pendens. | B130 |
| 104 | 2/14/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Asset sale - Evaluated applicable authority effect of lis pendens on sec. 363.f sale. | B130 |
| 105 | 2/19/2021 | JDC | 207713 | 0.1 | 485 | $48.50 | The Gateway Ventures - Asset sale - Telephone conference with M. Dixson regarding redacted . | B130 |
| 106 | 3/3/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel Josh Rhoads regarding Lot 12 contract, received and reviewed correspondence with and document from J. Rhoads regarding same. | B130 |
| 107 | 3/3/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Telephone conference with M. Dixson regarding redacted (no charge). Asset disposition | B130 |
| 108 | 3/5/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson regarding redacted ; correspondence with John C. (title). Asset disposition | B130 |
| 109 | 3/9/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson regarding redacted Asset disposition | B130 |
| 110 | 3/10/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson regarding redacted . Asset disposition | B130 |
| 111 | 3/10/2021 | JDC | 208546 | 0.4 | 485 | $194.00 | The Gateway Ventures - Asset sale - Sustained correspondence with, and then telephone conference with, opposing counsel C. Pine (HDL) regarding plats, site plans, etc. , diligence for lender. | B130 |
| 112 | 3/11/2021 | JDC | 208528 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Asset sale - Telephone conference with John Camino at title co. regarding all pending issues and title defects. Asset disposition | B130 |
| 113 | 3/11/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Sustained correspondence with Sun Capital. Asset disposition | B130 |
| 114 | 3/11/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel C. Pine regarding platting, site plan, etc. Asset disposition | B130 |
| 115 | 3/13/2021 | JDC | 208528 | 0.70 | 485.00 | 339.50 | The Gateway Ventures - Asset sale -Began drafting and preparation of motion to sell Lot 9 to Sun Capital. | B130 |
| 116 | 3/13/2021 | JDC | 208528 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Asset sale - Telephone conference with Deepesh and opposing counsel Chris Bauman regarding Sun Captial purchase. | B130 |
| 117 | 3/15/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sales - Telephone conference with John C., title co.. | B130 |

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | Client:  **GAT014-THE GATEWAY VENTURES, LLC** <br> Matter:  **000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 118 | 3/16/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Received and reviewed Lot 9 title commitment. | B130 |
| 119 | 3/16/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with regarding status Lot 9 contract. | B130 |
| 120 | 3/16/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Telephone conference with John C. (title). | B130 |
| 121 | 3/18/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel M. Bauman regarding Lot 9. | B130 |
| 122 | 3/19/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Prepared correspondence to Sub Capital personnel regarding amendment to PSA, address earnest money issue. | B130 |
| 123 | 3/19/2021 | JDC | 208528 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Asset sale - Reviewed source documents and prepared Escrow Agreement to address earnest money issue if no court approval, regarding Sun Capital, Lot 9. | B130 |
| 124 | 3/19/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Substantive correspondence with and telephone conference with M. Dixson regarding redacted. | B130 |
| 125 | 3/19/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Asset sale - Prepared amendment to PSA Lot 9. | B130 |
| 126 | 3/19/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson and opposing counsel C. Pine (HD Lending) regarding site plan, etc. amendments, current version. | B130 |
| 127 | 3/22/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Substantive correspondence with M. Dixson regarding redacted | B130 |
| 128 | 4/7/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel C. Pine regarding (1) payoff (2) all hands call. | B130 |
| 129 | 4/7/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Asset sale - Substantive telephone conference with M. Dixson regarding redacted | B130 |
| 130 | 4/7/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with John C. (title) regarding Lot 9 GF. Asset disposition | B130 |
| 131 | 4/8/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel C. Pine regarding issues for April 9 all hands all. | B130 |
| 132 | 4/8/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Received and reviewed correspondence with regarding Sun Capital (Deepesh entity), doc execution. | B130 |
| 133 | 4/9/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Received and reviewed / attention to correspondence regarding Sun Capital transaction. | B130 |
| 134 | 4/13/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Attention to correspondence with regarding HDL payoff, debtor expenses to date. Asset disposition | B130 |
| 135 | 4/13/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Received and reviewed correspondence and source documents regarding EMJ lien. | B130 |
| 136 | 4/13/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Attention to correspondence regarding Lot 9 sale. | B130 |

