# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at      us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on      **5/26/21  at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 45 Motion to Extend Time (I) TO EXTEND TIME FOR REMOVAL OF CIVIL ACTIONS UNDER RULE 9027 AND (II) FOR RELATED RELIEF filed by Jeff Carruth for Debtor The Gateway Ventures, LLC Hearing Scheduled For 5/26/2021 at 01:30 PM (MT)at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609# (Farrar, Ronda)

Dated:  5/4/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

United States Bankruptcy Court

Western District of Texas

In re:                                                                 Case No. 21-30071-hcm

The Gateway Ventures, LLC                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, c/o PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Plaintiff Saleem Makani alopez@rmjfirm.com  cchumsae@rmjfirm.com |
| Aldo R Lopez | on behalf of Plaintiff Suhail Bawa alopez@rmjfirm.com  cchumsae@rmjfirm.com |
| Aldo R Lopez | on behalf of Plaintiff Westar Investors Group  LLC alopez@rmjfirm.com, cchumsae@rmjfirm.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending  LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | on behalf of Creditor Westar Investors Group  LLC eric@brownfoxlaw.com, melissa@brownfoxlaw.com |

Eric Charles Wood
on behalf of Creditor Saleem Makani eric@brownfoxlaw.com  melissa@brownfoxlaw.com

Eric Charles Wood
on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com  melissa@brownfoxlaw.com

Harrel L. Davis, III
on behalf of Creditor Suresh Kumar hdavis@eplawyers.com  vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille
on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Rahim Noorani jfeu@scotthulse.com  tmar@scotthulse.com

Jeff Carruth
on behalf of Debtor The Gateway Ventures  LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Ryan Little
on behalf of Interested Party Union Gateway  LLC little@mgmsg.com, tsilva@mgmsg.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 16