# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on   **5/19/21 at 01:30 PM**

STATUS Hearing Upon the Following: (Related Document(s): 50 Motion of Debtor (I) to File Sun Capital LLC Purchase Sale Agreement Under Seal and (II) for Related Relief filed by Jeff Carruth for Debtor The Gateway Ventures, LLC Status Hearing Set For 5/19/2021 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609# (Farrar, Ronda)

Dated: 5/14/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKap]