# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **5/19/21 at 01:30 PM**

STATUS Hearing Upon the Following: (Related Document(s): 50 Motion of Debtor (I) to File Sun Capital LLC Purchase Sale Agreement Under Seal and (II) for Related Relief filed by Jeff Carruth for Debtor The Gateway Ventures, LLC Status Hearing Set For 5/19/2021 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609# (Farrar, Ronda)

Dated: 5/14/21

                                                               Barry D. Knight
                                                               Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: 158 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Gateway Ventures, LLC, c/o PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |
| cr | | Ashish Nayyar, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | | Deepesh Shrestha, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | | Rahim Noorani, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | | Umesh Shrestha, c/o James M. Feuille, ScotHulse PC, PO Box 99123, El Paso, TX 79999-9123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 16, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clyde A. Pine, Jr. | |
| | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | |
| | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | |
| | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, tracy@brownfoxlaw.com |
| Eric Charles Wood | |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: 158 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Harrel L. Davis, III | |
| | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | |
| | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | |
| | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| Jeff Carruth | |
| | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 14