**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**FIRST AMENDED INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO TIMELY RESPONSE IS FILED WITHIN <u>TWENTY ONE (21) DAYS</u> FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ") files this *First Amended Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to the Debtor and Debtor in Possession* (the "Application")[1], relating to the role of WKPZ as counsel to The Gateway Ventures LLC, Debtor and Debtor in Possession ("TGV" or the "Debtor") and in support thereof would show the Court the following.

---

[1] A redline showing changes versus the original version of this pleading is available at the following link. https://app.box.com/s/pn6i31h6fnh1ree7kgkutardnp4rrjq7

**FIRST AMENDED INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION — Page 1**

## FEE APPLICATION SUMMARY
### (Appendix L-2016-a-2)

| | | | | |
|---|---|---|---|---|
| Case No. | 21-30071 | | | |
| Case Name | In re: The Gateway Ventures, LLC | | | |
| **1. CLIENT** | The Gateway Ventures, LLC | | | |
| **2. APPLICANT** | Weycer, Kaplan, Pulaski & Zuber, P.C. Attorneys for Debtor, Debtor in Possession | | | |
| **3. TOTAL FEES REQUESTED** | | | | |
| A. Fees. | 27,966.70 | | | |
| B. Expenses. | 500.44 | | | |
| C. 1 Pre-Petition retainer | 0.00 | | | |
| C. 2 Post-Petition retainer | 30,800.00 | | | |
| D. Time period covered | Feb. 2 2021 - April 25, 2021 | | | |
| **4. BREAKOUT OF CURRENT APPLICATION** | | | | |
| Timekeeper analysis | **Name** | **Total Hours** | **Rate** | **Total Fees** |
| *(Note 1)* | Jeff Carruth (JDC) | 63.00 | 485.00 | 27,887.70 |
| | Cory Halliburton (CDH) | 0.20 | 395.00 | 79.00 |
| | TOTAL | 63.20 | | 27,966.70 |
| Minimum Fee Increments | 0.10 | | | |
| Blended rate *(Note 2)* | 442.51 | | | |
| Expenses | 500.44 | | | |
| Amount allocated for fee application preparation (All task code B160) *(Note 3)* | 1,843.00 | | | |
| **5. PRIOR APPLICATIONS** | None. | | | |
| **6. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMS** | **Name** | **Party Represented** | | |
| | None known to date. | | | |
| **7. RESULTS OBTAINED** | Filed case and stabilized Debtor. Completed initial case events (schedules, meeting of creditors, etc.). Began process of selling Lot 9. Significant interaction with asserted first lien holder, HD Lending, LLC. Began preparation of plan and disclosure statement. See Exhibit TGV200. | | | |
| Note 1 | Includes at least 5.4 hours of no bill and/or $0.00 charge time. | | | |
| Note 2 | All $0.00 no charge time was included in calculation of blended rate. Rounding methods in Excel may produce slightly different results if this value is determined by a calculator. | | | |
| Note 3 | This amount for purposes of this first, interim fee application includes (1) motion practice to employ WKPZ, and (2) some work during the Application Period on this application. Most of the work on this application occurred in the May, 2021 billing cycle of WKPZ (on and after April 26, 2021). | | | |

## INTRODUCTION

1. WKPZ seeks interim approval of its fees and expenses for the period of February 2, 2021 through and including April 25, 2021[2] (the "Application Period") and an order authorizing WKPZ to apply any retainer on hand to the fees and/or expenses awarded herein and otherwise directing the Debtor to pay the amounts awarded herein.

## JURISDICTION AND VENUE

2. This Court has jurisdiction to consider this Application under the provisions of 28 U.S.C. §§ 1334 and 157.

3. This matter involves the administration of a bankruptcy estate and, thus, is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Court has constitutional authority to decide this matter under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

## FACTUAL BACKGROUND

**The identify and background of the Debtor and Debtor in Possession.**

6. TGV owns and is the developer of a tract of real property of approximately 19 acres in El Paso, El Paso County, Texas commonly referred to as 6767 W. Gateway Blvd. El Paso, TX 79925 and 1122 Airway Blvd (the "Development").

