**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST AMENDED INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 61)**

On this day came on for consideration the *First Amended Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 61) (the "WKPZ Fee Application") filed herein on May 18, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **$27,966.70** and expenses in the total amount of **$500.44** for the representation of TGV by WKPZ during the Application Period, subject to later and final approval of the Court.

4. WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###