

**Application moot as First Amended Application has been filed.**

**SO ORDERED.**

**SIGNED this 18th day of May, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE: §
 §
THE GATEWAY VENTURES, LLC, § CASE NO 21-30071
 §
 §
 §
 Debtor. §

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 51)**

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 51) (the "WKPZ Fee Application") filed herein on May 5, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. WKPZ is awarded on an INTERIM basis fees in the total amount of **$27,093.70** and expenses in the total amount of **$500.44** for the representation of TGV by WKPZ during the Application Period, subject to later and final approval of the Court.

4. WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###



**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (Docket No. 51) — Page 2**    1952117.DOCX]

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 21-30071-hcm

The Gateway Ventures, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: admin     Page 1 of 2
Date Rcvd: May 18, 2021     Form ID: pdfintp     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Gateway Ventures, LLC, c/o PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |
| cr | | Ashish Nayyar, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | | Deepesh Shrestha, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | | Rahim Noorani, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | | Umesh Shrestha, c/o James M. Feuille, ScotHulse PC, PO Box 99123, El Paso, TX 79999-9123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Clyde A. Pine, Jr.
    on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

Eric Charles Wood
    on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, tracy@brownfoxlaw.com

Eric Charles Wood

21-30071-hcm Doc#63 Filed 05/20/21 Entered 05/20/21 23:30:44 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdfintp | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Harrel L. Davis, III | |
| | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | |
| | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | |
| | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| Jeff Carruth | |
| | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 14