IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

## SURESH KUMAR'S OBJECTION TO MOTION FOR ORDER AUTHORIZING (I) SALE OF LOT 9 FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) PAYMENT OF CERTAIN EXPENSES AT CLOSING, AND (III) RELATED RELIEF

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Comes now Suresh Kumar ("Kumar") an unsecured creditor in the above styled and numbered bankruptcy case, and files this, his Objection to Motion for Order Authorizing (I) Sale of Lot 9 Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Payment of Certain Expenses at Closing, and (III) for Related Relief (the "Motion to Sell"), and would respectfully show the Court as follows:

1. Kumar objects to the proposed sale because the Motion to Sell does not disclose the proposed sales price, so the creditors do not know if it is fair and reasonable.

2. Kumar reserves the right to supplement or amend this Objection.

**WHEREFORE, PREMISES CONSIDERED**, Suresh Kumar respectfully requests the Court deny the Motion to Sell and that the Court grant him such other and further relief as is just.

DATED this 24th day of May, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: /Harrel Davis/
Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorneys for Suresh Kumar

### CERTIFICATE OF SERVICE

I certify that on the 24th day of May, 2021, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

/Harrel Davis/
Harrel L. Davis

{11751.3/HDAV/06824708.1}

```
Label Matrix for local noticing        The Gateway Ventures, LLC              U.S. BANKRUPTCY COURT
0542-3                                 c/o PDG Prestige, Inc.                 511 E. San Antonio Ave., Rm. 444
Case 21-30071-hcm                      780 N Resler Drive, Suite B            EL PASO, TX 79901-2417
Western District of Texas              El Paso, TX 79912-7196
El Paso
Mon May 24 11:06:25 CDT 2021

Ashish Nayyar                          Ashish Nayyar                          Ashish Nayyar, Rahim Noorani,
806 Rockport Lane                      c/o James M. Feuille                   Deepesh Shrestha, and Umesh Shrestha
Allen, TX 75013                        ScottHulse PC                          c/o James M. Feuille
                                       P.O. Box 99123                         201 E. Main Drive, Suite 1100
                                       El Paso, TX 79999-9123                 El Paso, TX 79901-1340

Border Demolition                      City of El Paso                        Comptroller of Public Accounts
Attn: Bonnie Solis                     c/o Don Stecker                        C/O Office of the Attorney General
1004 Diesel Drive                      112 E. Pecan St. Suite 2200            Bankruptcy - Collections Division MC-008
El Paso, TX 79907-3100                 San Antonio, TX 78205-1588             PO Box 12548
                                                                              Austin TX  78711-2548

Deepesh Shrestha                       Depcesh Shrestha                       El Paso County Tax AC
c/o James M. Feuille                   3708 N. White Chapel Blvd.             301 Manny Martinez Dr., 1st Floor
ScottHulse PC                          Southlake, TX 76092-2042               El Paso, TX 79905-5503
P.O. Box 99123
El Paso, TX 79999-9123

HD Lending LLC                         HD Lending LLC                         HD Lending, LLC
6080 Surety Dr. Ste 101                c/o Stephen H. Nickey PC               c/o Clyde A. Pine, Jr.
El Paso, TX 79905-2066                 1201 North Mesa Ste. B                 Mounce Green Myers
                                       El Paso, TX 79902-4000                 P.O. Box 1977
                                                                              El Paso, Texas 79999-1977

Internal Revenue Service               Michael Dixson                         PDG Prestige, Inc.
Special Procedures Staff - Insolvency  780 N. Resler Drive Suite B            780 N. Resler Drive Suite B
P. O. Box 7346                         El Paso, TX 79912-7196                 El Paso, TX 79912-7196
Philadelphia, PA 19101-7346

Rahim Noorani                          Rahim Noorani                          Rahim Noorani, et al.
4312 Hopi Drive                        c/o James M. Feuille                   c/o Marty D. Price
Carrolton, TX 75010-1133               ScottHulse PC                          2514 Boll St.
                                       P.O. Box 99123                         Dalals, TX 75204-2512
                                       El Paso, TX 79999-9123

Saleem Makani                          Saleem Makani                          Spectrum Gulf Coast, LLC
c/o Eric W. Wood                       c/o Eric Wood (Brown Fox)              c/o Thompson Coburn LLP, Attn: Brian Hoc
Brown Fox PLLC                         8111 Preston Rd. Ste 300               One U.S. Bank Plaza, Suite 2700
5550 Granite Parkway, Suite 175        Dallas, TX 75225-6329                  St. Louis, MO 63101-1616
Plano, Texas 75024
Email: eric@brownfoxlaw.com   75024-3834

Suhail Bawa                            Suhail Bawa                            Suresh Kumar
c/o Eric W. Wood                       c/o Eric Wood (Brown Fox)              c/o Harrel Davis
Brown Fox PLLC                         8111 Preston Rd. Ste 300               PO Box 1322
5550 Granite Parkway, Suite 175        Dallas, TX 75225-6329                  El Paso, TX 79947-1322
Plano, Texas 75024
Email: eric@brownfoxlaw.com   75024-3834

Texas Attorney General                 (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY   Umesh Shrestha
Environmental Protection Division      ATTN BANKRUPTCY PROGRAM                        8505 Revenue Way
P.O. Box 12548                         P O BOX 13087                                  North Richland Hills, TX 76182-7431
Austin, TX 78711-2548                  MC 132
                                       AUSTIN TX 78711-3087
```

| | | |
|---|---|---|
| Umesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Union Gateway, LLC<br>c/o Ryan Little<br>P. O. Drawer 1977<br>El Paso, Texas 79999-1977 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greenway Plaza, #2050<br>Houston, TX 77046-2445 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Commission on Environmental Qualit<br>Reg. 6 Office Compliance Enforcement<br>401 E Franklin Ave, Suite 560<br>El Paso, TX 79901-1212 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |