**TRIAL/HEARING ON:**

**10-2)  50** Motion of Debtor (I) to File Sun Capital LLC Purchase Sale Agreement Under Seal and (II) for Related Relief filed by Jeff Carruth for Debtor The Gateway Ventures, LLC

**EXHIBIT INDEX AND WITNESS LIST**

| PLAINTIFF'S /Movants ATTORNEY(s):<br><br>Jeff Carruth | DEFENDANT'S/Respondent ATTORNEY(s):<br><br>Clyde Pine, Harrel Davis, James Feuille, Jim Rose | Case Number:<br><br>21-30071-hcm |
|---|---|---|
| | | Hearing/Trial Date(s):<br><br>5/26/2021 |
| PRESIDING JUDGE<br><br>Judge H. Christopher Mott | COURT REPORTER<br><br>Bobby Yarbrough | COURTROOM DEPUTY<br><br>Ronda Farrar |

| PLA /Mov NO. | DEF/Resp NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| TGV-5 | | 5/26/2021 | | 5/26/2021 | Master site plan |
| TGV-8 | | 5/26/2021 | | 5/26/2021 | Specimen confidentiality agreement |
| TGV-9 | | 5/26/2021 | | 5/26/2021 | Confidential agreement – HD Lending |
| TGV-10 | | 5/26/2021 | | 5/26/2021 | Confidential agreement – Noorani counsel (J. Feuille) |
| TGV-11 | | 5/26/2021 | | 5/26/2021 | Confidential agreement – Correspondence with Kumar counsel (H. Davis) |
| | | | | | |
| | | | | | ==Witness 1:  Michael Dixson== |
| | | | | | |
| | | | | | |