**Expedited hearing shall be held on 6/23/2021 at 12:00 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed June 08, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE GATEWAY VENTURES LLC, | § § | Case No. 21-30071 |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF DEBTOR TO (I) ENTER INTO DEBTOR IN POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF (RE: DOCKET NO. 77, 78)**

On this day came on for consideration *Motion for Expedited Consideration Regarding Motion for Expedited Consideration Regarding Motion to (I) Enter Into Debtor in Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* (Docket No. 78) (the "Motion to Expedite") regarding the *Motion to (I) Enter Into Debtor in Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* (Docket No. 77) (the "DIP Motion") filed herein on June 8, 2021 by The Gateway Ventures LLC, Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion to Expedite should be granted.

**IT IS THEREFORE ORDERED THAT** the Court shall conduct an expedited hearing on the DIP Motion at the date and time entered on the docket for this case. Movant shall be responsible for notice.

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, c/o PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, tracy@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com tracy@brownfoxlaw.com |

21-30071-hcm Doc#84 Filed 06/10/21 Entered 06/10/21 23:33:07 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Eric Charles Wood | on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, tracy@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com tracy@brownfoxlaw.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov brian.r.henault@usdoj.gov;carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov |
| Jeff Carruth | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Ryan Little | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 19