IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

**MOTION TO ALLOW FILING OF LATE CLAIM
BY CREDITOR PURSUANT TO 11 U.S.C. §501**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Comes now Cumming Skidmore Property Tax Service, LLC ("Cumming"), a creditor and party-in-interest herein, and files this, its Motion to Allow Late Claim Pursuant to 11 U.S.C. §501 (the "Motion to Allow Late Claim"), and would respectfully show the Court as follows:

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

1. The Debtor initiated this proceeding by filing for relief under Chapter 11 of the Bankruptcy Code on February 2, 2021 in the United States Bankruptcy Court for the Western District of Texas, El Paso Division.

2. Upon investigation, Cumming has discovered that it was not listed as a creditor in the Debtor's Schedules or Creditor Matrix. Cumming only became aware of the Chapter 11 filing after it recently inquired with the undersigned counsel regarding its unpaid invoices for property tax protests for the years 2020 and 2021. Cumming holds an unsecured claim in the amount of $12,874.65 for those property tax protests for the real property located at 6767 Gateway Blvd. West, El Paso, Texas. Those efforts resulted in substantial tax savings for the Debtor.

3. The Bar Date for filing proofs of claims in this case was set for June 2, 2021.

4. Because Cumming was not listed as a creditor in the Debtor's Schedules or Creditor

Matrix, it did not receive Notice of Commencement of Case, the §341 Meeting, or the Bar Date. As such, Cumming was denied an opportunity to timely file its claim and pursue its bankruptcy remedies.

5. Attached hereto as Exhibit "A" is the Proof of Claim filed by Cumming on July 20, 2021 in this Chapter 11 proceeding.

6. Cumming requests that the Court allow the late Proof of Claim filed in this case.

WHEREFORE, PREMISES CONSIDERED, Cumming Skidmore Property Tax Service, LLC, a creditor and party-in-interest herein, respectfully requests that the Court enter an order allowing its claim and for such other relief to which it shall show itself to be justly entitled.

DATED this ____ day of July, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: /s/ _____
Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorneys for Cumming Skidmore
Property Tax Service, LLC

## CERTIFICATE OF SERVICE

I certify that on the ____ day of July, 2021 a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were sent to the following via hand delivery, email or regular U.S. mail as indicated below:

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
jcarruth@wkpz.com
*Attorney for the Debtor*

_____
Harrel L. Davis

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | The Gateway Ventures, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number | 21-30071-hcm |

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Cumming Skidmore Property Tax Service, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name
5024 Amen Corner
Number    Street
El Paso          TX       79922
City            State    ZIP Code

Contact phone  915-584-5099
Contact email  _____

Where should payments to the creditor be sent? (if different)

Name
_____
Number    Street
_____
City            State    ZIP Code

Contact phone  _____
Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____
                                                                    MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

# EXHIBIT A

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____12,874.65_____.   **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

   Property tax valuation services for 2020 and 2021

9. **Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property**: $_____
   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410 — Proof of Claim — page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 7-20-2021
MM / DD / YYYY

Signature: /s/ *[signed]*

Print the name of the person who is completing and signing this claim:

Name: Richard R. Cumming II
    First name    Middle name    Last name

Title: _____

Company: Cumming Skidmore Property Tax Service, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 5024 Amen Corner
    Number    Street
El Paso    TX    79922
City    State    ZIP Code

Contact phone: 915-584-5099    Email: _____

Official Form 410    Proof of Claim    page 3

Texas Comptroller of Public Accounts 
Form 50-162

# Appointment of Agent for Property Tax Matters

This form is for use by a property owner in designating a lessee or other person to act as the owner's agent in property tax matters. You should read all applicable law and rules carefully, including Tax Code Section 1.111 and Comptroller Rule 9.3044. This designation will not take effect until filed with the appropriate appraisal district. Once effective, this designation will be in effect until the earlier of (1) the date of a written revocation filed with the appraisal district by the owner or the owner's designated agent, or (2) the expiration date, if any, designated below.

In some cases, you may want to contact your appraisal district or other local taxing units for free information and/or forms concerning your case before designating an agent.

