IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER ON MOTION TO ALLOW FILING OF LATE CLAIM BY CREDITOR PURSUANT TO 11 U.S.C. §501

Came on this day to be considered the Motion to Allow Filing of Late Claim Pursuant to 11 U.S.C. §501 (the "Motion to Allow Late Claim") filed by Cumming Skidmore Property Tax Service, LLC, a creditor herein. After consideration of the pleadings and the arguments of counsel, the Court is of the opinion that the relief sought in the Motion to Allow Late Claim should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Proof of Claim filed by Cumming Skidmore Property Tax Service, LLC in the total amount of $12,874.65 and attached to the Motion to Allow Late Claim as Exhibit "A" is allowed as an unsecured claim against the Estate.

### ###

**Order submitted by:**
Harrel L. Davis
4695 N. Mesa, Ste. 100
El Paso, Texas 79912
(915) 545-1133/(915) 545-4433 (Facsimile)
hdavis@eplawyers.com

{99HLD.1/HDAV/06835036.1}