IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES LLC, | § | Case No. 21-30071 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF REVISED PROPOSED ORDER SETTING COMBINED DISCLOSURE STATEMENT AND PLAN HEARING (RE: DOCKET NO. 103)**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

The Gateway Ventures LLC ("TGV") hereby provides notice of a clean version of the order resulting form the hearing held on July 23, 2021 at 9:00 a.m. MT / 10:00 a.m. CT, and a redline showing changes versus the order submitted originally with Docket No. 103.

Dated:  July 23, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:    */s/ Jeff Carruth*
  JEFF CARRUTH (TX SBN:. 24001846)
  24 Greenway Plaza Suite 2050
  Houston  TX  77046
  Telephone: (713) 341-1158
  Fax: (866) 666-5322
  E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
THE GATEWAY VENTURES LLC

1971105

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving the Court's ECF e-mail notification for this case on  July 23, 2021.

    */s/ Jeff Carruth*
    JEFF CARRUTH

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30071 |
| THE GATEWAY VENTURES LLC | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED JULY 14, 2021 (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 101, 102, 103)**

On July 23, 2021 came on for consideration the *Motion of Debtor to (I) Conditionally Approve Disclosure Statement in Support of Plan of Reorganization of The Gateway Ventures LLC Dated July 14, 2021 (II) Establish Plan Related Deadlines and (III) Set Combined Disclosure Statement and Confirmation Hearing* (the "Motion") filed herein on July 23, 2021 by The Gateway Ventures LLC, debtor and debtor in possession ("TGV" or the "Debtor") and relating to the *Disclosure Statement in Support of Plan of Reorganization of The Gateway*

*Ventures LLC Dated July 14, 2021* (Docket No. 102) (the "Disclosure Statement") and the *Plan of Reorganization of The Gateway Ventures LLC Dated July 14, 2021* (Docket No. 101) (the "Plan") filed herein by TGV.

The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Bankruptcy Local Rules, the Code, that the Disclosure Statement may be conditionally approved, and otherwise that sufficient cause exists with respect to the Motion to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1.  The Motion is granted as set forth herein.

2.  All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.  The Disclosure Statement is conditionally approved as having adequate information as required by Code §1125 without prejudice to any party in interest objecting to final approval of the Disclosure Statement at the Confirmation Hearing.

4.  The Debtor is authorized to solicit votes with respect to the Plan.

5.  The Ballot Form attached to the Motion is approved.

6.  On or before **July 27, 2021**, the Debtor shall mail a copy of this Order, the Debtor's proposed Plan, the Disclosure Statement as conditionally approved, and the Ballot Form to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d); however, in accordance with Code §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the Plan.

7.  On or before **August 17, 2021**, the Debtor shall file and serve to all creditors any supplements to and/or proposed agreements to be approved in connection with the Plan.

8.  **August 25, 2021** (the "**Ballot Deadline**" shown in the Plan and Disclosure Statement) is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Plan which must be received on that date at the offices of Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015, facsimile (866) 666-5322, email jcarruth@wkpz.com, and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the proposed

ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED July 15, 2021, (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 101, 102, 103) — Page 2                                                      2000038.DOCX[1]

Plan without further Court order.  Ballots may be accepted by mail, fax, and/or email but must arrive prior to the Ballot Deadline.

9.  **August 25, 2021** (the "**Objection Deadline**" shown in the Plan and Disclosure Statement) is fixed as the last day for filing and serving written objections to: (1)◦final approval of the Disclosure Statement; or (2) confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).  All comments or objections not timely filed and served by such deadline shall be deemed waived.

10. **August 25, 2021** is the deadline for any creditor and/or party in interest which is the subject of a pending objection to claim to file a motion to estimate claim under Fed. R. Bankr. P. 3018.  **September 1, 2021** is the deadline for the Debtor to object or respond  to any motion(s) to estimate claim.  The hearing to consider any motion(s) to estimate claim(s) shall be conducted at the same date and time as the Confirmation Hearing: **SEPTEMBER 9, 2021 AT 9:00 A.M Mountain Time (MT), 10:00 A.M. Central Time (CT) by Webex.**

11. **September 1, 2021** is the deadline for the Debtor to file (1) a ballot summary in accordance with the Local Rules and/or forms provided under the Local Rules, (2) a legal memorandum addressing any unresolved objections to confirmation, and (3) a proposed order confirming the Plan.

12. The Court will conduct an evidentiary hearing (the "**Confirmation Hearing**" shown in the Plan and Disclosure Statement) on **SEPTEMBER 9, 2021 AT 9:00 A.M Mountain Time (MT), 10:00 a.m. Central Time (CT) by Webex.** which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.  The Debtor shall file and serve a separate notice of hearing with the access instructions for the Confirmation Hearing.

