**United States Bankruptcy Court**
**Western District of Texas**
**El Paso Division**

**MONTHLY OPERATING REPORT**

| Case Name: | The Gateway Ventures, LLC | | | **Petition Date:** | 2/2/2021 |
|---|---|---|---|---|---|
| Case No. | 21-30071 | | | | |
| **Report Period** | Feb.-May 2021 | | | | |

| **SUMMARY** | | **Year:** | 2021 | **Month:** | Feb.-May | |
|---|---|---|---|---|---|---|
| MONTH | | MONTH | MONTH | MONTH | MONTH | MONTH |
| | | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
| REVENUES (MOR-6) | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | | | | | | |
| NET INCOME (LOSS) (MOR-6) | | (109,678.01) | (125,912.53) | (121,663.90) | (125,722.53) | |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | | | | | | |

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE ||| QUESTIONNAIRE ||
|---|---|---|---|---|
| Type | Yes/No | Date | Question | Yes / No / Details |
| Casualty | Yes | 9/8/2021 | Are all accounts receivable being collected within terms? | Yes (not applicable) |
| Liability | Yes | 9/8/2021 | Are all post-petition liabilities including taxes being paid within terms? | Yes (not applicable) |
| Vehicle | Yes | 9/8/2021 | Have any pre-petition liabilities been paid? (If so, describe.) | |
| Worker's | Yes | 9/8/2021 | Are all funds received being deposited into DIP bank accounts? | |
| Other | n/a | | Were any assets disposed of outside the normal course of business? (If so, describe.) | |
| | | | Are all U.S. Trustee Fee payments current? | |
| | | | What is the status of your Plan of Reorganization? | |

| DEBTOR'S COUNSEL ||| DEBTOR'S SIGNATURE ||
|---|---|---|---|---|
| Jeff Carruth ||| I certify under penalty of perjury that the following complete Monthly Operating report (MOR), consisting of MOR-1 through MOR-9, plus any attachments, is true and correct. ||
| Weycer Kaplan Pulaski & Zuber P.C. ||||||
| 3030 Matlock Rd. Suite 201 ||||||
| Arlington TX 76015 ||| By: | /s/ Michael J. Dixson |
| (713) 341-1158 ||| Name: | Michael J. Dixson |
| jcarruth@wkpz.com ||| Title: | President, PDG Prestige, Inc., Manager of Debtor |
| ||| Date: | 9/8/2021 |

| Case Number: | 21-30071 |
|---|---|
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

| COMPARATIVE BALANCE SHEETS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASSETS | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|  | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |  |
| CURRENT ASSETS |  |  |  |  |  |  |  |
| Cash | 32,467.00 | Feb.-May 2021 | 77.00 | 172.00 | 267.00 |  |  |
| Accounts Receivable, Net | 5,114.00 | 5,114.00 | 5,114.00 | 5,114.00 | 5,114.00 |  |  |
| Inventory: Lower of Cost or Market |  |  |  |  |  | Feb.-May |  |
| Prepaid Expenses |  |  |  |  |  |  |  |
| Investments |  |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |  |
|    REAL PROPERTY | 15,000,000.00 | 15,000,000.00 | 15,000,000.00 | 15,000,000.00 | 15,000,000.00 | 15,000,000.00 |  |
| TOTAL CURRENT ASSETS |  |  |  |  |  |  |  |
| PROPERTY, PLANT&EQUIP, @ COST |  |  |  |  |  |  |  |
| Less Accumulated Depreciation |  |  |  |  |  |  |  |
| NET BOOK VALUE OF PP & E |  |  |  |  |  |  |  |
| OTHER ASSETS: |  |  |  |  |  |  |  |
| 1. Tax Deposits |  |  |  |  |  |  |  |
| 2. Investments in Subs |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |
| 4. (attach list) |  |  |  |  |  |  |  |
| TOTAL ASSETS | 15,037,581.00 | 15,005,114.00 | 15,005,191.00 | 15,005,286.00 | 15,005,381.00 | 15,000,000.00 |  |

| Case Number: | 21-30071 |
|---|---|
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

