IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

**AMENDED EXHIBIT & WITNESS LIST FOR SEPTEMBER 9, 2021 HEARING ON SURESH KUMAR'S MOTION TO ESTIMATE AND ALLOW CLAIM FOR VOTING PURPOSES**

Comes now Suresh Kumar ("Kumar") by and through his attorneys of record, and submits this, his Amended Exhibit & Witness List in connection with the September 9, 2021 hearing on his Motion to Estimate and Allow Claim for Voting Purposes (Dkt #139).

1.    Kumar expects to offer one or more of the following Exhibits at the hearing on this matter:

| EXH NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Proof of Claim No. 2 filed on April 15, 2021 | | | | | | |
| 2 | Email dated January 31, 2020 from Suresh Kumar to Michael Dixson regarding allocation of his funds | | | | | | |
| 3 | Email dated February 4, 2020 from Michael Dixson regarding allocation of funds | | | | | | |
| 4 | Email dated February 6, 2020 from Suresh Kumar to Michael Dixson regarding crediting funds from the Even Hotel project to the Marriott Element Hotel project | | | | | | |
| 5 | Wire Transfer Request Form dated January 22, 2019 in the amount of $100,000 | | | | | | |
| 6 | Outgoing wire notification dated January 22, 2019 | | | | | | |
| 7 | Email dated January 23, 2019 from John Cominos to Michael Dixson with outbound wire notification of $100,000 | | | | | | |

| EXH NO. | DESCRIPTION | MARKED | OFFERED | OBJECTED | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---------|-------------|--------|---------|----------|-------|------|-------------------------|
| 8 | Debtor's Exhibit TGV 341 – Settlement offers dated June 29, 2020 between Westar Investors Group, LLC, Saleem Makani, Sonny Bawa and Michael Dixson | | | | | | |

2.    Kumar reserves the right to use any exhibit listed by the Debtor, the U.S. Trustee or any other party and to offer additional exhibits for purposes of supplementing this original Exhibit List as well as for purposes of rebuttal.

3.    Kumar expects to call the following witnesses to testify at the hearing:

    a)    Michael Dixson

    b)    Suresh Kumar

4.    Kumar reserves the right to call any witness listed by the Debtor, the U.S. Trustee or any other party or to call additional witnesses for the purposes of rebuttal.

Dated this the ____8th____ day of September, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas  79912
(915) 545-1133
(915) 545-4433 (Fax)

By:_____

Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorneys for Suresh Kumar

## CERTIFICATE OF SERVICE

I certify that on the ___8___ day of September, 2021 a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were sent to the following via hand delivery, email or regular U.S. mail as indicated below:

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
jcarruth@wkpz.com

James W. Rose, Jr.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295
james.rose@usdoj.gov

_____
Harrel L. Davis