**The relief described hereinbelow is SO ORDERED.**

**Signed December 03, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

___

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § § § § | |
| Debtor. | § | |

**ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 256)**

On this day came on for consideration the *Third and Final Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 256) (the "WKPZ Fee Application") filed herein on November 8, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

    3.    The amounts previously awarded by the Order (Docket No. 85) of the prior *First Amended Interim Fee Application* of WKPZ (Docket No. 61) are approved on a final basis, provided, however, the amounts awarded below are cumulative for the entire representation and include the amounts of the fees and expenses previously awarded on an interim basis.

    4.    WKPZ is awarded on an **FINAL** basis fees in the total amount of **$158,016.20** and expenses in the total amount of **$6,304.86** for the representation of TGV by WKPZ during the Application Period.

    5.    WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Reorganized Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###