**The relief described hereinbelow is SO ORDERED.**

**Signed December 03, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | § § § § | |
| Debtor. | § | |

**ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 256)**

On this day came on for consideration the *Third and Final Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 256) (the "WKPZ Fee Application") filed herein on November 8, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

   3. The amounts previously awarded by the Order (Docket No. 85) of the prior *First Amended Interim Fee Application* of WKPZ (Docket No. 61) are approved on a final basis, provided, however, the amounts awarded below are cumulative for the entire representation and include the amounts of the fees and expenses previously awarded on an interim basis.

   4. WKPZ is awarded on an **FINAL** basis fees in the total amount of **$158,016.20** and expenses in the total amount of **$6,304.86** for the representation of TGV by WKPZ during the Application Period.

   5. WKPZ is authorized to deduct from any retainer on hand from TGV the amounts awarded herein, and otherwise the Reorganized Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

**Recip ID     Recipient Name and Address**
db            + The Gateway Ventures, LLC, 910 E. Redd Rd., Suite K #436, El Paso, TX 79912-7348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

**Name**            **Email Address**

Aldo R Lopez
                    on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com  syoder@raylaw.com

Aldo R Lopez
                    on behalf of Defendant Bankim Bhatt alopez@raylaw.com  syoder@raylaw.com

Brian W. Hockett
                    on behalf of Creditor Spectrum Gulf Coast  LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com

Clyde A. Pine, Jr.
                    on behalf of Creditor HD Lending  LLC pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker
                    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

Eric Charles Wood
                    on behalf of Creditor Saleem Makani eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

21-30071-hcm Doc#261 Filed 12/05/21 Entered 12/05/21 23:28:37 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Eric Charles Wood | on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Harrel L. Davis, III | on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov brian.r.henault@usdoj.gov;carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov |
| Jeff Carruth | on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |

21-30071-hcm Doc#261 Filed 12/05/21 Entered 12/05/21 23:28:37 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 38