## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

### NOTICE OF EXPEDITED HEARING ON EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Emergency Motion To Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief has been set for Expedited Hearing on January 13, 2022 at 10:00 AM (MT) in the U.S. Bankruptcy Court, 4th Floor, 511 E. San Antonio Ave., El Paso, Texas 79901. Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing.

December 22, 2021            Respectfully submitted,

                                              **THE NEVAREZ LAW FIRM, PC**
                                              A Professional Corporation
                                              7362 Remcon Circle
                                              El Paso, Texas 79912
                                              Telephone: (915) 225-2255
                                              Facsimiles: (915) 845-3405
                                              Email: MNevarez@LawOfficesMRN.com

                                              /s/ Michael R. Nevarez
                                              By: **MICHAEL R. NEVAREZ**
                                                   State of Texas Bar No. 14933400

                                              Attorney for WESTAR INVESTORS GROUP, LLC,
                                                     SUHAIL BAWA, and SALEEM MAKANI

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF EXPEDITED HERAING ON EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to all creditors listed on the Debtors' creditor's matrix, and to the following parties in interest, on or before December 22, 2021:

**ATTORNEYS FOR DEBTOR:**
Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046
Email: jarruth@wkpz.com

**ATTORNEYS FOR CREDITORS:**

David P. Lutz
MARTIN & LUTZ, P.C.
P.O. Drawer 1837
Las Cruces, NM 88004
Email: dplutz@qwestoffice.net

Harrel L. Davis, III
Gordon Davis Johnson & Shane, P.C.
4695 N. Mesa Street
El Paso, TX 79912
Email: hdavis@eplawyers.com

Aldo R. Lopez
Ray Pena McChristian, P.C.
5722 Cromo Drive
El Paso, TX 79922
Email: alopez@raylaw.com

Notice of Expedited Hearing On Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm    Page 2 of 3

                Eric C. Wood
                Brown Fox, PLLC
                5550 Granite Parkway, Suite 175
                Plano, TX 75024
                Email: eric@brownfoxlaw.com

                              /s/ Michael R. Nevarez
                            **MICHAEL R. NEVAREZ**

Notice of Expedited Hearing On Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm       Page 3 of 3