**Expedited hearing shall be held on 1/13/2022 at 10:00 AM in El Paso Courtroom. Movant is responsible for notice.**



The relief described hereinbelow is SO ORDERED.

Signed December 23, 2021.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE GATEWAY VENTURES, LLC, | ) | Case No. 21-30071-hcm |
| | ) | Chapter 11 |
| Debtor. | ) | |

## ORDER GRANTING
### RAHIM NOORANI, ASHISH NAYYAR, DEEPESH SHRESTHA, and UMESH SHRESTHA's MOTION TO EXPEDITE HEARING DATE ON EMERGENCY MOTION TO ENFORCE FIRST AMENDED PLAN OF REORGANIZATION

On this date came on for consideration the Motion filed by Class 4 Creditors RAHIM NOORANI, ASHISH NAYYAR, DEEPESH SHRESTHA, and UMESH SHRESTHA (the "Movants") requesting an expedited hearing on the Emergency Motion to Enforce Debtor's First Amended Plan of Reorganization filed on December 22, 2021. The Court finds that the Motion should be granted as set forth below.

1221218.1

IT IS, THEREFORE, ORDERED that the Movants' Emergency Motion to Enforce Debtor's First Amended Plan of Reorganization is scheduled for expedited hearing on the date and time listed above.

# # #

**Submitted By:**

*/s/ James M. Feuille*
**JAMES M. FEUILLE**
State Bar No. 24082989
**SCOTTHULSE** ᴾᶜ
One San Jacinto Plaza
201 E. Main
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
Attorney for Class 4 Creditors

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, 910 E. Redd Rd., Suite K #436, El Paso, TX 79912-7348 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 30, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com syoder@raylaw.com |
| Aldo R Lopez | on behalf of Defendant Bankim Bhatt alopez@raylaw.com syoder@raylaw.com |
| Brian W. Hockett | on behalf of Creditor Spectrum Gulf Coast LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |

21-30071-hcm Doc#271 Filed 12/30/21 Entered 12/30/21 23:19:01 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Eric Charles Wood | on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Harrel L. Davis, III | on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| Jeff Carruth | on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |

21-30071-hcm Doc#271 Filed 12/30/21 Entered 12/30/21 23:19:01 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 38