**Expedited hearing shall be held on 1/13/2022 at 10:00 AM in El Paso Courtroom. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed December 23, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING MOTION TO EXPEDITE HEARING DATE**
**ON EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN,**
**AND AWARD OTHER MISCELLANEOUS RELIEF**

On this date came on for consideration the "Motion to Expedite Hearing Date on Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief" (hereinafter referred to as "Motion") filed by WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI. The Court finds that service of the Motion was proper and that all parties entitled to notice were given good and sufficient notice of the Motion and of the terms of the Motion. After due consideration of the Motion, the Court is of the opinion that the Motion should be granted as set forth below, and enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Expedite Hearing Date on Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief is granted as set forth below.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief, will be set for expedited hearing on the date and time listed above.

Movants are responsible for notice of expedited hearing, and shall file a certificate of notice listing the persons served, within 7 days of such service, but in no event later than the date and time of the hearing.

###

Prepared by:
The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

United States Bankruptcy Court

Western District of Texas

In re:                                                                                          Case No. 21-30071-hcm

The Gateway Ventures, LLC                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3                          User: admin                                   Page 1 of 3

Date Rcvd: Dec 28, 2021                  Form ID: pdfintp                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, 910 E. Redd Rd., Suite K #436, El Paso, TX 79912-7348 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com  syoder@raylaw.com |
| Aldo R Lopez | on behalf of Defendant Bankim Bhatt alopez@raylaw.com  syoder@raylaw.com |
| Brian W. Hockett | on behalf of Creditor Spectrum Gulf Coast  LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending  LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com  ahancock@brownfoxlaw.com |

Eric Charles Wood
on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Plaintiff Westar Investors Group  LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Creditor Westar Investors Group  LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com  ahancock@brownfoxlaw.com

Eric Charles Wood
on behalf of Counter Defendant Westar Investors Group  LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Harrel L. Davis, III
on behalf of Creditor Cumming Skidmore Property Tax Service  LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
on behalf of Creditor Suresh Kumar hdavis@eplawyers.com  vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
on behalf of Defendant Suresh Kumar hdavis@eplawyers.com  vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com  vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille
on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com  tmar@scotthulse.com

James Michael Feuille
on behalf of Creditor Rahim Noorani jfeu@scotthulse.com  tmar@scotthulse.com

James W Rose, Jr
on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Jeff Carruth
on behalf of Defendant The Gateway Ventures  LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Defendant PDG Prestige  Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Cross Claimant The Gateway Ventures  LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Cross Claimant PDG Prestige  Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Cross Defendant PDG Prestige  Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Cross Defendant The Gateway Ventures  LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
on behalf of Debtor The Gateway Ventures  LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Michael R. Nevarez
on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com  MRN4Bankruptcy@gmail.com

Michael R. Nevarez

District/off: 0542-3

Date Rcvd: Dec 28, 2021

User: admin

Form ID: pdfintp

Page 3 of 3

Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Westar Investors Group  LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com  MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Westar Investors Group  LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com  MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com  MRN4Bankruptcy@gmail.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway  LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 38