# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-hcm |
| | § | |
| Debtor. | § | CHAPTER 11 |

## NOTICE OF RELEASE OF LIS PENDENS

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COME NOW** WESTAR INVESTOR GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, creditors and parties-in-interest (hereinafter jointly referred to as "WESTAR"), by and through the undersigned attorney, and hereby file this "Notice Of Release Of Lis Pendens" attaching the "NOTICE OF RELEASE OF LIS PENDENS" that was filed and recorded in the Official Records of El Paso County, Texas, on November 4, 2021, as Document No. 20210107247, therein releasing the Notices of Lis Pendens filed by WESTAR on September 14, 2020, and recorded as Document Nos. 20200074309 and 20200074547. (See Attached Exhibit A).

November 10, 2021                                    Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for Westar Investors Group, LLC
Suhail Bawa and Saleem Makani

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to all creditors listed on the Debtors' creditor's matrix, and to the following parties in interest, on or before November 10, 2021:

**DEBTOR:**
The Gateway Ventures, LLC
c/o PDG Prestige, Inc.
780 N Resler Drive, Suite B
El Paso, TX 79912

**ATTORNEY FOR DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046
Email: jcarruth@wkpz.com

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF EL PASO** | § |

## NOTICE OF RELEASE OF LIS PENDENS

**NOTICE** is given that the Notices of Lis Pendens filed by Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani (hereinafter jointly referred to as "WESTAR"), with the County Clerk in El Paso County, Texas, on September 14, 2020, and recorded September 16, 2020, under Document No. 20200074309 (attached hereto as Exhibit A), and Document No. 20200074547 (attached hereto as Exhibit B), in the real property records of El Paso County, Texas, because of the lawsuit, filed by Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani, against Defendants The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, et. al., in the County Court at Law No. 6 of El Paso County, Texas, bearing Cause No. 2020DCV0914, and styled *Westar Investors Group, LLC, et. al. v. The Gateway Ventures, LLC, et. al.*, which lawsuit involves, among other things, a claim by Plaintiffs that, pursuant to an agreement with one or more of the Defendants, they have an interest in the real property generally described as 6767 Gateway Blvd., El Paso, Texas, and as further described in the legal descriptions attached in Exhibits A and B hereto, and incorporated herein by reference, is released, pursuant to the "Final Order Granting Emergency Motion Of Debtor To Assume And Enforce Westar Subscription Agreement And Grant Related Relief (Re: Docket No. 219)" (hereinafter referred to as the "FINAL ORDER"), granted in The United States Bankruptcy Court For The Western District Of Texas, El Paso Division, Chapter 11 Bankruptcy Case No. 21-30071, and signed October 5, 2021, and that WESTAR shall immediately release the Lis Pendens and will this document will serve as official

documentation to forever quash the Lis Pendens on the property related to this document and provided reference as Exhibits A and B, SAVE AND EXCEPT AS TO "Future Lot 7", which Future Lot 7 is hereby excluded from this release, and more particularly described in the "Metes And Bounds Description" attached to the FINAL ORDER, which is also attached hereto and incorporated into this document by reference as Exhibit C.

EXECUTED as of November 2, 2021.

By: _____
MICHAEL R. NEVAREZ
State Bar No. 14933400

THE NEVAREZ LAW FIRM, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

Attorney for Westar Investors Group, LLC
Suhail Bawa and Saleem Makani

| STATE OF TEXAS | § | |
|---|---|---|
| | § | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF EL PASO | § | |

This Notice Of Release Of Lis Pendens was acknowledged before me on this the 2nd day November, 2021, by Michael R. Nevarez, as duly authorized attorney for Westar Investors Group, LLC, Suhail Bawa and Saleem Makani, and not individually as specified above.

