**The relief described hereinbelow is SO ORDERED.**

**Signed January 13, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hmc |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

### ORDER REGARDING
### WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI'S
### EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN,
### AND AWARD OTHER MISCELLANEOUS RELIEF

**ON JANUARY 13, 2022**, the Court conducted a Hearing on the Emergency Motion To Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief, filed by Westar Investors Group, LLC, Suhail Bawa and Saleem Makani, and the Court, having considered the motion and the argument in support thereof, finds that the motion is in order and should, in all things, be **GRANTED**. It is, therefore:

**ORDERED, ADJUDGED and DECREED** that Reorganized Debtor The Gateway Ventures, LLC shall pay Westar Investors Group, LLC the lump sum payment of $100,000.00, by January 31, 2022, in accordance with this Court's Order (I) Approving First Amended Disclosure Statement In Support Of Plan Of Reorganization Of The Gateway Ventures LLC Dated September 1, 2021 And (II) Confirming First Amended Plan Of Reorganization As Modified Of The Gateway Ventures LLC Dated October 14, 2021 (Re: Docket Nos. 155, 245). The Reorganized Debtor shall make no payment of attorney's fees until after January 31, 2022.

**FURTHER ORDERED, ADJUDGED and DECREED** that Reorganized Debtor The Gateway Ventures, LLC shall provide Westar Investors Group, LLC with the Lot 7 warranty deed, duly notarized, by January 18, 2022, in accordance with Court's Final Order Granting Emergency Motion of Debtor To Assume and Enforce Westar Subscription Agreement and Grant Related Relief (RE: Docket No. 219), and shall cause all liens on Lot 7 to be paid and/or otherwise released, by January 31, 2022.

# # #