# MNevarez@LawOfficesMRN.com

| | |
|---|---|
| **From:** | mnevarez@lawofficesmrn.com |
| **Sent:** | Monday, January 31, 2022 3:18 PM |
| **To:** | 'Jeff Carruth' |
| **Subject:** | RE: TGV - Westar $100k |
| **Attachments:** | MRN Bank Wiring Instructions.pdf |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

See attached.

## Michael R. Nevarez
## Attorney at Law

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. Thank you.

DEBT RELIEF AGENCY: Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT: Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the

debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

**From:** Jeff Carruth <jcarruth@wkpz.com>
**Sent:** Monday, January 31, 2022 1:02 PM
**To:** MNevarez@LawOfficesMRN.com
**Subject:** TGV - Westar $100k

Please send wire instructions for Westar, or your firm, for payment of the $100k in the event that Mr. Dixson elects that payment option.



*Trusted Legal Advisors Since 1976*

DALLAS ▪ HOUSTON ▪ AMARILLO

D. (713) 341-1158

M. (214) 552-7242

F. (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.



**The Nevarez Law Firm, PC**
Attorneys and Counselors At Law
P.O. Box 12247, El Paso, Texas 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: NevarezLawFirm.com

# Wiring Instructions for Trust Account

For Payments Credit To The Account Of:

    The Nevarez Law Firm, PC
    IOLTA Trust Account

Bank: JPMorgan Chase Bank, N.A.
    7598 N Mesa St
    Coronado Branch, Branch 00319
    El Paso, Texas 79912

    Telephone: (915) 585-5012
    Toll Free: 800-935-9935

Routing Number: 520101023
Account Number: 987955200

Please include a reference, such as client/matter number or attorney name, when sending wires.