# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In Re. The Gateway Ventures, LLC  §  
§  
§ Case No. 21-30071  
Debtor(s) §  

☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 09/30/2021  Petition Date: 02/02/2021  
Months Pending: 8  Industry Classification: 2 3 6 2  
Reporting Method:  Accrual Basis ⦿  Cash Basis ○  
Debtor's Full-Time Employees (current): 0  
Debtor's Full-Time Employees (as of date of order for relief): 0  

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

x /s/ Michael Dixson  
Signature of Responsible Party

Michael Dixson  
Printed Name of Responsible Party

10/19/2021  
Date

5996 OJO DE AGUA, El Paso, TX 79912  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)  1

| Debtor's Name | The Gateway Ventures, LLC | Case No. | 21-30071 |
|---|---|---|---|

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $643,412 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $10,000,380 |
| c. | Total disbursements (net of transfers between accounts) | $201,285 | $9,559,918 |
| d. | Cash balance end of month (a+b-c) | $442,127 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $201,285 | $9,559,918 |

| | Part 2: Asset and Liability Status  (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---:|---|
| a. | Accounts receivable (total net of allowance) | $0 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $5,114 | |
| c. | Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $624,258 | |
| d. | Total current assets | $1,081,000 | |
| e. | Total assets | $13,463,078 | |
| f. | Postpetition payables (excluding taxes) | $10,663,494 | |
| g. | Postpetition payables past due (excluding taxes) | $0 | |
| h. | Postpetition taxes payable | $0 | |
| i. | Postpetition taxes past due | $0 | |
| j. | Total postpetition debt (f+h) | $10,663,494 | |
| k. | Prepetition secured debt | $2,398,567 | |
| l. | Prepetition priority debt | $0 | |
| m. | Prepetition unsecured debt | $1,977,992 | |
| n. | Total liabilities (debt) (j+k+l+m) | $15,040,053 | |
| o. | Ending equity/net worth (e-n) | $-1,576,975 | |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations)  (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $183,107 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-183,107 | $-809,432 |

UST Form 11-MOR (06/07/2021)                                2

Debtor's Name: The Gateway Ventures, LLC  Case No. 21-30071

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $28,467 | $179,907 | $204,907 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i  WKPZ | Lead Counsel | $0 | $28,467 | $179,907 | $204,907 |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | $0 | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ | No ● |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○ | No ● |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● | No ○ |

UST Form 11-MOR (06/07/2021)   3

| | | |
|---|---|---|
| Debtor's Name The Gateway Ventures, LLC | | Case No. 21-30071 |

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ◉ | No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| x /s/ Michael Dixson | Michael Dixson |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 10/19/2021 |
| Title | Date |

UST Form 11-MOR (06/07/2021)     4

## Schedule A

### Sep-21
### Gateway Ventures, LLc

## Part 1: Cash Receipts and Disbursements - Line d.

### ADJUSTMENT FOR INTERCOMPANY (CASH MANAGEMENT)

| RECEIPTS: | FILING DATE* | MONTH |
|---|---|---|
| 6. Other (Attach) | 2/2/2021 | Aug |
| Mike Dixson - Payment on shareholder loan | | |
| Intercompany Transfer from Prestige Star | | |
| Intercompany Transfer from PDG Inc. | | |
| Intercompany Transfer from Gateway Ventures - Partial payment on bill paid by PDPG in behalf of Gateway | | |
| Wire reversal credit - Deposit from Christina account, mistake | | |
| **Total 6 Other Adjusted for intercompany (Cash Management)** | | - |

| DISBURSEMENTS: | FILING DATE* | MONTH |
|---|---|---|
| 18. Other (Attach) | 2/2/2021 | Aug |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | 313,554.00 |
| Intercompany Transfer to PDG Prestige | | 89,235.00 |
| Other -Developer fee | | 20,000.00 |
| Bill paid in Behalf of Abilene Village | | 5,000.00 |
| Bill paid in Behalf of Gateway | | |
| Shareholder Loan | | |
| Mike Dixson - shareholder loan | | |
| Credit card | | |
| **Total 18 Other Adjusted for Intercompany (Cash Management)** | - | 427,789.00 |

| | | |
|---|---|---|
| **Total Net change - adjustment for intercompany (Cash Management) MOR 7** | - | (427,789.00) |
| **Line d. Per MOR** | | 442,127.00 |
| **Cash per Balance Sheet (line d. Per MOR + Adjustment for intercompany)** | | 14,338.00 |

