# UNITED STATES BANKRUPTCY COURT

WESTERN   DISTRICT OF   TEXAS

EL PASO DIVISION

In Re. PDG Prestige, INC                        §                  Case No.  21-30107
                                                §
_____                 §
                    Debtor(s)                    §
                                                §                  ☐ Jointly Administered

# Monthly Operating Report                                              Chapter 11

Reporting Period Ended: 09/30/2021                    Petition Date: 02/02/2021

Months Pending: 8                                     Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:              Accrual Basis ◉         Cash Basis ◯

Debtor's Full-Time Employees (current):               3

Debtor's Full-Time Employees (as of date of order for relief):    1

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☐        Statement of capital assets
☒        Schedule of payments to professionals
☒        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

x /s/ Michael Dixson                                  Michael Dixson
_____                       _____
Signature of Responsible Party                        Printed Name of Responsible Party

10/19/2021
_____
Date

                                                      5996 OJO DE AGUA, El Paso, TX 79912
                                                      _____
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name PDG Prestige, INC                                    Case No. 21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $11,311 | |
| b. Total receipts (net of transfers between accounts) | $20,000 | $4,881,743 |
| c. Total disbursements (net of transfers between accounts) | $133,860 | $4,021,353 |
| d. Cash balance end of month (a+b-c) | $-102,549 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $133,860 | $4,021,353 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $602,048 | |
| c. Inventory (Book ◯ Market ◯ Other ⬤ (attach explanation)) | $1,510,935 | |
| d. Total current assets | $3,316,854 | |
| e. Total assets | $7,650,274 | |
| f. Postpetition payables (excluding taxes) | $5,260,166 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $5,260,166 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $2,407,311 | |
| n. Total liabilities (debt) (j+k+l+m) | $7,667,478 | |
| o. Ending equity/net worth (e-n) | $-17,204 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $20,000 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $568 | |
| c. Gross profit (a-b) | $19,432 | |
| d. Selling expenses | $647 | |
| e. General and administrative expenses | $11,029 | |
| f. Other expenses | $24,131 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $455 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-16,831 | $-272,705 |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name  PDG Prestige, INC                                      Case No. 21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Weycer Kaplan Pulaski & Zube | Lead Counsel | $0 | $48,500 | $0 | $48,500 |
| | ii | | | | | $0 | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $44,146 | $10,461 | $44,146 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Ainsa Hutson Hester & Crew L | Other | $0 | $26,683 | $0 | $26,683 |
| | ii | he law office of Michael Allison | Other | $0 | $7,002 | $0 | $7,002 |
| | iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $4,714 | $14,530 |
| d.  Postpetition employer payroll taxes paid | $4,714 | $31,153 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ⦿

c.  Were any payments made to or on behalf of insiders?  Yes ⦿  No ◯

d.  Are you current on postpetition tax return filings?  Yes ⦿  No ◯

e.  Are you current on postpetition estimated tax payments?  Yes ⦿  No ◯

f.  Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ⦿  No ◯  N/A ◯

i.  Do you have:       Worker's compensation insurance?  Yes ⦿  No ◯

                    If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

                    Casualty/property insurance?  Yes ⦿  No ◯

                    If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

                    General liability insurance?  Yes ⦿  No ◯

                    If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

| Debtor's Name  PDG Prestige, INC | Case No.  21-30107 |
|---|---|

j.  Has a plan of reorganization been filed with the court?  Yes ● No ○

k.  Has a disclosure statement been filed with the court?  Yes ● No ○

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ● No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?  Yes ○ No ●

m.  If yes, have you made all Domestic Support Obligation payments?  Yes ○ No ○ N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x /s/ Michael Dixson

Signature of Responsible Party

President

Title

Michael Dixson

Printed Name of Responsible Party

10/19/2021

Date

# Schedule A

### Sep-21
### PDG Prestige Inc.

## Part 1: Cash Receipts and Disbursements - Line d.

## ADJUSTMENT FOR INTERCOMPANY (CASH MANAGEMENT)

| RECEIPTS: | FILING DATE* | MONTH |
|---|---|---|
| **6. Other (Attach)** | 2/2/2021 | Aug |
| Mike Dixson - Payment on shareholder loan | | 107.00 |
| Intercompany Transfer from Prestige Star | | 31,037.00 |
| Intercompany Transfer from PDG Inc. | | |
| Intercompany Transfer from Gateway Ventures - Partial payment on bill paid by | | |
| PDPG in behalf of Gateway | | 89,000.00 |
| Wire reversal credit - Deposit from Christina account, mistake | | 1,524.07 |
| Total 6 Other Adjusted for intercompany (Cash Management) | | 121,668.07 |

| DISBURSEMENTS: | FILING DATE* | MONTH |
|---|---|---|
| **18. Other (Attach)** | 2/2/2021 | Aug |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | |
| Intercompany Transfer to PDG Inc. | | |
| Intercompany Transfer to PDG Fox | | |
| Bill paid in Behalf of Abilene Village | | |
| Bill paid in Behalf of Gateway | | |
| Shareholder Loan | | 8,283.69 |
| Mike Dixson - shareholder loan | | |
| Credit card | | 491.93 |
| Total 18 Other Adjusted for Intercompany (Cash Management) | - | 8,775.62 |

| | | |
|---|---|---|
| Total Net change - adjustment for intercompany (Cash Management) MOR 7 | - | 112,892.45 |

| | |
|---|---|
| Line d. Per MOR | (102,549.00) |
| Cash per Balance Sheet (line d. Per MOR + Adjustment for intercompany) | 10,343.45 |

MOR Sept 21
Statement (Part 2: item C. Inventory

**Case Number: 21-30071**
**Case Name: PDG Prestige Inc**
**Reporting Period: September 2021**

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

| | |
|---|---:|
| Other Current Assets: | |
| 14059 WIP - Restaurant Row | |
| 14059-3 Soft Costs | $ 1,114,302.82 |
| 14059-4 Land Development | $ 179,186.06 |
| 14059-5 Construction | $ 238,792.15 |
| 14059 WIP - Rest Row - Other | $ 2,000.00 |
| Total 13000 - Unallocated WIP | $ 1,534,281.03 |
| | |
| Other WIP - Rio Rancho | $ (442.71) |
| 14401 WIP - Abilene sears | $ (3,000.00) |
| 14802 WIP - Escondido Alem Ranc | $ (19,903.23) |
| Total Work in Process | $ 1,510,935.09 |

Explanation: In the field of development, all cost of the project are held on the Companies
Balance sheet under differently categories of unallocated WIP, these include:

Land and Lot Costs - This will have the raw cost of the land or property
Land Develop Cost - This will have the cost of developing the land it's self
for example: clearing, leveling, etc.
Soft Costs - this section has the cost for legal, engineering, advertising,
all none hard project costs.
Construction Costs - this is the cost of constructing the buildings.
Developer Costs - These are the costs for the onsite management and or
outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the
property, this is why you don't see the original cost of the land or any other costs that were
moved to the stabilized value.. When the property or a piece of the property is sold the amount of
these costs are allocated as costs of good on the income statement. If a portion is sold then the
costs are allocated to the portion sold. Therefore the income or loss is not realized until
the project or development is sold. The WIP above has not been cleared to the stabilized value yet,
this is why it is still listed, and changes in the balance effect the Cash flow statement.

5:59 PM

10/20/21

Accrual Basis

# PDG Prestige, Inc
## Profit & Loss
### September 2021

|  | Sep 21 | Aug 21 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Developer Fee | 20,000.00 | 0.00 | 20,000.00 |
| **Total Income** | 20,000.00 | 0.00 | 20,000.00 |
| **Cost of Goods Sold** | | | |
| **Cost of Goods Sold** | | | |
| Rent - Project related | 568.31 | 0.00 | 568.31 |
| **Total Cost of Goods Sold** | 568.31 | 0.00 | 568.31 |
| **Total COGS** | 568.31 | 0.00 | 568.31 |
| **Gross Profit** | 19,431.69 | 0.00 | 19,431.69 |
| **Expense** | | | |
| 60001 - Advertising/Promotion | 647.00 | 250.00 | 397.00 |
| **60002 - Automobile Expense** | | | |
| 60002-1 Fuel Expense | 1,217.98 | 130.71 | 1,087.27 |
| 60002-2 Auto Insurance | 226.03 | 64.99 | 161.04 |
| **Total 60002 - Automobile Expense** | 1,444.01 | 195.70 | 1,248.31 |
| **60003 - Bank Charges** | | | |
| 60004 - Banking Fees | 19.99 | 19.99 | 0.00 |
| **Total 60003 - Bank Charges** | 19.99 | 19.99 | 0.00 |
| **60007 - Computer/Internet Exp.** | | | |
| Internet Service | 161.27 | 105.45 | 55.82 |
| 60007 - Computer/Internet Exp. - Other | 1,043.78 | 1,059.30 | -15.52 |
| **Total 60007 - Computer/Internet Exp.** | 1,205.05 | 1,164.75 | 40.30 |
| Meals and Entertainment | 14.77 | 112.67 | -97.90 |
| **Office Expense** | | | |
| Office Supplies | 251.80 | 0.00 | 251.80 |
| Office Expense - Other | 404.83 | 460.72 | -55.89 |
| **Total Office Expense** | 656.63 | 460.72 | 195.91 |
| **Payroll Expenses** | | | |
| Employee Benefits | 21.99 | 29.13 | -7.14 |
| Payroll - Office Administrative | 4,153.35 | 4,301.44 | -148.09 |
| Payroll - Officer | 12,093.00 | 2,995.00 | 9,098.00 |
| **Total Payroll Expenses** | 16,268.34 | 7,325.57 | 8,942.77 |
| **Payroll Tax Expense** | | | |
| Federal | 4,614.20 | 3,059.44 | 1,554.76 |
| State | 100.00 | 443.02 | -343.02 |
| **Total Payroll Tax Expense** | 4,714.20 | 3,502.46 | 1,211.74 |
| Printing and Reproduction | 243.56 | 0.00 | 243.56 |
| Professional Fees | 6,622.96 | 4,946.94 | 1,676.02 |
| Rent Expense | 65.00 | 1,214.40 | -1,149.40 |
| Repairs and Maintenance | 1,486.48 | 0.00 | 1,486.48 |
| **Travel** | | | |
| Lodging | 714.94 | 0.00 | 714.94 |
| Travel - Other | 1,704.61 | 0.00 | 1,704.61 |
| **Total Travel** | 2,419.55 | 0.00 | 2,419.55 |
| **Total Expense** | 35,807.54 | 19,193.20 | 16,614.34 |
| **Net Ordinary Income** | -16,375.85 | -19,193.20 | 2,817.35 |

**PDG Prestige, Inc**
## Profit & Loss
### September 2021

| | Sep 21 | Aug 21 | $ Change |
|---|---:|---:|---:|
| **Other Income/Expense** | | | |
| **Other Expense** | | | |
| Property Taxes | 455.01 | 0.00 | 455.01 |
| **Total Other Expense** | 455.01 | 0.00 | 455.01 |
| **Net Other Income** | -455.01 | 0.00 | -455.01 |
| **Net Income** | **-16,830.86** | **-19,193.20** | **2,362.34** |

**PDG Prestige, Inc**

## Balance Sheet

**As of September 30, 2021**

6:22 PM

10/20/21

Accrual Basis

|  | Sep 30, 21 | Aug 31, 21 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **10000 - Accounts (Checking)** | | | |
| PDG Prestige Inc - Chase 5229 | 10,343.45 | 11,311.30 | -967.85 |
| **Total 10000 - Accounts (Checking)** | 10,343.45 | 11,311.30 | -967.85 |
| **Total Checking/Savings** | 10,343.45 | 11,311.30 | -967.85 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 62,048.13 | 42,048.13 | 20,000.00 |
| Gateway Dveloper Fees | 540,000.00 | 540,000.00 | 0.00 |
| **Total Accounts Receivable** | 602,048.13 | 582,048.13 | 20,000.00 |
| **Other Current Assets** | | | |
| Loan Deposits | 8,365.00 | 8,365.00 | 0.00 |
| **12500 - Work In Process** | | | |
| **13000 - Allocated WIP** | | | |
| **14059 WIP - Restaurant Row** | | | |
| 14059-3 Soft Costs | 1,114,302.82 | 1,080,183.24 | 34,119.58 |
| 14059-4 Land Development | 179,186.06 | 136,988.96 | 42,197.10 |
| 14059-5 Construction | 238,792.15 | 163,288.21 | 75,503.94 |
| 14059 WIP - Restaurant Row - Other | 2,000.00 | 2,000.00 | 0.00 |
| **Total 14059 WIP - Restaurant Row** | 1,534,281.03 | 1,382,460.41 | 151,820.62 |
| 14399 WIP - Rio Rancho | -442.71 | -442.71 | 0.00 |
| 14401 WIP - Abilene Sears | -3,000.00 | -3,000.00 | 0.00 |
| 14802 WIP - Escondido Alem Ranc | -19,903.23 | -19,903.23 | 0.00 |
| **Total 13000 - Allocated WIP** | 1,510,935.09 | 1,359,114.47 | 151,820.62 |
| **Total 12500 - Work In Process** | 1,510,935.09 | 1,359,114.47 | 151,820.62 |
| Earnest Money Held | 80,904.82 | 80,904.82 | 0.00 |
| **Intercompany Transfers** | | | |
| Intercompany Due to From | 1,045,141.08 | 1,045,141.08 | 0.00 |
| 12200 - Due To/From PDG Inc | 62,716.47 | 62,316.47 | 400.00 |
| 12209 -Due to/From Gateway Vent | -65,500.00 | 0.00 | -65,500.00 |
| 12210 - Due to/From Prestige St | -15,000.00 | 0.00 | -15,000.00 |
| **Total Intercompany Transfers** | 1,027,357.55 | 1,107,457.55 | -80,100.00 |
| **Interest Reserve** | | | |
| DIP Loan Interest Reserve | 76,900.00 | 76,900.00 | 0.00 |
| **Total Interest Reserve** | 76,900.00 | 76,900.00 | 0.00 |
| **Total Other Current Assets** | 2,704,462.46 | 2,632,741.84 | 71,720.62 |
| **Total Current Assets** | 3,316,854.04 | 3,226,101.27 | 90,752.77 |
| **Other Assets** | | | |
| **16000 - Stabilized Assets** | | | |
| **16006 - Restaurant Row** | | | |
| 16006-2 Rest Row Stabilized Val | 3,900,000.00 | 3,900,000.00 | 0.00 |
| **Total 16006 - Restaurant Row** | 3,900,000.00 | 3,900,000.00 | 0.00 |
| **Total 16000 - Stabilized Assets** | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Shareholder Loan | 433,419.81 | 425,136.12 | 8,283.69 |
| **Total Other Assets** | 4,333,419.81 | 4,325,136.12 | 8,283.69 |
| **TOTAL ASSETS** | 7,650,273.85 | 7,551,237.39 | 99,036.46 |

6:22 PM

10/20/21

Accrual Basis

## PDG Prestige, Inc
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 | Aug 31, 21 | $ Change |
|---|---|---|---|
| **LIABILITIES & EQUITY** |  |  |  |
| **Liabilities** |  |  |  |
| **Current Liabilities** |  |  |  |
| **Accounts Payable** |  |  |  |
| Accounts Payable | 179,303.50 | 102,481.25 | 76,822.25 |
| **Total Accounts Payable** | 179,303.50 | 102,481.25 | 76,822.25 |
| **Credit Cards** |  |  |  |
| Credit Card | -704.93 | -213.00 | -491.93 |
| **Total Credit Cards** | -704.93 | -213.00 | -491.93 |
| **Other Current Liabilities** |  |  |  |
| BK Trustee Payment | 47,000.00 | 47,000.00 | 0.00 |
| **Intercompany Due to/Due From** |  |  |  |
| Due To Texas Big Star | 80,902.78 | 80,902.78 | 0.00 |
| Intercompany Due to/Due From - Other | 313,572.94 | 274,035.94 | 39,537.00 |
| **Total Intercompany Due to/Due From** | 394,475.72 | 354,938.72 | 39,537.00 |
| **Other Current Liabilities** |  |  |  |
| Gateway Developer Fees | 540,000.00 | 540,000.00 | 0.00 |
| Sbad Treasury 310 | 8,000.00 | 8,000.00 | 0.00 |
| **Total Other Current Liabilities** | 548,000.00 | 548,000.00 | 0.00 |
| **Payroll Liabilities** |  |  |  |
| Current Payroll Tax Liability | 6,313.54 | 6,313.54 | 0.00 |
| Payroll Liabilities - Other | 202,750.88 | 202,750.88 | 0.00 |
| **Total Payroll Liabilities** | 209,064.42 | 209,064.42 | 0.00 |
| **Legalist DIP Fund I, LP -** |  |  |  |
| Legalist DIP Fund - Mesilla Val | 3,300,870.33 | 3,300,870.33 | 0.00 |
| Legalist DIP Fund I, LLP | 1,399,129.67 | 1,399,129.67 | 0.00 |
| Accrued Interest | 98,138.92 | 98,138.92 | 0.00 |
| Accrued Fees | 273,187.50 | 273,187.50 | 0.00 |
| **Total Legalist DIP Fund I, LP -** | 5,071,326.42 | 5,071,326.42 | 0.00 |
| **Total Other Current Liabilities** | 6,269,866.56 | 6,230,329.56 | 39,537.00 |
| **Total Current Liabilities** | 6,448,465.13 | 6,332,597.81 | 115,867.32 |
| **Long Term Liabilities** |  |  |  |
| **PPP Loans** |  |  |  |
| ALC PPP LOan - PDG, Inc. | 62,316.47 | 62,316.47 | 0.00 |
| ALC PPP Fund PDG Prestige | 58,690.35 | 58,690.35 | 0.00 |
| Kabbage PPP Loan - PDG Prestige | 79,433.00 | 79,433.00 | 0.00 |
| **Total PPP Loans** | 200,439.82 | 200,439.82 | 0.00 |
| **Total Long Term Liabilities** | 200,439.82 | 200,439.82 | 0.00 |
| **Total Liabilities** | 6,648,904.95 | 6,533,037.63 | 115,867.32 |
| **Equity** |  |  |  |
| **31600-Stabilized Value AboveWIP** |  |  |  |
| 31606 - Restaurant Row | 1,018,572.61 | 1,018,572.61 | 0.00 |
| **Total 31600-Stabilized Value AboveWIP** | 1,018,572.61 | 1,018,572.61 | 0.00 |
| **Investments** |  |  |  |
| Investment in Escondido at Alm | 18,889.30 | 18,889.30 | 0.00 |
| 50% Investment Enchantment Vent | 25,000.00 | 25,000.00 | 0.00 |
| Investment in Gateway Ventures | 1,113,953.21 | 1,113,953.21 | 0.00 |
| **Total Investments** | 1,157,842.51 | 1,157,842.51 | 0.00 |
| **Additional Paid in Capital** | 631,974.28 | 631,974.28 | 0.00 |

6:22 PM

10/20/21

Accrual Basis

## PDG Prestige, Inc
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 | Aug 31, 21 | $ Change |
|---|---|---|---|
| Capital Stock | 10,000.00 | 10,000.00 | 0.00 |
| Owners Equity | -1,527,360.99 | -1,527,360.99 | 0.00 |
| Net Income | -289,659.51 | -272,828.65 | -16,830.86 |
| **Total Equity** | 1,001,368.90 | 1,018,199.76 | -16,830.86 |
| **TOTAL LIABILITIES & EQUITY** | 7,650,273.85 | 7,551,237.39 | 99,036.46 |

| Case Number: | 21-30071 |
| Case Name: | PDG Prestige, Inc. |
| Reporting Period: | Sep-21 |

| AGING OF POST-PETITION LIABILITIES | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM OTHER TAXES | OTHER |
| DAYS | | | | | | |
| 0-30 | 1,215.78 | | 1,215.78 | | | |
| 31-60 | 47,000.00 | | | | | 47,000.00 |
| 61-90 | 0.00 | | | | | |
| 91+ | 249,252.33 | 21,809.45 | | | 227,442.88 | |
| TOTAL | 297,468.11 | 21,809.45 | 1,215.78 | 0.00 | 227,442.88 | 47,000.00 |
| | | | | | | |
| AGING OF ACCOUNTS RECEIVABLE | | | | | | |
| MONTH | | | | | | |
| 0-30 DAYS | 20,000.00 | | | | | |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 582,048.13 | 42,048.13 | | | | 540,000.00 |
| TOTAL | 602,048.13 | 42,048.13 | 0.00 | 0.00 | 0.00 | 540,000.00 |

**Case Number:**                            21-30071

**Case Name:**                             PDG Prestige, Inc.

**Reporting Period:**                      21-Sep

| PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | | |
|---|---|---|---|---|---|---|
| | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH |
| | 2/2/2021 | Sept | | | | |
| INSIDERS: NAME/POSITIONS/COMP TYPE | | | | | | |
| 1. Michael Dixson - President   Note 1 | 0.00 | 12,093.00 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0.00 | 12,093.00 | | | | 0.00 |
| | | | | | | |
| PROFESSIONALS NAME/ORDER DATE | | | | | | |
| 1. Weycer Kaplan Pulaski & Zuber P.C. | | | | | | |
| 2. The law offices of Michael Allison | | | | | | |
| 3. Ainsa Hutson Hester & Crews LLP | | | | | | |
| 4. NMREA dba Colliers Int Lien | | | | | | |
| 5. BK Trustee Fee | | | | | | |
| 6. New Mexico Legal Group | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | 0.00 |

**Note 1:** March payment to Michael Dixson was transfered from asset account "Shareholder loan", no cash transaction.
April includes a transfer of 4,000 from asset account "Shareholder Loan", and cash of 6,828.85.

**Case Number:** 21-30071

**Case Name:** PDG Prestige, Inc.

**Reporting Period:** Feb.-May 2021

| PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | | |
|---|---|---|---|---|---|---|
| | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH |
| | 2/2/2021 | Sept | | | | |
| INSIDERS:  NAME/POSITIONS/COMP TYPE | | | | | | |
| 1. Michael Dixson - President   Note 1 | 0.00 | 12,093.00 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0.00 | 12,093.00 | | | | 0.00 |
| | | | | | | |
| PROFESSIONALS NAME/ORDER DATE | | | | | | |
| 1. Weycer Kaplan Pulaski & Zuber P.C. | | | | | | |
| 2. The law offices of Michael Allison | | | | | | |
| 3. Ainsa Hutson Hester & Crews LLP | | | | | | |
| 4.  NMREA dba Colliers Int Lien | | | | | | |
| 5. BK Trustee Fee | | | | | | |
| 6. New Mexico Legal Group | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | 0.00 |

**Note 1:** March payment to Michael Dixson was transfered from asset account "Shareholder loan", no cash transaction.

April includes a transfer of 4,000 from asset account "Shareholder Loan", and cash of 6,828.85.

7:24 PM

10/20/21

# PDG Prestige, Inc
# A/R Aging Summary
### As of September 30, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **329-Gateway** | | | | | | |
| 329-Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 28,125.00 | 28,125.00 |
| 329-Gateway - Other | 20,000.00 | 0.00 | 0.00 | 0.00 | 553,923.13 | 573,923.13 |
| **Total 329-Gateway** | 20,000.00 | 0.00 | 0.00 | 0.00 | 582,048.13 | 602,048.13 |
| **Enchantment Ventures, LLC.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FlapJack3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 20,000.00 | 0.00 | 0.00 | 0.00 | 582,048.13 | 602,048.13 |

# PDG Prestige, Inc

## Reconciliation Summary

### PDG Prestige Inc - Chase 5229, Period Ending 09/30/2021

|  | Sep 30, 21 |
|---|---|
| **Beginning Balance** | 11,311.30 |
| Cleared Transactions |  |
| Checks and Payments - 74 items | -122,635.92 |
| Deposits and Credits - 12 items | 121,668.07 |
| **Total Cleared Transactions** | -967.85 |
| **Cleared Balance** | **10,343.45** |
| Uncleared Transactions |  |
| Checks and Payments - 1 item | -10,954.90 |
| **Total Uncleared Transactions** | -10,954.90 |
| **Register Balance as of 09/30/2021** | **-611.45** |
| New Transactions |  |
| Checks and Payments - 2 items | -21,501.00 |
| **Total New Transactions** | -21,501.00 |
| **Ending Balance** | **-22,112.45** |

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2021 through September 30, 2021
Account Number: REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00009839 DRE 201 210 27621 NNNNNNNNNNN  1 000000000 D2 0000

PDG PRESTIGE, INC
780 N RESLER DR STE B
EL PASO TX 79912



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,311.30 |
| Deposits and Additions | 13 | 121,668.07 |
| Checks Paid | 3 | -12,786.35 |
| ATM & Debit Card Withdrawals | 86 | -70,110.75 |
| Electronic Withdrawals | 23 | -36,738.82 |
| Other Withdrawals | 1 | -3,000.00 |
| Ending Balance | 126 | $10,343.45 |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Deposit    1988577065 | $25,000.00 |
| 09/08 | Online Transfer From Chk ...2863 Transaction#: 12548579852 | 25,000.00 |
| 09/13 | Online Transfer From Chk ...2863 Transaction#: 12582329154 | 7,500.00 |
| 09/14 | Online Transfer From Chk ...2863 Transaction#: 12589847933 | 5,000.00 |
| 09/15 | Online Transfer From Chk ...2863 Transaction#: 12597007799 | 3,000.00 |
| 09/16 | Card Purchase Return    09/14 Core & Main - NM007 Las Cruces NM Card 5616 | 24.07 |
| 09/20 | Online Transfer From Chk ...1990 Transaction#: 12630244538 | 15,000.00 |
| 09/23 | Book Transfer Credit B/O  Ecd Unpost Susp Org  Ecd Unpost Susp Ref./Bnf/Our Ref Jpm210922-006697 Rtn Dtd 09/21/2021 Trn 3304181264Es Fo R Amt USD 1500.00 As Acct Ineligib Le To Receive Wires Trn: 9580900266Hh | 1,500.00 |
| 09/24 | Online Transfer From Chk ...2863 Transaction#: 12659141214 | 20,000.00 |
| 09/29 | Online Transfer From Chk ...1990 Transaction#: 12689280175 | 16,037.00 |

September 01, 2021 through September 30, 2021

Account Number: REDACTED

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/30 | Remote Online Deposit | 1 | 101.00 |
| 09/30 | Remote Online Deposit | 1 | 6.00 |
| 09/30 | Online Transfer From Chk ...2863 Transaction#: 12694635161 | | 3,500.00 |
| **Total Deposits and Additions** | | | **$121,668.07** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 8662 ^ | | 09/10 | $6,300.00 |
| 9113 * ^ | | 09/29 | 3,036.35 |
| 9114 ^ | | 09/24 | 3,450.00 |
| **Total Checks Paid** | | | **$12,786.35** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01 | Recurring Card Purchase 08/31 liq*Identityiq.Com Rec 877-8754347 NV Card 5616 | $21.99 |
| 09/01 | Card Purchase With Pin 09/01 Speedway 1100 Airway B El Paso TX Card 5616 | 72.33 |
| 09/02 | Card Purchase 08/31 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |
| 09/02 | Card Purchase 08/31 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |
| 09/02 | Recurring Card Purchase 09/01 Paypal *Patreon Memb 402-935-7733 CA Card 5616 | 8.66 |
| 09/03 | Card Purchase 09/02 Sq *Retail Live! Austin TX Card 5616 | 397.00 |
| 09/03 | Card Purchase 09/03 Bird* Ride Httpsbird.CO CA Card 5616 | 20.00 |
| 09/07 | Card Purchase 09/02 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |
| 09/07 | Card Purchase 09/03 Core & Main - NM007 575-527-4229 NM Card 5616 | 648.28 |
| 09/07 | Card Purchase 09/06 Hampton Inns Lakeway TX Card 5616 | 714.94 |
| 09/07 | Card Purchase With Pin 09/04 Target T- 11220 Fm 222 Austin TX Card 5616 | 251.80 |
| 09/07 | Card Purchase 09/04 Vip Marina Volente TX Card 5616 | 97.75 |
| 09/07 | Card Purchase 09/05 Tst* Beachside Billy S Leander TX Card 5616 | 58.27 |
| 09/07 | Card Purchase 09/04 Sq *12 Fox Beer Dripping Spri TX Card 5616 | 19.49 |
| 09/07 | Card Purchase 09/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | 55.17 |
| 09/07 | Recurring Card Purchase 09/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | 16.23 |
| 09/07 | Recurring Card Purchase 09/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | 14.06 |
| 09/07 | Recurring Card Purchase 09/05 Adobe Inc 800-8336687 CA Card 5616 | 16.23 |
| 09/07 | Card Purchase 09/06 Hotel*Reservations.CO 855-956-2201 WA Card 5616 | 656.52 |
| 09/07 | Card Purchase 09/06 Cbd Provisions Dallas TX Card 5616 | 261.63 |
| 09/08 | Card Purchase 09/07 Southwes 526142813 800-435-9792 TX Card 5616 | 224.98 |
| 09/08 | Card Purchase 09/07 Southwes 526142813 800-435-9792 TX Card 5616 | 224.98 |
| 09/08 | Card Purchase 09/06 Www.Reservations.Com 855-9562201 FL Card 5616 | 19.99 |
| 09/08 | Card Purchase 09/08 Uber Trip Help.Uber.Com CA Card 5616 | 19.63 |
| 09/08 | Card Purchase 09/08 Uber Trip Help.Uber.Com CA Card 5616 | 21.41 |
| 09/08 | Card Purchase 09/08 Uber Trip Help.Uber.Com CA Card 5616 | 15.73 |
| 09/09 | Card Purchase 09/08 The Joule Dallas Dallas TX Card 5616 | 138.56 |
| 09/09 | Card Purchase 09/07 Western Precast Concr 915-859-9362 TX Card 5616 | 411.35 |
| 09/09 | Card Purchase 09/07 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |



September 01, 2021 through September 30, 2021
Account Number: REDACTED

## ATM & DEBIT CARD WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 09/09 | Card Purchase | 09/08 The Joule Dallas 2142614509 TX Card 5616 | 36.80 |
| 09/09 | Recurring Card Purchase 09/09 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 16.21 |
| 09/10 | Recurring Card Purchase 09/08 Mcw#0352-Coronado 915-8335222 TX Card 5616 | | 69.99 |
| 09/10 | Card Purchase | 09/08 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |
| 09/10 | Card Purchase | 09/08 Western Precast Concr 915-859-9362 TX Card 5616 | 4,831.20 |
| 09/10 | Card Purchase | 09/09 Right Networks 603-324-0400 NH Card 5616 | 38.27 |
| 09/10 | Card Purchase With Pin 09/10 Discount Tire TX 7075 Canutillo TX Card 5616 | | 1,056.40 |
| 09/13 | Card Purchase | 09/09 Western Precast Concr 915-859-9362 TX Card 5616 | 5,538.37 |
| 09/13 | Card Purchase | 09/10 IN *Coz Engineering, L 575-6427671 NM Card 5616 | 2,382.88 |
| 09/13 | Card Purchase | 09/10 IN *Coz Engineering, L 575-6427671 NM Card 5616 | 2,274.56 |
| 09/13 | Recurring Card Purchase 09/11 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 10.81 |
| 09/13 | Card Purchase | 09/11 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 09/13 | Card Purchase With Pin 09/13 Best Buy #237 El Paso TX Card 5616 | | 54.07 |
| 09/13 | Card Purchase With Pin 09/13 Best Buy #237 El Paso TX Card 5616 | | 1,800.00 |
| 09/15 | Card Purchase | 09/14 Core & Main - NM007 575-527-4229 NM Card 5616 | 412.92 |
| 09/15 | Card Purchase With Pin 09/15 Discount Tire TX 7075 Canutillo TX Card 5616 | | 430.08 |
| 09/16 | Recurring Card Purchase 09/15 Ep Fitness Resler 915-760-4200 TX Card 5616 | | 10.83 |
| 09/17 | Payment Sent | 09/16 Apple Cash 877-233-8552 CA Card 5616 | 390.00 |
| 09/17 | Card Purchase | 09/17 Formswift.Com/Charge 888-311-2977 CA Card 5616 | 33.00 |
| 09/17 | Card Purchase | 09/16 Core & Main - NM007 575-527-4229 NM Card 5616 | 70.11 |
| 09/17 | Card Purchase With Pin 09/17 Speedway 1100 Airway B El Paso TX Card 5616 | | 4.42 |
| 09/20 | Card Purchase | 09/17 Apple.Com/Bill 866-712-7753 CA Card 5616 | 7.57 |
| 09/20 | Recurring Card Purchase 09/17 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 21.42 |
| 09/20 | Recurring Card Purchase 09/17 Att*Vehicle Data Plan 866-595-0191 TX Card 5616 | | 200.69 |
| 09/20 | Card Purchase | 09/19 Paypal *Draftkings 402-935-7733 MA Card 5616 | 250.00 |
| 09/20 | Card Purchase | 09/19 O Hairs El Paso TX Card 5616 | 75.60 |
| 09/20 | Card Purchase W/Cash 09/19 Cab Store El Paso. TX El Paso TX Card 5616 Purchase $32.00 Cash Back $50.00 | | 82.00 |
| 09/20 | Card Purchase | 09/20 Thimble Insurance Thimble.Com NY Card 5616 | 164.34 |
| 09/21 | Card Purchase | 09/20 Dws Building Supply-Las Las Cruces NM Card 5616 | 923.28 |
| 09/21 | Card Purchase | 09/20 City of Las Cruces Com 575-5283059 NM Card 5616 | 100.00 |
| 09/21 | Recurring Card Purchase 09/21 Experian* Credit Repor 479-3436237 CA Card 5616 | | 19.99 |
| 09/22 | Card Purchase | 09/21 Ferguson Ent 1975 844-872-3857 TX Card 5616 | 2,386.70 |
| 09/22 | Card Purchase | 09/21 Cafe Central El Paso TX Card 5616 | 14.77 |
| 09/22 | Card Purchase | 09/21 Core & Main - TX027 915-590-6922 TX Card 5616 | 2,295.40 |
| 09/22 | Card Purchase | 09/22 Thimble Insurance Thimble.Com NY Card 5616 | 61.69 |
| 09/23 | Payment Sent | 09/22 Apple Cash 877-233-8552 CA Card 5616 | 500.00 |
| 09/23 | Payment Sent | 09/22 Apple Cash 877-233-8552 CA Card 5616 | 1,000.00 |
| 09/23 | Card Purchase | 09/22 The Cleaners #17 El Paso TX Card 5616 | 20.47 |
| 09/23 | Card Purchase With Pin 09/23 Alamo Auto Supply 5923 El Paso TX Card 5616 | | 828.34 |
| 09/27 | Card Purchase | 09/24 The Cleaners #17 El Paso TX Card 5616 | 55.28 |
| 09/27 | Recurring Card Purchase 09/26 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 27.05 |
| 09/27 | Card Purchase | 09/25 Paypal *Idkdistribu 402-935-7733 CA Card 5616 | 16.22 |
| 09/27 | Recurring Card Purchase 09/25 Crexi Httpswww.Crex CA Card 5616 | | 250.00 |
| 09/27 | Recurring Card Purchase 09/25 Paypal *Peoplelooko 402-935-7733 NY Card 5616 | | 22.89 |
| 09/27 | Recurring Card Purchase 09/26 Adobe Acropro Subs 408-536-6000 CA Card 5616 | | 16.23 |
| 09/27 | Card Purchase | 09/26 Apple.Com/Bill 866-712-7753 CA Card 5616 | 75.76 |
| 09/27 | Recurring Card Purchase 09/26 Iiq*Identityiq.Com 877-8754347 NV Card 5616 | | 21.99 |
| 09/28 | Payment Sent | 09/27 Apple Cash 877-233-8552 CA Card 5616 | 700.00 |
| 09/28 | Recurring Card Purchase 09/27 Paypal *Beenverifie 402-935-7733 NY Card 5616 | | 29.13 |
| 09/28 | Card Purchase | 09/27 Complete Reprographics El Paso TX Card 5616 | 243.56 |

September 01, 2021 through September 30, 2021

Account Number: REDACTED

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 09/28 | Card Purchase | 09/27 City of Las Cruces Corn 575-5283059 NM Card 5616 | 100.00 |
| 09/28 | Card Purchase | 09/27 Core & Main - NM007 575-527-4229 NM Card 5616 | 656.40 |
| 09/29 | Card Purchase | 09/28 Www.1And1.Com Chesterbrook PA Card 5616 | 34.79 |
| 09/30 | Recurring Card Purchase 09/28 Extra Space 1769 915-4710595 TX Card 5616 | | 65.00 |
| 09/30 | Card Purchase | 09/28 Western Precast Concr 915-859-9362 TX Card 5616 | 960.18 |
| 09/30 | Card Purchase | 09/29 The Cleaners #17 El Paso TX Card 5616 | 14.80 |
| 09/30 | Card Purchase | 09/29 Core & Main - NM007 575-527-4229 NM Card 5616 | 9,823.67 |

**Total ATM & Debit Card Withdrawals** — **$70,110.75**

## ATM & DEBIT CARD SUMMARY

Michael J Dixson  Card 5616

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $70,110.75 |
| | Total Card Deposits & Credits | $24.07 |

ATM & Debit Card Totals

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $70,110.75 |
| | Total Card Deposits & Credits | $24.07 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:090121 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036012119625 Eed:210901  Ind ID:270164430208191        Ind Name:Pdg Prestige Inc Trn: 2442119625Tc | $1,545.92 |
| 09/07 | 09/04 Online Transfer To Chk ...5586 Transaction#: 12527481473 | 400.00 |
| 09/07 | 09/05 Online Transfer To Chk ...1709 Transaction#: 12533123292 | 1,000.00 |
| 09/08 | Orig CO Name:Koshsolutions        Orig ID:3383693141 Desc Date:210907 CO Entry Descr:Webpaymentsec:Web    Trace#:091000019600990 Eed:210908  Ind ID: Ind Name:Prestige Development G | 696.35 |
| 09/08 | 09/08 Online Domestic Wire Transfer Via: Israel Disc Bk Nyc/026009768 A/C: New York Tribeca New Jersey NJ 07302 US Ref:/Time/09:33 Imad: 0908B1Qgc08C009180 Trn 3151121251Es | 4,000.00 |
| 09/10 | 09/10 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 0910B1Qgc07C016473 Trn: 3433461253Es | 1,417.35 |
| 09/10 | 09/10 Online Transfer To Chk ...1709 Transaction#: 12567267092 | 2,993.00 |
| 09/13 | Orig CO Name:Weblile Tax Pymt    Orig ID:2146000311 Desc Date:        CO Entry Descr:Dd Sec:CCD  Trace#:021000027973735 Eed:210913  Ind ID:902/03535849        Ind Name:33311/12345/EDI/Xml - | 50.00 |
| 09/13 | Orig CO Name:Weblile Tax Pymt    Orig ID:2146000311 Desc Date:        CO Entry Descr:Dd Sec:CCD  Trace# 021000027973738 Eed:210913  Ind ID:902/03535899        ind Name:33311/12345/EDI/Xml - | 50.00 |
| 09/13 | Orig CO Name:Spectrum        Orig ID:0000358635 Desc Date:210911 CO Entry Descr:Spectrum  Sec:Web    Trace#:021000023250932 Eed:210913  Ind ID:0053677 Ind Name:Dixson,Cristina | 303.98 |
| 09/14 | 09/14 Payment To Chase Card Ending IN 9809 | 516.00 |
| 09/15 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:091521 CO Entry Descr:Usataxpymtsec:CCD    Trace# 061036013432877 Eed:210915  Ind ID:270165851988612        Ind Name:Pdg Prestige Inc Trn: 2583432877Tc | 1,545.92 |
| 09/20 | 09/20 Online Transfer To Chk ...1709 Transaction#: 12630265608 | 1,750.00 |
| 09/21 | Orig CO Name:El Paso Tax Offi    Orig ID:7746000749 Desc Date:210920 CO Entry Descr:Tax Paymensec:Web    Trace#:091000019417275 Eed:210921  Ind ID:3851457 Ind Name:Prestige Development G    19Pp99904843034 Trn: 2649417275Tc | 455.01 |

September 01, 2021 through September 30, 2021

Account Number: **REDACTED**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/21 | 09/21 Online Domestic Wire Transfer A/C: Christina Dixson El Paso TX 79912-7540 US Trn: 3304181264Es | 1,500.00 |
| 09/23 | 09/23 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref: Relocation Fees/Bnf/Joseph Klamt Imad: 0923B1Qgc06C003773 Trn: 3119521266Es | 3,172.96 |
| 09/23 | 09/23 Online Transfer To Chk ...1709 Transaction# 12653177101 | 4,900.00 |
| 09/24 | 09/24 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 0924B1Qgc08C024284 Trn: 3322931267Es | 1,236.00 |
| 09/24 | 09/24 Online Transfer To Chk ...1709 Transaction# 12662829848 | 800.00 |
| 09/27 | Orig CO Name:Intuit Orig ID:0000756346 Desc Date:210925 CO Entry Descr:Quickbookssec:CCD Trace#:021000025526687 Eed:210927 Ind ID:9468897 Ind Name:Pdg Prestige *IN | 404.83 |
| 09/29 | Orig CO Name:Irs Orig ID:3387702000 Desc Date:092921 CO Entry Descr:Usataxpymtsec:CCD Trace#:061036017911023 Eed:210929 Ind ID:270167262961170 Ind Name:Pdg Prestige Inc Trn: 2727911023Tc | 1,522.36 |
| 09/30 | 09/30 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 0930B1Qgc01C016045 Trn: 3331961273Es | 5,829.14 |
| 09/30 | 09/30 Online Transfer To Chk ...1709 Transaction# 12700540048 | 650.00 |
| | **Total Electronic Withdrawals** | **$36,738.82** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/02 | 09/02 Withdrawal | $3,000.00 |
| | **Total Other Withdrawals** | **$3,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 09/01 | $9,671.06 | 09/13 | 360.52 | 09/22 | 9,662.85 |
| 09/02 | 22,000.00 | 09/14 | 4,844.52 | 09/23 | 741.08 |
| 09/03 | 21,583.00 | 09/15 | 5,455.60 | 09/24 | 15,255.08 |
| 09/07 | 12,541.43 | 09/16 | 5,468.84 | 09/27 | 14,364.83 |
| 09/08 | 32,318.36 | 09/17 | 4,971.31 | 09/28 | 12,635.74 |
| 09/09 | 26,884.24 | 09/20 | 17,419.69 | 09/29 | 24,079.24 |
| 09/10 | 5,346.83 | 09/21 | 14,421.41 | 09/30 | 10,343.45 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



September 01, 2021 through September 30, 2021

Account Number: REDACTED

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

September 01, 2021 through September 30, 2021

Account Number: REDACTED

## STOP PAYMENT RENEWAL NOTICE

ACCOUNT NUMBER
REDACTED

BANK NUMBER
201

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative



| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000003-01 | 12/04/19 | 12/04/21 | 198 | $39,526.36 |

Pdg Prestige, Inc
780 N Resler DR Ste B
El Paso TX 79912

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051