UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

[Clear All Fields]

In Re. PDG Prestige, INC § Case No. 21-30071
§
§
_____ §
Debtor(s) §
☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 10/31/2021   Petition Date: 02/02/2021
Months Pending: 9   Industry Classification: 2 3 6 2
Reporting Method:   Accrual Basis ●   Cash Basis ○
Debtor's Full-Time Employees (current): 3
Debtor's Full-Time Employees (as of date of order for relief): 1

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

x /s/ Michael Dixson   Michael Dixson
Signature of Responsible Party   Printed Name of Responsible Party
11/22/2021
Date   5996 OJO DE AGUA, El Paso, TX 79912
   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)   1

Debtor's Name PDG Prestige, INC  Case No. 21-30071

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $10,343 | |
| b. Total receipts (net of transfers between accounts) | $318,800 | $6,232,612 |
| c. Total disbursements (net of transfers between accounts) | $186,384 | $6,170,420 |
| d. Cash balance end of month (a+b-c) | $142,759 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $186,384 | $6,170,420 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory (Book ○ Market ○ Other ⦿ (attach explanation)) | $162,514 |
| d. Total current assets | $1,663,225 |
| e. Total assets | $5,998,424 |
| f. Postpetition payables (excluding taxes) | $5,134,013 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,134,013 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $776,982 |
| n. Total liabilities (debt) (j+k+l+m) | $5,910,995 |
| o. Ending equity/net worth (e-n) | $87,429 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $171,123 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $-443 | |
| c. Gross profit (a-b) | $171,566 | |
| d. Selling expenses | $1,385 | |
| e. General and administrative expenses | $10,462 | |
| f. Other expenses | $48,103 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $111,616 | $-180,247 |

UST Form 11-MOR (06/07/2021)  2

Debtor's Name PDG Prestige, INC                                  Case No. 21-30071

### Part 5: Professional Fees and Expenses

|   |   | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. |   | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |   | $0 | $48,500 | $0 | $48,500 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |   |   |
| Delete | i | Weycer Kaplan Pulaski & Zuber | Lead Counsel | $0 | $48,500 | $0 | $48,500 |
| Delete | ii |   |   |   |   | $0 |   |
| b. |   | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* |   | $10,000 | $44,146 | $10,461 | $54,146 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |   |   |
| Delete | i | Ainsa Hutson Hester & Crew | Other | $0 | $26,683 | $0 | $26,683 |
| Delete | ii | he law office of Michael Allison | Other | $10,000 | $7,002 | $0 | $17,002 |
| Delete | iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| c. |   | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

### Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,255 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,255 | $34,408 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ | |
|   | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
|   | Casualty/property insurance? | Yes ● No ○ | |
|   | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
|   | General liability insurance? | Yes ● No ○ | |
|   | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |

UST Form 11-MOR (06/07/2021)                    3

Debtor's Name PDG Prestige, INC                                          Case No. 21-30071

| | | |
|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ● No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x/s/ Michael Dixson                                          Michael Dixson
Signature of Responsible Party                               Printed Name of Responsible Party

President                                                     11/22/2021
Title                                                         Date

[ Save ]                                    [ Generate PDF for Court Filing and Remove Watermark ]

UST Form 11-MOR (06/07/2021)                    4

# Schedule A

**PDG Prestige**
October-21

## Part 1: Cash Receipts and Disbursements - Line d.

### ADJUSTMENT FOR INTERCOMPANY (CASH MANAGEMENT)

| RECEIPTS: | FILING DATE* | MONTH |
|---|---|---|
| 6. Other (Attach) | 2/2/2021 | Oct |
| Mike Dixson - Payment on shareholder loan | | |
| Developer fees - Receivable Gateway | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Intercompany Transfer from Prestige Star | | |
| Intercompany PPP loan forgivenss PDG Inc. | | |
| Intercompany Transfer from Gateway Ventures - Partial payment on bill paid by PDPG in behalf of Gateway | | 11,000.00 |
| Wire reversal credit - Deposit from Christina account, mistake | | |
| Total 6 Other Adjusted for intercompany (Cash Management) | | 11,000.00 |

| DISBURSEMENTS: | FILING DATE* | MONTH |
|---|---|---|
| 18. Other (Attach) | 2/2/2021 | Oct |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | |
| Intercompany Transfer to PDG Inc | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Other -Developer fee | | |
| Account Payable accrual | | |
| Funds Held in Escrow - WKPZ | | |
| Bills paid in behalf of Escondido at Alameda | | |
| Bill paid in Behalf of Abilene Village | | |
| Bill paid in Behalf of Gateway | | 83,264.01 |
| Credit card | | |
| Total 18 Other Adjusted for Intercompany (Cash Management) | - | 83,264.01 |

| e - adjustment for intercompany (Cash Management) MOR 7 | - | (72,264.01) |
|---|---|---|

| Line d. Per MOR | | 142,759.21 |
|---|---|---|
| Cash per Balance Sheet (line d. Per MOR + Adjustment for intercompany) | | 70,495.20 |

PDG Prestige, Inc
MOR Oct 21
Statement (Part 2: item C. Inventory

Case Number: 21-30071
Case Name: PDG Prestige Inc
Reporting Period: October 2021

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

| | | |
|---|---:|---:|
| Other Current Assets: | | |
|   14059 WIP - Restaurant Row | | |
|     14059-3 Soft Costs | $ | 68,166.83 |
|     14059-4 Land Development | $ | 82,872.76 |
|     14059-5 Construction | $ | 11,030.57 |
|     14059 WIP - Rest Row - Other | $ | - |
|   Total 13000 - Unallocated WIP | $ | 162,070.16 |
| | | |
|   Other WIP - Rio Rancho | $ | - |
|   14501 WIP - San Juan Market | $ | 443.64 |
|   14802 WIP - Escondido Alem Ranc | $ | - |
| Total Work in Process | $ | 162,513.80 |

Explanation: In the field of development, all cost of the project are held on the Companies Balance sheet under differently categories of unallocated WIP, these include:

  Land and Lot Costs - This will have the raw cost of the land or property
  Land Develop Cost - This will have the cost of developing the land it's self
  for example: clearing, leveling, etc.
  Soft Costs - this section has the cost for legal, engineering, advertising,
  all none hard project costs.
  Construction Costs - this is the cost of constructing the buildings.
  Developer Costs - These are the costs for the onsite management and or
  outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the property, this is why you don't see the original cost of the land or any other costs that were moved to the stabilized value.. When the property or a piece of the property is sold the amount of these costs are allocated as costs of good on the income statement. If a portion is sold then the costs are allocated to the portion sold. Therefore the income or loss is not realized until the project or development is sold. The WIP above has not been cleared to the stabilized value yet, this is why it is still listed, and changes in the balance effect the Cash flow statement.

Page 1

11:50 AM
11/24/21

# PDG Prestige, Inc
## Statement of Cash Flows
### October 2021

|  | Oct 21 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 111,615.84 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Loan Deposits | 8,365.00 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-3 Soft C... | 1,125,982.64 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-4 Land ... | 96,313.30 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-5 Constr... | 152,257.64 |
| 12500 - Work In Process:13000 - Allocated WIP:14399 WIP - Rio Rancho | -442.71 |
| 12500 - Work In Process:13000 - Allocated WIP:14802 WIP - Escondido Alem Ranc | -19,903.23 |
| Earnest Money Held | -2,865.00 |
| Due from Escondido at Alameda | -4,350.00 |
| Intercompany Transfers:Intercompany Due to From | 515,057.23 |
| Intercompany Transfers:12200 - Due To/From PDG Inc | 62,316.47 |
| Interest Reserve:DIP Loan Interest Reserve | -30,760.00 |
| Accounts Payable | 34,915.28 |
| Credit Cards:Apple Credit card | -2,250.00 |
| Credit Cards:Credit Card | 1,205.29 |
| BK Trustee Payment | -47,000.00 |
| Intercompany Due to/Due From | -198,218.46 |
| Intercompany Due to/Due From:Due To Texas Big Star | -80,902.78 |
| Other Current Liabilities:Sbad Treasury 310 | -8,000.00 |
| Legalist DIP Fund I, LP -:Accrued Interest | 12,362.53 |
| **Net cash provided by Operating Activities** | **1,725,699.04** |
| **INVESTING ACTIVITIES** |  |
| Shareholder Loan | -4,176.56 |
| **Net cash provided by Investing Activities** | **-4,176.56** |
| **FINANCING ACTIVITIES** |  |
| PPP Loans:ALC PPP Loan - PDG, Inc. | -62,316.47 |
| PPP Loans:ALC PPP Loan PDG Prestige | -58,690.35 |
| PPP Loans:Kabbage PPP Loan - PDG Prestige | -79,433.00 |
| 31600-Stabilized Value AboveWIP:31606 - Restaurant Row | -1,455,834.14 |
| Investments:Alameda Land - Escondido at Alm | 19,903.23 |
| Investments:50% Investment Escondido at Alm | -25,000.00 |
| **Net cash provided by Financing Activities** | **-1,661,370.73** |
| Net cash increase for period | 60,151.75 |
| Cash at beginning of period | 10,343.45 |
| **Cash at end of period** | **70,495.20** |

11:10 AM
11/24/21
Accrual Basis

# PDG Prestige, Inc
## Balance Sheet
### As of October 31, 2021

|  | Oct 31, 21 | Sep 30, 21 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 10000 - Accounts (Checking) | | | |
| PDG Prestige Inc - Chase 5229 | 70,495.20 | 10,343.45 | 60,151.75 |
| Total 10000 - Accounts (Checking) | 70,495.20 | 10,343.45 | 60,151.75 |
| **Total Checking/Savings** | 70,495.20 | 10,343.45 | 60,151.75 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 77,061.67 | 77,061.67 | 0.00 |
| Gateway Dveloper Fees | 540,000.00 | 540,000.00 | 0.00 |
| **Total Accounts Receivable** | 617,061.67 | 617,061.67 | 0.00 |
| **Other Current Assets** | | | |
| Loan Deposits | 0.00 | 8,365.00 | -8,365.00 |
| 12500 - Work In Process | | | |
| 13000 - Allocated WIP | | | |
| 14059 WIP - Restaurant Row | | | |
| 14059-3 Soft Costs | 68,166.83 | 1,194,149.47 | -1,125,982.64 |
| 14059-4 Land Development | 82,872.76 | 179,186.06 | -96,313.30 |
| 14059-5 Construction | 11,030.57 | 163,288.21 | -152,257.64 |
| Total 14059 WIP - Restaurant Row | 162,070.16 | 1,536,623.74 | -1,374,553.58 |
| 14399 WIP - Rio Rancho | 0.00 | -442.71 | 442.71 |
| 14501 WIP - San Juan Market | 443.64 | 443.64 | 0.00 |
| 14802 WIP - Escondido Alem Ranc | 0.00 | -19,903.23 | 19,903.23 |
| Total 13000 - Allocated WIP | 162,513.80 | 1,516,721.44 | -1,354,207.64 |
| Total 12500 - Work In Process | 162,513.80 | 1,516,721.44 | -1,354,207.64 |
| Earnest Money Held | 83,769.82 | 80,904.82 | 2,865.00 |
| Due from Escondido at Alameda | 4,350.00 | 0.00 | 4,350.00 |
| Intercompany Transfers | | | |
| Intercompany Due to From | 617,374.55 | 1,132,431.78 | -515,057.23 |
| 12200 - Due To/From PDG Inc | 0.00 | 62,316.47 | -62,316.47 |
| **Total Intercompany Transfers** | 617,374.55 | 1,194,748.25 | -577,373.70 |
| Interest Reserve | | | |
| DIP Loan Interest Reserve | 107,660.00 | 76,900.00 | 30,760.00 |
| **Total Interest Reserve** | 107,660.00 | 76,900.00 | 30,760.00 |
| **Total Other Current Assets** | 975,668.17 | 2,877,639.51 | -1,901,971.34 |
| **Total Current Assets** | 1,663,225.04 | 3,505,044.63 | -1,841,819.59 |
| **Other Assets** | | | |
| 16000 - Stabilized Assets | | | |
| 16006 - Restaurant Row | | | |
| 16006-2 Rest Row Stabilized Val | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Total 16006 - Restaurant Row | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Total 16000 - Stabilized Assets | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Shareholder Loan | 435,198.65 | 431,022.09 | 4,176.56 |
| **Total Other Assets** | 4,335,198.65 | 4,331,022.09 | 4,176.56 |
| **TOTAL ASSETS** | 5,998,423.69 | 7,836,066.72 | -1,837,643.03 |

Page 1

11:10 AM  
11/24/21  
Accrual Basis  

## PDG Prestige, Inc
## Balance Sheet
### As of October 31, 2021

|  | Oct 31, 21 | Sep 30, 21 | $ Change |
|---|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| Accounts Payable | 167,452.19 | 132,536.91 | 34,915.28 |
| **Total Accounts Payable** | 167,452.19 | 132,536.91 | 34,915.28 |
| **Credit Cards** | | | |
| **Credit Cards** | | | |
| Apple Credit card | -2,250.00 | 0.00 | -2,250.00 |
| Credit Card | 476.29 | -729.00 | 1,205.29 |
| **Total Credit Cards** | -1,773.71 | -729.00 | -1,044.71 |
| **Total Credit Cards** | -1,773.71 | -729.00 | -1,044.71 |
| **Other Current Liabilities** | | | |
| BK Trustee Payment | 0.00 | 47,000.00 | -47,000.00 |
| **Intercompany Due to/Due From** | | | |
| Due To Texas Big Star | 0.00 | 80,902.78 | -80,902.78 |
| Intercompany Due to/Due From - Other | 327,982.00 | 526,200.46 | -198,218.46 |
| **Total Intercompany Due to/Due From** | 327,982.00 | 607,103.24 | -279,121.24 |
| **Other Current Liabilities** | | | |
| Gateway Developer Fees | 540,000.00 | 540,000.00 | 0.00 |
| Sbad Treasury 310 | 0.00 | 8,000.00 | -8,000.00 |
| **Total Other Current Liabilities** | 540,000.00 | 548,000.00 | -8,000.00 |
| **Payroll Liabilities** | | | |
| Current Payroll Tax Liability | 6,313.54 | 6,313.54 | 0.00 |
| Payroll Liabilities - Other | 202,750.88 | 202,750.88 | 0.00 |
| **Total Payroll Liabilities** | 209,064.42 | 209,064.42 | 0.00 |
| **Legalist DIP Fund I, LP -** | | | |
| Legalist DIP Fund - Mesilla Vai | 3,300,870.33 | 3,300,870.33 | 0.00 |
| Legalist DIP Fund I, LLP | 1,399,129.67 | 1,399,129.67 | 0.00 |
| Accrued Interest | 125,909.93 | 113,547.40 | 12,362.53 |
| Accrued Fees | 273,187.50 | 273,187.50 | 0.00 |
| **Total Legalist DIP Fund I, LP -** | 5,099,097.43 | 5,086,734.90 | 12,362.53 |
| **Total Other Current Liabilities** | 6,176,143.85 | 6,497,902.56 | -321,758.71 |
| **Total Current Liabilities** | 6,341,822.33 | 6,629,710.47 | -287,888.14 |
| **Long Term Liabilities** | | | |
| **PPP Loans** | | | |
| ALC PPP Loan - PDG, Inc. | 0.00 | 62,316.47 | -62,316.47 |
| ALC PPP Loan PDG Prestige | 0.00 | 58,690.35 | -58,690.35 |
| Kabbage PPP Loan - PDG Prestige | 0.00 | 79,433.00 | -79,433.00 |
| **Total PPP Loans** | 0.00 | 200,439.82 | -200,439.82 |
| **Total Long Term Liabilities** | 0.00 | 200,439.82 | -200,439.82 |
| **Total Liabilities** | 6,341,822.33 | 6,830,150.29 | -488,327.96 |
| **Equity** | | | |
| **31600-Stabilized Value AboveWIP** | | | |
| 31606 - Restaurant Row | -430,827.75 | 1,025,006.39 | -1,455,834.14 |
| **Total 31600-Stabilized Value AboveWIP** | -430,827.75 | 1,025,006.39 | -1,455,834.14 |

11:10 AM
11/24/21
Accrual Basis

## PDG Prestige, Inc
## Balance Sheet
### As of October 31, 2021

|  | Oct 31, 21 | Sep 30, 21 | $ Change |
|---|---:|---:|---:|
| **Investments** |  |  |  |
| Alameda Land - Escondido at Alm | 38,792.53 | 18,889.30 | 19,903.23 |
| 50% Investment Escondido at Alm | 0.00 | 25,000.00 | -25,000.00 |
| Investment in Gateway Ventures | 1,113,953.21 | 1,113,953.21 | 0.00 |
| **Total Investments** | 1,152,745.74 | 1,157,842.51 | -5,096.77 |
| **Additional Paid in Capital** | 631,974.28 | 631,974.28 | 0.00 |
| Capital Stock | 10,000.00 | 10,000.00 | 0.00 |
| Distribution | 3.72 | 3.72 | 0.00 |
| Owners Equity | -1,526,923.35 | -1,526,923.35 | 0.00 |
| Net Income | -180,371.28 | -291,987.12 | 111,615.84 |
| **Total Equity** | -343,398.64 | 1,005,916.43 | -1,349,315.07 |
| **TOTAL LIABILITIES & EQUITY** | 5,998,423.69 | 7,836,066.72 | -1,837,643.03 |

11:52 AM
11/24/21
Accrual Basis

# PDG Prestige, Inc
## Profit & Loss
### October 2021

|  | Oct 21 | Sep 21 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Debit Forgiveness PPP & SBA Loa | 146,123.35 | 0.00 | 146,123.35 |
| Developer Fee | 25,000.00 | 20,000.00 | 5,000.00 |
| **Total Income** | 171,123.35 | 20,000.00 | 151,123.35 |
| **Cost of Goods Sold** | | | |
| **Cost of Goods Sold** | | | |
| Rent - Project related | 0.00 | 568.31 | -568.31 |
| Abandon Projects | -442.71 | 0.00 | -442.71 |
| **Total Cost of Goods Sold** | -442.71 | 568.31 | -1,011.02 |
| **Total COGS** | -442.71 | 568.31 | -1,011.02 |
| **Gross Profit** | 171,566.06 | 19,431.69 | 152,134.37 |
| **Expense** | | | |
| 60001 - Advertising/Promotion | 1,385.00 | 647.00 | 738.00 |
| 60002 - Automobile Expense | | | |
| 60002-1 Fuel Expense | 248.43 | 76.75 | 171.68 |
| 60002-2 Auto Insurance | 0.00 | 226.03 | -226.03 |
| 60002 - Automobile Expense - Other | 11,511.16 | 860.34 | 10,650.82 |
| Total 60002 - Automobile Expense | 11,759.59 | 1,163.12 | 10,596.47 |
| 60003 - Bank Charges | | | |
| 60004 - Banking Fees | 0.00 | 19.99 | -19.99 |
| Total 60003 - Bank Charges | 0.00 | 19.99 | -19.99 |
| 60005 - Licenses/Permits | 186.35 | 0.00 | 186.35 |
| 60007 - Computer/Internet Exp. | | | |
| Internet Service | 360.44 | 504.88 | -144.44 |
| 60007 - Computer/Internet Exp. - Other | 712.41 | 1,060.01 | -347.60 |
| Total 60007 - Computer/Internet Exp. | 1,072.85 | 1,564.89 | -492.04 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 62.87 | 0.00 | 62.87 |
| Legal Fees | 22,605.36 | 0.00 | 22,605.36 |
| Meals and Entertainment | 1,031.62 | 120.48 | 911.14 |
| Office Expense | | | |
| Office Equipment | 0.00 | 1,800.00 | -1,800.00 |
| Office Supplies | 0.00 | 322.09 | -322.09 |
| Office Expense - Other | 460.72 | 460.72 | 0.00 |
| Total Office Expense | 460.72 | 2,582.81 | -2,122.09 |
| Payroll Expenses | | | |
| Employee Benefits | 51.12 | 73.14 | -22.02 |
| Payroll - Office Administrative | 4,028.44 | 4,153.35 | -124.91 |
| Payroll - Officer | 5,651.25 | 12,093.00 | -6,441.75 |
| Total Payroll Expenses | 9,730.81 | 16,319.49 | -6,588.68 |
| Payroll Tax Expense | | | |
| Federal | 3,254.78 | 4,614.20 | -1,359.42 |
| State | 0.00 | 100.00 | -100.00 |
| Total Payroll Tax Expense | 3,254.78 | 4,714.20 | -1,459.42 |
| Printing and Reproduction | 0.00 | 493.56 | -493.56 |
| Professional Fees | 5,192.14 | 6,622.96 | -1,430.82 |
| Rent Expense | 2,093.43 | 65.00 | 2,028.43 |
| Repairs and Maintenance | 801.12 | 1,486.48 | -685.36 |

Page 1

11:52 AM
11/24/21
Accrual Basis

# PDG Prestige, Inc
## Profit & Loss
### October 2021

|  | Oct 21 | Sep 21 | $ Change |
|---|---|---|---|
| **Telephone Expense** | | | |
| Telephone - Office | 313.58 | 0.00 | 313.58 |
| **Total Telephone Expense** | 313.58 | 0.00 | 313.58 |
| **Travel** | | | |
| Auto Expense | 0.00 | 56.77 | -56.77 |
| Lodging | 0.00 | 1,371.46 | -1,371.46 |
| Meals & Entertainment | 0.00 | 436.99 | -436.99 |
| Travel - Other | 0.00 | 469.95 | -469.95 |
| **Total Travel** | 0.00 | 2,335.17 | -2,335.17 |
| **Total Expense** | 59,950.22 | 38,135.15 | 21,815.07 |
| **Net Ordinary Income** | 111,615.84 | -18,703.46 | 130,319.30 |
| **Other Income/Expense** | | | |
| **Other Expense** | | | |
| Property Taxes | 0.00 | 455.01 | -455.01 |
| **Total Other Expense** | 0.00 | 455.01 | -455.01 |
| **Net Other Income** | 0.00 | -455.01 | 455.01 |
| **Net Income** | 111,615.84 | -19,158.47 | 130,774.31 |

Page 2

Case Number: 21-30071
Case Name: PDG Prestige, Inc.
Reporting Period: Oct-21

| | AGING OF POST-PETITION LIABILITIES | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM OTHER TAXES | OTHER |
| DAYS | | | | | | |
| 0-30 | 55,096.23 | 55,096.23 | | | | |
| 31-60 | 72,200.59 | 72,200.59 | | | | |
| 61-90 | 35,225.44 | 35,225.44 | | | | |
| 91+ | 268,138.44 | 40,695.56 | | | 227,442.88 | |
| TOTAL | 430,660.70 | 203,217.82 | 0.00 | 0.00 | 227,442.88 | 0.00 |
| AGING OF ACCOUNTS RECEIVABLE | | | | | | |
| MONTH | | | | | | |
| 0-30 DAYS | 20,000.00 | | | | | 20,000.00 |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 597,061.67 | | | | | 597,061.67 |
| TOTAL | 617,061.67 | 0.00 | 0.00 | 0.00 | 0.00 | 617,061.67 |

Case Number: 21-30071
Case Name: PDG Prestige, Inc.
Reporting Period: 21-Sep

| | PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | |
|---|---|---|---|---|---|---|
| | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH |
| | 2/2/2021 | Sept | Oct-21 | | | |
| INSIDERS: NAME/POSITIONS/COMP TYPE | | | | | | |
| 1. Michael Dixson - President | 0.00 | 12,093.00 | 5,651.25 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0.00 | 12,093.00 | 5,651.25 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| PROFESSIONALS NAME/ORDER DATE | | | | | | |
| 1. Weycer Kaplan Pulaski & Zuber P.C. | | | | | | |
| 2. The law offices of Michael Allison | | | 10,000.00 | | | |
| 3. Ainsa Hutson Hester & Crews LLP | | | | | | |
| 4. NMREA dba Colliers Int Lien | | | | | | |
| 5. BK Trustee Fee | | | | | | |
| 6. New Mexico Legal Group | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 |

4:21 PM
11/18/21

# PDG Prestige, Inc
## Reconciliation Summary
PDG Prestige Inc - Chase 5229, Period Ending 10/31/2021

|  | Oct 31, 21 |  |
|---|---:|---:|
| **Beginning Balance** |  | 10,343.45 |
| **Cleared Transactions** |  |  |
|    Checks and Payments - 118 items | -245,507.75 |  |
|    Deposits and Credits - 10 items | 329,800.00 |  |
| **Total Cleared Transactions** | 84,292.25 |  |
| **Cleared Balance** |  | 94,635.70 |
| **Uncleared Transactions** |  |  |
|    Checks and Payments - 4 items | -24,140.50 |  |
| **Total Uncleared Transactions** | -24,140.50 |  |
| **Register Balance as of 10/31/2021** |  | 70,495.20 |
| **New Transactions** |  |  |
|    Checks and Payments - 7 items | -36,234.21 |  |
| **Total New Transactions** | -36,234.21 |  |
| **Ending Balance** |  | 34,260.99 |

Page 1

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2021 through October 29, 2021
Account Number:  5229

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

REDACTED  REDACTED
PDG PRESTIGE, INC
780 N RESLER DR STE B
EL PASO TX 79912



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,343.45 |
| Deposits and Additions | 10 | 329,800.00 |
| Checks Paid | 9 | -117,656.29 |
| ATM & Debit Card Withdrawals | 90 | -45,127.44 |
| Electronic Withdrawals | 18 | -77,818.77 |
| Other Withdrawals | 1 | -4,905.25 |
| Ending Balance | 128 | $94,635.70 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Online Transfer From Chk ...1990 Transaction#: 12707811526 | $100,000.00 |
| 10/05 | Online Transfer From Chk ...2863 Transaction#: 12736557561 | 11,000.00 |
| 10/13 | Online Transfer From Chk ...1990 Transaction#: 12788442436 | 50,000.00 |
| 10/15 | Online Transfer From Chk ...1990 Transaction#: 12808444396 | 35,000.00 |
| 10/18 | Online Transfer From Chk ...1990 Transaction#: 12824837511 | 12,500.00 |
| 10/21 | Online Transfer From Chk ...1990 Transaction#: 12847270436 | 500.00 |
| 10/22 | Online Transfer From Chk ...1990 Transaction#: 12855144318 | 10,000.00 |
| 10/25 | Online Transfer From Chk ...1990 Transaction#: 12860467615 | 5,000.00 |
| 10/26 | Online Transfer From Chk ...1990 Transaction#: 12877991033 | 5,800.00 |
| 10/28 | Online Transfer From Chk ...1990 Transaction#: 12891890000 | 100,000.00 |
| **Total Deposits and Additions** | | **$329,800.00** |



CHASE

October 01, 2021 through October 29, 2021
Account Number: REDACTED 5229

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6909 ^ | 10/28 | 10/28 | $2,500.00 |
| 8323 * ^ | | 10/26 | 140.00 |
| 9100 * ^ | | 10/15 | 12,750.00 |
| 9119 * ^ | | 10/05 | 10,954.90 |
| 9120 ^ | | 10/04 | 1,773.82 |
| 9125 * ^ | | 10/01 | 75,503.94 |
| 9126 ^ | | 10/20 | 568.31 |
| 9128 * ^ | | 10/13 | 10,750.50 |
| 9129 ^ | | 10/22 | 2,714.82 |

**Total Checks Paid** $117,656.29

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Card Purchase | 09/30 United Rentals #01777 888-481-2660 NC Card 5616 | $6,457.14 |
| 10/01 | Card Purchase | 09/30 Core & Main - NM007 575-527-4229 NM Card 5616 | 485.24 |
| 10/01 | Card Purchase | 09/30 Www.Cadcrowd.Com Httpswww.Cadc CA Card 5616 | 1,135.00 |
| 10/01 | ATM Withdrawal | 10/01 865 N Resler DR El Paso TX Card 5616 | 300.00 |
| 10/04 | Card Purchase | 10/01 Willscot Mobile Mini 480-894-6311 MD Card 5616 | 1,423.93 |
| 10/04 | Card Purchase | 10/01 Bethlehem Land CO Inc 800-4472776 TX Card 5616 | 669.50 |
| 10/04 | Payment Sent | 10/02 Apple Cash 1Infiniteloop CA Card 5616 | 669.00 |
| 10/04 | Card Purchase | 10/01 Western Precast Concr 915-859-9362 TX Card 5616 | 3,723.80 |
| 10/04 | Card Purchase | 10/01 Core & Main - NM007 575-527-4229 NM Card 5616 | 379.29 |
| 10/04 | Card Purchase | 10/02 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 10/04 | Recurring Card Purchase 10/02 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 11.90 |
| 10/04 | Card Purchase With Pin 10/02 Cab Store El Paso. TX El Paso TX Card 5616 | | 393.88 |
| 10/04 | Card Purchase With Pin 10/02 Circle K 06022 900 E R El Paso TX Card 5616 | | 40.01 |
| 10/04 | Card Purchase With Pin 10/02 Best Buy 00008292 El Paso TX Card 5616 | | 130.88 |
| 10/04 | Card Purchase | 10/02 Top Golf El Paso 040-2 El Paso TX Card 5616 | 152.06 |
| 10/04 | Card Purchase | 10/02 Sq *Mobile Wash & Detai El Paso TX Card 5616 | 162.38 |
| 10/04 | Card Purchase | 10/02 Koze Teppan Grill El Paso TX Card 5616 | 119.21 |
| 10/04 | Card Purchase | 10/03 Paypal *Playstation 402-935-7733 CA Card 5616 | 8.11 |
| 10/04 | Recurring Card Purchase 10/03 Paypal *Patreon Memb 402-935-7733 CA Card 5616 | | 8.66 |
| 10/04 | Card Purchase | 10/04 Paypal *Playstation 402-935-7733 CA Card 5616 | 9.99 |
| 10/05 | Recurring Card Purchase 10/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 27.04 |
| 10/05 | Recurring Card Purchase 10/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 14.06 |
| 10/05 | Recurring Card Purchase 10/05 Adobe Inc 800-8336687 CA Card 5616 | | 16.23 |
| 10/05 | Card Purchase With Pin 10/05 Sam's Club Las Cruces NM Card 5616 | | 931.40 |
| 10/05 | Card Purchase With Pin 10/05 Pic Quik #19 Las Cruces NM Card 5616 | | 45.18 |
| 10/06 | Card Purchase | 10/05 The Cleaners #17 El Paso TX Card 5616 | 42.33 |
| 10/06 | Card Purchase | 10/05 Wci*Southwest Disposa 575-524-8482 NM Card 5616 | 476.29 |
| 10/07 | Card Purchase | 10/06 Winsupply N El Paso TX Anthony TX Card 5616 | 3,191.83 |
| 10/08 | Card Purchase | 10/07 Paypal *Home Depot 402-935-7733 GA Card 5616 | 86.60 |
| 10/08 | Card Purchase | 10/07 El Paso City Cashiers 915-541-4655 TX Card 5616 | 114.40 |
| 10/08 | Card Purchase | 10/07 Paypal *Activemarke 402-935-7733 NJ Card 5616 | 1,367.00 |



October 01, 2021 through October 29, 2021
Account Number: REDACTED 5229



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/12 | Recurring Card Purchase | 10/08 Mcw#0352-Coronado 915-8335222 TX Card 5616 | 69.99 |
| 10/12 | Card Purchase | 10/08 The Cleaners #17 El Paso TX Card 5616 | 27.37 |
| 10/12 | Card Purchase | 10/08 Shell Oil 53047880322 Las Cruces NM Card 5616 | 3.98 |
| 10/12 | Card Purchase | 10/08 Dave & Buster's #92 El Paso TX Card 5616 | 152.00 |
| 10/12 | Card Purchase | 10/08 Paypal *Home Depot 402-935-7733 GA Card 5616 | 583.64 |
| 10/12 | Recurring Card Purchase | 10/09 Apple.Com/Bill 866-712-7753 CA Card 5616 | 16.21 |
| 10/12 | Card Purchase | 10/09 Right Networks 603-324-0400 NH Card 5616 | 38.27 |
| 10/12 | Card Purchase | 10/10 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 10/12 | Card Purchase | 10/10 Apple.Com/Bill 866-712-7753 CA Card 5616 | 86.59 |
| 10/12 | Card Purchase | 10/11 Apple.Com/Bill 866-712-7753 CA Card 5616 | 32.45 |
| 10/12 | Card Purchase | 10/11 Apple.Com/Bill 866-712-7753 CA Card 5616 | 10.81 |
| 10/13 | Payment Sent | 10/12 Apple Cash 1Infiniteloop CA Card 5616 | 500.00 |
| 10/13 | Card Purchase | 10/13 Sq *The Blend El Paso TX Card 5616 | 25.96 |
| 10/14 | Card Purchase | 10/13 Sq *Sean Stone El Paso TX Card 5616 | 773.99 |
| 10/14 | Card Purchase | 10/13 Pelican's Restaurant El Paso TX Card 5616 | 176.74 |
| 10/15 | Card Purchase | 10/13 Western Precast Concr 915-859-9362 TX Card 5616 | 1,592.48 |
| 10/15 | Card Purchase | 10/14 Gcc Sun City Materials 915-5654681 TX Card 5616 | 1,065.18 |
| 10/15 | Recurring Card Purchase | 10/15 Apple.Com/Bill 866-712-7753 CA Card 5616 | 7.57 |
| 10/18 | Card Purchase | 10/14 El Paso - County Cler 615-730-6367 TN Card 5616 | 1.95 |
| 10/18 | Card Purchase | 10/14 El Paso - County Cler 915-546-2071 TX Card 5616 | 70.00 |
| 10/18 | Payment Sent | 10/16 Apple Cash 1Infiniteloop CA Card 5616 | 750.00 |
| 10/18 | Card Purchase | 10/17 Formswift.Com/Charge 888-311-2977 CA Card 5616 | 33.00 |
| 10/19 | Card Purchase | 10/18 The Cleaners #17 El Paso TX Card 5616 | 60.52 |
| 10/19 | Card Purchase | 10/18 City of Las Cruces Com 575-5283059 NM Card 5616 | 90.00 |
| 10/19 | Non-Chase ATM Withdraw | 10/19 2879 Montana El Paso TX Card 5616 | 1,003.25 |
| 10/20 | Card Purchase | 10/18 Paypal *Paddle.Com 02038794714 Card 5616 | 59.00 |
| 10/20 | Card Purchase | 10/18 Jersey Mikes 15131 El Paso TX Card 5616 | 21.47 |
| 10/20 | Recurring Card Purchase | 10/19 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.42 |
| 10/20 | Card Purchase | 10/19 Core & Main - NM007 575-527-4229 NM Card 5616 | 300.09 |
| 10/20 | Card Purchase | 10/19 Ep Fitness Resler El Paso TX Card 5616 | 10.83 |
| 10/20 | Card Purchase | 10/20 Tst* Union Drafthouse C El Paso TX Card 5616 | 88.13 |
| 10/21 | Card Purchase | 10/20 Ep Fitness Resler El Paso TX Card 5616 | 25.00 |
| 10/21 | Card Purchase With Pin | 10/21 Pic Quik #3 Las Cruces NM Card 5616 | 62.01 |
| 10/21 | Card Purchase With Pin | 10/21 Pic Quik #3 Las Cruces NM Card 5616 | 45.84 |
| 10/22 | Card Purchase | 10/21 Apple.Com/Bill 866-712-7753 CA Card 5616 | 14.06 |
| 10/22 | Card Purchase | 10/21 Sunset Grill Las Cruces NM Card 5616 | 216.74 |
| 10/22 | Card Purchase | 10/22 Thimble Insurance Thimble.Com NY Card 5616 | 62.87 |
| 10/22 | ATM Withdrawal | 10/22 1533 N Lee Trevino DR El Paso TX Card 5616 | 600.00 |
| 10/25 | Card Purchase | 10/21 Double Eagle De Mesilla Mesilla NM Card 5616 | 89.24 |
| 10/25 | Card Purchase | 10/21 Double Eagle De Mesilla Mesilla NM Card 5616 | 74.91 |
| 10/25 | Card Purchase | 10/22 Great American Steakhou El Paso TX Card 5616 | 98.45 |
| 10/25 | Card Purchase | 10/22 Ph Akron El Paso TX Card 5616 | 1,565.20 |
| 10/25 | Card Purchase | 10/22 Ph Akron El Paso TX Card 5616 | 1,627.60 |
| 10/25 | Card Purchase | 10/23 Ph Akron El Paso TX Card 5616 | 1,627.60 |
| 10/25 | Card Purchase | 10/23 Ph Akron El Paso TX Card 5616 | 1,627.60 |
| 10/25 | Card Purchase | 10/23 Apple.Com/Bill 866-712-7753 CA Card 5616 | 9.73 |
| 10/25 | Recurring Card Purchase | 10/25 Apple.Com/Bill 866-712-7753 CA Card 5616 | 27.05 |
| 10/25 | Recurring Card Purchase | 10/25 Crexi Httpswww.Crex CA Card 5616 | 250.00 |
| 10/26 | Recurring Card Purchase | 10/25 Paypal *Peoplelooke 402-935-7733 NY Card 5616 | 22.89 |
| 10/26 | Recurring Card Purchase | 10/26 Adobe Acropro Subs 408-536-6000 CA Card 5616 | 16.23 |
| 10/27 | Recurring Card Purchase | 10/26 Iiq*Identityiq.Com 877-8754347 NV Card 5616 | 21.99 |

21-30107-hcm Doc#101-1 Filed 12/07/21 Entered 12/07/21 09:16:26 Supplement MOR Support Documents Pg 15 of 16



October 01, 2021 through October 29, 2021
Account Number: REDACTED 5229

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/27 | Card Purchase | 10/26 Gcc Sun City Materials 915-5654681 TX Card 5616 | 509.87 |
| 10/28 | Card Purchase | 10/26 Western Precast Concr 915-859-9362 TX Card 5616 | 4,572.48 |
| 10/28 | Payment Sent | 10/27 Apple Cash 1Infiniteloop CA Card 5616 | 1,500.00 |
| 10/28 | Recurring Card Purchase | 10/27 Paypal *Beenverifie 402-935-7733 NY Card 5616 | 29.13 |
| 10/28 | Card Purchase With Pin | 10/28 Speedway 1540 N Resle El Paso TX Card 5616 | 11.41 |
| 10/29 | Card Purchase | 10/28 Www.1And1.Com Chesterbrook PA Card 5616 | 10.52 |
| 10/29 | Card Purchase | 10/28 Flix Brewhouse El Paso TX Card 5616 | 60.51 |
| 10/29 | Card Purchase With Pin | 10/29 Petro Stopping Ctr 350 Canutillo TX Card 5616 | 40.00 |

**Total ATM & Debit Card Withdrawals** $45,127.44

## ATM & DEBIT CARD SUMMARY

Michael J Dixson Card 5616

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,903.25 |
| Total Card Purchases | $43,224.19 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,903.25 |
| Total Card Purchases | $43,224.19 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | 10/05 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Alburuerque NM 87125-0500 US Ben: Jose A Salcido Las Cruces NM 88007 US Ref:/Bnf/Payroll Ssn: 0427927 Trn: 3493271278Es | $1,170.00 |
| 10/05 | 10/05 Online Transfer To Chk ...1709 Transaction#: 12739803024 | 750.00 |
| 10/06 | 10/06 Online Transfer To Chk ...5586 Transaction#: 12745682571 | 500.00 |
| 10/08 | Orig CO Name:Koshsolutions      Orig ID:3383693141 Desc Date:211007 CO Entry Descr:Webpaymentsec:Web   Trace#:091000017610810 Eed:211008  Ind ID: Ind Name:Prestige Development G | 677.00 |
| 10/08 | 10/08 Online Transfer To Chk ...1709 Transaction#: 12761939645 | 2,998.00 |
| 10/08 | 10/08 Online Transfer To Chk ...5586 Transaction#: 12761963731 | 1,600.00 |
| 10/08 | 10/08 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1008B1Qgc01C007389 Trn: 3469051281Es | 1,489.13 |
| 10/13 | Orig CO Name:Irs       Orig ID:3387702000 Desc Date:101321 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036019122816 Eed:211013  Ind ID:270168603471334     Ind Name:Pdg Prestige Inc Trn: 2869122816Tc | 1,551.81 |
| 10/13 | Orig CO Name:Spectrum      Orig ID:0000358635 Desc Date:211013 CO Entry Descr:Spectrum Sec:Web   Trace#:021000025661476 Eed:211013  Ind ID:6244075 Ind Name:Dixson, Cristina | 313.58 |
| 10/14 | 10/14 Online Domestic Wire Transfer Via: First Community/107002312 A/C: The Allison Law Firm PC Albuquerque NM 87102 US Imad: 1014B1Qgc06C005641 Trn: 3190801287Es | 10,000.00 |
| 10/15 | Orig CO Name:Quarterly Fee      Orig ID:1501000502 Desc Date:211014 CO Entry Descr:Payment Sec:CCD   Trace#:041036042562198 Eed:211015  Ind ID:0000 Ind Name:Pdg Prestige, Inc. | 37,600.00 |
| 10/15 | 10/15 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref: Billing Through 10/1/Bnf/Joseph Klamt Imad: 1015B1Qgc08C027199 Trn: 3498271288Es | 1,990.33 |
| 10/18 | Orig CO Name:Crc Paving & Dir      Orig ID:9215986202 Desc Date:211016 CO Entry Descr:Sale   Sec:CCD   Trace#:021000027772606 Eed:211018  Ind ID: Ind Name:Prestige Development Trn: 2917772606Tc | 10,500.00 |


**CHASE**

October 01, 2021 through October 29, 2021
Account Number: REDACTED 75229

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/25 | Orig CO Name:Intuit Descr:Quickbookssec:CCD Ind Name:Pdg Prestige *IN | Orig ID:0000756346 Desc Date:211025 CO Entry Trace#:021000027882850 Eed:211025 Ind ID:4673148 | 404.83 |
| 10/25 | 10/25 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1025B1Qgc04C003478 Trn: 3069321298Es | | 1,369.31 |
| 10/27 | Orig CO Name:Irs Descr:Usataxpymtsec:CCD ID:2701700020276097 | Orig ID:3387702000 Desc Date:102721 CO Entry Trace#:061036018850425 Eed:211027 Ind Ind Name:Pdg Prestige Inc Trn: 3008850425Tc | 1,698.35 |
| 10/27 | Orig CO Name:Irs Descr:Usataxpymtsec:CCD ID:2701700054078969 | Orig ID:3387702000 Desc Date:102721 CO Entry Trace#:061036018850420 Eed:211027 Ind Ind Name:Pdg Prestige Inc Trn: 3008850420Tc | 4.62 |
| 10/29 | 10/29 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref:/Bnf/Joseph Klamt Imad: 1029B1Qgc08C019965 Trn: 3339611302Es | | 3,201.81 |

**Total Electronic Withdrawals** $77,818.77



## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/13 | 10/13 Withdrawal | $4,905.25 |

**Total Other Withdrawals** **$4,905.25**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $26,462.13 | 10/13 | 32,222.63 | 10/22 | 6,947.03 |
| 10/04 | 16,764.07 | 10/14 | 21,271.90 | 10/25 | 3,175.51 |
| 10/05 | 13,855.26 | 10/15 | 1,266.34 | 10/26 | 8,796.39 |
| 10/06 | 12,836.64 | 10/18 | 2,411.39 | 10/27 | 6,561.56 |
| 10/07 | 9,644.81 | 10/19 | 1,257.62 | 10/28 | 97,948.54 |
| 10/08 | 1,312.68 | 10/20 | 188.37 | 10/29 | 94,635.70 |
| 10/12 | 269.73 | 10/21 | 555.52 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.