# UNITED STATES BANKRUPTCY COURT

WESTERN   DISTRICT OF   TEXAS

EL PASO DIVISION

<div style="display:flex; justify-content:flex-end;">
<span style="border:1px solid #000; padding:2px 8px;">Clear All Fields</span>
</div>

| | | |
|---|---|---|
| In Re. PDG Prestige, INC | § | Case No.  21-30071 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021          Petition Date: 02/02/2021

Months Pending: 11          Industry Classification: 2 3 6 2

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☒    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

x    /s/ Michael Dixson                          Michael Dixson
Signature of Responsible Party                Printed Name of Responsible Party

01/14/2022
Date

5996 OJO DE AGUA, El Paso, TX 79912
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PDG Prestige, INC      Case No. 21-30071

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,926 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 | |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | $582,751 | |
| d. Total current assets | $1,671,262 | |
| e. Total assets | $6,161,253 | |
| f. Postpetition payables (excluding taxes) | $5,296,559 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $5,296,559 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $923,865 | |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,423 | |
| o. Ending equity/net worth (e-n) | $-59,170 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (06/07/2021)      2

Debtor's Name PDG Prestige, INC                                    Case No. 21-30071

| Part 5: Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | Weycer Kaplan Pulaski & Zuber | Lead Counsel | $0 | $48,500 | $0 | $48,500 |
| Delete ii | | | | | $0 | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | Ainsa Hutson Hester & Crews | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | he law office of Michael Allison | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ○  No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○  No ●
c. Were any payments made to or on behalf of insiders?   Yes ●  No ○
d. Are you current on postpetition tax return filings?   Yes ●  No ○
e. Are you current on postpetition estimated tax payments?   Yes ●  No ○
f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●
h. Were all payments made to or on behalf of professionals approved by the court?   Yes ●  No ○  N/A ○

Debtor's Name PDG Prestige, INC                                      Case No. 21-30071

| | | | |
|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ⦿ No ○ |
| | | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿ No ○ |
| | | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿ No ○ |
| | | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ⦿ No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿ No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿ No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (06/07/2021)                              4

| | |
|---|---|
| Debtor's Name PDG Prestige, INC | Case No. 21-30071 |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x  /s/ Michael Dixson
_____

Signature of Responsible Party

President
_____

Title

Michael Dixson
_____

Printed Name of Responsible Party

01/14/2022
_____

Date

| | |
|---|---|
| Save | Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark

4:36 PM

01/13/22

# PDG Prestige, Inc
## Statement of Cash Flows
### December 2021

|  | Dec 21 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -68,018.89 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Funds in Escrow | -5,420.89 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-3 Soft ... | -84,118.14 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-4 Land ... | -642.64 |
| Intercompany Transfers:Intercompany Due to From | -91,581.37 |
| Intercompany Transfers:12209 -Due to/From Gateway Vent | -20,425.00 |
| Accounts Payable | -8,383.69 |
| Credit Cards:Credit Card | 1,020.00 |
| Intercompany Due to/Due From | 229,583.00 |
| Legalist DIP Fund I, LP -:Accrued Interest | 36,976.38 |
| Net cash provided by Operating Activities | -11,011.24 |
| **INVESTING ACTIVITIES** |  |
| Furniture and Equipment | -9,586.66 |
| Shareholder Loan | -412.07 |
| Net cash provided by Investing Activities | -9,998.73 |
| Net cash increase for period | -21,009.97 |
| Cash at beginning of period | -11,289.35 |
| Cash at end of period | -32,299.32 |

# Schedule A

**PDG Prestige**
**December-21**

## Part 1: Cash Receipts and Disbursements - Line d.

### ADJUSTMENT FOR INTERCOMPANY (CASH MANAGEMENT)

| RECEIPTS: | FILING DATE* | MONTH |
|---|---|---|
| 6. Other (Attach) | 2/2/2021 | Dec-21 |
| Mike Dixson - Payment on shareholder loan | | |
| Developer fees - Receivable Gateway | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Intercompany Transfer from Prestige Star | | |
| Intercompany PPP loan forgivenss PDG Inc. | | |
| Intercompany Transfer from Gateway Ventures - | | |
| Partial payment on bill paid by PDPG in behalf of | | |
| Gateway | | 28,650.00 |
| Wire reversal credit - Deposit from Christina | | |
| account, mistake | | |
| Total 6 Other Adjusted for intercompany (Cash Management) | | 28,650.00 |

| DISBURSEMENTS: | FILING DATE* | MONTH |
|---|---|---|
| 18. Other (Attach) | 2/2/2021 | Dec-21 |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | |
| Intercompany Transfer to PDG Inc | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Other -Developer fee | | |
| Account Payable accrual | | |
| Funds Held in Escrow - WKPZ | | |
| Bills paid in behalf of Escondido at Alameda | | |
| Bill paid in Behalf of Abilene Village | | |
| Bill paid in Behalf of Gateway | | 111,606.37 |
| Credit card | | |
| Total 18 Other Adjusted for Intercompany (Cash Management) | - | 111,606.37 |

| | | |
|---|---|---|
| e - adjustment for intercompany (Cash Management) MOR 7 | - | (82,956.37) |

| | |
|---|---|
| Line d. Per MOR | 47,926.40 |
| Cash per Balance Sheet (line d. Per MOR + Adjustment for intercompany) | (35,029.97) |

PDG Prestige, Inc
MOR Dec 21
Statement (Part 2: item C. Inventory)

**Case Number: 21-30071**
**Case Name: PDG Prestige Inc**
**Reporting Period: December 2021**

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

| | | |
|---|---|---:|
| Other Current Assets: | | |
| 14059 WIP - Restaurant Row | | |
| 14059-1 Land/lots | $ | 87,149.04 |
| 14059-3 Soft Costs | $ | 298,729.75 |
| 14059-4 Land Development | $ | 112,257.94 |
| 14059-5 Construction | $ | 84,170.22 |
| 14059 WIP - Rest Row - Other | $ | - |
| Total 13000 - Unallocated WIP | $ | 582,306.95 |
| | | |
| Other WIP - Rio Rancho | $ | - |
| 14501 WIP - San Juan Market | $ | 443.64 |
| 14802 WIP - Escondido Alem Ranc | $ | - |
| Total Work in Process | $ | 582,750.59 |

Explanation: In the field of development, all cost of the project are held on the Companies
Balance sheet under differently categories of unallocated WIP, these include:

Land and Lot Costs - This will have the raw cost of the land or property
Land Develop Cost - This will have the cost of developing the land it's self
for example: clearing, leveling, etc.
Soft Costs - this section has the cost for legal, engineering, advertising,
all none hard project costs.
Construction Costs - this is the cost of constructing the buildings.
Developer Costs - These are the costs for the onsite management and or
outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the
property, this is why you don't see the original cost of the land or any other costs that were
moved to the stabilized value.. When the property or a piece of the property is sold the amount of
these costs are allocated as costs of good on the income statement. If a portion is sold then the
costs are allocated to the portion sold. Therefore the income or loss is not realized until
the project or development is sold. The WIP above has not been cleared to the stabilized value yet,
this is why it is still listed, and changes in the balance effect the Cash flow statement.

4:35 PM
01/13/22
Accrual Basis

# PDG Prestige, Inc
# Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 | Nov 30, 21 | $ Change |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **10000 - Accounts (Checking)** | | | |
| PDG Prestige Inc - Chase 5229 | -35,029.97 | -14,020.00 | -21,009.97 |
| Total 10000 - Accounts (Checking) | -35,029.97 | -14,020.00 | -21,009.97 |
| WKP & Z, PC - Escrow | 2,730.65 | 2,730.65 | 0.00 |
| Total Checking/Savings | -32,299.32 | -11,289.35 | -21,009.97 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 77,061.67 | 77,061.67 | 0.00 |
| Gateway Dveloper Fees | 540,000.00 | 540,000.00 | 0.00 |
| Total Accounts Receivable | 617,061.67 | 617,061.67 | 0.00 |
| **Other Current Assets** | | | |
| Funds in Escrow | 5,420.89 | 0.00 | 5,420.89 |
| **12500 - Work In Process** | | | |
| **13000 - Allocated WIP** | | | |
| **14059 WIP - Restaurant Row** | | | |
| 14059-1 Land/Lots | 87,149.04 | 87,149.04 | 0.00 |
| 14059-3 Soft Costs | 298,729.75 | 214,611.61 | 84,118.14 |
| 14059-4 Land Development | 112,257.94 | 111,615.30 | 642.64 |
| 14059-5 Construction | 84,170.22 | 84,170.22 | 0.00 |
| Total 14059 WIP - Restaurant Row | 582,306.95 | 497,546.17 | 84,760.78 |
| 14501 WIP - San Juan Market | 443.64 | 443.64 | 0.00 |
| Total 13000 - Allocated WIP | 582,750.59 | 497,989.81 | 84,760.78 |
| Total 12500 - Work In Process | 582,750.59 | 497,989.81 | 84,760.78 |
| Earnest Money Held | 83,769.82 | 83,769.82 | 0.00 |
| Due from Escondido at Alameda | 4,350.00 | 4,350.00 | 0.00 |
| **Intercompany Transfers** | | | |
| Intercompany Due to From | 253,023.44 | 161,442.07 | 91,581.37 |
| 12209 -Due to/From Gateway Vent | 49,525.13 | 29,100.13 | 20,425.00 |
| Total Intercompany Transfers | 302,548.57 | 190,542.20 | 112,006.37 |
| **Interest Reserve** | | | |
| DIP Loan Interest Reserve | 107,660.00 | 107,660.00 | 0.00 |
| Total Interest Reserve | 107,660.00 | 107,660.00 | 0.00 |
| Total Other Current Assets | 1,086,499.87 | 884,311.83 | 202,188.04 |
| **Total Current Assets** | 1,671,262.22 | 1,490,084.15 | 181,178.07 |
| **Fixed Assets** | | | |
| **Furniture and Equipment** | | | |
| Vehicles | 144,105.77 | 144,105.77 | 0.00 |
| Furniture and Equipment - Other | 9,586.66 | 0.00 | 9,586.66 |
| Total Furniture and Equipment | 153,692.43 | 144,105.77 | 9,586.66 |
| **Total Fixed Assets** | 153,692.43 | 144,105.77 | 9,586.66 |
| **Other Assets** | | | |
| **16000 - Stabilized Assets** | | | |
| **16006 - Restaurant Row** | | | |
| 16006-2 Rest Row Stabilized Val | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Total 16006 - Restaurant Row | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Total 16000 - Stabilized Assets | 3,900,000.00 | 3,900,000.00 | 0.00 |

# PDG Prestige, Inc
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 | Nov 30, 21 | $ Change |
|---|---|---|---|
| Shareholder Loan | 436,298.62 | 435,886.55 | 412.07 |
| **Total Other Assets** | 4,336,298.62 | 4,335,886.55 | 412.07 |
| **TOTAL ASSETS** | 6,161,253.27 | 5,970,076.47 | 191,176.80 |
| **LIABILITIES & EQUITY** |  |  |  |
| Liabilities |  |  |  |
| Current Liabilities |  |  |  |
| Accounts Payable |  |  |  |
| Accounts Payable | 226,932.06 | 235,315.75 | -8,383.69 |
| **Total Accounts Payable** | 226,932.06 | 235,315.75 | -8,383.69 |
| Credit Cards |  |  |  |
| Credit Cards |  |  |  |
| Apple Credit card | -3,445.00 | -3,445.00 | 0.00 |
| Credit Card | 6,519.64 | 5,499.64 | 1,020.00 |
| **Total Credit Cards** | 3,074.64 | 2,054.64 | 1,020.00 |
| **Total Credit Cards** | 3,074.64 | 2,054.64 | 1,020.00 |
| Other Current Liabilities |  |  |  |
| Intercompany Due to/Due From | 235,809.18 | 6,226.18 | 229,583.00 |
| Other Current Liabilities |  |  |  |
| Gateway Developer Fees | 540,000.00 | 540,000.00 | 0.00 |
| **Total Other Current Liabilities** | 540,000.00 | 540,000.00 | 0.00 |
| Payroll Liabilities |  |  |  |
| Current Payroll Tax Liability | 6,313.54 | 6,313.54 | 0.00 |
| Payroll Liabilities - Other | 202,750.88 | 202,750.88 | 0.00 |
| **Total Payroll Liabilities** | 209,064.42 | 209,064.42 | 0.00 |
| Legalist DIP Fund I, LP - |  |  |  |
| Legalist DIP Fund - Mesilla Val | 3,300,870.33 | 3,300,870.33 | 0.00 |
| Legalist DIP Fund I, LLP | 1,399,129.67 | 1,399,129.67 | 0.00 |
| Accrued Interest | 332,787.38 | 295,811.00 | 36,976.38 |
| Accrued Fees | 272,155.00 | 272,155.00 | 0.00 |
| **Total Legalist DIP Fund I, LP -** | 5,304,942.38 | 5,267,966.00 | 36,976.38 |
| **Total Other Current Liabilities** | 6,289,815.98 | 6,023,256.60 | 266,559.38 |
| **Total Current Liabilities** | 6,519,822.68 | 6,260,626.99 | 259,195.69 |
| **Total Liabilities** | 6,519,822.68 | 6,260,626.99 | 259,195.69 |
| Equity |  |  |  |
| 31600-Stabilized Value AboveWIP |  |  |  |
| 31606 - Restaurant Row | -299,399.49 | -299,399.49 | 0.00 |
| **Total 31600-Stabilized Value AboveWIP** | -299,399.49 | -299,399.49 | 0.00 |
| Investments |  |  |  |
| Alameda Land - Escondido at Alm | 38,792.53 | 38,792.53 | 0.00 |
| Investment in Gateway Ventures | 1,113,953.21 | 1,113,953.21 | 0.00 |
| **Total Investments** | 1,152,745.74 | 1,152,745.74 | 0.00 |
| Additional Paid in Capital | 631,974.28 | 631,974.28 | 0.00 |

4:35 PM
01/13/22
Accrual Basis

# PDG Prestige, Inc
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 | Nov 30, 21 | $ Change |
|---|---|---|---|
| Capital Stock | 10,000.00 | 10,000.00 | 0.00 |
| Distribution | 3.72 | 3.72 | 0.00 |
| Owners Equity | -1,526,923.35 | -1,526,923.35 | 0.00 |
| Net Income | -326,970.31 | -258,951.42 | -68,018.89 |
| Total Equity | -358,569.41 | -290,550.52 | -68,018.89 |
| **TOTAL LIABILITIES & EQUITY** | 6,161,253.27 | 5,970,076.47 | 191,176.80 |

4:35 PM

01/13/22

Accrual Basis

## PDG Prestige, Inc
## Profit & Loss
### December 2021

| | Dec 21 | Nov 21 | $ Change |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Expense** | | | |
| **60001 - Advertising/Promotion** | | | |
| Marketing Expense | 1,300.00 | 250.00 | 1,050.00 |
| 60001 - Advertising/Promotion - Other | 0.00 | 656.54 | -656.54 |
| Total 60001 - Advertising/Promotion | 1,300.00 | 906.54 | 393.46 |
| **60002 - Automobile Expense** | | | |
| 60002-1 Fuel Expense | 0.00 | 288.06 | -288.06 |
| 60002-2 Auto Insurance | 276.48 | 0.00 | 276.48 |
| 60002 - Automobile Expense - Other | 171.10 | 414.31 | -243.21 |
| Total 60002 - Automobile Expense | 447.58 | 702.37 | -254.79 |
| 60005 - Licenses/Permits | 0.00 | 1,445.55 | -1,445.55 |
| **60007 - Computer/Internet Exp.** | | | |
| Internet Service | 769.34 | 652.85 | 116.49 |
| 60007 - Computer/Internet Exp. - Other | 2,671.50 | 1,439.65 | 1,231.85 |
| Total 60007 - Computer/Internet Exp. | 3,440.84 | 2,092.50 | 1,348.34 |
| Dues and Subscriptions | 45.00 | 1,194.17 | -1,149.17 |
| **Insurance Expense** | | | |
| General Liability | 130.92 | 0.00 | 130.92 |
| Insurance Expense - Other | 0.00 | 131.64 | -131.64 |
| Total Insurance Expense | 130.92 | 131.64 | -0.72 |
| Legal Fees | 15,049.58 | 26,950.94 | -11,901.36 |
| Meals and Entertainment | 250.31 | 1,026.89 | -776.58 |
| **Office Expense** | | | |
| Office Equipment | 0.00 | 2,080.34 | -2,080.34 |
| Office Supplies | 1,751.41 | 1,258.97 | 492.44 |
| Office Expense - Other | 55.89 | 460.72 | -404.83 |
| Total Office Expense | 1,807.30 | 3,800.03 | -1,992.73 |
| **Payroll Expenses** | | | |
| Employee Benefits | 2,096.12 | 715.44 | 1,380.68 |
| Payroll - Office Administrative | 5,074.63 | 6,099.42 | -1,024.79 |
| Payroll - Officer | 9,989.81 | 11,796.76 | -1,806.95 |
| Total Payroll Expenses | 17,160.56 | 18,611.62 | -1,451.06 |
| **Payroll Tax Expense** | | | |
| Federal | 3,704.61 | 3,536.39 | 168.22 |
| State | 0.00 | 230.32 | -230.32 |
| Total Payroll Tax Expense | 3,704.61 | 3,766.71 | -62.10 |
| Postage and Delivery | 100.67 | 0.00 | 100.67 |
| Printing and Reproduction | 262.14 | 293.43 | -31.29 |
| Professional Fees | 12,560.20 | 10,610.85 | 1,949.35 |
| Rent Expense | 2,565.00 | 2,224.40 | 340.60 |
| Repairs and Maintenance | 0.00 | 746.01 | -746.01 |
| **Telephone Expense** | | | |
| Telephone - Cell Phones | 824.94 | 0.00 | 824.94 |
| Telephone - Office | 19.99 | 19.99 | 0.00 |
| Total Telephone Expense | 844.93 | 19.99 | 824.94 |
| **Travel** | | | |
| Lodging | 7,543.73 | 0.00 | 7,543.73 |
| Travel - Other | 0.00 | 1,615.84 | -1,615.84 |
| Total Travel | 7,543.73 | 1,615.84 | 5,927.89 |

4:35 PM

01/13/22

Accrual Basis

# PDG Prestige, Inc
## Profit & Loss
### December 2021

|  | Dec 21 | Nov 21 | $ Change |
|---|---|---|---|
| **Utilities** |  |  |  |
| Utilities - Gas & Electricity | 264.69 | 0.00 | 264.69 |
| Utilities - Water, Sewer, & Gar | 355.71 | 0.00 | 355.71 |
| Utilities - Other | 185.12 | 0.00 | 185.12 |
| **Total Utilities** | 805.52 | 0.00 | 805.52 |
| **Total Expense** | 68,018.89 | 76,139.48 | -8,120.59 |
| **Net Ordinary Income** | -68,018.89 | -76,139.48 | 8,120.59 |
| **Net Income** | -68,018.89 | -76,139.48 | 8,120.59 |

# PDG Prestige, Inc
## A/P Aging Summary
### As of December 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ABC/Amega | 0.00 | 1,776.61 | 0.00 | 0.00 | 0.00 | 1,776.61 |
| AG Equipment LLC | 642.64 | 2,401.88 | 5,770.63 | 0.00 | 0.00 | 8,815.15 |
| Arnold & Clifford LLP | 11,097.08 | 0.00 | 0.00 | -243.00 | 0.00 | 10,854.08 |
| Canon Financial Services Inc | 0.00 | 9,586.66 | 0.00 | 0.00 | 0.00 | 9,586.66 |
| City of Las Cruces | 0.00 | 11,074.00 | 0.00 | 0.00 | 0.00 | 11,074.00 |
| CNA | 0.00 | 0.00 | 43,551.94 | 0.00 | 0.00 | 43,551.94 |
| Dona Ana County Assessor | 0.00 | 3,152.08 | 0.00 | 0.00 | 0.00 | 3,152.08 |
| El Paso Electric | 0.00 | 465.41 | 0.00 | 0.00 | 0.00 | 465.41 |
| El Paso Water | 185.12 | 355.71 | 0.00 | 0.00 | 0.00 | 540.83 |
| FastSigns | 0.00 | 0.00 | 656.53 | 0.00 | 0.00 | 656.53 |
| FBFK | 0.00 | 0.00 | 0.00 | 6,075.00 | 0.00 | 6,075.00 |
| Las Cruces Utilities | 103.39 | 0.00 | 0.00 | 0.00 | 0.00 | 103.39 |
| LOI Engineers | 0.00 | 0.00 | 29,100.13 | 0.00 | 0.00 | 29,100.13 |
| Martin & Lutz, P.C. | 0.00 | 0.00 | 2,951.52 | 0.00 | 0.00 | 2,951.52 |
| Spectrum | 0.00 | 189.97 | 1.77 | 0.00 | 0.00 | 191.74 |
| Studio D Architects | 0.00 | 0.00 | 0.00 | 0.00 | 12,459.21 | 12,459.21 |
| Utility Block Company, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 70,971.80 | 70,971.80 |
| Wells Fargo Credit Card | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| WKPZ | 3,952.50 | 5,082.17 | 5,171.31 | 0.00 | 0.00 | 14,205.98 |
| TOTAL | 16,380.73 | 34,084.49 | 87,203.83 | 5,832.00 | 83,431.01 | 226,932.06 |

## PDG Prestige, Inc
## A/R Aging Summary
### As of December 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 288 - PDG Office | 0.00 | 0.00 | 0.00 | 0.00 | -6,835.18 | -6,835.18 |
| 329-Gateway | | | | | | |
| 329-Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 34,960.18 | 34,960.18 |
| 329-Gateway - Other | 0.00 | 0.00 | 0.00 | 0.00 | 573,923.13 | 573,923.13 |
| Total 329-Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 608,883.31 | 608,883.31 |
| Alameda Land Investment Corp | 0.00 | 0.00 | 0.00 | 0.00 | -18,954.69 | -18,954.69 |
| Enchantment Ventures, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 18,954.69 | 18,954.69 |
| FlapJack3 | 0.00 | 0.00 | 0.00 | 0.00 | 15,013.54 | 15,013.54 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 617,061.67 | 617,061.67 |

**Case Number:** 21-30071
**Case Name:** PDG Prestige, Inc.
**Reporting Period:** Dec-21

## AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 50,465.22 | 50,465.22 | | | | |
| 31-60 | 87,203.83 | 87,203.83 | | | | |
| 61-90 | 5,832.00 | 5,832.00 | | | | |
| 91+ | 84,431.01 | 84,431.01 | | | 0.00 | |
| TOTAL | 227,932.06 | 227,932.06 | 0.00 | 0.00 | 0.00 | 0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 616,061.67 | | | | | 617,061.67 |
| TOTAL | 616,061.67 | 0.00 | 0.00 | 0.00 | 0.00 | 617,061.67 |

Case Number: 21-30071
Case Name: PDG Prestige, Inc.
Reporting Period: 21-Dec

|  | PAYMENTS TO INSIDERS AND PROFESSIONALS | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Filing Date* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|  | 2/2/2021 | Sept | Oct-21 | Nov-21 | Dec-21 |  |  |
| INSIDERS: NAME/POSITIONS/COMP TYPE |  |  |  |  |  |  |  |
| 1. Michael Dixson - President | 0.00 | 12,093.00 | 5,651.25 | 11,796.76 | 9,989.81 |  |  |
| 2. |  |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |  |
| 4. |  |  |  |  |  |  |  |
| 5. |  |  |  |  |  |  |  |
| 6. |  |  |  |  |  |  |  |
| TOTAL INSIDERS (MOR-1) | 0.00 | 12,093.00 | 5,651.25 | 11,796.76 | 9,989.81 |  | 0.00 |
|  |  |  |  |  |  |  |  |
| PROFESSIONALS NAME/ORDER DATE |  |  |  |  |  |  |  |
| 1. Weycer Kaplan Pulaski & Zuber P.C. |  |  |  |  |  |  |  |
| 2. The law offices of Michael Allison |  |  | 10,000.00 | 10,000.00 | 10,000.00 |  |  |
| 3. Ainsa Hutson Hester & Crews LLP |  |  |  |  |  |  |  |
| 4. NMREA dba Colliers Int Lien |  |  |  |  |  |  |  |
| 5. BK Trustee Fee |  |  |  |  |  |  |  |
| 6. New Mexico Legal Group |  |  |  |  | 21,097.00 |  |  |
| 7. Arnold & Clifford |  |  |  |  | 1,395.00 |  |  |
| 8. FBFK |  |  |  |  |  |  |  |
| TOTAL PROFESSIONALS (MOR-1) | 0.00 | 0.00 | 10,000.00 | 10,000.00 | 10,000.00 |  | 0.00 |

# PDG Prestige, Inc
## Reconciliation Summary
PDG Prestige Inc -             , Period Ending 12/31/2021

|  | Dec 31, 21 |  |
|---|---|---|
| **Beginning Balance** |  | 3,042.00 |
|   **Cleared Transactions** |  |  |
|     Checks and Payments - 99 items | -231,418.73 |  |
|     Deposits and Credits - 14 items | 229,583.76 |  |
|   **Total Cleared Transactions** | -1,834.97 |  |
| **Cleared Balance** |  | 1,207.03 |
|   **Uncleared Transactions** |  |  |
|     Checks and Payments - 6 items | -36,237.00 |  |
|   **Total Uncleared Transactions** | -36,237.00 |  |
| **Register Balance as of 12/31/2021** |  | -35,029.97 |
|   **New Transactions** |  |  |
|     Checks and Payments - 7 items | -9,223.17 |  |
|   **Total New Transactions** | -9,223.17 |  |
| **Ending Balance** |  | -44,253.14 |



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021

Account Number

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00010047 DRE 201 210 00522 NNNNNNNNNNN 1 000000000 D2 0000
PDG PRESTIGE, INC
780 N RESLER DR STE B
EL PASO TX 79912



| CHECKING SUMMARY | Chase Platinum Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $3,042.00 |
| Deposits and Additions | 14 | 229,583.76 |
| Checks Paid | 12 | -72,864.32 |
| ATM & Debit Card Withdrawals | 65 | -20,245.10 |
| Electronic Withdrawals | 21 | -136,309.31 |
| Other Withdrawals | 1 | -2,000.00 |
| Ending Balance | 113 | $1,207.03 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Online Transfer From Chk ...1990 Transaction#: 13140798321 | $40,000.00 |
| 12/03 | Online Transfer From Chk ...2863 Transaction#: 13156183183 | 28,500.00 |
| 12/03 | Online Transfer From Chk ...1990 Transaction#: 13154967344 | 12,733.00 |
| 12/03 | Online Transfer From Chk ...1990 Transaction#: 13156198923 | 6,500.00 |
| 12/06 | Online Transfer From Chk ...1990 Transaction#: 13175632378 | 10,000.00 |
| 12/06 | Online Transfer From Chk ...1990 Transaction#: 13171194070 | 5,000.00 |
| 12/13 | Card Purchase Return   12/12 Apple Com/Bill 866-712-7753 CA Card 5616 | 0.76 |
| 12/13 | Online Transfer From Chk ...1990 Transaction#: 13222273727 | 25,000.00 |
| 12/14 | Online Transfer From Chk ...1990 Transaction#: 13231700160 | 36,000.00 |
| 12/17 | Online Transfer From Chk ...1990 Transaction#: 13255438790 | 33,200.00 |
| 12/22 | Online Transfer From Chk ...1990 Transaction#: 13289750394 | 2,500.00 |
| 12/28 | Online Transfer From Chk ...1990 Transaction#: 13327678427 | 25,000.00 |
| 12/29 | Online Transfer From Chk ...2863 Transaction#: 13334764375 | 150.00 |
| 12/30 | Online Transfer From Chk ...1990 Transaction#: 13345213850 | 5,000.00 |
| **Total Deposits and Additions** | | **$229,583.76** |



December 01, 2021 through December 31, 2021

Account Number:

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9107  ^ | | 12/01 | $1,520.00 |
| 9108  ^ | | 12/02 | 8,190.00 |
| 9109  ^ | | 12/07 | 1,395.00 |
| 9111  * ^ | | 12/08 | 224.87 |
| 9112  ^ | | 12/06 | 1,043.33 |
| 9135  * ^ | | 12/06 | 1,640.00 |
| 9136  ^ | | 12/02 | 26,439.67 |
| 9137  ^ | | 12/08 | 5,304.25 |
| 9138  ^ | | 12/10 | 9,906.40 |
| 9140  * ^ | | 12/06 | 10,000.00 |
| 9141  ^ | | 12/07 | 2,500.00 |
| 9146  * ^ | | 12/17 | 4,700.80 |

**Total Checks Paid**      **$72,864.32**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Card Purchase | 11/30 Fast Signs 915-532-2211 TX Card 5616 | $325.83 |
| 12/01 | Recurring Card Purchase 12/01 Adobe Inc 800-8336687 CA Card 5616 | | 16.23 |
| 12/02 | Card Purchase | 12/01 Progressive *Insuranc 800-776-4737 OH Card 5616 | 276.48 |
| 12/02 | Card Purchase | 12/01 Office Depot #195 800-463-3768 TX Card 5616 | 105.85 |
| 12/02 | Card Purchase With Pin  12/02 Office De 801 Sunland El Paso TX Card 5616 | | 106.20 |
| 12/03 | Card Purchase | 12/02 City of Las Cruces Com 575-5283059 NM Card 5616 | 175.00 |
| 12/03 | Card Purchase | 12/02 City of Las Cruces Com 575-5283059 NM Card 5616 | 175.00 |
| 12/03 | Card Purchase | 12/02 City of Las Cruces Com 575-5283059 NM Card 5616 | 555.00 |
| 12/03 | Card Purchase | 12/02 Pelican's Restaurant El Paso TX Card 5616 | 147.86 |
| 12/03 | Card Purchase With Pin  12/03 Office De 801 Sunland El Paso TX Card 5616 | | 18.82 |
| 12/06 | Card Purchase | 12/02 Spa & Nails On Mesa El Paso TX Card 5616 | 360.00 |
| 12/06 | Card Purchase | 12/03 Willscot Mobile Mini 480-894-6311 MD Card 5616 | 563.98 |
| 12/06 | Card Purchase | 12/03 City of Las Cruces Com 575-5283059 NM Card 5616 | 1,326.00 |
| 12/06 | Card Purchase | 12/03 Drip Drive El Paso TX Card 5616 | 1,020.00 |
| 12/06 | Card Purchase | 12/04 Apple.Com/Bill 866-712-7753 CA Card 5616 | 20.55 |
| 12/06 | Card Purchase | 12/04 Rwlv Hotel Front Desk 702-6766101 NV Card 5616 | 1,102.28 |
| 12/06 | Recurring Card Purchase 12/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 27.04 |
| 12/06 | Recurring Card Purchase 12/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 23.79 |
| 12/06 | Recurring Card Purchase 12/06 Adobe Acropro Subs 408-536-6000 CA Card 5616 | | 16.23 |
| 12/06 | Card Purchase | 12/06 Vzwrlss*Ivr Vw 800-922-0204 FL Card 5616 | 824.94 |
| 12/06 | Card Purchase | 12/05 Cellular Sales NV-Ka Las Vegas NV Card 5616 | 162.90 |
| 12/07 | Card Purchase | 12/06 City of Las Cruces Com 575-5283059 NM Card 5616 | 1,974.00 |
| 12/09 | Card Purchase | 12/07 Rwlv Hotel Front Desk 702-6766101 NV Card 5616 | 853.25 |
| 12/09 | Recurring Card Purchase 12/08 Mcw#0352-Coronado 866-2543229 TX Card 5616 | | 69.99 |
| 12/10 | Card Purchase | 12/09 Right Networks 603-324-0400 NH Card 5616 | 38.27 |
| 12/10 | Card Purchase | 12/10 Apple.Com/Bill 866-712-7753 CA Card 5616 | 41.09 |
| 12/13 | Card Purchase | 12/10 Apple.Com/Bill 866-712-7753 CA Card 5616 | 43.29 |
| 12/13 | Card Purchase | 12/12 Apple.Com/Bill 866-712-7753 CA Card 5616 | 81.16 |

 CHASE

December 01, 2021 through December 31, 2021

Account Number:



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/13 | Card Purchase | 12/12 Apple Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 12/13 | Card Purchase With Pin | 12/13 Usps PO 482848017383 El Paso TX Card 5616 | 58.00 |
| 12/14 | Card Purchase | 12/12 Rlwlv Hotel Front Desk 702-6766101 NV Card 5616 | 3,860.64 |
| 12/14 | Card Purchase | 12/13 Hiltontohome Com 973-882-8437 NJ Card 5616 | 1,727.56 |
| 12/15 | Card Purchase With Pin | 12/15 Costco Whse #0768 El Paso TX Card 5616 | 134.31 |
| 12/16 | Card Purchase | 12/15 The Printers Press Inc 505-3420020 NM Card 5616 | 262.14 |
| 12/16 | Recurring Card Purchase 12/15 Ep Fitness Resler 915-760-4200 TX Card 5616 | | 10.83 |
| 12/16 | Card Purchase | 12/15 Fast Signs 915-532-2211 TX Card 5616 | 313.16 |
| 12/16 | Card Purchase With Pin | 12/16 Office De 801 Sunland El Paso TX Card 5616 | 57.35 |
| 12/17 | Card Purchase | 12/17 Formswift Com/Charge 888-311-2977 CA Card 5616 | 33.00 |
| 12/17 | Card Purchase | 12/16 Adorama Inc. 800-223-2500 NY Card 5616 | 268.14 |
| 12/17 | Card Purchase | 12/16 The UPS Store 7289 915-2385036 TX Card 5616 | 42.67 |
| 12/17 | Recurring Card Purchase 12/17 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 7.57 |
| 12/17 | Recurring Card Purchase 12/17 Apple Com/Bill 866-712-7753 CA Card 5616 | | 21.42 |
| 12/20 | Card Purchase | 12/18 Thimble Insurance Thimble Com NY Card 5616 | 69.46 |
| 12/20 | Card Purchase | 12/19 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 12/21 | Recurring Card Purchase 12/21 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 7.57 |
| 12/22 | Card Purchase | 12/22 Thimble Insurance Thimble Com NY Card 5616 | 61.46 |
| 12/23 | Card Purchase | 12/23 Amzn Mktp US*Ao0Fr82 Amzn Com/Bill WA Card 5616 | 265.10 |
| 12/23 | Card Purchase | 12/23 Amzn Mktp US*1L8390N Amzn Com/Bill WA Card 5616 | 795.64 |
| 12/23 | Card Purchase | 12/23 Apple.Com/Bill 866-712-7753 CA Card 5616 | 10.81 |
| 12/23 | Card Purchase | 12/23 Apple.Com/Bill 866-712-7753 CA Card 5616 | 10.81 |
| 12/23 | Recurring Card Purchase 12/23 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 9.73 |
| 12/27 | Card Purchase | 12/25 Apple Com/Bill 866-712-7753 CA Card 5616 | 16.23 |
| 12/27 | Card Purchase | 12/25 Apple.Com/Bill 866-712-7753 CA Card 5616 | 16.23 |
| 12/27 | Card Purchase | 12/25 Apple.Com/Bill 866-712-7753 CA Card 5616 | 10.81 |
| 12/27 | Card Purchase | 12/25 Paypal *Manscaped 402-935-7733 CA Card 5616 | 16.22 |
| 12/27 | Recurring Card Purchase 12/25 Paypal *Peoplelooke 402-935-7733 NY Card 5616 | | 22.89 |
| 12/27 | Recurring Card Purchase 12/26 Adobe Acropro Subs 408-536-6000 CA Card 5616 | | 16.23 |
| 12/27 | Recurring Card Purchase 12/26 Iiq*Identityiq Com 877-8754347 NV Card 5616 | | 26.99 |
| 12/28 | Recurring Card Purchase 12/28 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 7.57 |
| 12/29 | Card Purchase | 12/29 Paypal *Beenverifie 402-935-7733 NY Card 5616 | 29.13 |
| 12/30 | Recurring Card Purchase 12/28 Extra Space 1769 915-4710595 TX Card 5616 | | 65.00 |
| 12/30 | Card Purchase | 12/29 Sq *Mas Y Menos El Paso TX Card 5616 | 11.93 |
| 12/30 | Card Purchase | 12/29 Oil Changer 841 El Paso TX Card 5616 | 171.10 |
| 12/31 | Card Purchase | 12/29 Burger King #10496 El Paso TX Card 5616 | 13.09 |
| 12/31 | Card Purchase | 12/31 Paypal *Activemarke 402-935-7733 NJ Card 5616 | 1,300.00 |

**Total ATM & Debit Card Withdrawals**                                   **$20,245.10**

## ATM & DEBIT CARD SUMMARY

Michael J Dixson  Card 5616

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $20,245.10 |
| | Total Card Deposits & Credits | $0.76 |

ATM & Debit Card Totals

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $20,245.10 |
| | Total Card Deposits & Credits | $0.76 |



December 01, 2021 through December 31, 2021

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/03 | 12/03 Online Transfer To Chk ...1709 Transaction# 13155077782 | $2,989.81 |
| 12/03 | Zelle Payment To Sergio Murillo 13155082670 | 1,500.00 |
| 12/03 | 12/03 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Alburuerque NM 87125-0500 US Ben: Jose A Salcido Las Cruces NM 88007 US Ref./Bnf/Payroll Ssn: 0466975 Trn: 3431481337Es | 330.00 |
| 12/03 | 12/03 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/107002192 Albuquerque NM 87103-1830 US Ben: Jasmine Esnayder Las Cruces NM 88005 US Ref./Time/13.53 Imad: 1203B1Qgc05C008676 Trn: 3432131337Es | 1,232.00 |
| 12/03 | 12/03 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1203B1Qgc04C006670 Trn: 3432861337Es | 1,279.63 |
| 12/03 | 12/03 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref: Relocation Fees/Bnf/Joseph Klamt Imad: 1203B1Qgc07C014788 Trn: 3436131337Es | 4,615.20 |
| 12/07 | Orig CO Name:Koshsolutions      Orig ID:3383693141 Desc Date:211206 CO Entry Descr:Webpaymentsec:Web   Trace#:091000017349006 Eed:211207 Ind ID: Ind Name:Prestige Development G | 878.66 |
| 12/08 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:120821 CO Entry Descr:Usataxpymt:sec:CCD   Trace#:061036018199802 Eed:211208 Ind ID:270174280123624      Ind Name:Pdg Prestige Inc Trn: 3428199802Tc | 1,799.00 |
| 12/08 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:120821 CO Entry Descr:Usataxpymt:sec:CCD   Trace#:061036018199799 Eed:211208  Ind ID:270174221343352      Ind Name:Pdg Prestige Inc Trn: 3428199799Tc | 7.39 |
| 12/14 | 12/14 Online Domestic Wire Transfer Via: Pnc Bank, N.A./0222 A/C: National City Michigan Illinois Cleveland OH US Ben: Jaa Brothers LLC Horizon City TX 79928 US Ssn: 0469706 Trn: 3470221348Es | 23,750.00 |
| 12/14 | 12/14 Online Domestic Wire Transfer Via: Weststar Bank/112017619 A/C: Vo Preferred Finanical LLC El Paso TX 79936 US Imad: 1214B1Qgc04C008659 Trn: 3471121348Es | 34,323.23 |
| 12/17 | Zelle Payment To Sergio Murillo 13255463179 | 1,500.00 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1217B1Qgc04C005318 Trn: 3271771351Es | 1,313.00 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref: Relocation Fees/Bnf/Joseph Klamt Imad: 1217B1Qgc03C004975 Trn: 3271581351Es | 4,615.00 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/107002192 Albuquerque NM 87103-1830 US Ben: Jasmine Esnayder Las Cruces NM 88005 US Ref./Time/11:40 Imad: 1217B1Qgc04C005333 Trn: 3271951351Es | 1,250.00 |
| 12/20 | 12/20 Online Domestic Wire Transfer Via: Pnc Bank, N.A./0222 A/C: National City Michigan Illinois Cleveland OH US Ben: Jaa Brothers LLC Horizon City TX 79928 US Ssn: 0582243 Trn: 3542201354Es | 25,603.17 |
| 12/22 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:122221 CO Entry Descr:Usataxpymt:sec:CCD   Trace#:061036017233114 Eed:211222  Ind ID:270175614377464      Ind Name:Pdg Prestige Inc Trn: 3567233114Tc | 1,888.98 |
| 12/22 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:122221 CO Entry Descr:Usataxpymt:sec:CCD   Trace#:061036017233116 Eed:211222  Ind ID:270175683211618      Ind Name:Pdg Prestige Inc Trn: 3567233116Tc | 9.24 |
| 12/28 | 12/28 Online Domestic Wire Transfer Via: Pnc Bank, N.A./0222 A/C: National City Michigan Illinois Cleveland OH US Ben: Jaa Brothers LLC Horizon City TX 79928 US Ssn: 0342342 Trn: 3296251362Es | 20,425.00 |
| 12/28 | 12/28 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Michael Dixson El Paso TX 79912 US Ref./Time/16.28 Imad: 1228B1Qgc08C032358 Trn: 3474141362Es | 4,500.00 |
| 12/30 | 12/30 Online Transfer To Chk ...1709 Transaction# 13345216622 | 2,500.00 |
| **Total Electronic Withdrawals** | | **$136,309.31** |



December 01, 2021 through December 31, 2021

Account Number



## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | 12/16 Withdrawal | $2,000.00 |
| **Total Other Withdrawals** | | **$2,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 12/01 | $1,179.94 | 12/13 | 37,449.88 | 12/22 | 1,297.54 |
| 12/02 | 6,061.74 | 12/14 | 9,788.45 | 12/23 | 205.45 |
| 12/03 | 40,776.42 | 12/15 | 9,654.14 | 12/27 | 79.85 |
| 12/06 | 37,645.38 | 12/16 | 7,010.66 | 12/28 | 147.28 |
| 12/07 | 30,897.72 | 12/17 | 26,459.06 | 12/29 | 268.15 |
| 12/08 | 23,562.21 | 12/20 | 764.79 | 12/30 | 2,520.12 |
| 12/09 | 22,638.97 | 12/21 | 757.22 | 12/31 | 1,207.03 |
| 12/10 | 12,653.21 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC