# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hmc |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

### ORDER REGARDING
### WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI'S SECOND EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF
### (DOC ## 231, 245, 246 AND 278)
### ($100,000.00)

**ON THIS DATE**, the Court conducted a Hearing on the Second Emergency Motion To Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ## 231, 245, 246 and 278) ($100,000.00), filed by Westar Investors Group, LLC, Suhail Bawa and Saleem Makani, and the Court, having considered the motion and the argument in support thereof, finds that the

motion is in order and should, in all things, be **GRANTED**. It is, therefore:

**ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall pay $100,000.00 to Westar Investors Group, LLC, within three (3) days from the date of this Order, with interest at the maximum rate allowable under the laws of the State of Texas.

**ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall make no further intercompany transfers to PDG Prestige, until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall make no further intercompany transfers to Prestige Star, until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall make no further payment of attorney's fees and costs, to Mr. Carruth and Weyer Kaplan Pulaski & Zuber, P.C., until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall make no further payments, transfers or loans to Michael Dixson, until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall immediately recover from Mr. Dixson any and all amounts paid to Mr. Dixson, by TGV, and/or and PDG Prestige.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall, within fourteen (14) days from the date of this Order, file

with this Court, Monthly Operation Reports for the periods ending (a) August 31, 2021, (b) October 31, 2021, (c) November 30, 2021, (d) December 31, 2021, and (e) January 31, 2022.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall timely file its Monthly Operation Reports for the period ending February 28, 2022, as well as all subsequent reports hereinafter.

**FURTHER ORDERED, ADJUDGED and DECREED** that the Reorganized Debtor, The Gateway Ventures, LLC, shall reimburse WESTAR, within fourteen (14) days from the date of this Order, all attorney's fees and costs incurred by WESTAR, since the issuance of the Confirmation Order, on October 15, 2021

# # #