## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

### ORDER GRANTING MOTION TO EXPEDITE HEARING DATE ON SECOND EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF
### (DOC ##231, 245, 246 AND 278)
### ($100,000.00)

On this date came on for consideration the "Motion to Expedite Hearing Date on Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00)" (hereinafter referred to as "Motion") filed by WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI. The Court finds that service of the Motion was proper and that all parties entitled to notice were given good and sufficient notice of the Motion and of the terms of the Motion. After due consideration of

the Motion, the Court is of the opinion that the Motion should be granted as set forth below, and enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Expedite Hearing Date on Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00) is granted as set forth below.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00), will be set for expedited hearing on the date and time listed above.

Movants are responsible for notice of expedited hearing, and shall file a certificate of notice listing the persons served, within 7 days of such service, but in no event later than the date and time of the hearing.

###

Prepared by:
The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com