## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**AMENDED CERTIFICATE OF SERVICE TO SECOND EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF (DOC ## 231, 245, 246 AND 278) ($100,000.00)**

**TO THE HONORABLE BANKRUPTCY JUDGE H. CHRISTOPHER MOTT:**

I hereby certify that on February 21, 2022, a copy of the Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ## 231, 245, 246 and 278) ($100,000.00) was served electronically or by regular United States mail to all interested parties and all creditors on the attached listed.

February 23, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Wed Feb 23 12:03:01 CST 2022 | The Gateway Ventures, LLC<br>154 N. Festival Dr., Suite D<br>El Paso, TX 79912-6265 | United States Trustee (SMG311)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Ashish Nayyar<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Ashish Nayyar, Rahim Noorani,<br>Deepesh Shrestha, and Umesh Shrestha<br>c/o James M. Feuille<br>201 E. Main Drive, Suite 1100<br>El Paso, TX 79901-1340 | Border Demolition<br>Attn: Bonnie Solis<br>1004 Diesel Drive<br>El Paso, TX 79907-3100 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Cumming Skidmore Property Tax Service, LLC<br>5024 Amen Corner<br>El Paso, TX 79922-2047 | Deepesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 | HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 |
| HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 |
| Rahim Noorani<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Rahim Noorani, et al.<br>c/o Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 | Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Spectrum Gulf Coast, LLC<br>c/o Thompson Coburn LLP, Attn: Brian Hoc<br>One U.S. Bank Plaza, Suite 2700<br>St. Louis, MO 63101-1616 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

```
(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY    Umesh Shrestha                      Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                         8505 Revenue Way                    c/o James M. Feuille
P O BOX 13087                                   North Richland Hills, TX 76182-7431 ScottHulse PC
MC 132                                                                              P.O. Box 99123
AUSTIN TX 78711-3087                                                                El Paso, TX 79999-9123


Union Gateway, LLC                              United States Trustee - EP12        Westar Investor Group LLC
c/o Ryan Little                                 U.S. Trustee's Office               c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                               615 E. Houston, Suite 533           8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977                       P.O. Box 1539                       Dallas, TX 75225-6329
                                                San Antonio, TX 78295-1539


Westar Investors Group LLC                      Westar Investors Group, LLC         Jeff Carruth
c/o Michael R. Nevarez (Local Counsel)          c/o Eric W. Wood                    Weycer Kaplan Pulaski & Zuber, P.C.
The Nevarez Law Firm, P.C.                      Brown Fox PLLC                      24 Greenway Plaza, #2050
P.O. Box 12247                                  5550 Granite Parkway, Suite 175     Houston, TX 77046-2445
El Paso, TX 79913-0247                          Plano, Texas 75024
                                                Email: eric@brownfoxlaw.com  75024-3834
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Commission on Environmental Qualit        End of Label Matrix
Reg. 6 Office Compliance Enforcement            Mailable recipients    38
401 E Franklin Ave, Suite 560                   Bypassed recipients     0
El Paso, TX 79901-1212                          Total                  38
```