**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**AMENDED CERTIFICATE OF SERVICE TO MOTION TO EXPEDITE HEARING DATE ON SECOND EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN, AND AWARD OTHER MISCELLANEOUS RELIEF**
**(DOC ## 231, 245, 246 AND 278)**
**($100,000.00)**

**TO THE HONORABLE BANKRUPTCY JUDGE H. CHRISTOPHER MOTT:**

I hereby certify that on February 21, 2022, a copy of the Motion to Expedite Hearing Date on Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ## 231, 245, 246 and 278) ($100,000.00) was served electronically or by regular United States mail to all interested parties and all creditors on the attached listed.

February 23, 2022            Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for WESTAR INVESTORS GROUP, LLC,
SUHAIL BAWA, and SALEEM MAKANI

```
Label Matrix for local noticing          The Gateway Ventures, LLC              United States Trustee (SMG311)
0542-3                                   154 N. Festival Dr., Suite D           U.S. Trustee's Office
Case 21-30071-hcm                        El Paso, TX 79912-6265                 615 E. Houston, Suite 533
Western District of Texas                                                       P.O. Box 1539
El Paso                                                                         San Antonio, TX 78295-1539
Wed Feb 23 12:03:01 CST 2022

U.S. BANKRUPTCY COURT                    Ashish Nayyar                          Ashish Nayyar
511 E. San Antonio Ave., Rm. 444         806 Rockport Lane                      c/o James M. Feuille
EL PASO, TX 79901-2417                   Allen, TX 75013                        ScottHulse PC
                                                                                P.O. Box 99123
                                                                                El Paso, TX 79999-9123

Ashish Nayyar, Rahim Noorani,            Border Demolition                      City of El Paso
Deepesh Shrestha, and Umesh Shrestha     Attn: Bonnie Solis                     c/o Don Stecker
c/o James M. Feuille                     1004 Diesel Drive                      112 E. Pecan St. Suite 2200
201 E. Main Drive, Suite 1100            El Paso, TX 79907-3100                 San Antonio, TX 78205-1588
El Paso, TX 79901-1340

Comptroller of Public Accounts           Cumming Skidmore Property Tax Service, LLC   Deepesh Shrestha
C/O Office of the Attorney General       5024 Amen Corner                       c/o James M. Feuille
Bankruptcy - Collections Division MC-008 El Paso, TX 79922-2047                 ScottHulse PC
PO Box 12548                                                                    P.O. Box 99123
Austin TX  78711-2548                                                           El Paso, TX 79999-9123

Depcesh Shrestha                         El Paso County Tax AC                  HD Lending LLC
3708 N. White Chapel Blvd.               301 Manny Martinez Dr., 1st Floor      6080 Surety Dr. Ste 101
Southlake, TX 76092-2042                 El Paso, TX 79905-5503                 El Paso, TX 79905-2066

HD Lending LLC                           HD Lending, LLC                        Internal Revenue Service
c/o Stephen H. Nickey PC                 c/o Clyde A. Pine, Jr.                 Special Procedures Staff - Insolvency
1201 North Mesa Ste. B                   Mounce Green Myers                     P. O. Box 7346
El Paso, TX 79902-4000                   P.O. Box 1977                          Philadelphia, PA 19101-7346
                                         El Paso, Texas 79999-1977

Michael Dixson                           PDG Prestige, Inc.                     Rahim Noorani
780 N. Resler Drive Suite B              780 N. Resler Drive Suite B            4312 Hopi Drive
El Paso, TX 79912-7196                   El Paso, TX 79912-7196                 Carrolton, TX 75010-1133

Rahim Noorani                            Rahim Noorani, et al.                  Saleem Makani
c/o James M. Feuille                     c/o Marty D. Price                     c/o Eric W. Wood
ScottHulse PC                            2514 Boll St.                          Brown Fox PLLC
P.O. Box 99123                           Dalals, TX 75204-2512                  5550 Granite Parkway, Suite 175
El Paso, TX 79999-9123                                                          Plano, Texas 75024
                                                                                Email: eric@brownfoxlaw.com  75024-3834

Saleem Makani                            Spectrum Gulf Coast, LLC               Suhail Bawa
c/o Eric Wood (Brown Fox)                c/o Thompson Coburn LLP, Attn: Brian Hoc  c/o Eric W. Wood
8111 Preston Rd. Ste 300                 One U.S. Bank Plaza, Suite 2700        Brown Fox PLLC
Dallas, TX 75225-6329                    St. Louis, MO 63101-1616               5550 Granite Parkway, Suite 175
                                                                                Plano, Texas 75024
                                                                                Email: eric@brownfoxlaw.com  75024-3834

Suhail Bawa                              Suresh Kumar                           Texas Attorney General
c/o Eric Wood (Brown Fox)                c/o Harrel Davis                       Environmental Protection Division
8111 Preston Rd. Ste 300                 PO Box 1322                            P.O. Box 12548
Dallas, TX 75225-6329                    El Paso, TX 79947-1322                 Austin, TX 78711-2548
```

| | | |
|---|---|---|
| (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 | Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | Umesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Union Gateway, LLC<br>c/o Ryan Little<br>P. O. Drawer 1977<br>El Paso, Texas 79999-1977 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 |
| Westar Investors Group LLC<br>c/o Michael R. Nevarez (Local Counsel)<br>The Nevarez Law Firm, P.C.<br>P.O. Box 12247<br>El Paso, TX 79913-0247 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greenway Plaza, #2050<br>Houston, TX 77046-2445 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Commission on Environmental Qualit<br>Reg. 6 Office Compliance Enforcement<br>401 E Franklin Ave, Suite 560<br>El Paso, TX 79901-1212 | End of Label Matrix<br>Mailable recipients 38<br>Bypassed recipients 0<br>Total 38 |