**Expedited hearing shall be held on 3/10/2022 at 10:00 AM in El Paso Courtroom. Movant is responsible for notice.**



**RESPONSE TO MOTION DUE BY MARCH 7, 2022.**

**The relief described hereinbelow is SO ORDERED.**

**Signed February 24, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING MOTION TO EXPEDITE HEARING DATE
ON SECOND EMERGENCY MOTION TO ENFORCE THE CHAPTER 11 PLAN,
AND AWARD OTHER MISCELLANEOUS RELIEF
(DOC ##231, 245, 246 AND 278)
($100,000.00)**

On this date came on for consideration the "Motion to Expedite Hearing Date on Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00)" (hereinafter referred to as "Motion") filed by WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI. The Court finds that service of the Motion was proper and that all parties entitled to notice were given good and sufficient notice of the Motion and of the terms of the Motion. After due consideration of

the Motion, the Court is of the opinion that the Motion should be granted as set forth below, and enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Expedite Hearing Date on Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00) is granted as set forth below.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Second Emergency Motion to Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (DOC ##231, 245, 246 and 278) ($100,000.00), will be set for expedited hearing on the date and time listed above.

Movants are responsible for notice of expedited hearing, and shall file a certificate of notice listing the persons served, within 7 days of such service, but in no event later than the date and time of the hearing.

###

Prepared by:
The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, 154 N. Festival Dr., Suite D, El Paso, TX 79912-6265 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com  psoto@raylaw.com |
| Aldo R Lopez | on behalf of Counter Claimant Bankim Bhatt alopez@raylaw.com  psoto@raylaw.com |
| Aldo R Lopez | on behalf of Defendant Bankim Bhatt alopez@raylaw.com  psoto@raylaw.com |
| Brian W. Hockett | on behalf of Creditor Spectrum Gulf Coast  LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending  LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdfintp | Total Noticed: 1 |

Eric Charles Wood
    on behalf of Creditor Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Harrel L. Davis, III
    on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille
    on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com

James W Rose, Jr
    on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Jeff Carruth
    on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Michael R. Nevarez

District/off: 0542-3 User: admin Page 3 of 3
Date Rcvd: Feb 24, 2022 Form ID: pdfintp Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | |
| | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Ryan Little | |
| | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 39