**RECEIVED**

**MAR 01 2020**

**U.S. BANKRUPTCY COURT**

**BY ___ DEPUTY**

AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**AUDIO RECORDING ORDER**

*Read Instructions.*

| 1. NAME Jeff Carruth | 2. PHONE NUMBER (713) 341-1158 | 3. EMAIL ADDRESS jcarruth@wkpz.com |
|---|---|---|

| 4. MAILING ADDRESS 3030 Matlock Rd., Suite 201 | 5. CITY Arlington | 6. STATE TX | 7. ZIP CODE 76015 |
|---|---|---|---|

| 8. CASE NUMBER 21-30071-hcm | 9. CASE NAME In re The Gateway Ventures | DATES OF PROCEEDINGS |
|---|---|---|

10. FROM 10/14/2021    11. TO

| 12. PRESIDING JUDGE H. Christopher Mott | LOCATION OF PROCEEDINGS |
|---|---|

13. CITY El Paso    14. STATE TX

### 15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Hearing | 10/14/2021 @ 10 a.m. |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ Jeff Carruth | 19. DATE 2/28/2022 |
|---|---|

| PROCESSED BY | PHONE NUMBER |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | |

**PAID**
AMT $ 32.00
RCPT# 301457

**DISTRIBUTION:** COURT COPY ORDER RECEIPT ORDER COPY