**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| THE GATEWAY VENTURES, LLC | § | |
| | § | CASE NO. 21-30071-HCM |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

NOW COMES the City of El Paso, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. The City of El Paso filed its secured claim on July 22, 2021, in the amount of $301,014.44, which claim is designated as claim number 1 on the claims register. That claim is paid in full. Therefore, the City of El Paso hereby withdraws its claim number 1.

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of March, 2022, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
Attorney for the City of El Paso