**The relief described hereinbelow is SO ORDERED.**

**Signed March 10, 2022.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING SECOND EMERGENCY MOTION TO ENFORCE PLAN

On March 10, 2022, the Court conducted a hearing on the Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group"). The Gateway Ventures, LLC ("Reorganized Debtor") filed a Response to the Motion ("Response")(dkt# 291). Appearing at the hearing were counsel for the Westar Group; counsel for the Reorganized Debtor; counsel for Suresh Kumar; and Mr. Michael Dixson of the Reorganized Debtor.

The Court has considered the Motion, the Response, the exhibits, the evidence, the record in this case, and the statements and arguments of counsel. For the reasons stated by the Court on the record at the hearing on March 10, 2022, the Court finds that the Motion should be denied, and the following Order should be entered.

1

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. The Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group") is hereby DENIED.

2. This Order is without prejudice to the remedy provided to the Westar Investors Group, LLC in section 5.8.2(4) of the First Amended Plan of Reorganization as Modified confirmed by the Court and any remedy that may be provided by section 1112(b) of the Bankruptcy Code.

# # #