**The relief described hereinbelow is SO ORDERED.**

**Signed March 10, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING SECOND EMERGENCY MOTION TO ENFORCE PLAN

On March 10, 2022, the Court conducted a hearing on the Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group"). The Gateway Ventures, LLC ("Reorganized Debtor") filed a Response to the Motion ("Response")(dkt# 291). Appearing at the hearing were counsel for the Westar Group; counsel for the Reorganized Debtor; counsel for Suresh Kumar; and Mr. Michael Dixson of the Reorganized Debtor.

The Court has considered the Motion, the Response, the exhibits, the evidence, the record in this case, and the statements and arguments of counsel. For the reasons stated by the Court on the record at the hearing on March 10, 2022, the Court finds that the Motion should be denied, and the following Order should be entered.

1

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. The Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group") is hereby DENIED.

2. This Order is without prejudice to the remedy provided to the Westar Investors Group, LLC in section 5.8.2(4) of the First Amended Plan of Reorganization as Modified confirmed by the Court and any remedy that may be provided by section 1112(b) of the Bankruptcy Code.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2022 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, 154 N. Festival Dr., Suite D, El Paso, TX 79912-6265 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Aldo R Lopez | on behalf of Counter Claimant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Aldo R Lopez | on behalf of Defendant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Brian W. Hockett | on behalf of Creditor Spectrum Gulf Coast LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

21-30071-hcm Doc#294 Filed 03/13/22 Entered 03/14/22 00:17:24 Imaged Certificate of Notice Pg 4 of 5

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 12, 2022 | Form ID: pdfintp | Total Noticed: 1 |

Eric Charles Wood
    on behalf of Creditor Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com

Eric Charles Wood
    on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com

Harrel L. Davis, III
    on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III
    on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille
    on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com

James W Rose, Jr
    on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Jeff Carruth
    on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth
    on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Michael R. Nevarez

21-30071-hcm Doc#294 Filed 03/13/22 Entered 03/14/22 00:17:24 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2022 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Michael R. Nevarez | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Ryan Little | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 42