# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In Re. The Gateway Ventures, LLC  §  Case No. 21-30071
§
§
Debtor(s)  §
☐ Jointly Administered

**Monthly Operating Report**  Chapter 11

Reporting Period Ended: 12/31/2021  Petition Date: 02/02/2021

Months Pending: 11  Industry Classification: 2 3 6 2

Reporting Method:  Accrual Basis ●  Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

x  *Michael Dixson*  Michael Dixson
Signature of Responsible Party  Printed Name of Responsible Party

01/14/2022
Date

01/15/2022  5996 OJO DE AGUA, El Paso, TX 79912
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)  1

Debtor's Name The Gateway Ventures, LLC Case No. 21-30071

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $14,338 | |
| b. Total receipts (net of transfers between accounts) | $68,718 | $10,069,098 |
| c. Total disbursements (net of transfers between accounts) | $0 | $9,410,813 |
| d. Cash balance end of month (a+b-c) | $83,056 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $9,410,813 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $5,114 |
| c. Inventory (Book ○  Market ○  Other ● (attach explanation)) | $659,418 |
| d. Total current assets | $1,026,775 |
| e. Total assets | $25,526,775 |
| f. Postpetition payables (excluding taxes) | $11,329,939 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $11,329,939 |
| k. Prepetition secured debt | $618,567 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $13,122,041 |
| n. Total liabilities (debt) (j+k+l+m) | $25,070,548 |
| o. Ending equity/net worth (e-n) | $456,227 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $68,718 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $68,718 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $68,718 | $-560,807 |

UST Form 11-MOR (06/07/2021) 2

Debtor's Name The Gateway Ventures, LLC  
Case No. 21-30071

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $28,467 | $0 | $28,467 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | WKPZ | Lead Counsel | $0 | $28,467 | $0 | $28,467 |
| Delete ii | | | | | $0 | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | Lead Counsel | $0 | $0 | $0 | $0 |
| Delete ii | | | | | $0 | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ● | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● No ○ | |

UST Form 11-MOR (06/07/2021)

3

Debtor's Name The Gateway Ventures, LLC     Case No. 21-30071

k. Has a disclosure statement been filed with the court?    Yes ●   No ○
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x *Michael Dixson*      Michael Dixson
Signature of Responsible Party      Printed Name of Responsible Party
President      01/14/2022
Title      Date

[ Save ]     [ Generate PDF for Court Filing and Remove Watermark ]

UST Form 11-MOR (06/07/2021)     4

11:16 AM
01/14/22

# The Gateway Ventures, LLC
## Statement of Cash Flows
### October through December 2021

|  | Oct - Dec 21 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 68,718.00 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 12500 - Work in Process:13000 - Unallocated WIP:13002 WIP - Land Develop Costs | -76,891.46 |
| 12500 - Work in Process:13000 - Unallocated WIP:13003 WIP - Soft Costs | -277,733.81 |
| 12500 - Work in Process:13000 - Unallocated WIP:13004 WIP - Construction Costs | 17,824.00 |
| 12500 - Work in Process:13000 - Unallocated WIP:13005 WIP - Developer Fees | 20,000.00 |
| Funds Held in Escrow | 188,681.80 |
| 14000 - Intercompany Transfers | 138,306.20 |
| 14000 - Intercompany Transfers:14001 - Due To/From PDG Prestig | -25,044.93 |
| Accounts Payable | 274,891.31 |
| Legalist Dip Fund I:Accrued Interest | 394,671.50 |
| Legalist Dip Fund I:Accrued Fees | -3,117.00 |
| Legal Settlement | -1,780,000.00 |
| **Net cash provided by Operating Activities** | -1,059,694.39 |
| **INVESTING ACTIVITIES** | |
| 15000 - Stabilized Assets:15001 - Gateway Stabilized Valu | -12,117,921.68 |
| **Net cash provided by Investing Activities** | -12,117,921.68 |
| **FINANCING ACTIVITIES** | |
| 22000 - Other Loans:22001 - Kabbage PPP Loan | -68,718.00 |
| 31000-Stabilized Value AboveWIP:31001 - The Gateway Ventures | 11,444,571.32 |
| 32000 - Member Contributions:32001 - PDG Prestige Inc. 100% | 2,310,026.89 |
| 32000 - Member Contributions:32001 - PDG Prestige Inc. 100%:Sam Contribution | -111,000.00 |
| 32000 - Member Contributions:32002 - West Star Investors 7% | -418,912.49 |
| 34000 - Member Draws:34001 - PDG Prestige | -1,500.00 |
| **Net cash provided by Financing Activities** | 13,154,467.72 |
| **Net cash increase for period** | -23,148.35 |
| **Cash at beginning of period** | 14,338.05 |
| **Cash at end of period** | -8,810.30 |

Gateway Ventures, LLC
MOR Qtr 4 2021
Statement (Part 2: item C. Inventory

Case Number: 21-30071
Case Name: The Gateway Ventures, LLC
Reporting Period: Quarter 4 2021

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

| | |
|---|---:|
| Other Current Assets: | |
| 12500 - Work in Process | |
| 13000 - Unallocated WIP | |
| 13002 WIP - Land Develop Costs | $ 122,291.46 |
| 13003 WIP - Soft Costs | $ 537,126.79 |
| 13004 WIP - Construction Costs | |
| 13005 WIP - Developer Fees | |
| Total 13000 - Unallocated WIP | $ 659,418.25 |

Explanation: In the field of development, all cost of the project are held on the Companies Balance sheet under differently categories of unallocated WIP, these include:

13001 WIP - Land and Lot Costs - This will have the raw cost of the land or property
13002 - Land Develop Cost - This will have the cost of developing the land it's self
for example: clearing, leveling, etc.
13003 WIP - Soft Costs - this section has the cost for legal, engineering, advertising,
all none hard project costs.
13004 WIP - Construction Costs - this is the cost of constructing the buildings.
13005 WIP - Developer Costs - These are the costs for the onsite management and or
outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the property, this is why you don't see the original cost of the land or any other costs that were moved to the stabilized value.. When the property or a piece of the property is sold the amount of these costs are allocated as costs of good on the income statement. If a portion is sold then the costs are allocated to the portion sold. Therefore the income or loss is not realized until the project or development is sold. The WIP above has not been cleared to the stabilized value yet, this is why it is still listed, and changes in the balance effect the Cash flow statement.

Page 1

11:17 AM
01/14/22
Accrual Basis

# The Gateway Ventures, LLC
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 | Sep 30, 21 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| The Gateway Ventures - Chase | -8,810.30 | 14,338.05 | -23,148.35 |
| **Total Checking/Savings** | -8,810.30 | 14,338.05 | -23,148.35 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 5,114.46 | 5,114.46 | 0.00 |
| **Total Accounts Receivable** | 5,114.46 | 5,114.46 | 0.00 |
| **Other Current Assets** | | | |
| Legalist Loan Interest Reserve | 9,500.00 | 9,500.00 | 0.00 |
| 12500 - Work in Process | | | |
| 13000 - Unallocated WIP | | | |
| 13002 WIP - Land Develop Costs | 122,291.46 | 45,400.00 | 76,891.46 |
| 13003 WIP - Soft Costs | 537,126.79 | 259,392.98 | 277,733.81 |
| 13004 WIP - Construction Costs | 0.00 | 17,824.00 | -17,824.00 |
| 13005 WIP - Developer Fees | 0.00 | 20,000.00 | -20,000.00 |
| Total 13000 - Unallocated WIP | 659,418.25 | 342,616.98 | 316,801.27 |
| Total 12500 - Work in Process | 659,418.25 | 342,616.98 | 316,801.27 |
| Funds Held in Escrow | 47,025.20 | 235,707.00 | -188,681.80 |
| 14000 - Intercompany Transfers | | | |
| 14001 - Due To/From PDG Prestig | 139,279.93 | 114,235.00 | 25,044.93 |
| 14000 - Intercompany Transfers - Other | 175,247.80 | 313,554.00 | -138,306.20 |
| Total 14000 - Intercompany Transfers | 314,527.73 | 427,789.00 | -113,261.27 |
| **Total Other Current Assets** | 1,030,471.18 | 1,015,612.98 | 14,858.20 |
| **Total Current Assets** | 1,026,775.34 | 1,035,065.49 | -8,290.15 |
| **Other Assets** | | | |
| 15000 - Stabilized Assets | | | |
| 15001 - Gateway Stabilized Valu | 24,500,000.00 | 12,382,078.32 | 12,117,921.68 |
| Total 15000 - Stabilized Assets | 24,500,000.00 | 12,382,078.32 | 12,117,921.68 |
| **Total Other Assets** | 24,500,000.00 | 12,382,078.32 | 12,117,921.68 |
| **TOTAL ASSETS** | 25,526,775.34 | 13,417,143.81 | 12,109,631.53 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| Accounts Payable | 1,107,221.73 | 832,330.42 | 274,891.31 |
| **Total Accounts Payable** | 1,107,221.73 | 832,330.42 | 274,891.31 |
| **Other Current Liabilities** | | | |
| Legalist Dip Fund I | | | |
| Legalist Dip Fund I - Loan | 10,000,000.00 | 10,000,000.00 | 0.00 |
| Accrued Interest | 520,665.36 | 125,993.86 | 394,671.50 |
| Accrued Fees | 534,383.00 | 537,500.00 | -3,117.00 |
| Total Legalist Dip Fund I | 11,055,048.36 | 10,663,493.86 | 391,554.50 |
| Legal Settlement | 0.00 | 1,780,000.00 | -1,780,000.00 |
| **Total Other Current Liabilities** | 11,055,048.36 | 12,443,493.86 | -1,388,445.50 |
| **Total Current Liabilities** | 12,162,270.09 | 13,275,824.28 | -1,113,554.19 |

Page 1

11:17 AM
01/14/22
Accrual Basis

# The Gateway Ventures, LLC
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 | Sep 30, 21 | $ Change |
|---|---:|---:|---:|
| **Long Term Liabilities** | | | |
|   22000 - Other Loans | | | |
|     22001 - Kabbage PPP Loan | 0.00 | 68,718.00 | -68,718.00 |
|   Total 22000 - Other Loans | 0.00 | 68,718.00 | -68,718.00 |
| **Total Long Term Liabilities** | 0.00 | 68,718.00 | -68,718.00 |
| **Total Liabilities** | 12,162,270.09 | 13,344,542.28 | -1,182,272.19 |
| **Equity** | | | |
|   31000-Stabilized Value AboveWIP | | | |
|     31001 - The Gateway Ventures | 12,908,278.02 | 1,463,706.70 | 11,444,571.32 |
|   Total 31000-Stabilized Value AboveWIP | 12,908,278.02 | 1,463,706.70 | 11,444,571.32 |
|   32000 - Member Contributions | | | |
|     32001 - PDG Prestige Inc. 100% | | | |
|       Sam Contribution | 0.00 | 111,000.00 | -111,000.00 |
|       32001 - PDG Prestige Inc. 100% - Other | 3,312,980.10 | 1,002,953.21 | 2,310,026.89 |
|     Total 32001 - PDG Prestige Inc. 100% | 3,312,980.10 | 1,113,953.21 | 2,199,026.89 |
|     32002 - West Star Investors 7% | 85,691.00 | 504,603.49 | -418,912.49 |
|   Total 32000 - Member Contributions | 3,398,671.10 | 1,618,556.70 | 1,780,114.40 |
|   34000 - Member Draws | | | |
|     34001 - PDG Prestige | -1,917,254.72 | -1,915,754.72 | -1,500.00 |
|   Total 34000 - Member Draws | -1,917,254.72 | -1,915,754.72 | -1,500.00 |
|   Retained Earnings | -246,565.53 | -246,565.53 | 0.00 |
|   Net Income | -778,623.62 | -847,341.62 | 68,718.00 |
| **Total Equity** | 13,364,505.25 | 72,601.53 | 13,291,903.72 |
| **TOTAL LIABILITIES & EQUITY** | 25,526,775.34 | 13,417,143.81 | 12,109,631.53 |

11:18 AM
01/14/22
Accrual Basis

# The Gateway Ventures, LLC
## Profit & Loss
### October through December 2021

|  | Oct - Dec 21 | Jul - Sep 21 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     Debt Forgiveness PPP Loan | 68,718.00 | 0.00 | 68,718.00 |
|   **Total Income** | 68,718.00 | 0.00 | 68,718.00 |
| **Gross Profit** | 68,718.00 | 0.00 | 68,718.00 |
|   **Expense** | | | |
|     Legal | 0.00 | 104,727.74 | -104,727.74 |
|     Payroll Expenses | | | |
|       Management Fees | 0.00 | 25,000.00 | -25,000.00 |
|     **Total Payroll Expenses** | 0.00 | 25,000.00 | -25,000.00 |
|     Professional Fees | 0.00 | 3,200.00 | -3,200.00 |
|   **Total Expense** | 0.00 | 132,927.74 | -132,927.74 |
| **Net Ordinary Income** | 68,718.00 | -132,927.74 | 201,645.74 |
| **Net Income** | 68,718.00 | -132,927.74 | 201,645.74 |

11:18 AM
01/14/22

# The Gateway Ventures, LLC
## A/R Aging Summary
As of December 31, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 330-The Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 5,114.46 | 5,114.46 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 5,114.46 | 5,114.46 |

Case Number: 21-30071
Case Name: e Gateway Ventures,
Reporting Period: Quarter 4 2021

## SCHEDULE OF POST-PETITION LIABILITIES

|  | FILING DATE* | MONTH |
|---|---|---|
|  | 2/2/2021 | Qtr 4 2021 |
|  |  |  |
| TRADE ACCOUNTS PAYABLE | 0.00 | 274,891.13 |
| TAXPAYABLE: |  |  |
|    Federal Payroll Taxes |  |  |
|    State Payroll & Sales |  |  |
|    Ad Valorem Taxes |  |  |
|    Other Taxes |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |
| Legalist DIP Loan |  | 10,000,000.00 |
| Legalist Accrued Interest |  | 520,665.36 |
| Legalist Accrued Fees |  | 534,383.00 |
| HD Lending Loan |  |  |
| ACCRUED INTERST PAYABLE - HD Lending Loan |  |  |
| *ACCRUED PROFESSIONAL FEES: HD Lending |  |  |
| OTHER ACCRUED LIABILITIES: |  |  |
| - Stabilized Value Gateway Ventures | 0.00 |  |
| Member Draws - PDG Prestige 93% |  | 0.00 |
| Member Draws - West Star Investors 7% |  | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 0.00 | 11,329,939.49 |

378

5:21 PM
11/17/21

# The Gateway Ventures, LLC
## Reconciliation Summary
The Gateway Ventures - Chase, Period Ending 10/31/2021

|  | Oct 31, 21 |
|---|---:|
| **Beginning Balance** | 14,338.05 |
| Cleared Transactions |  |
|     Checks and Payments - 2 items | -12,500.00 |
|   Total Cleared Transactions | -12,500.00 |
| **Cleared Balance** | **1,838.05** |
| Uncleared Transactions |  |
|     Checks and Payments - 1 item | -75,503.94 |
|   Total Uncleared Transactions | -75,503.94 |
| **Register Balance as of 10/31/2021** | **-73,665.89** |
| **Ending Balance** | **-73,665.89** |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2021 through October 29, 2021

Account Number: **REDACTED**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

REDACTED
THE GATEWAY VENTURES, LLC
780 N RESLER DR STE B
EL PASO TX 79912

REDACTED

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$14,338.05** |
| Electronic Withdrawals | 2 | -12,500.00 |
| **Ending Balance** | **2** | **$1,838.05** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | 10/05 Online Transfer To Chk ...5229 Transaction#: 12736557561 | $11,000.00 |
| 10/12 | 10/11 Online Transfer To Chk ...1709 Transaction#: 12777042558 | 1,500.00 |
| **Total Electronic Withdrawals** | | **$12,500.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/05 | $3,338.05 |
| 10/12 | 1,838.05 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 1 of 2



October 01, 2021 through October 29, 2021

Account Number: REDACTED

## SERVICE CHARGE SUMMARY *(continued)*

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

3:42 PM
12/20/21

# The Gateway Ventures, LLC
## Reconciliation Summary
The Gateway Ventures - Chase, Period Ending 11/30/2021

|  | Nov 30, 21 |
|---|---:|
| Beginning Balance | 1,838.05 |
| Cleared Balance | 1,838.05 |
| **Uncleared Transactions** | |
|    Checks and Payments - 1 item | -8,816.55 |
| Total Uncleared Transactions | -8,816.55 |
| Register Balance as of 11/30/2021 | -6,978.50 |
| Ending Balance | -6,978.50 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 30, 2021 through November 30, 2021

Account Number: **REDACTED**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

REDACTED

00004348 DRE 201 142 33721 NNNNNNNNNNN T 1 000000000 D2 0000
THE GATEWAY VENTURES, LLC
780 N RESLER DR STE B
EL PASO TX 79912

## Good news — we've made two changes to help simplify how overdraft fees work.

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,838.05 |
| Ending Balance | 0 | $1,838.05 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



October 30, 2021 through November 30, 2021
Account Number: **REDACTED**

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

11:15 AM
01/13/22

# The Gateway Ventures, LLC
## Reconciliation Summary
The Gateway Ventures - Chase, Period Ending 12/31/2021

|  | Dec 31, 21 |  |
|---|---:|---:|
| **Beginning Balance** |  | 1,838.05 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 2 items | -28,650.00 |  |
|     Deposits and Credits - 1 item | 26,818.20 |  |
| **Total Cleared Transactions** | -1,831.80 |  |
| **Cleared Balance** |  | 6.25 |
| **Uncleared Transactions** |  |  |
|     Checks and Payments - 1 item | -8,816.55 |  |
| **Total Uncleared Transactions** | -8,816.55 |  |
| **Register Balance as of 12/31/2021** |  | -8,810.30 |
| **Ending Balance** |  | -8,810.30 |

Page 1



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021

Account Number: REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

REDACTED
THE GATEWAY VENTURES, LLC
780 N RESLER DR STE B
EL PASO TX 79912

REDACTED

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,838.05 |
| Deposits and Additions | 1 | 26,818.20 |
| Electronic Withdrawals | 2 | -28,650.00 |
| Ending Balance | 3 | $6.25 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Fedwire Credit Via: Zions Bancorporation N.A./113011258 B/O: Weycer Kaplan Pulaski And Zuber PC USA 77046 Ref: Chase Nyc/Ctr/Bnf=The Gateway Ventures, LLC El Paso TX 79912-7196 REDACTED Rfb=O/B Amegy Bank Imad: REDACTED Trn: 0REDACTE | $26,818.20 |
| **Total Deposits and Additions** | | **$26,818.20** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | 12/03 Online Transfer To Chk ...5229 Transaction#: 13156183183 | $28,500.00 |
| 12/29 | 12/29 Online Transfer To Chk ...5229 Transaction#: 13334764375 | 150.00 |
| **Total Electronic Withdrawals** | | **$28,650.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/02 | $28,656.25 |
| 12/03 | 156.25 |
| 12/29 | 6.25 |

Page 1 of 2



December 01, 2021 through December 31, 2021

Account Number: **REDACTED**

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC