**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **THE GATEWAY VENTURES, LLC,** | § | **CASE NO. 21-30071-HCM** |
| | § | |
| **REORGANIZED DEBTOR.** | § | **CHAPTER 11** |

**WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI'S**
**NOTICE OF APPEAL**
**(DOC#293)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COME NOW** WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, creditors and parties-in-interest (hereinafter referred to as "Appellants"), by and through the undersigned counsel, and hereby timely appeal to the United States District Court of the Western District of Texas, within 14 days after entry of the judgment, order, or decree being appealed, pursuant to 28 U.S.C. §158(a)(1), and in accordance with Fed. R. Bankr. P. 8002(a)(1), from the following Order of the United States Bankruptcy Court for the Western District of Texas, in the instant case:

a) "Order Denying Second Emergency Motion To Enforce Plan" (DOC#293), signed on March 10, 2022, and entered on March 11, 2022, a copy of which is attached hereto as Exhibit A.

The names of the parties to the above-described Order, appealed from herein, and the name and address of their attorney, are as follows:

**REORGANIZED DEBTOR:**
The Gateway Ventures, LLC
154 N. Festival Dr., Suite D
El Paso, TX 79912

**ATTORNEY FOR REORGANIZED DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Email: jarruth@wkpz.com

**CREDITORS AND PARTIES-IN-INTEREST:**
Westar Investors Group, LLC
750 York Ct.
Lewisville, TX 75056

Suhail Bawa
750 York Ct.
Lewisville, TX 75056

Saleem Makani
750 York Ct.
Lewisville, TX 75056

**ATTORNEY FOR DEBTOR:**
Michael R. Nevarez
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, TX 79913
Email: MNevarez@LawOfficesMRN.com

March 24, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com


/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI'S NOTICE OF APPEAL** was served either by electronic means as listed on the Court's ECF noticing system, or by regular first-class mail, postage prepaid, to the following parties in interest, on or before March 24, 2022:

**ATTORNEY FOR REORGANIZED DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Email: jarruth@wkpz.com

**REORGANIZED DEBTOR:**
The Gateway Ventures, LLC
154 N. Festival Dr., Suite D
El Paso, TX 79912

**EQUITY SECURITY HOLDERS**
**ALL UNSECURED CREDITORS**
**ALL SECURED CREDITORS**
**ALL PARTIES IN INTEREST**

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm                                    Page 3 of 3

```
Label Matrix for local noticing        The Gateway Ventures, LLC              United States Trustee (SMG311)
0542-3                                  154 N. Festival Dr., Suite D           U.S. Trustee's Office
Case 21-30071-hcm                       El Paso, TX 79912-6265                 615 E. Houston, Suite 533
Western District of Texas                                                      P.O. Box 1539
El Paso                                                                        San Antonio, TX 78295-1539
Wed Feb 23 12:03:01 CST 2022

U.S. BANKRUPTCY COURT                   Ashish Nayyar                          Ashish Nayyar
511 E. San Antonio Ave., Rm. 444        806 Rockport Lane                      c/o James M. Feuille
EL PASO, TX 79901-2417                  Allen, TX 75013                        ScottHulse PC
                                                                               P.O. Box 99123
                                                                               El Paso, TX 79999-9123


Ashish Nayyar, Rahim Noorani,           Border Demolition                      City of El Paso
Deepesh Shrestha, and Umesh Shrestha    Attn: Bonnie Solis                     c/o Don Stecker
c/o James M. Feuille                    1004 Diesel Drive                      112 E. Pecan St. Suite 2200
201 E. Main Drive, Suite 1100           El Paso, TX 79907-3100                 San Antonio, TX 78205-1588
El Paso, TX 79901-1340


Comptroller of Public Accounts          Cumming Skidmore Property Tax Service, LLC    Deepesh Shrestha
C/O Office of the Attorney General      5024 Amen Corner                              c/o James M. Feuille
Bankruptcy - Collections Division MC-008 El Paso, TX 79922-2047                       ScottHulse PC
PO Box 12548                                                                          P.O. Box 99123
Austin TX  78711-2548                                                                 El Paso, TX 79999-9123


Depcesh Shrestha                        El Paso County Tax AC                  HD Lending LLC
3708 N. White Chapel Blvd.              301 Manny Martinez Dr., 1st Floor      6080 Surety Dr. Ste 101
Southlake, TX 76092-2042                El Paso, TX 79905-5503                 El Paso, TX 79905-2066


HD Lending LLC                          HD Lending, LLC                        Internal Revenue Service
c/o Stephen H. Nickey PC                c/o Clyde A. Pine, Jr.                 Special Procedures Staff - Insolvency
1201 North Mesa Ste. B                  Mounce Green Myers                     P. O. Box 7346
El Paso, TX 79902-4000                  P.O. Box 1977                          Philadelphia, PA 19101-7346
                                        El Paso, Texas 79999-1977


Michael Dixson                          PDG Prestige, Inc.                     Rahim Noorani
780 N. Resler Drive Suite B             780 N. Resler Drive Suite B            4312 Hopi Drive
El Paso, TX 79912-7196                  El Paso, TX 79912-7196                 Carrolton, TX 75010-1133


Rahim Noorani                           Rahim Noorani, et al.                  Saleem Makani
c/o James M. Feuille                    c/o Marty D. Price                     c/o Eric W. Wood
ScottHulse PC                           2514 Boll St.                          Brown Fox PLLC
P.O. Box 99123                          Dalals, TX 75204-2512                  5550 Granite Parkway, Suite 175
El Paso, TX 79999-9123                                                         Plano, Texas 75024
                                                                               Email: eric@brownfoxlaw.com  75024-3834


Saleem Makani                           Spectrum Gulf Coast, LLC               Suhail Bawa
c/o Eric Wood (Brown Fox)               c/o Thompson Coburn LLP, Attn: Brian Hoc  c/o Eric W. Wood
8111 Preston Rd. Ste 300                One U.S. Bank Plaza, Suite 2700        Brown Fox PLLC
Dallas, TX 75225-6329                   St. Louis, MO 63101-1616               5550 Granite Parkway, Suite 175
                                                                               Plano, Texas 75024
                                                                               Email: eric@brownfoxlaw.com  75024-3834


Suhail Bawa                             Suresh Kumar                           Texas Attorney General
c/o Eric Wood (Brown Fox)               c/o Harrel Davis                       Environmental Protection Division
8111 Preston Rd. Ste 300                PO Box 1322                            P.O. Box 12548
Dallas, TX 75225-6329                   El Paso, TX 79947-1322                 Austin, TX 78711-2548
```

```
(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY    Umesh Shrestha                      Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                         8505 Revenue Way                    c/o James M. Feuille
P O BOX 13087                                   North Richland Hills, TX 76182-7431 ScottHulse PC
MC 132                                                                              P.O. Box 99123
AUSTIN TX 78711-3087                                                                El Paso, TX 79999-9123


Union Gateway, LLC                              United States Trustee - EP12        Westar Investor Group LLC
c/o Ryan Little                                 U.S. Trustee's Office               c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                               615 E. Houston, Suite 533           8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977                       P.O. Box 1539                       Dallas, TX 75225-6329
                                                San Antonio, TX 78295-1539


Westar Investors Group LLC                      Westar Investors Group, LLC         Jeff Carruth
c/o Michael R. Nevarez (Local Counsel)          c/o Eric W. Wood                    Weycer Kaplan Pulaski & Zuber, P.C.
The Nevarez Law Firm, P.C.                      Brown Fox PLLC                      24 Greenway Plaza, #2050
P.O. Box 12247                                  5550 Granite Parkway, Suite 175     Houston, TX 77046-2445
El Paso, TX 79913-0247                          Plano, Texas 75024
                                                Email: eric@brownfoxlaw.com  75024-3834
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Commission on Environmental Qualit        End of Label Matrix
Reg. 6 Office Compliance Enforcement            Mailable recipients    38
401 E Franklin Ave, Suite 560                   Bypassed recipients     0
El Paso, TX 79901-1212                          Total                  38
```