1953520, 5/5/2021 8:08 PM

|   | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | — **Client:  GAT014-THE GATEWAY VENTURES, LLC**  **Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 137 | 4/14/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Telephone conference with J. Caminos at title regarding lien release. Asset disposition | B130 |
| 138 | 4/15/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with and telephone conference with John C. (title) regarding Schedule C issues. | B130 |
| 139 | 4/15/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with opposing counsel C. Pine. | B130 |
| 140 | 4/16/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Worked on protective order. | B130 |
| 141 | 4/16/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Received and reviewed + attention to correspondence Deepesh + John C. at title. | B130 |
| 142 | 4/16/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Worked on deliverables to HD Lending, post-call. | B130 |
| 143 | 4/16/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Asset sale - Conducted call with HD Lending personnel and M. Dixson. | B130 |
| 144 | 4/17/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Reviewed title commitment. | B130 |
| 145 | 4/17/2021 | JDC | 209695 | 1.10 | 485.00 | 533.50 | The Gateway Ventures - Asset sale - Worked on motion to sell Lot 9. | B130 |
| 146 | 4/19/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Telephone conference with M. Dixson regarding redacted . Asset disposition | B130 |
| 147 | 4/19/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Worked on proposed protective order, correspondence with C. Pine regarding same. Asset disposition | B130 |
| 148 | 4/19/2021 | JDC | 209695 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Asset sale - Worked on and correspondence with regarding deliverables to HD Lending. Asset disposition | B130 |
| 149 | 4/19/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Correspondence with Deepesh, M. Dixson, title. Asset disposition | B130 |
| 150 | 4/21/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Further correspondence with C. Pine regarding Confidentiality Agreement and proposed order. | B130 |
| 151 | 4/21/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel M. Price regarding prior settlement regarding judgment lien parties, possible option now. | B130 |
| 152 | 4/21/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel J. Fuielle regarding prior settlement regarding judgment lien parties, possible option now. | B130 |
| 153 | 4/21/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Asset sale - Reviewed and worked on HD Lending-Pine form of Confidentially Agreement, correspondence with M. Dixson regarding redacted , correspondence with C. Pine regarding same | B130 |
| 154 | 4/22/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Telephone conference with M. Dixson regarding redacted (NO CHARGE). Asset disposition | B130 |
| 155 | 4/22/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Asset sale - Correspondence with C. Pine regarding CA, other issues. Asset disposition | B130 |

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 156 | 4/22/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Received and reviewed executed CA from C. Pine, prepared watermarked document, fulfilled Lot 9 contract deliverable. Asset disposition | B130 |
| 157 | 4/23/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Asset sale - Conducted conference call with opposing counsel C. Pine, HD personnel, M. Dixson regarding redacted . | B130 |
| 158 | 4/23/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Correspondence with Deepesh (Sun) regarding Lot 9 status. | B130 |
| 159 | 4/23/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Asset sale - Reviewed emails from title co. and worked on deliverables to HD Lending. Asset disposition | B130 |
| 160 | 4/23/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Correspondence with HD Lending personnel, schedule April 30 call (NO CHARGE). Asset disposition | B130 |
| 161 | 4/24/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Asset sale - Worked on motion to sell Lot 9 + proposed order. | B130 |
| 162 | 4/24/2021 | JDC | 209695 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Asset sale - Began preparation of motion to expedite motion to sell Lot 9 + proposed order. | B130 |
| 163 | 4/24/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Asset sale - Began preparation of motion to seal Lot 9 contract + proposed order. | B130 |
| 164 | TOTALS | | | 17.90 | | 8,487.50 | | |
| 165 | | | | | | | | |
| 166 | **B150 - MEETING OF CREDITORS** | | | | | | | |
| 167 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Meeting of creditors - Attention to service of notice of Section 341 meeting of creditors. | B150 |
| 168 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Meeting of creditors - Received and reviewed notice of setting Section 341 meeting of creditors, attention to calendaring / scheduling of regarding same. | B150 |
| 169 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Meeting of creditors - Attention to / coordinated service of meeting of creditors. | B150 |
| 170 | 3/4/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Section 341 meeting of creditors - Correspondence with UST J. Rose regarding confirm time (no charge). | B150 |
| 171 | 3/4/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Section 341 meeting of creditors - Telephone conference with M. Dixson regarding redacted . | B150 |
| 172 | 3/4/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Section 341 meeting of creditors - Telephone conference with M. Dixson after Section 341 meeting of creditors. | B150 |
| 173 | 3/4/2021 | JDC | 208528 | 0.70 | 485.00 | 339.50 | The Gateway Ventures - Section 341 meeting of creditors - Conducted and participated in Section 341 meeting of creditors. | B150 |
| 174 | TOTALS | | | 1.60 | | 727.50 | | |
| 175 | | | | | | | | |
| 176 | **B151 - CREDITOR INQUIRY** | | | | | | | |

1953520, 5/5/2021 8:08 PM

**EXHIBIT TGV200**

**Client:  GAT014-THE GATEWAY VENTURES, LLC**
**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP**

| Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
|------|--------|-------------|---------------|--------------|----------------|-----------|-----------|
| 3/19/2021 | JDC | 208528 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Creditor inquiry - Telephone conference with former litigation counsel Chantelle Crews regarding redacted. | B151 |
| 3/22/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Creditor inquiry - Correspondence with opposing counsel C. Pine (HD Lending) regarding COVID test site on property, correspondence with M. Dixson regarding redacted. | B151 |
| 3/23/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Creditor inquiry - Correspondence with M. Dixson and correspondence with opposing counsel C. Pine (HDL) regarding site plan questions. | B111 |
| 3/24/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Creditor inquiry - Received and reviewed correspondence M. Dixson regarding redacted, correspondence with opposing counsel C. Pine regarding same. | B151 |
| 3/31/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Creditor inquiry - Correspondence with opposing counsel C. Pine regarding further inquiry regarding site plans, etc. | B151 |
| TOTALS | | | 1.30 | | 630.50 | | |
| | | | | | | | |
| **B160 - PROFESSIONAL EMPLOYMENT + FEE APPLICATIONS** | | | | | | | |
| 2/2/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Employment - Began work on WKPZ + LLF motion to employ. | B160 |
| 2/9/2021 | JDC | 207707 | 0.10 | 0.00 | 0.00 | The Gateway Ventures - Employment - Telephone conference with M. Dixson regarding redacted (no charge). | B160 |
| 2/9/2021 | JDC | 207707 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Employment - Appeared and conducted hearing regarding withdrawal of motion to withdraw. | B160 |
| 2/9/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Employment - Prepared supplement to engagement letter. | B160 |
| 2/9/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Employment - Telephone conference with D. Dixson regarding redacted. | B160 |
| 2/20/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Prepared correspondence to M. Dixson regarding redacted r. | B160 |
| 2/20/2021 | JDC | 207707 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Employment - Prepared motion to employ WKPZ, declaration, and proposed order. | B160 |
| 3/1/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Employment - Coordinated service of motion to employ WKPZ + proposed order (no charge). | B160 |
| 3/1/2021 | JDC | 208528 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Employment - Worked on, finalized, and filed motion to employ WKPZ + proposed order. | B160 |
| 3/2/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Correspondence with court regarding form of order regarding employ WKPZ. Fee/employment applications | B160 |
| 3/2/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Prepared supplemental COS to address local court requirement. | B160 |
| 3/8/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Finalized and filed comp disclosure WKPZ. | B160 |

|  | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | **Client:  GAT014-THE GATEWAY VENTURES, LLC** **Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 197 | 3/17/2021 | JDC | 208528 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Employment - Prepared first amended application to employ WKPZ regarding PDG Prestige case work and additional disclosures quired by Code ?327. | B160 |
| 198 | 3/17/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Employment - Prepared correspondence to M. Dixson regarding redacted (no charge). | B160 |
| 199 | 3/17/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Finalized and filed application to employ WKPZ regarding PDG Prestige case work and additional disclosures quired by Code ?327. | B160 |
| 200 | 3/18/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Attention to / prepared COS regarding application to employ WKPZ, per local rules, coordinated service of same. | B160 |
| 201 | 3/23/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Correspondence with court regarding COS on motion to employ WKPZ, finalized and filed same, per local requirements. | B160 |
| 202 | 3/28/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Employment - Worked on task code completion + verification + edit, regarding fee guidelines of UST. | B160 |
| 203 | 4/14/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Reviewed docket, prepared certificate of no objection regarding motion to employ WKPZ. Fee/employment applications | B160 |
| 204 | 4/14/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Employment - Reviewed docket, prepared certificate of no objection regarding motion to employ WKPZ. Fee/employment applications | B160 |
| 205 | 4/15/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Employment - Attention to certificate of no response, order submission regarding motion employ WKPZ. | B160 |
| 206 | TOTALS | | | 3.80 | | 1,697.50 | | |
| 207 | | | | | | | | |
| 208 | **B185 - EXECUTORY CONTRACTS + LEASES** | | | | | | | |
| 209 | 2/26/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Contracts - Received and reviewed correspondence and source documents opposing counsel Ryan Little regarding Union Square LLC, correspondence with R. Little regarding rejection etc : correspondence with M  Dixson regarding redacted | B185 |
| 210 | 3/3/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Executory contracts and leases -- Telephone conference with and correspondence opposing counsel Brian Hocket regarding Charter contract and default / rejection. | B185 |
| 211 | 3/3/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Executory contracts and leases - Correspondence with M. Dixson regarding redacted . | B185 |
| 212 | 3/9/2021 | JDC | 208528 | 0.60 | 485.00 | 291.00 | The Gateway Ventures - Executory contracts and leases - Reviewed source documents and prepared motion and order to reject Union Gateway lease, refund deposit. | B185 |
| 213 | 3/9/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Executory contracts and leases - Correspondence with opposing counsel R. Little regarding draft motion to reject. | B185 |
| 214 | 3/12/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Executory contracts and leases - Correspondence with opposing counsel R. Little regarding Union Gateway status (no charge). | B185 |

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 |  | | | | | | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 215 | 3/15/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Executory contracts and leases - Correspondence with R. Little regarding Union Square (no charge). | B185 |
| 216 | 4/5/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Contracts - Worked on, finalized, filed motion to reject Union Gateway contract, release deposit. | B185 |
| 217 | 4/6/2021 | JDC | 209695 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Executory contracts and leases - Worked on and finalized motion reject Union Gateway. Assumption/rejection of leases and contracts | B185 |
| 218 | 4/20/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Contracts - Attention to correspondence regarding reject Spectrum; attention to lease. | B185 |
| 219 | TOTALS | | | 2.50 | | 1,115.50 | | |
| 220 | | | | | | | | |
| 221 | **B190 - OTHER LITIGATION + CONTESTED MATTERS** | | | | | | | |
| 222 | 3/22/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Litigation - Telephone conference with opposing counsel E. Wood regarding discuss Westar litigation. Other contested matters (excluding assumption/ rejection motions) | B190 |
| 223 | 3/24/2021 | JDC | 208528 | 0.60 | 485.00 | 291.00 | The Gateway Ventures - Litigation - Telephone conference with opposing counsel E. Wood (Westar et al) regarding pending disputes, overall plan for case, hotel license issue. | B190 |
| 224 | 3/24/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Litigation - Substantive telephone conference with M. Dixson regarding redacted . | B190 |
| 225 | 3/25/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Litigation - Telephone conference with M. Dixson regarding redacted r (no charge). Other contested matters (excluding assumption/ rejection motions) | B190 |
| 226 | 3/29/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Litigation - Substantive telephone conference with M. Dixson regarding redacted | B190 |
| 227 | 4/24/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Litigation - Worked on motion to extend 9027 removal deadline + proposed order. | B190 |
| 228 | TOTALS | | | 2.30 | | 1,067.00 | | |
| 229 | | | | | | | | |
| 230 | **B230 - FINANCING** | | | | | | | |
| 231 | 2/18/2021 | JDC | 207707 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Asset sale - Telephone conference with R. Dixson regarding redacted . | B230 |
| 232 | 2/26/2021 | JDC | 208528 | 0.20 | 485.00 | 97.00 | The Gateway Ventures ? Financing ? Telephone conference with M. Dixon regarding redacted . | B230 |
| 233 | 3/9/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Correspondence with M. Dixson regarding redacted (no charge). | B230 |
| 234 | 3/12/2021 | JDC | 208528 | 0.40 | 485.00 | 194.00 | The Gateway Ventures - Asset sale - Telephone conference with opposing counsel C. Pine and M. Dixson regarding redacted . | B230 |

1953520, 5/5/2021 8:08 PM

| | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 |  | | | | | | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 235 | 3/12/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Asset sale - Telephone conference with M. Dixson regarding redacted (no charge). | B230 |
| 236 | 4/4/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Financing - Prepared correspondence to M. Dixson regarding redacted redacted . | B230 |
| 237 | 4/4/2021 | JDC | 209695 | 0.50 | 485.00 | 242.50 | The Gateway Ventures - Financing - Prepared draft letter to redacted clarifying bankruptcy issues, potential financing. | B230 |
| 238 | 4/6/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Financing - Telephone conference with M, Dixson regarding redacted letter (NO CHARGE). Financing/cash collateral | B230 |
| 239 | 4/6/2021 | JDC | 209695 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Financing - Worked on letter to redacted . Other contested matters (excluding assumption/ rejection motions) | B230 |
| 240 | 4/6/2021 | JDC | 209696 | 0.3 | 485 | $145.50 | The Gateway Ventures - Financing - Correspondence with M. Dixson, finalized and transmitted letter to redacted , potential financing. Financing/cash collateral | B230 |
| 241 | 4/20/2021 | JDC | 209695 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Financing - Short telephone conference with M. Dixson (NO CHARGE). | B230 |
| 242 | TOTALS | | | 2.40 | | 970.00 | | |
| 243 | | | | | | | | |
| 244 | **B310 - CLAIMS** | | | | | | | |
| 245 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Claims - Attention to calendaring / scheduling of claims bar date. | B310 |
| 246 | 2/2/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Claims - Received and reviewed notice of claims bar date. | B310 |
| 247 | TOTALS | | | 0.20 | | 97.00 | | |
| 248 | | | | | | | | |
| 249 | **B320 - PLAN + DISCLOSURE STATEMENT** | | | | | | | |
| 250 | 3/7/2021 | JDC | 208528 | 1.20 | 485.00 | 582.00 | The Gateway Ventures -Plan - Began draft plan + disclosure statement + motion for conditional approval + order. | B320 |
| 251 | 3/14/2021 | JDC | 208528 | 3.00 | 485.00 | 1,455.00 | The Gateway Ventures - Plan - Worked on plan and disclosure statement, evaluated treatment for classes (4.0 hours total, 1.0 hours at no charge). | B230 |
| 252 | 3/14/2021 | JDC | 208528 | 1.00 | 485.00 | 0.00 | The Gateway Ventures - Plan - Administrative entry - no charge time for: - Worked on plan and disclosure statement, evaluated treatment for classes (no charge). Plan and disclosure statement (including business plan) | B320 |
| 253 | 3/14/2021 | JDC | 208528 | 0.10 | 485.00 | 0.00 | The Gateway Ventures - Plan - Correspondence with opposing counsel (tax authorities) regarding standard language they will request for sale order and plan (no charge). | B320 |
| 254 | 3/14/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Plan - Evaluated applicable authority potential differences in application of 363.f. and 1123.a.5.D. | B320 |

|   | B | C | D | E | F | G | H | J |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT TGV200** | |
| 2 | **Client:  GAT014-THE GATEWAY VENTURES, LLC**<br>**Matter:  000000000002-POST PETITION CHPT. 11 BANKRUP** | | | | | | | |
| 3 | Date | Tkeepr | Bill Number | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 255 | 3/14/2021 | JDC | 208528 | 0.30 | 485.00 | 145.50 | The Gateway Ventures - Plan - Began drafting and preparation of motion for expedited hearing regarding conditional approval of disclosure statement, set plan dates. | B320 |
| 256 | 3/23/2021 | JDC | 208528 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Plan - Substantive telephone conference with M. Dixson regarding redacted . | B320 |
| 257 | 4/9/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Plan - Telephone conference with M. Dixson and HD Lending personnel regarding all pending issues, Lot 9 sale, potential exits. | B320 |
| 258 | 4/9/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | The Gateway Ventures - Plan - Telephone conference with M. Dixson prior to call with HD Lending. | B320 |
| 259 | 4/9/2021 | JDC | 209695 | 0.20 | 485.00 | 0.00 | The Gateway Ventures - Plan - Telephone conference with M. Dixson regarding redacted (NO CHARGE). | B320 |
| 260 | 4/24/2021 | JDC | 209695 | 1.00 | 485.00 | 485.00 | The Gateway Ventures - Plan - Worked on - edited + revised version 001 plan + disclosure statement. | B320 |
| 261 | TOTALS | | | 8.30 | | 3,395.00 | | |
| 262 | | | | | | | | |
| 263 | **B400 - BANKRUPTCY RELATED ADVICE** | | | | | | | |
| 264 | 4/1/2021 | JDC | 209695 | 0.20 | 485.00 | 97.00 | The Gateway Ventures - Bankruptcy advice - Telephone conference with M. Dixson regarding . Bankruptcy-related advice | B400 |
| 265 | TOTALS | | | 0.20 | | 97.00 | | |
| 266 | | | | | | | | |
| 267 | | | | | | | | |

1953520, 5/5/2021 8:08 PM

**EXHIBIT TGV201**

## TASK CATEGORY TOTALS

| TASK CODE CATEGORY | HOURS | FEES |
|---|---|---|
| Unless otherwise indicated below, all hours and fees are JDC. | | |
| B110 - CASE ADMINISTRATION | 13.90 | 5,559.50 |
| B111 - UST COMPLIANCE | 2.60 | 1,164.00 |
| B112 - SCHEDULES + SOFA | 4.40 | 2,085.70 |
| B130 - ASSET SALE | 17.90 | 8,487.50 |
| B150 - MEETING OF CREDITORS | 1.60 | 727.50 |
| B151 - CREDITOR INQUIRY | 1.30 | 630.50 |
| B160 - PROFESSIONAL EMPLOYMENT + FEE APPLICATIONS | 3.80 | 1,697.50 |
| B185 - EXECUTORY CONTRACTS + LEASES | 2.50 | 1,115.50 |
| B190 - CONTESTED MATTERS + OTHER LITIGATION | 2.30 | 1,067.00 |
| B230 - FINANCING | 2.40 | 970.00 |
| B310 - CLAIMS | 0.20 | 97.00 |
| B320 - PLAN + DISCLOSURE STATEMENT | 8.30 | 3,395.00 |
| B400 - BANKRUPTCY RELATED ADVICE | 0.20 | 97.00 |
| TOTAL | 61.40 | 27,093.70 |
| | | |
| BREAKDOWN OF B110 - NON-JDC HOURS | | |
| JDC | 12.20 | 4995.50 |
| CDH | 0.20 | 79.00 |

**EXHIBIT TGV202**

## EXPENSES

**Client: GAT014-THE GATEWAY VENTURES, LLC**
**Matter: 000000000002-POST PETITION CHPT. 11 BANKRUP**

| Code | Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|------|------|--------------|-------------|---------------|-----------|
| 00002 | 3/15/2021 | PHC | 208528 | $94.50 | Copy Expenses |
| 00002 | 3/1/2021 | FDX | 208528 | $31.64 | FedEx |
| 00002 | 3/11/2021 | FDX | 208528 | $17.61 | FedEx |
| 00002 | 3/17/2021 | FDX | 209695 | $16.67 | FedEx |
| 00002 | 2/5/2021 | FDXC | 208528 | $9.57 | FedEx Copy Expense |
| 00002 | 2/6/2021 | FDXC | 208528 | $2.25 | FedEx Copy Expense |
| 00002 | 3/1/2021 | 001 | 208528 | $32.00 | Filing Fee |
| 00002 | 3/10/2021 | 001 | 208528 | $3.70 | Filing Fee |
| 00002 | 3/29/2021 | 001 | 209695 | $32.00 | Filing Fee |
| 00002 | 3/31/2021 | CLR | 209695 | $1.10 | PACER |
| 00002 | 3/31/2021 | CLR | 209695 | $30.80 | PACER |
| 00002 | 2/5/2021 | PCM | 208528 | $11.00 | Postage/Certified Mail |
| 00002 | 3/1/2021 | PCM | 209695 | $16.33 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $92.00 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $6.12 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $0.51 | Postage/Certified Mail |
| 00002 | 3/19/2021 | PCM | 209695 | $1.90 | Postage/Certified Mail |
| 00002 | 3/31/2021 | 044 | 209695 | $51.05 | Printing/Copying - Elite Discovery |
| 00002 | 4/7/2021 | 044 | 209695 | $47.69 | Printing/Copying - Elite Discovery |
| 00002 | 3/18/2021 | 004 | 208528 | $1.00 | Secretary of State |
| 00002 | 3/31/2021 | 004 | 209695 | $1.00 | Secretary of State |
| | | | | **TOTAL** $500.44 | |

*Page 1 of 1 User: Carruth, Jeff D Date:Monday, May 03, 2021*

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 51)

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 51) (the "WKPZ Fee Application") filed herein on May 5, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession.  The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

## IT IS THEREFORE ORDERED THAT:

1.      The WKPZ Fee Application is granted as set forth herein.

2.      All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3.      WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **<u>$27,093.70</u>** and expenses in the total amount of **<u>$500.44</u>** for the representation of TGV by WKPZ during the Application Period, subject to later and final approval of the Court.

4.      WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###