**The Commencement of the Bankruptcy Cases.**

7. On February 2, 2021 (the "Petition Date"), TGV commenced the above-caption case by filing a voluntary petition under Chapter 11 of the Code.

---

[2] The normal month-end date at WKPZ is the 25th of each month.

8. TGV is in possession of its assets and is proceeding in this case as a debtor-in-possession.

9. No trustee or committee is appointed.

**Retention of WKPZ.**

10. On February 2, 2021, TGV retained WKPZ as counsel for the Debtor and Debtor-in-Possession.

11. On April 16, 2021, the Court entered an Order (Docket No. 43) approving the employment application (Docket No. 32) (the "Employment Application") and retention of WKPZ by TGV.

**Details of the fees and expenses.**

12. During the Application Period, WKPZ expended a total of at least 63.20 hours, which amount of time included at least 5.40 hours not billed, resulting in an estimated hourly blended rate in the amount of approximately $442.51 per hour for the professional(s) and paraprofessionals working on these cases.

13. The rates charged are the normal hourly billing rates of WKPZ in effect during the Application Period.

14. During the Application Period, WKPZ earned fees in the total amount of not less than $27,966.70 and incurred expenses in the total amount of $500.44.

15. The following exhibits described the fees and expenses incurred by WKPZ during the Application Period.

| Exhibit No. | Description |
|---|---|
| TGV200[3] | WKPZ Fee Statements (Fee Invoices) |
| TGV201 | Summary of fees by task code category |
| TGV202 | List of expenses |

16. The following professionals are included in the Fee Statements.

| Professional | Hourly rate | Experience |
|---|---|---|
| Jeff Carruth | $485.00 | Licensed since 1997. Primary practice area: Bankruptcy |
| Cory Halliburton | $390.00 | Licensed since 1997. Primary practice area: Corporate |
|  |  |  |

17. WKPZ maintained written records of the time expended by attorneys and paraprofessionals in the rendition of professional services to TGV. **Exhibit TGV200** contains the supporting detail of the hours, hourly rates, and fees attributable to the professionals and paraprofessionals who performed services on behalf of TGV during the Application Period. (The data in this exhibit is an export of the time entries from WKPZ's fee statements to TGV.)

18. In addition, WKPZ has categorized these services by task. **Exhibit TGV201** contains a breakdown of the total fees by task code category and contains a breakdown of fees recorded by each timekeeper allocated according to each task category.

19. The expenses incurred by WKPZ during the Application Period are detailed in **Exhibit TGV202**.

20. WKPZ currently possesses retainer (received post-petition) in the amount of $30,800.00, which amounts will be applied to the fees and expenses allowed in this interim Application, with any amounts over such retainer to be paid by the Debtor, on an interim basis, upon entry of an order approving this Application.

---

[3] Exhibits for TGV are numbered consecutively and/or uniquely throughout this case and for fee application related exhibits will be numbered TGV200 et seq.

## RELIEF REQUESTED

21. WKPZ seeks interim approval of its fees earned and expenses incurred for the Application Period, and, accordingly, the payment of such fees and expenses from any retainer previously provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application.

22. A proposed form of Order is submitted with this Application and is incorporated by reference herein.

## BASIS OF RELIEF

23. During the time that WKPZ served as counsel to the Debtor, WKPZ performed the services essential to the role and function of the Debtor as debtor-in-possession.

24. WKPZ represents that, to the best of its knowledge, it has complied with Code §§ 330 and/or 331, the Bankruptcy Rules, the Local Rules, and the Guidelines adopted by the Executive Office for the United States Trustee.

25. All legal services performed by WKPZ were performed for and on the behalf of TGV and not on behalf of any other individual or entity. These services were rendered in discharge of WKPZ's professional responsibilities as counsel to TGV. WKPZ's services were reasonable and necessary for the functioning of TGV, and the fulfillment of the fiduciary duties of TGV as Debtor-in-Possession.

26. No payments have been made or promised to date except as set forth in the WKPZ Employment Application and/or as sought in this Application.

27. No compensation has been shared by WKPZ with any other entity.

28. No agreements to share compensation exist between WKPZ and any other person.

## SUMMARY OF SERVICES PERFORMED.

29. WKPZ tracked the time billed in this case by certain categories, which totals by category are set forth in **Exhibit TGV200** and **Exhibit TGV201**. The categories utilized by WKPZ are based upon and expand upon the Guidelines, and the time spent with respect to each category, are described below.

   a. **B110 Case Administration**

   This task category includes fees applicable to a broad scope of services, including, without limitation: (i) the initial review of the case and pleadings, (ii) preparing and filing various pleadings, responses, and objections, (iii) preparing materials for hearings, meetings and conferences and attending same, (iv) maintaining calendars and service lists, (v) general communications with the Debtors and creditors, (vi) addressing paperwork requirements, deliverables, and communications with the U.S. Trustee and/or other parties, and/or (vii) matters not otherwise readily assignable to another category.

   b. **B111 – U.S. Trustee compliance**

   This task category involves matters such as the initial debtor interview, DIP bank accounts, insurance, monthly operating reports, and other compliance matters associated with the U.S. Trustee guidelines.

   c. **B112 – Schedules**

   This task category involves the Debtor's schedules, initial lists, and statement of financial affairs, and requests for extension of time to file same, and any amendments of any of the foregoing. This task category would include any preparatory work related to the foregoing.

   d. **B115 First Days**

   This task category involves various "first days" motions prosecuted by the Debtor, including motion practice related to joint administration, use of bank accounts, adequate assurance and deposits for utilities, and other matters not separately addressed in other task categories (such as B230 Financing and Cash Collateral).

   e. **B116 Budgeting**

   This task category includes review, analysis, and/or negotiation of the Debtor's cash collateral budget, source documents related thereto, and/or variance reports, and that which generally occurs after the entry of the final cash collateral order and the time spent under task category B230 Financing and Cash Collateral.

   f. **B130 Asset Sales**

   This task category includes work related to the sale of the assets of the Debtor. This first Application includes some of the work in preparation for the proposed sale of Lot 9 and attention to various queries from HD Lending and potential controversies prior to the filing of the relevant sale motion on May 5, 2021.

g. **B150 Meeting of creditors.**

This task category includes preparations for and participation in the meeting of creditors.

h. **B151 Creditor Inquiry**

This task category includes inquiries made by creditors of the Debtor regarding notice of the case, confirming case status, where to file a claim, requesting information and deliverables from the Debtor, and similar inquiries.

i. **B160 Employment and/or Fee Applications Objections**

This task category relates to the preparation and prosecution of applications to employ WKPZ and any financial advisors, review of employment applications with respect to the Debtor's professionals, the review of interim compensation procedures and the like, and the preparation of fee applications of WKPZ and any financial advisors.

j. **B170 Employment and/or Fee Objections**

This task category relates to any objections related to any employment or fee applications.

k. **B180 Avoidance Action Analysis**

This task category relates to the identification and review of information related to potential avoidance actions that could be prosecuted by the estate.

l. **B190 Litigation/Other Contested Matters**

This category includes work associated with addressing other litigation matters aside from the core proceedings occurring in the main case. For this case and this Debtor, this task category captured time relating to address pre-petition litigation between TGV and Westar Investors, LLC, et al.

m. **B195 Nonworking travel**

This task category involves non-working travel time, for which WKPZ charges no fees.

n. **B200 Committee Communications**

This task category involves the preparation of written reports to or for the Committee (if one is appointed), update conference calls with the Committee, and other update communications (calls and emails) with personnel related to the Committee.

o. **B230 Financing / Cash Collateral**

This task category involves the Debtor's use of cash collateral or other sources of financing, including the review and/or negotiation of the Debtor's cash collateral budget and interim and final financing orders. The category also includes any efforts by the Debtor to secure and obtain approval of DIP financing. This category also includes evaluation and resolution of objections filed by any parties to the foregoing.

p. **B310 Claims**

This task category captures time spent investigating the nature, validity, and extent of the liens and claims asserted against the Debtor and/or property of the estate.

q. **B320 Plan and Disclosure Statement.**

This task category captures all plan and disclosure related matters including, without limitation: (1) time spent formulating, consultation of various sources documents, and preparing the disclosure statement and Chapter plan, (2) motion practice and other activities relating to filing and preparing for solicitation, (3) conducting solicitation, (4) addressing objections to the disclosure statement and/or plan and if necessary litigating same, (5) preparing for and conducting the confirmation hearing, (6) work on orders and notices relating to the forgoing, and (7) communications relating to the foreign.

r. **B400 Bankruptcy related advice.**

This task category captures time related to evaluating, discussing, and communicating with the Debtor regarding the overall status, course of, and strategy involved in the overall bankruptcy case.

## SUMMARY OF EXPENSES

30. It has been necessary for WKPZ to incur and to pay in advance out-of-pocket expenses in connection with its representation of TGV during the Application Period. Careful records of these expenses have been maintained by WKPZ. As can be seen from **Exhibit TGV202**, to date during the period, those expenses totaled $500.44.

31. The expenses primarily consist of printing and postage for noticing.

32. The filing fees pertain to adding creditors to the mailing matrix.

## JUSTIFICATION FOR AWARD

33. In an attempt to establish an objective basis for determining the amount of compensation that is reasonable for attorneys' services pursuant to Code § 330, the Fifth Circuit has instructed the lower courts that they must explain the findings and reasons on which an award of professional fees is based.[4]

34. To aid the lower courts, the First Colonial court applied the factors originally set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). The *Johnson* factors to be considered in determining the "reasonableness" of attorneys' fees are delineated below, and WKPZ's compliance therewith, if applicable, is described following each factor:

---

[4] *See In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977).

a. <u>Time and Labor Required.</u> **Exhibit TGV200** delineates all of the work performed by WKPZ for which compensation is requested during the Application Period. WKPZ submits that the information contained in the exhibit supports the fees requested and reflects the reasonableness of such fees.

b. <u>Novelty and/or Difficulty.</u> The issues presented in this case were not novel or difficult. The case was not difficult per se, but did require substantial attention in a compressed amount of time at the beginning of the representation and has required almost daily attention in one form or fashion.

c. <u>Skill Requisite to Perform the Legal Service Properly.</u> The attorney(s) and paralegal(s) primarily working on this matter are primarily engaged in bankruptcy practice with significant experience Chapter 11 debtor representations.

d. <u>Preclusion of Other Employment.</u> The time demands of the general representation of TGV resulted in some disruption of other employment engagements undertaken by the bankruptcy practice of WKPZ during the Application Period.

e. <u>Customary Fee.</u> The hourly rates charged for each professional and paraprofessional performing services for these estates are summarized in the table above and appear in the Fee Statements, **Exhibit TGV200**. These rates are no greater, and in some instances, may be lower, than those being charged by professionals with similar qualifications and experience. The rates used in these cases are the same as those customarily charged by WKPZ for Chapter 11 and Chapter 7 bankruptcy clients. The hourly rates requested herein compare favorably with average costs for similar legal services being provided by national and regional law firms that regularly appear in the Northern, Southern, Eastern, and/or Western Districts of Texas.

f. <u>Whether the Fee is Fixed or Contingent.</u> WKPZ's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment. Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g. <u>Time Limitations.</u> This representation to date did not present unusual time limitations to date, with the exception of time to file the case with no advanced preparation, and the case does require almost daily attention in one form or fashion.

h. <u>Amount Involved and Results Obtained.</u> The fees incurred are very reasonable in relation to the issues arising and work performed to date. The work performed to date has stabilized the Debtor and built the foundation for an exit from this case.

i. <u>Experience, Reputation, and Ability of the Attorneys.</u> WKPZ's primary attorney assigned to this matter has appeared regularly in significant bankruptcy representations since 1997 across Texas and from time to time in other bankruptcy courts across the United States.

    j.    <u>Undesirability of Cases.</u>  WKPZ initially has not found these cases to be undesirable, but rather, considers the issues that have been raised in these cases to be of the type that WKPZ is trained to adequately address.

    k.    <u>Nature and Length of Professional Relationship with Client.</u>  WKPZ possessed no prior relationship to TGV prior to the filing of this case.

    l.    <u>Awards in Similar Cases.</u>  Based on WKPZ's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

## RESERVATION OF RIGHTS

35.    WKPZ reserves the right to amend, and/or supplement this Application.

## NOTICE

36.    Notice of this Application is served upon all parties which appear in the mailing matrix / creditors list available for this case and all registered ECF users who have appeared to date.

## CONCLUSION AND PRAYER

WHEREFORE, Weycer, Kaplan, Pulaski & Zuber, P.C., respectfully requests interim approval and allowance of fees in the total amount of $27,966.70 and expenses in the total amount of $500.44 with the payment of such fees and expenses from any retainer previously provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application. WKPZ respectfully requests such other and further relief to which WKPZ otherwise is entitled at law or in equity.

*{continued on following sheet}*

Dated: May 18, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN:. 24001846)
 3030 Matlock Rd., Suite 201
 Arlington, Texas 76105
 Telephone: (713) 341-1158
 Fax: (866) 666-5322
 E-mail: jcarruth@wkpz.com

ATTORNEYS FOR THE GATEWAY VENTURES, LLC, DEBTOR AND DEBTOR IN POSSESSION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 18, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

 */s/ Jeff Carruth*
JEFF CARRUTH

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Ashish Nayyar
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Deepesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Rahim Noorani
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Creditor Umesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com

Ryan Little on behalf of Interested Party Union Gateway, LLC
little@mgmsg.com, tsilva@mgmsg.com

Aldo R Lopez on behalf of Plaintiff Westar Investors Group, LLC
alopez@raylaw.com, cchumsae@rmjfirm.com

Aldo R Lopez on behalf of Plaintiff Saleem Makani
alopez@raylaw.com, cchumsae@rmjfirm.com

Aldo R Lopez on behalf of Plaintiff Suhail Bawa
alopez@raylaw.com, cchumsae@rmjfirm.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Eric Charles Wood on behalf of Creditor Westar Investors Group, LLC
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Saleem Makani
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

Eric Charles Wood on behalf of Creditor Suhail Bawa
eric@brownfoxlaw.com, melissa@brownfoxlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Tue May  4 21:42:50 CDT 2021 | The Gateway Ventures, LLC<br>c/o PDG Prestige, Inc.<br>780 N Resler Drive, Suite B<br>El Paso, TX 79912-7196 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Ashish Nayyar<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Ashish Nayyar, Rahim Noorani,<br>Deepesh Shrestha, and Umesh Shrestha<br>c/o James M. Feuille<br>201 E. Main Drive, Suite 1100<br>El Paso, TX 79901-1340 |
| Border Demolition<br>Attn: Bonnie Solis<br>1004 Diesel Drive<br>El Paso, TX 79907-3100 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 | Deepesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 | HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 |
| HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 |
| Rahim Noorani<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Rahim Noorani, et al.<br>c/o Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 | Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 |
| Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 | Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 |
| Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 |
| Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | Umesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Union Gateway, LLC<br>c/o Ryan Little<br>P. O. Drawer 1977<br>El Paso, Texas 79999-1977 |

Page 1     1969564.DOCX

| | | |
|---|---|---|
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 |
| Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greenway Plaza, #2050<br>Houston, TX 77046-2445 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Commission on Environmental Qualit<br>Reg. 6 Office Compliance Enforcement<br>401 E Franklin Ave, Suite 560<br>El Paso, TX 79901-1212 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     0<br>Total                  33 |

**EXHIBIT TGV200**

*FEE STATEMENTS*

**EXHIBIT TGV201**

## TASK CATEGORY TOTALS

| TASK CODE CATEGORY | HOURS | FEES |
|---|---|---|
| *Unless otherwise indicated below, all hours and fees are JDC.* | | |
| B110 - CASE ADMINISTRATION (see below) | 13.90 | 5,559.50 |
| B111 - UST COMPLIANCE | 2.60 | 1,164.00 |
| B112 - SCHEDULES + SOFA | 4.40 | 2,085.70 |
| B130 - ASSET SALE | 19.40 | 9,215.00 |
| B150 - MEETING OF CREDITORS | 1.60 | 727.50 |
| B151 - CREDITOR INQUIRY | 1.30 | 630.50 |
| B160 - PROFESSIONAL EMPLOYMENT + FEE APPLICATIONS | 4.10 | 1,843.00 |
| B185 - EXECUTORY CONTRACTS + LEASES | 2.50 | 1,115.50 |
| B190 - CONTESTED MATTERS + OTHER LITIGATION | 2.30 | 1,067.00 |
| B230 - FINANCING | 2.40 | 970.00 |
| B310 - CLAIMS | 0.20 | 97.00 |
| B320 - PLAN + DISCLOSURE STATEMENT | 8.30 | 3,395.00 |
| B400 - BANKRUPTCY RELATED ADVICE | 0.20 | 97.00 |
| **TOTAL** | **63.20** | **27,966.70** |
| **BREAKDOWN OF B110 BY TIMEKEEPER** | | |
| JDC | 13.70 | 5,480.50 |
| CDH | 0.20 | 79.00 |

**EXHIBIT TGV202**

## EXPENSES

Client: GAT014-THE GATEWAY VENTURES, LLC
Matter: 000000000002-POST PETITION CHPT. 11 BANKRUP

| Code | Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---:|---|
| 00002 | 3/15/2021 | PHC | 208528 | $94.50 | Copy Expenses |
| 00002 | 3/1/2021 | FDX | 208528 | $31.64 | FedEx |
| 00002 | 3/11/2021 | FDX | 208528 | $17.61 | FedEx |
| 00002 | 3/17/2021 | FDX | 209695 | $16.67 | FedEx |
| 00002 | 2/5/2021 | FDXC | 208528 | $9.57 | FedEx Copy Expense |
| 00002 | 2/6/2021 | FDXC | 208528 | $2.25 | FedEx Copy Expense |
| 00002 | 3/1/2021 | 001 | 208528 | $32.00 | Filing Fee |
| 00002 | 3/10/2021 | 001 | 208528 | $3.70 | Filing Fee |
| 00002 | 3/29/2021 | 001 | 209695 | $32.00 | Filing Fee |
| 00002 | 3/31/2021 | CLR | 209695 | $1.10 | PACER |
| 00002 | 3/31/2021 | CLR | 209695 | $30.80 | PACER |
| 00002 | 2/5/2021 | PCM | 208528 | $11.00 | Postage/Certified Mail |
| 00002 | 3/1/2021 | PCM | 209695 | $16.33 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $92.00 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $6.12 | Postage/Certified Mail |
| 00002 | 3/15/2021 | PCM | 208528 | $0.51 | Postage/Certified Mail |
| 00002 | 3/19/2021 | PCM | 209695 | $1.90 | Postage/Certified Mail |
| 00002 | 3/31/2021 | 044 | 209695 | $51.05 | Printing/Copying - Elite Discovery |
| 00002 | 4/7/2021 | 044 | 209695 | $47.69 | Printing/Copying - Elite Discovery |
| 00002 | 3/18/2021 | 004 | 208528 | $1.00 | Secretary of State |
| 00002 | 3/31/2021 | 004 | 209695 | $1.00 | Secretary of State |
| | | | TOTAL | $500.44 | |

Page 1 of 1  User: Carruth, Jeff D  Date: Monday, May 03, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST AMENDED INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 61)**

On this day came on for consideration the *First Amended Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 61) (the "WKPZ Fee Application") filed herein on May 18, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **$27,966.70** and expenses in the total amount of **$500.44** for the representation of TGV by WKPZ during the Application Period, subject to later and final approval of the Court.

4. WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###