EL PASO CENTRAL APPRAISAL DISTRICT
Appraisal District Name

Date Received (appraisal district use only)

### STEP 1: Owner's Name and Address

THE GATEWAY VENTURES, LLC
Name

1-505-795-3551
Telephone Number (include area code)

780 NORTH RESLER DRIVE, SUITE B
Address

EL PASO, TX 79912
City, State, Zip Code

### STEP 2: Identify the Property for Which Authority is Granted.

Identify all property for which you are granting the agent authority and, unless granting authority for all property listed for you, provide at least one of the property identifiers listed below (appraisal district account number, physical or situs address, or legal description). A chief appraiser may, if necessary to identify the property, request additional information. In lieu of listing property below, you may attach a list of all property to which this appointment applies, denoting the total number of additional pages attached in the lower right-hand corner below.

(Check One)

☐ all property listed for me at the above address

☒ property(ies) listed below:

| Appraisal District Account Number | Physical or Situs Address of Property |
|---|---|
| 292278 | 6767 GATEWAY BLVD WEST |

Legal Description: 2 ASCARATE TR 4-H (17.3182 AC)

| Appraisal District Account Number | Physical or Situs Address of Property |
|---|---|
| | |

Legal Description

| Appraisal District Account Number | Physical or Situs Address of Property |
|---|---|
| | |

Legal Description

| Appraisal District Account Number | Physical or Situs Address of Property |
|---|---|
| | |

Legal Description

If you have additional property for which authority is granted, attach additional sheets providing the appraisal district account number, physical or situs address, or legal description for each property. Identify here the number of additional sheets attached: .................................. _____

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
comptroller.texas.gov/taxes/property-tax
50-162 • 12-16/13

Texas Comptroller of Public Accounts

Form 50-162

### STEP 3: Identify the Agent:

CUMMING SKIDMORE PROPERTY TAX SERVICES, LLC  TACD #189
Name

9155845099
Telephone Number (include area code)

5024 AMEN CORNER DRIVE
Address

EL PASO, TX 79922-2047
City, State, Zip Code

### STEP 4: Specify the Agent's Authority:

The agent identified above is authorized to represent me in (check one):

☒ all property tax matters concerning the property identified

☐ the following specific property tax matters:

The agent identified above is authorized to receive confidential information pursuant to Tax Code Sections 11.48(b)(2), 22.27(b)(2), 23.123(c)(2), 23.126(c)(2) and 23.45(b)(2): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☒ Yes   ☐ No

I hereby direct, as indicated below, the appraisal district, appraisal review board, and each taxing unit participating in the appraisal district to deliver the documents checked below to the agent identified above regarding the property identified. I acknowledge that such documents will be delivered only to the agent at the agent's address indicated above and will not be delivered to me unless the affected offices choose to send me copies or are otherwise required by law. I understand that these documents can affect my legal rights and that the appraisal district, appraisal review board and the taxing units are not required to send me copies if I direct them to deliver the documents to my agent.

☒ all communications from the chief appraiser

☒ all communications from the appraisal review board

☒ all communications from all taxing units participating in the appraisal district

### STEP 5: Date the Agent's Authority Ends.

Pursuant to Tax Code Section 1.111(c), this designation remains in effect until the date indicated or until a written revocation is filed with the appraisal district by the property owner or the owner's designated agent. A designation may be made to expire according to its own terms but is still subject to prior revocation by the property owner or designated agent. Pursuant to Tax Code Section 1.111(d), a property owner may not designate more than one agent to represent the property owner in connection with an item of property. The designation of an agent in connection with an item of property revokes any previous designation of an agent in connection with that item of property. By designating an agent on this form, previous designations of other agents in connection with the items of property shown on the form are revoked.

Date Agent's Authority Ends....... _____

### STEP 6: Identification, Signature, and Date:

sign here ➡ *Michael Dixson*
Signature of Property Owner, Property Manager or Other Person Authorized to Act on Behalf of the Property Owner*

5/11/2020
Date

print here ➡ MICHAEL DIXSON
Printed Name of Property Owner, Property Manager or Other Person Authorized to Act on Behalf of the Property Owner

PRESIDENT
Title

The individual signing this form is (check one):

☒ the property owner

☐ a property manager authorized to designnate agents for the owner

☐ other person authorized to act on behalf of the owner other than the person being designated as the agent

\* This form must be signed by the property owner, a property manager authorized to designate agents for the owner or other person authorized to act on behalf of the owner other than the person being designated as agent. If you are a person other than the property owner, the appraisal district may request a copy of the document(s) authorizing you to designate agents or act on behalf of the property owner.

If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Penal Code Section 37.10.

For more information, visit our website: comptroller.texas.gov/taxes/property-tax

Page 2

50-162 • 12-16/13



# Cumming Property Tax Service, LLC

5024 AMEN CORNER, EL PASO, TEXAS 79922-2047 / PH. 915-584-5099 FAX 915-584-5067

## INVOICE

| Mr. MICHAEL DIXSON | |
| --- | --- |
| THE GATEWAY | Invoice Number |
| 780 NORTH RESLER DRIVE, SUITE B | 1003 |
| EL PASO   TX 79912 | July 18, 2020 |

**Billing For:** Ad Valorem Tax Services                                    **Billing Amount**

| | | |
| --- | --- | --- |
| COURTESY DISCOUNT FOR START UP | | -$13,591.63 |
| 2020 AD VALOREM TAX SERVICE FEE PER THE ATTACHED VALUATION AND TAX COMPARISON REPORT | 25% OF $94,366.53 | $23,591.63 |

6767 GATEWAY BLVD WEST
EL PASO, TEXAS  79925

**Invoice Total**
**$10,000.00**

CUMMING SKIDMORE PROPERTY TAX SERVICES, LLC  TACD #189
5024 AMEN CORNER DRIVE
EL PASO, TX 79922-2047
Phone 915-584-5099  Fax 915-549-9067

## THE GATEWAY
### 2020
### Valuation and Tax Comparison

7/18/2020

**Folder** THE GATEWAY

GEO A765999002E0439  PID 292278  NOTES ZONING CHANGED FROM M1 TO C4 SUMMER 2019 DOT $9,430,000 04-30-19 EL PASO TIMES ARTICLE $11M IN CAD EVIDENCE
ADDRESS 6767 GATEWAY BLVD WEST

| Notice Received Protested | Valuations | | | | Taxes | | | |
|---|---|---|---|---|---|---|---|---|
| | Prior | Proposed | Final | Savings | Prior | Proposed | Final | Savings |
| | 2,043,259 | 12,575,528 | 9,505,262 | 3,070,266 | 62,800.83 | 386,516.65 | 292,150.12 | 94,366.53 |
| **Folder Totals** | 2,043,259 | 12,575,528 | 9,505,262 | 3,070,266 | 62,800.83 | 386,516.65 | 292,150.12 | 94,366.53 |




# Cumming Property Tax Service, LLC

5024 AMEN CORNER, EL PASO, TEXAS 79922-2047 / PH. 915-584-5099 FAX 915-584-5067

## INVOICE

| | |
|---|---|
| Mr. MICHAEL DIXSON | **Invoice Number** |
| THE GATEWAY | **1004** |
| 780 NORTH RESLER DRIVE, SUITE B | |
| EL PASO  TX  79912 | **July 16, 2021** |

**Billing For:  Ad Valorem Tax Services**                                **Billing Amount**

2021 AD VALOREM TAX SERVICE FEE PER         25% OF $11,498.60              $2,874.65
THE ATTACHED VALUATION AND TAX
COMPARISON REPORT

6767 GATEWAY BLVD WEST                                                  **Invoice Total**
EL PASO, TEXAS  79925                                                    **$2,874.65**

**CUMMING SKIDMORE PROPERTY TAX SERVICES, LLC  TACD #189**
**5024 AMEN CORNER DRIVE**
**EL PASO, TX  79922-2047**
**Phone 915-584-5099   Fax  915-549-9067**

# THE GATEWAY
## 2021
### Valuation and Tax Comparison

7/16/2021

Folder  THE GATEWAY

GEO  A765999002E0439    PID  292278    NOTES  ZONING CHANGED FROM M1 TO C4 SUMMER 2019  DOT $9,430,000 04-30-19 EL PASO TIMES ARTICLE $11M IN CAD EVIDENCE
ADDRESS  6767 GATEWAY BLVD WEST

| Notice Received Protested | Valuations | | | | Taxes | | | |
|---|---|---|---|---|---|---|---|---|
| | Prior | Proposed | Final | Savings | Prior | Proposed | Final | Savings |
| | 9,505,262 | 9,505,262 | 9,136,983 | 368,279 | 296,778.42 | 296,778.42 | 285,279.82 | 11,498.60 |
| **Folder Totals** | 9,505,262 | 9,505,262 | 9,136,983 | 368,279 | 296,778.42 | 296,778.42 | 285,279.82 | 11,498.60 |