> **The Confirmation Hearing will take place via the link below through the Cisco WebEx Meetings application.  Parties may also attend the hearing by phone at 650-479-3207 with access code 160 357 6609#.**
>
> **LINK / ADDRESS:  us-courts.webex.com/meet/Mott**

####

ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED July 15, 2021, (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 101, 102, 103) — Page 3                                                2000038.DOCX[1]

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30071 |
| THE GATEWAY VENTURES LLC | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED JULY 14, 2021 (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 101, 102, 103)**

On ~~this day~~July 23, 2021 came on for consideration the *Motion of Debtor to (I) Conditionally Approve Disclosure Statement in Support of Plan of Reorganization of The Gateway Ventures LLC Dated July 14, 2021 (II) Establish Plan Related Deadlines and (III) Set Combined Disclosure Statement and Confirmation Hearing* (the "Motion") filed herein on July 23, 2021 by The Gateway Ventures LLC, debtor and debtor in possession ("TGV" or the "Debtor") and relating to the *Disclosure Statement in Support of Plan of Reorganization of The*

*Gateway Ventures LLC Dated July 14, 2021* (Docket No. 102) (the "<u>Disclosure Statement</u>") and the *Plan of Reorganization of The Gateway Ventures LLC Dated July 14, 2021* (Docket No. 101) (the "<u>Plan</u>") filed herein by TGV.

The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Bankruptcy Local Rules, the Code, that the Disclosure Statement may be conditionally approved, and otherwise that sufficient cause exists with respect to the Motion to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1.  The Motion is granted as set forth herein.

2.  All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.  The Disclosure Statement is conditionally approved as having adequate information as required by Code §1125 without prejudice to any party in interest objecting to final approval of the Disclosure Statement at the Confirmation Hearing.

4.  The Debtor is authorized to solicit votes with respect to the Plan.

5.  The Ballot Form attached to the Motion is approved.

6.  On or before **July ~~19~~27, 2021**, the Debtor shall mail a copy of this Order, the Debtor's proposed Plan, the Disclosure Statement as conditionally approved, and the Ballot Form to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d); however, in accordance with Code §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the Plan.

7.  ~~August 13~~On or before **August 17, 2021**, the Debtor shall file and serve to all creditors any supplements to and/or proposed agreements to be approved in connection with the Plan.

~~7.~~8.  **August 25, 2021** (the "**Ballot Deadline**" shown in the Plan and Disclosure Statement) is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Plan which must be received on that date at the offices of Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015, facsimile (866) 666-5322, email jcarruth@wkpz.com, and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the proposed

ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED July 15, 2021, (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN<u>, AND ADDRESSING RELATED DATES AND DEADLINES</u> (RE: DOCKET NOS. 101, 102, 103) — Page 2                                              2000063.ODT[1]

Plan without further Court order. Ballots may be accepted by mail, fax, and/or email but must arrive prior to the Ballot Deadline.

8.9.    **August ~~13~~25, 2021** (the "**Objection Deadline**" shown in the Plan and Disclosure Statement) is fixed as the last day for filing and serving written objections to: (1) final approval of the Disclosure Statement; or (2) confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1). All comments or objections not timely filed and served by such deadline shall be deemed waived.

10.    **August 25, 2021** is the deadline for any creditor and/or party in interest which is the subject of a pending objection to claim to file a motion to estimate claim under Fed. R. Bankr. P. 3018. **September 1, 2021** is the deadline for the Debtor to object or respond to any motion(s) to estimate claim. The hearing to consider any motion(s) to estimate claim(s) shall be conducted at the same date and time as the Confirmation Hearing: **SEPTEMBER 9, 2021 AT 9:00 A.M Mountain Time (MT), 10:00 A.M. Central Time (CT) by Webex.**

11.    **September 1, 2021** is the deadline for the Debtor to file (1) a ballot summary in accordance with the Local Rules and/or forms provided under the Local Rules, (2) a legal memorandum addressing any unresolved objections to confirmation, and (3) a proposed order confirming the Plan.

~~9.~~12.    The Court will conduct an evidentiary hearing (the "**Confirmation Hearing**" shown in the Plan and Disclosure Statement) on **~~August 18 2021 at THE TIME SET AT THE TOP OF THIS ORDER.~~SEPTEMBER 9, 2021 AT 9:00 A.M Mountain Time (MT), 10:00 a.m. Central Time (CT) by Webex.** which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing. The Debtor shall file and serve a separate notice of hearing with the access instructions for the Confirmation Hearing.

~~10.    Within ten (10) days of the~~ **The Confirmation Hearing** **will take place via the link below through** the ~~Debtor shall file and serve to all creditors any supplements to and/or proposed agreements to be approved in connection with the Plan.~~

> ~~11.    Within ten (10) days prior to the Confirmation Hearing, the Debtor shall file in this case a proposed order confirming the Plan. Any party~~**Cisco WebEx Meetings application. Parties** may ~~request a copy of such proposed order~~**also attend the hearing** by ~~contacting counsel for the Debtor.~~**phone at 650-479-3207 with access code 160 357 6609#.**

~~####~~

---

Formatted: Font: Bold

Formatted: Font: Bold
Formatted: Font: Bold

Formatted: Indent: Left: 1.5", No bullets or numbering, Border: Box: (Single solid line, Auto, 2.25 pt Line width)
Formatted: Font: Bold
Formatted: Font: Bold
Formatted: Font: Bold

**LINK / ADDRESS:  us-courts.webex.com/meet/Mott**

####

> **Formatted:** Centered, Space After:  12 pt, Line spacing:  single

> **Formatted:** Font: Times New Roman, 12 pt

**ORDER GRANTING MOTION OF DEBTOR TO (I) CONDITIONALLY APPROVE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION OF THE GATEWAY VENTURES LLC DATED July 15, 2021, (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 101, 102, 103) — Page 4**                    2000063.ODT[1]