| COMPARATIVE BALANCE SHEETS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
| | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | |
| **LIABILITIES & OWNER'S EQUITY** | | Feb.-May 2021 | | | | | |
| LIABILITIES: | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 1,104,036.31 | 77,575.50 | 1,114,814.41 | 1,112,867.85 | 1,118,843.17 | Feb.-May | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | | | | | | | |
| **HD Lending** | 8,771,263.10 | 8,883,849.98 | 9,011,567.51 | 9,143,148.23 | 9,286,713.31 | | |
| **Noorani (judgment lien)** | 1,780,000.00 | 1,780,000.00 | 1,780,000.00 | 1,780,000.00 | 1,780,000.00 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt (per schedules) | 2,897,324.00 | 2,975,366.77 | 3,099,263.70 | 3,222,969.16 | 3,342,811.37 | | |
| Other | | | | | | | |
| **2020 + 2021 (est). Property Taxes (per POC)** | 618,567.34 | 618,567.34 | 618,567.34 | 618,567.34 | 618,567.34 | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | |
| TOTAL LIABILITIES | 15,171,190.75 | 14,335,359.59 | 15,624,212.96 | 15,877,552.58 | 16,146,935.19 | | |
| OWNER'S EQUITY (DEFICIT): | 238,868.31 | 124,881.43 | (2,836.10) | (134,416.82) | (277,981.90) | | |
| Preferred Stock | | | | | | | |
| Common Stock | | | | | | | |
| Additional Paid-In-Capital | | | | | | | |
| Retained Earnings: Filing Date | (372,478.06) | (490,273.33) | (616,185.86) | (737,849.76) | (863,572.29) | | |
| Retained Earnings: Post Filing Date | | | | | | | |
| Total Owner's Equity (Net Worth) | | | | | | | |
| **TOTAL LIABILITIES & OWNERS' EQUITY** | 15,037,581.00 | 13,969,967.69 | 15,005,191.00 | 15,005,286.00 | 15,005,381.00 | | |

| Case Number: | 21-30071 |
| --- | --- |
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

### SCHEDULE OF POST-PETITION LIABILITIES

|  | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |  |
|  |  |  |  |  |  |  |  |
| TRADE ACCOUNTS PAYABLE | 1,035,318.31 | Feb.-May 2021 | 1,035,318.31 | 1,035,318.31 | 1,035,318.31 |  |  |
| TAXPAYABLE: |  |  |  |  |  |  |  |
|     Federal Payroll Taxes |  |  |  |  |  | Feb.-May |  |
|     State Payroll & Sales |  |  |  |  |  |  |  |
|     Ad Valorem Taxes |  |  |  |  |  |  |  |
|     Other Taxes |  |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE |  |  |  |  |  |  |  |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |  |
| ACCRUED INTERST PAYABLE |  |  |  |  |  |  |  |
| *ACCRUED PROFESSIONAL FEES: |  | 8,857.50 | 10,778.10 | 8,831.54 | 14,806.86 |  |  |
| OTHER ACCRUED LIABILITIES: |  |  |  |  |  |  |  |
| Kabbage PPP Loan | 68,718.00 | 68,718.00 | 68,718.00 | 68,718.00 | 68,718.00 |  |  |
| 2. |  |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 1,104,036.31 | 77,575.50 | 1,114,814.41 | 1,112,867.85 | 1,118,843.17 |  |  |

| | |
|---|---|
| **Case Number:** | 21-30071 |
| **Case Name:** | The Gateway Ventures, LLC |
| **Reporting Period:** | Feb.-May 2021 |

| AGING OF POST-PETITION LIABILITIES | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM OTHER TAXES | OTHER |
| DAYS | | | | | | |
| 0-30 | | | | | | |
| 31-60 | | Feb.-May 2021 | | | | |
| 61-90 | | | | | | |
| 91+ | | | | | 317,552.90 | Feb.-May |
| TOTAL | | | | | 317,552.90 | |
| | | | | | | |
| AGING OF ACCOUNTS RECEIVABLE | | | | | | |
| MONTH | | | | | | |
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | 5,114.46 |
| TOTAL | | | | | | 5,114.46 |

| Case Number: | | | | 21-30071 | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Name: | | | | The Gateway Ventures, LLC | | | | |
| Reporting Period: | | | | Feb.-May 2021 | | | | |

## STATEMENT OF INCOME (LOSS)

| MONTH | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |  |  |
|  | 1/1 To 2/2 |  |  |  |  |  |  |  |
| REVENUES (MOR-1) |  | Feb.-May 2021 |  |  |  |  |  |  |
| TOTAL COST OF REVENUES |  |  |  |  |  |  |  |  |
| GROSS PROFIT |  |  |  |  |  | Feb.-May |  |  |
| OPERATING EXPENSES: |  |  |  |  |  |  |  |  |
| Selling & Marketing |  |  |  |  |  |  |  |  |
| General & Administrative |  |  |  |  |  |  |  |  |
| Insiders compensation |  |  |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |  |  |
| Other (attach list) | 95.00 | 95.00 | 95.00 | (95.00) | (95.00) |  |  |  |
|  |  |  |  |  |  |  |  |  |
| TOTAL OPERATING EXPENSES |  |  |  |  |  |  |  |  |
| Income Before Int, Depr/Tax (Mor-1) |  |  |  |  |  |  |  |  |
| Interest Expense | 137,993.42 | 109,583.01 | 125,817.53 | 121,758.90 | 125,817.53 |  |  |  |
| Depreciation |  |  |  |  |  |  |  |  |
| Other (Income) Expense* |  |  |  |  |  |  |  |  |
| Other Items** |  |  |  |  |  |  |  |  |
| TOTAL INT, DEPR & OTHER ITEMS | (138,088.42) | (109,678.01) | (125,912.53) | (121,663.90) | (125,722.53) | 0.00 | 0.00 |  |
| NET INCOME BEFORE TAXES | (138,088.42) | (109,678.01) | (125,912.53) | (121,663.90) | (125,722.53) | #VALUE! | 0.00 |  |
| NET INCOME (LOSS) (MOR-1) | (138,088.42) | (109,678.01) | (125,912.53) | (121,663.90) | (125,722.53) | #VALUE! |  |  |

| Case Number: | 21-30071 |
|---|---|
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

| CASH RECEIPTS AND DISBURSEMENTS ||||||||| 
|---|---|---|---|---|---|---|---|---|
| | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
| | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | | |
| **1. CASH - BEGINNING OF MONTH** | (93.00) | 32,667.00 | 172.00 | 77.00 | 172.00 | 267.00 | | |
| RECEIPTS: | | Feb.-May 2021 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 2. Cash Sales | | | | | | | | |
| 3. Collection Of Accounts Receivable | | | | | | Feb.-May | | |
| 4. Loans & Advances (Attach) | | | | | | | | |
| 5. Sale Of Assets | | | | | | | | |
| 6. Other (Attach) | 32,760.00 | (32,495.00) | (95.00) | 95.00 | 95.00 | | | |
| **TOTAL RECEIPTS** | 32,760.00 | (32,495.00) | (95.00) | 95.00 | 95.00 | 0.00 | | |
| (Withdrawal) Contribution by Individual Debtor MRF-2* | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| DISBURSEMENTS: | | | | | | | | |
| 7. Net Payroll | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 8. Payroll Taxes Paid | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 9. Sales, Use & Other Taxe Paid | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 10. Secured / Rental/ Leases | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 11. Utilities | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 12. Insurance | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 13. Inventory Purchases | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 14. Vehicle Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 15. Travel & Entertainment | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 16. Repairs, Maintenance & Supplies | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 17. Administrative & Selling | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 18. Other (Attach) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 19. Professional Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 20. U.S. Trustee Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 21. Other Reorganization Expenses (Attach) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **TOTAL DISBURSEMENTS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **22. NET CASH FLOW** | 32,760.00 | (32,495.00) | (95.00) | 95.00 | 95.00 | 0.00 | | |
| **23. CASH - END OF MONTH (mor-2)** | 32,667.00 | 172.00 | 77.00 | 172.00 | 267.00 | 267.00 | | |

| Case Number: | 21-30071 |
|---|---|
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

| CASH ACCOUNT RECONCILIATION | | | | | | |
|---|---|---|---|---|---|---|
| BANK NAME | | | | | | |
| ACCOUNT NUMBER | | | | | | |
| ACCOUNT TYPE | OPERATING | Feb.-May 2021 | TAX | OTHER FUNDS | TOTAL | |
| BANK BALANCE | | | | | | |
| DEPOSIT IN TRANSIT | | | | | | Feb.-May |
| OUTSTANDING CHECKS | | | | | | |
| ADJUSTED BANK BALANCE | | | | | | |
| BEGINNING CASH - PER BOOKS | | | | | | |
| RECEIPTS | | | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | |
| (WITHDRAWAL) CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | | |
| CHECKS/OTHER DISBURSEMENTS | | | | | | |
| ENDING CASH - PER BOOKS | | | | | | |

| Case Number: | 21-30071 |
|---|---|
| Case Name: | The Gateway Ventures, LLC |
| Reporting Period: | Feb.-May 2021 |

| | PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Filing Date*** | **MONTH** | **MONTH** | **MONTH** | **MONTH** | **MONTH** | **MONTH** |
| | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | |
| INSIDERS: NAME/POSITIONS/COMP TYPE | | Feb.-May 2021 | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | Feb.-May | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | | |
| | | | | | | | |
| PROFESSIONALS NAME/ORDER DATE | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | | |

**Other Operating Expenses**

|  | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |  |  |
| Bank fees |  | 95.00 | 95.00 | (95.00) | (95.00) |  |  |  |

Feb.-May 2021

Feb.-May

| **RECEIPTS:** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **6. Other** | | | | | | | | |
| | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
| | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | | |
| Net Cash Operations | 5,424.50 | 2,652.50 | 1,805.00 | 9,916.82 | 27,664.37 | | | |
| Cash provided by Financing Activities | 27,335.50 | (35,147.50) | (1,900.00) | (9,821.82) | (27,569.37) | | | |
| Net Cash Increase | 32,760.00 | (32,495.00) | (95.00) | 95.00 | 95.00 | - | - | - |

Feb.-May 2021

Feb.-May