(Seal) 

_____
Notary Public, State of Texas

My commission expires: 02-03-2025

AFTER RECORDING RETURN TO:
The Gateway Ventures, LLC
910 E Redd RD Suite K
El Paso, TX 79912

Doc # 20200074309

## Exhibit A

## NOTICE OF LIS PENDENS

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

The undersigned hereby states that Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani have filed a lawsuit against Defendants The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, et. al., which is currently pending in the County Court at Law No. 6 of El Paso County, Texas, bearing Cause No. 2020DCV0914, and styled *Westar Investors Group, LLC, et. al. v. The Gateway Ventures, LLC, et. al.*, which lawsuit involves, among other things, a claim by Plaintiffs that, pursuant to an agreement with one or more of the Defendants, they have an interest in the real property generally described as 6767 Gateway Blvd., El Paso, Texas and as further described in the legal description attached hereto as Exhibit A and incorporated herein by reference.

Further affiant sayeth not.

By: _____
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFFS
WESTAR INVESTORS GROUP, LLC
SUHAIL BAWA AND SALEEM MAKANI

SUBSCRIBED AND SWORN TO before me this 14th day of September, 2020, to certify which witness my hand and seal of office.

_____
Notary Public - State of Texas

**AFTER RECORDING RETURN TO:**

Eric C. Wood
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

KATHLEEN RHOTENBERRY
Notary ID #5861212
My Commission Expires
August 26, 2021

**NOTICE OF LIS PENDENS – SOLO PAGE**

*Execution Version*

**Exhibit "A" to Special Warranty Deed**
**Legal Description**

{00072167.1}


EXHIBIT
A

Unofficial Copy

*Execution Version*

City of El Paso, El Paso County, Texas, same being a portion of Tract 4H, Block 2, of the Ascarate Grant and being that same parcel of land described in a Quitclaim Deed from Shell Oil Company to Robert H. Hoy, Jr., et ux. of record in Volume 2761, Page 1838, of the Deed Records of El Paso County, Tex also being more particularly described by metes and bounds as follows: BEGINNING at a 1/2 inch rebar found marking the north center of said Tract 4H, same being the west corner of Tract 4H2A, of said Block 2, and being on the southeast line of Lot 1, Block 4, of the International Industrial Center, Unit 1, an addition to the City of El Paso, according to the plat thereof recorded in Volume 18, Page 5, of the Plat Records of El Paso County, Texas; Thence, South 59°39'10" East, with the northwest line of said Tract 4H, same being the southwest line of said Tract 4H2A, a distance of 38.76 feet to a chainlink fence, same being on the south side of a concrete drain, and being North 56°39'10" West, 687.70 feet, from a found 1/2 inch rebar; Thence, South 77°44'37" West, with the said chainlink fence and along the south side of said concrete drain, same being the south line of said Robert H. Hoy, Jr., Tract, a distance of 50.92 feet to the southeast line of said Lot 1, Block 4, same being the northwest line of said Tract 4H, and being North 28°21'26" East, 589.39 feet from a found ½ inch rebar; Thence, North 28°21'26" East, with the south east line of said Lot 1, same being the northwest line of said tract 4H, a distance of 36.56 feet to the point of beginning and containing 706 square feet of land.

ALSO SAVE AND EXCEPT:

Lot 1, Block 1, Howdy's Subdivision (Central) Unit One, an addition to the City of El Paso, El Paso County, Texas, according to the recorded plat of record in the Plat Records of El Paso County, Texas.

and more particularly described as:

BEING A 19.96 ACRE TRACT OF LAND OUT OF A PORTION OF TRACT 4A, NOW KNOWN AS TRACT 4H, BLOCK 2, ASCARATE GRANT, EL PASO COUNTY, TEXAS BEING THE SAME TRACT DESCRIBED IN A DOCUMENT TO MAGELLAN PIPELINE TERMINALS, L.P. ACCORDING TO THE DOCUMENT RECORDED IN DOCUMENT NUMBER 20070077714, OFFICIAL PUBLIC RECORDS EL PASO COUNTY TEXAS;

BEGINNING AT A FOUND 5/8-INCH IRON ROD (N:10661485.99, E:415533.47) FOR THE SOUTHEAST CORNER OF SAID TRACT, FROM WHICH THE FOUND CITY MONUMENT NUMBER 1033 BEARS N 51°16'26" W, A DISTANCE OF 1031.01 FEET;

THENCE N 56°34'05" W, A DISTANCE OF 740.25 FEET TO A FOUND "X" CHISELED IN CONCRETE FOR THE MOST EASTERLY SOUTHWEST CORNER OF SAID TRACT;

{00072167.1}  6

Unofficial Copy

*Execution Version*

THENCE N 31°29'49" E, A DISTANCE OF 215.04 FEET TO A SET "X" CHISELED IN ASPHALT FOR AN INTERIOR CORNER OF THIS TRACT COMMON TO THE NORTHEAST CORNER OF A LOT 1, BLOCK 1, HOWDY'S SUBDIVISION (CENTRAL) UNIT ONE, EL PASO COUNTY, AS RECORDED IN VOLUME 75, PAGE 34, PLAT RECORDS EL PASO COUNTY, TEXAS;

THENCE N 58°30'13" W, A DISTANCE OF 215.68 FEET ALONG THE SOUTH LINE OF SAID MAGELLAN TRACT COMMON TO THE NORTH LINE OF SAID LOT ONE TO A SET 1/2-INCH IRON ROD WITH CAP MARKED "GATEWAY MIDLAND" FOR THE MOST NORTHERLY SOUTHWEST CORNER OF SAID TRACT;

THENCE N 31°30'31" E, A DISTANCE OF 749.54 FEET ALONG THE WEST LINE OF SAID MAGELLAN TRACT COMMON TO THE EAST LINE OF THE INTERNATIONAL INDUSTRIAL CENTER, UNIT 1 SUBDIVISION AS RECORDED IN VOLUME 18, PAGE 5, PLAT RECORDS, EL PASO COUNTY, TEXAS TO A SET CHISELED "X" FOR THE MOST SOUTHERLY NORTHWEST CORNER OF SAID TRACT;

THENCE N 80°43'21" E, A DISTANCE OF 50.99 FEET ALONG THE NORTHWEST CORNER OF SAID MAGELLAN TRACT COMMON TO THE SOUTHEAST CORNER OF A TRACT TO HOY FAMILY LIMITED PARTNERSHIP, ACCORDING TO THE DOCUMENT RECORDED IN DOCUMENT NUMBER 20060054513, OFFICIAL PUBLIC RECORDS, EL PASO COUNTY, TEXAS TO A FOUND PK NAIL WITH SPINNER FOR THE MOST NORTHERLY NORTHWEST CORNER OF SAID TRACT;

THENCE S 53°41'38" E, A DISTANCE OF 909.99 FEET ALONG THE NORTH LINE OF SAID MAGELLAN TRACT, COMMON TO THE SOUTH LINE OF VISCOUNT SUBDIVISION AS RECORDED IN VOLUME 60, PAGE 33, PLAT RECORDS EL PASO COUNTY, TEXAS TO A FOUND CHISELED "X" FOR THE NORTHEAST CORNER OF SAID MAGELLAN TRACT;

THENCE S 32°45'26" W, A DISTANCE OF 365.01 FEET ALONG THE EAST LINE OF SAID MAGELLAN TRACT TO A FOUND 5/8-INCH IRON ROD FOR AN INTERIOR CORNER OF SAID MAGELLAN TRACT;

THENCE S 59°44'42" E, A DISTANCE OF 31.47 FEET ALONG THE NORTH LINE OF SAID MAGELLAN TRACT TO A SET 1/2-INCH IRON ROD WITH CAP MARKED "GATEWAY MIDLAND" FOR AN EXTERIOR CORNER OF SAID TRACT;

THENCE S 32°50'26" W, A DISTANCE OF 556.68 FEET TO THE POINT OF BEGINNING AND CONTAINING 19.96 ACRES OF LAND.

Unofficial Copy

Doc # 20200074309
#Pages 4 #NFPages 1
09/16/2020 09:51 AM
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $38.00

eRecorded

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of real Property in El Paso County.


EL PASO COUNTY, TEXAS

*Delia Briones*

# Doc # 20200074547

Exhibit B

## NOTICE OF LIS PENDENS

THE STATE OF TEXAS §
§
COUNTY OF DALLAS §

    The undersigned hereby states that Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani have filed a lawsuit against Defendants The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, et. al., which is currently pending in the County Court at Law No. 6 of El Paso County, Texas, bearing Cause No. 2020DCV0914, and styled *Westar Investors Group, LLC, et. al. v. The Gateway Ventures, LLC, et. al.*, which lawsuit involves, among other things, a claim by Plaintiffs that, pursuant to an agreement with one or more of the Defendants, they have an interest in the real property generally described as 6767 Gateway Blvd., El Paso, Texas and as further described in the legal description attached hereto as Exhibit A and incorporated herein by reference.

    Further affiant sayeth not.

By: _____
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFFS
WESTAR INVESTORS GROUP, LLC
SUHAIL BAWA AND SALEEM MAKANI

    SUBSCRIBED AND SWORN TO before me this 14th day of September, 2020, to certify which witness my hand and seal of office.

_____
Notary Public - State of Texas

KATHLEEN RHOTENBERRY
Notary ID #5861212
My Commission Expires
August 26, 2021

**AFTER RECORDING RETURN TO:**

Eric C. Wood
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

NOTICE OF LIS PENDENS – SOLO PAGE

*Execution Version*

A parcel of land lying in and being a portion of Tract 4A, Block 2, Ascarate Grant, El Paso County, Texas, and being more particularly described by metes and bounds as follows:

BEGINNING at an X chiseled in a concrete curb. said point being the intersection of the East Right-of-Way line of Airway Blvd. and the North Right-of-Way line of Interstate Highway 10, and also being the Point of Beginning of the parcel being described: Thence North 28°21'26" East a distance of 130.27 feet to a point; Thence following a curve to the left along the Easterly Right-of-Way line of Airway Blvd. an arc distance of 222.09 feet to a point, the central angle of said curve being 15°54'11", its radius being 800.15 feet, and the long chord bearing North 20°24'21" East a distance of 221.38 feet; Thence following a curve to the right an arc distance of 36.97 feet to a point, the central angle of said curve being 105°54'40", its radius being 20.00 feet, and the long chord bearing North 65°24'35" East a distance of 31.93 feet; Thence South 61°38'34" East a distance of 11.40 feet to a point; Thence North 28°21'26" East a distance of 626.18 feet to a concrete nail with a disc; Thence South 56°48'44" East a distance of 948.90 feet to a 5/8 inch diameter iron rebar; Thence 29°22'10" West a distance of 364.09 feet to a 5/8 inch diameter iron rebar; Thence South 62°38'50" East a distance of 31.47 feet to a 5/8 inch iron rebar; Thence South 29°55'26" West a distance of 558.00 feet to a 5/8 inch diameter iron rebar lying in the Northerly Right-of-Way line of Interstate Highway 10; Thence North 61°38'34" West along said Northerly Right-of-Way line of Interstate Highway 10 distance of 955.31 feet to the Point of Beginning of the parcel being described and containing 920,338.530 square feet or 21.128 acres of land more or less.

SAVE AND EXCEPT:

Being 0.0045 of an acre of land, (195.27 square feet) more or less, out of and a part of Tract 4H, Block 2, Ascarate Grant, City of El Paso, El Paso County, Texas, said 0.0045 of an acre of land being described by metes and bounds as follows, to-wit: COMMENCING at a point which is a city monument and located at the centerline of Airway Boulevard, said point is also the point of curvature along said Airway Boulevard centerline; Thence, South 28°21'08" West, a distance of 130.27 feet to the point of intersection of said centerline and the projected northerly Right-of-Way line of Interstate Highway 10 (1H-10); Thence, along said projected Right-of-Way line of 1H-10, South 61°38'52" East, a distance of 60.00 feet to the true point of beginning; Thence, along the Easterly Right-of-Way line of said Airway Boulevard, North 28°21'08" East a distance of 19.00 feet to a point on the proposed Right-of-Way line of 1H-10, said point is also a point of curvature; Thence, 32.75 feet along the arc of a curve to the left, whose central angle is 37°07'07", whose radius is 55.00 feet and whose chord bears South 25°34'38" East, a distance of 32.27 feet to a point of tangency; Thence, along said Northerly existing Right-of-Way line of said Interstate 10, North 61°38'52" West, a distance of 26.08 feet to the true point of beginning, containing an area of 0.0045 of an area (acre?) of land, more or less.

ALSO SAVE AND EXCEPT:

All that certain tract of parcel of land containing 706 square feet lying within the corporate limits of the

{00072167.1}                           5

Unofficial Copy

*Execution Version*

City of El Paso, El Paso County, Texas, same being a portion of Tract 4H, Block 2, of the Ascarate Grant and being that same parcel of land described in a Quitclaim Deed from Shell Oil Company to Robert H.
Hoy, Jr., et ux. of record in Volume 2761, Page 1838, of the Deed Records of El Paso County, Tex also being more particularly described by metes and bounds as follows: BEGINNING at a 1/2 inch rebar
found marking the north center of said Tract 4H, same being the west corner of Tract 4H2A, of said Block 2, and being on the southeast line of Lot 1, Block 4, of the International Industrial Center, Unit 1, an
addition to the City of El Paso, according to the plat thereof recorded in Volume 18, Page 5, of the Plat
Records of El Paso County, Texas; Thence, South 59°39'10" East, with the northwest line of said Tract
4H, same being the southwest line of said Tract 4H2A, a distance of 38.76 feet to a chainlink fence, same
being on the south side of a concrete drain, and being North 56°39'10" West, 687.70
feet, from a found 1/2 inch rebar; Thence, South 77°44'37" West, with the said chainlink fence and along the south side of
said concrete drain, same being the south line of said Robert H. Hoy, Jr., Tract, a distance of 50.92 feet to the southeast line of said Lot 1, Block 4, same being the northwest line of said Tract 4H, and being North
28°21'26" East, 589.39 feet from a found ½ inch rebar; Thence, North 28°21'26" East, with the south east
line of said Lot 1, same being the northwest line of said tract 4H, a distance of 36.56 feet to the point of beginning and containing 706 square feet of land.

ALSO SAVE AND EXCEPT:

Lot 1, Block 1, Howdy's Subdivision (Central) Unit One, an addition to the City of El Paso, El Paso County, Texas, according to the recorded plat of record in the Plat Records of El Paso County, Texas.

and more particularly described as:

BEING A 19.96 ACRE TRACT OF LAND OUT OF A PORTION OF TRACT 4A, NOW KNOWN AS TRACT 4H, BLOCK 2, ASCARATE GRANT, EL PASO COUNTY, TEXAS BEING THE SAME TRACT DESCRIBED IN A DOCUMENT TO MAGELLAN PIPELINE TERMINALS, L.P. ACCORDING TO THE DOCUMENT RECORDED IN DOCUMENT NUMBER 20070077714, OFFICIAL PUBLIC RECORDS EL PASO COUNTY TEXAS;

BEGINNING AT A FOUND 5/8-INCH IRON ROD (N:10661485.99, E:415533.47) FOR THE SOUTHEAST CORNER OF SAID TRACT, FROM WHICH THE FOUND CITY MONUMENT NUMBER 1033 BEARS N 51°16'26" W, A DISTANCE OF 1031.01 FEET;

THENCE N 58°34'05" W, A DISTANCE OF 740.25 FEET TO A FOUND "X" CHISELED IN CONCRETE FOR THE MOST EASTERLY SOUTHWEST CORNER OF SAID TRACT;

{00072167.1}                              6

Unofficial Copy

*Execution Version*

THENCE N 31°29'49" E, A DISTANCE OF 215.04 FEET TO A SET "X" CHISELED IN ASPHALT FOR AN INTERIOR CORNER OF THIS TRACT COMMON TO THE NORTHEAST CORNER OF A LOT 1, BLOCK 1, HOWDY'S SUBDIVISION (CENTRAL) UNIT ONE, EL PASO COUNTY, AS RECORDED IN VOLUME 75, PAGE 34, PLAT RECORDS EL PASO COUNTY, TEXAS;

THENCE N 58°30'13" W, A DISTANCE OF 215.68 FEET ALONG THE SOUTH LINE OF SAID MAGELLAN TRACT COMMON TO THE NORTH LINE OF SAID LOT ONE TO A SET 1/2-INCH IRON ROD WITH CAP MARKED "GATEWAY MIDLAND" FOR THE MOST NORTHERLY SOUTHWEST CORNER OF SAID TRACT;

THENCE N 31°30'31" E, A DISTANCE OF 749.54 FEET ALONG THE WEST LINE OF SAID MAGELLAN TRACT COMMON TO THE EAST LINE OF THE INTERNATIONAL INDUSTRIAL CENTER, UNIT 1 SUBDIVISION AS RECORDED IN VOLUME 18, PAGE 5, PLAT RECORDS, EL PASO COUNTY, TEXAS TO A SET CHISELED "X" FOR THE MOST SOUTHERLY NORTHWEST CORNER OF SAID TRACT;

THENCE N 80°43'21" E, A DISTANCE OF 50.99 FEET ALONG THE NORTHWEST CORNER OF SAID MAGELLAN TRACT COMMON TO THE SOUTHEAST CORNER OF A TRACT TO HOY FAMILY LIMITED PARTNERSHIP, ACCORDING TO THE DOCUMENT RECORDED IN DOCUMENT NUMBER 20060054513, OFFICIAL PUBLIC RECORDS, EL PASO COUNTY, TEXAS TO A FOUND PK NAIL WITH SPINNER FOR THE MOST NORTHERLY NORTHWEST CORNER OF SAID TRACT;

THENCE S 53°41'38" E, A DISTANCE OF 909.99 FEET ALONG THE NORTH LINE OF SAID MAGELLAN TRACT, COMMON TO THE SOUTH LINE OF VISCOUNT SUBDIVISION AS RECORDED IN VOLUME 60, PAGE 33, PLAT RECORDS EL PASO COUNTY, TEXAS TO A FOUND CHISELED "X" FOR THE NORTHEAST CORNER OF SAID MAGELLAN TRACT;

THENCE S 32°45'26" W, A DISTANCE OF 365.01 FEET ALONG THE EAST LINE OF SAID MAGELLAN TRACT TO A FOUND 5/8-INCH IRON ROD FOR AN INTERIOR CORNER OF SAID MAGELLAN TRACT;

THENCE S 59°44'42" E, A DISTANCE OF 31.47 FEET ALONG THE NORTH LINE OF SAID MAGELLAN TRACT TO A SET 1/2-INCH IRON ROD WITH CAP MARKED "GATEWAY MIDLAND" FOR AN EXTERIOR CORNER OF SAID TRACT;

THENCE S 32°50'26" W, A DISTANCE OF 556.68 FEET TO THE POINT OF BEGINNING AND CONTAINING 19.96 ACRES OF LAND.

{00072167.1}                                              7

Unofficial Copy

Doc # 20200074547
#Pages 5 #NFPages 1
   09/16/2020 03:00 PM
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $42.00


eRecorded


I hereby certify that this instrument was filed on the date and time stamped
hereon by me and was duly recorded by document number in the Official
Public Records of real Property in El Paso County.





**BROCK & BUSTILLOS INC.**
CIVIL ENGINEERS   URBAN DESIGNERS   LAND SURVEYORS

Exhibit C

ROMAN BUSTILLOS, P.E.
President
RANDY P. BROCK, P.E.
Executive Vice President
SERGIO J. ADAME, P.E.
Vice President - Engineering
AARON ALVARADO, R.P.L.S.
Vice President - Surveying
TBPE Reg. No. F-737
TBPLS Reg. No. 101314-00

## METES AND BOUNDS DESCRIPTION
### ("Future Lot 7")

*A 2.2480 acres parcel of land situate within the corporate limits of the City of El Paso, El Paso County, Texas as a portion of Tract 4H, Block 2, Ascarate Grant, El Paso County, Texas and being more particularly described by metes and bounds as follows:*

**COMMENCING** at a 5/8-inch rebar found on the northerly right-of-way line of U.S. Interstate Highway No. 10 (300 feet wide) and the westerly boundary line of Young American Subdivision as filed in Volume 44, Page 35, El Paso County Plat Records, identical to the southeasterly corner of said Tract 4H, **WHENCE**, a chiseled "X" in concrete found for the east-southwesterly corner of said Tract 4H, identical to the southeasterly corner of Lot 1, Block 1, Howdy's Subdivision as filed in Volume 75, Page 34, El Paso County Plat Records, bears North 58°34'05" West, a distance of 740.25 feet; **THENCE**, leaving the northerly right-of-way line of said U.S. Interstate Highway No. 10 and following the westerly boundary line of said Young American Subdivision, North 32°50'26" East, a distance of 556.66 feet to a 5/8 inch rebar found for a angle point; **THENCE**, continuing along the westerly boundary line of said Young American Subdivision, North 59°44'42" West, a distance of 31.47 feet to a 5/8 rebar found for an angle point; **THENCE**, continuing along the westerly boundary line of said Young American Subdivision, North 32°45'26" East, a distance of 280.01 feet to a 1/2-inch rebar with survey cap No. "TX 6223" found for the southwesterly corner of a parcel conveyed to Viscount Add On, LLC, as described in Special Warranty Deed filed in Doc. No. 20190091885, El Paso County Deed Records; **THENCE**, leaving the westerly boundary line of said Young American Subdivision and following the southerly boundary line of said Viscount Add On, LLC parcel, North 53°41'38" West, a distance of 617.87 feet to a 1/2-inch rebar with survey cap No. "TX 6223" set for the northeasterly corner and the *POINT OF BEGINNING* of the parcel herein described;

**THENCE**, leaving the southerly boundary line of said Viscount Add On, LLC parcel, South 31°30'31" West, a distance of 392.89 feet to a 1/2-inch rebar with survey cap No. "TX 6223" set for the southeasterly corner of the parcel herein described;

**THENCE**, North 58°34'05" West, a distance of 242.85 feet to a 1/2-inch rebar with survey cap No. "TX 6223" set on the southerly boundary line of said Viscount Add On, LLC parcel for the southwesterly corner of the parcel herein described;

**THENCE**, following the southerly boundary line of said Viscount Add On, LLC parcel, North 31°30'31" East, a distance of 413.59 feet to a 1/2-inch rebar with survey cap No. "TX 6223" found for the northwesterly corner of the parcel herein described;

**THENCE**, continuing along the southerly boundary line of said Viscount Add On, LLC parcel, South 53°41'38" East, a distance of 243.70 feet to the *POINT OF BEGINNING.*

Said parcel containing 2.2480 acres (97,925.0 square feet), more or less, and being subject to all easements, restrictions or covenants of record.

*Aaron Alvarado, TX R.P.L.S. No.6223*
*Date: September 15, 2021*
07173-001A9-LOT 7-DESC.doc

417 Executive Center Blvd. • El Paso, Texas 79902 • P - (915) 542-4949 • www.brockbustillos.com

#Pages 14    #NFPages 1
    11/4/2021 9:14:56 AM
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $78.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Recording Division of Real Property in El Paso County.

EL PASO COUNTY, TEXAS