MOR Sept 21
Statement (Part 2: item C. Inventory

Case Number: 21-30071
Case Name: The Gateway Ventures, LLC
Reporting Period: September 2021

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

| | |
|---|---:|
| Other Current Assets: | |
| 12500 - Work in Process | |
| 13000 - Unallocated WIP | |
| 13002 WIP - Land Develop Costs | $ 45,400.00 |
| 13003 WIP - Soft Costs | $ 541,034.16 |
| 13004 WIP - Construction Costs | $ 17,824.00 |
| 13005 WIP - Developer Fees | $ 20,000.00 |
| Total 13000 - Unallocated WIP | $ 624,258.16 |

Explanation: In the field of development, all cost of the project are held on the Companies Balance sheet under differently categories of unallocated WIP, these include:

13001 WIP - Land and Lot Costs - This will have the raw cost of the land or property
13002 - Land Develop Cost - This will have the cost of developing the land it's self for example: clearing, leveling, etc.
13003 WIP - Soft Costs - this section has the cost for legal, engineering, advertising, all none hard project costs.
13004 WIP - Construction Costs - this is the cost of constructing the buildings.
13005 WIP - Developer Costs - These are the costs for the onsite management and or outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the property, this is why you don't see the original cost of the land or any other costs that were moved to the stabilized value.. When the property or a piece of the property is sold the amount of these costs are allocated as costs of good on the income statement. If a portion is sold then the costs are allocated to the portion sold. Therefore the income or loss is not realized until the project or development is sold. The WIP above has not been cleared to the stabilized value yet, this is why it is still listed, and changes in the balance effect the Cash flow statement.

Page 1

7:43 PM
10/20/21
Accrual Basis

# The Gateway Ventures, LLC
## Profit & Loss
### September 2021

|  | Sep 21 | Aug 21 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Expense** | | | |
| Legal | 179,907.00 | 0.00 | 179,907.00 |
| **Payroll Expenses** | | | |
| Management Fees | 0.00 | 25,000.00 | -25,000.00 |
| **Total Payroll Expenses** | 0.00 | 25,000.00 | -25,000.00 |
| **Professional Fees** | 3,200.00 | 0.00 | 3,200.00 |
| **Total Expense** | 183,107.00 | 25,000.00 | 158,107.00 |
| **Net Ordinary Income** | -183,107.00 | -25,000.00 | -158,107.00 |
| **Net Income** | **-183,107.00** | **-25,000.00** | **-158,107.00** |

21-30071-hcm Doc#28-1 Filed 12/20/21 Entered 12/20/21 23:42:39 Appendix of Exhibits Pg 8 of 15
21-30071-hcm Doc#25-1 Filed 12/2/21 Entered 12/2/21 17:34:59 Exhibit Pg 4 of 5
Attachments Pg 4 of 11

7:52 PM
10/20/21
Accrual Basis

## The Gateway Ventures, LLC
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 | Aug 31, 21 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| The Gateway Ventures - Chase | 14,338.05 | 643,411.55 | -629,073.50 |
| **Total Checking/Savings** | 14,338.05 | 643,411.55 | -629,073.50 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 5,114.46 | 5,114.46 | 0.00 |
| **Total Accounts Receivable** | 5,114.46 | 5,114.46 | 0.00 |
| **Other Current Assets** | | | |
| Legalist Loan Interest Reserve | 9,500.00 | 0.00 | 9,500.00 |
| 12500 - Work in Process | | | |
| 13000 - Unallocated WIP | | | |
| 13002 WIP - Land Develop Costs | 45,400.00 | 28,500.00 | 16,900.00 |
| 13003 WIP - Soft Costs | 541,034.16 | 539,756.66 | 1,277.50 |
| 13004 WIP - Construction Costs | 17,824.00 | 17,824.00 | 0.00 |
| 13005 WIP - Developer Fees | 20,000.00 | 0.00 | 20,000.00 |
| Total 13000 - Unallocated WIP | 624,258.16 | 586,080.66 | 38,177.50 |
| Total 12500 - Work in Process | 624,258.16 | 586,080.66 | 38,177.50 |
| 14000 - Intercompany Transfers | | | |
| 14001 - Due To/From PDG Prestig | 114,235.00 | 0.00 | 114,235.00 |
| 14000 - Intercompany Transfers - Other | 313,554.00 | 0.00 | 313,554.00 |
| Total 14000 - Intercompany Transfers | 427,789.00 | 0.00 | 427,789.00 |
| **Total Other Current Assets** | 1,061,547.16 | 586,080.66 | 475,466.50 |
| **Total Current Assets** | 1,080,999.67 | 1,234,606.67 | -153,607.00 |
| **Other Assets** | | | |
| 15000 - Stabilized Assets | | | |
| 15001 - Gateway Stabilized Valu | 12,382,078.32 | 12,382,078.32 | 0.00 |
| Total 15000 - Stabilized Assets | 12,382,078.32 | 12,382,078.32 | 0.00 |
| **Total Other Assets** | 12,382,078.32 | 12,382,078.32 | 0.00 |
| **TOTAL ASSETS** | 13,463,077.99 | 13,616,684.99 | -153,607.00 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| Accounts Payable | 1,055,318.31 | 1,035,318.31 | 20,000.00 |
| **Total Accounts Payable** | 1,055,318.31 | 1,035,318.31 | 20,000.00 |
| **Other Current Liabilities** | | | |
| Legalist Dip Fund I | | | |
| Legalist Dip Fund I - Loan | 10,000,000.00 | 10,000,000.00 | 0.00 |
| Accrued Interest | 125,993.86 | 116,493.86 | 9,500.00 |
| Accrued Fees | 537,500.00 | 537,500.00 | 0.00 |
| Total Legalist Dip Fund I | 10,663,493.86 | 10,653,993.86 | 9,500.00 |
| Legal Settlement | 1,780,000.00 | 1,780,000.00 | 0.00 |
| **Total Other Current Liabilities** | 12,443,493.86 | 12,433,993.86 | 9,500.00 |
| **Total Current Liabilities** | 13,498,812.17 | 13,469,312.17 | 29,500.00 |

7:52 PM
10/20/21
Accrual Basis

## The Gateway Ventures, LLC
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 | Aug 31, 21 | $ Change |
|---|---:|---:|---:|
| **Long Term Liabilities** | | | |
| 22000 - Other Loans | | | |
| 22001 - Kabbage PPP Loan | 68,718.00 | 68,718.00 | 0.00 |
| Total 22000 - Other Loans | 68,718.00 | 68,718.00 | 0.00 |
| **Total Long Term Liabilities** | 68,718.00 | 68,718.00 | 0.00 |
| **Total Liabilities** | 13,567,530.17 | 13,538,030.17 | 29,500.00 |
| **Equity** | | | |
| 31000-Stabilized Value AboveWIP | | | |
| 31001 - The Gateway Ventures | 1,472,523.25 | 1,472,523.25 | 0.00 |
| Total 31000-Stabilized Value AboveWIP | 1,472,523.25 | 1,472,523.25 | 0.00 |
| 32000 - Member Contributions | | | |
| 32001 - PDG Prestige Inc. 93% | | | |
| Sam Contribution | 111,000.00 | 111,000.00 | 0.00 |
| 32001 - PDG Prestige Inc. 93% - Other | 1,002,953.21 | 1,002,953.21 | 0.00 |
| Total 32001 - PDG Prestige Inc. 93% | 1,113,953.21 | 1,113,953.21 | 0.00 |
| 32002 - West Star Investors 7% | 418,912.49 | 418,912.49 | 0.00 |
| Total 32000 - Member Contributions | 1,532,865.70 | 1,532,865.70 | 0.00 |
| 34000 - Member Draws | | | |
| 34001 - PDG Prestige | -1,915,754.72 | -1,915,754.72 | 0.00 |
| Total 34000 - Member Draws | -1,915,754.72 | -1,915,754.72 | 0.00 |
| Retained Earnings | -246,565.53 | -246,565.53 | 0.00 |
| Net Income | -947,520.88 | -764,413.88 | -183,107.00 |
| **Total Equity** | -104,452.18 | 78,654.82 | -183,107.00 |
| **TOTAL LIABILITIES & EQUITY** | 13,463,077.99 | 13,616,684.99 | -153,607.00 |

Case Number: 21-30071
Case Name: The Gateway Ventures, LLC
Reporting Period: Sep-21

| | PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
| | 2/2/2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | 21-Sep |
| INSIDERS: NAME/POSITIONS/COMP TYPE | | | | | | | | | |
| 1. Mike Dixson | | | | | | | | 25,000.00 | 0.00 |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 0.00 |
| | | | | | | | | | |
| PROFESSIONALS NAME/ORDER DATE | | | | | | | | | |
| 1. WKPZ Attorney | | | | | | 25,000.00 | | | 179,907.00 |
| 2. Sound Financial Solutions | | | | | | | | | 3,200.00 |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 0.00 | 0.00 | 183,107.00 |

7:44 PM
10/20/21

# The Gateway Ventures, LLC
## A/R Aging Summary
### As of September 30, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 330-The Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 5,114.46 | 5,114.46 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 5,114.46 | 5,114.46 |

7:41 PM
10/20/21

# The Gateway Ventures, LLC
## Reconciliation Summary
The Gateway Ventures - Chase, Period Ending 09/30/2021

|  | Sep 30, 21 |
|---|---:|
| **Beginning Balance** | 643,411.55 |
|   Cleared Transactions |  |
|     Checks and Payments - 14 items | -629,073.50 |
|   Total Cleared Transactions | -629,073.50 |
| **Cleared Balance** | 14,338.05 |
| **Register Balance as of 09/30/2021** | 14,338.05 |
| **Ending Balance** | 14,338.05 |

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2021 through September 30, 2021

Account Number: **REDACTED**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004066 DRE 201 142 27821 NNNNNNNNNNN T 1 000000000 D2 0000
THE GATEWAY VENTURES, LLC
780 N RESLER DR STE B
EL PASO TX 79912



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $643,411.55 |
| Checks Paid | 3 | -18,177.50 |
| Electronic Withdrawals | 10 | -585,896.00 |
| Other Withdrawals | 1 | -25,000.00 |
| Ending Balance | 14 | $14,338.05 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8589 ^ | | 09/27 | $250.00 |
| 8748 * ^ | | 09/23 | 1,027.50 |
| 8749 ^ | | 09/20 | 16,900.00 |
| **Total Checks Paid** | | | **$18,177.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

September 01, 2021 through September 30, 2021

Account Number: REDACTED

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | 09/07 Online Domestic Wire Transfer Via: Amegy Bank/113011258 A/C: Wkpz Houston TX 77046 US Ref:/Time/15:37 Imad: 0907B1Qgc06C019436 Trn: 3605161250Es | $179,907.00 |
| 09/08 | 09/08 Online Transfer To Chk ...5229 Transaction#: 12548579852 | 25,000.00 |
| 09/13 | 09/13 Online Transfer To Chk ...5229 Transaction#: 12582329154 | 7,500.00 |
| 09/13 | 09/13 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref:/Bnf/Joseph Klamt Imad: 0913B1Qgc08C010665 Trn: 3234001256Es | 3,200.00 |
| 09/14 | 09/14 Online Transfer To Chk ...5229 Transaction#: 12589847933 | 5,000.00 |
| 09/15 | 09/15 Online Transfer To Chk ...5229 Transaction#: 12597007799 | 3,000.00 |
| 09/16 | 09/16 Online Domestic Wire Transfer Via: Citz Las Cruces/112201289 A/C: Studio D Fairacres NM 88033 US Imad: 0916B1Qgc05C006282 Trn: 3177411259Es | 25,235.00 |
| 09/24 | 09/24 Online Transfer To Chk ...5229 Transaction#: 12659141214 | 20,000.00 |
| 09/30 | 09/30 Online Transfer To Chk ...5229 Transaction#: 12694635161 | 3,500.00 |
| 09/30 | 09/30 Online Transfer To Chk ...1990 Transaction#: 12698912411 | 313,554.00 |

**Total Electronic Withdrawals** $585,896.00

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | 09/02 Withdrawal | $25,000.00 |

**Total Other Withdrawals** $25,000.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/02 | $618,411.55 | 09/14 | 397,804.55 | 09/23 | 351,642.05 |
| 09/07 | 438,504.55 | 09/15 | 394,804.55 | 09/24 | 331,642.05 |
| 09/08 | 413,504.55 | 09/16 | 369,569.55 | 09/27 | 331,392.05 |
| 09/13 | 402,804.55 | 09/20 | 352,669.55 | 09/30 | 14,338.05 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

September 01, 2021 through September 30, 2021

Account Number: REDACTED



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC