**APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (El Paso)
### Bankruptcy Petition #: 21−30071−hcm

| | |
|---|---|
| *Assigned to:* Bankruptcy Judge H. Christopher Mott | *Date filed:* 02/02/2021 |
| Chapter 11 | *Plan confirmed:* 10/15/2021 |
| Voluntary | *341 meeting:* 03/04/2021 |
| Asset | *Deadline for filing claims:* 06/02/2021 |

| | |
|---|---|
| *Debtor* | represented by **Jeff Carruth** |
| **The Gateway Ventures, LLC** | Weycer Kaplan Pulaski & Zuber, P.C. |
| 154 N. Festival Dr., Suite D | 24 Greenway Plaza, #2050 |
| El Paso, TX 79912 | Houston, TX 77046 |
| EL PASO−TX | 713−341−1158 |
| Tax ID / EIN: 83−2804095 | Fax : 866−666−5322 |
| | Email: jcarruth@wkpz.com |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/24/2022 | | 297 | Notice of Appeal Filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC ( Filing Fee:$ 298.00 ) (Nevarez, Michael) (Attachments: # 1 Exhibit)(related document(s): 293 Order Regarding (related document(s): 282 Second Emergency Motion Second Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Proposed Order)) (Order entered on 3/11/2022)) |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI'S NOTICE OF APPEAL**
**(DOC#293)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COME NOW** WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, creditors and parties-in-interest (hereinafter referred to as "Appellants"), by and through the undersigned counsel, and hereby timely appeal to the United States District Court of the Western District of Texas, within 14 days after entry of the judgment, order, or decree being appealed, pursuant to 28 U.S.C. §158(a)(1), and in accordance with Fed. R. Bankr. P. 8002(a)(1), from the following Order of the United States Bankruptcy Court for the Western District of Texas, in the instant case:

a) "Order Denying Second Emergency Motion To Enforce Plan" (DOC#293), signed on March 10, 2022, and entered on March 11, 2022, a copy of which is attached hereto as Exhibit A.

The names of the parties to the above-described Order, appealed from herein, and the name and address of their attorney, are as follows:

**REORGANIZED DEBTOR:**
The Gateway Ventures, LLC
154 N. Festival Dr., Suite D
El Paso, TX 79912

2

**ATTORNEY FOR REORGANIZED DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Email: jarruth@wkpz.com

**CREDITORS AND PARTIES-IN-INTEREST:**
Westar Investors Group, LLC
750 York Ct.
Lewisville, TX 75056

Suhail Bawa
750 York Ct.
Lewisville, TX 75056

Saleem Makani
750 York Ct.
Lewisville, TX 75056

**ATTORNEY FOR DEBTOR:**
Michael R. Nevarez
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, TX 79913
Email: MNevarez@LawOfficesMRN.com

March 24, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com


/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for WESTAR INVESTORS GROUP, LLC,
    SUHAIL BAWA, and SALEEM MAKANI

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm    Page 2 of 3

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI'S NOTICE OF APPEAL** was served either by electronic means as listed on the Court's ECF noticing system, or by regular first-class mail, postage prepaid, to the following parties in interest, on or before March 24, 2022:

>**ATTORNEY FOR REORGANIZED DEBTOR:**
>Jeff Carruth
>Weyer Kaplan Pulaski & Zuber, P.C.
>3030 Matlock Rd., Suite 201
>Arlington, Texas 76105
>Email: jarruth@wkpz.com
>
>**REORGANIZED DEBTOR:**
>The Gateway Ventures, LLC
>154 N. Festival Dr., Suite D
>El Paso, TX 79912
>
>**EQUITY SECURITY HOLDERS**
>**ALL UNSECURED CREDITORS**
>**ALL SECURED CREDITORS**
>**ALL PARTIES IN INTEREST**
>
>            /s/ Michael R. Nevarez
>        By: **MICHAEL R. NEVAREZ**

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm                    Page 3 of 3

4

```
Label Matrix for local noticing          The Gateway Ventures, LLC                United States Trustee (SMG311)
0542-3                                   154 N. Festival Dr., Suite D             U.S. Trustee's Office
Case 21-30071-hcm                        El Paso, TX 79912-6265                   615 E. Houston, Suite 533
Western District of Texas                                                         P.O. Box 1539
El Paso                                                                           San Antonio, TX 78295-1539
Wed Feb 23 12:03:01 CST 2022

U.S. BANKRUPTCY COURT                    Ashish Nayyar                            Ashish Nayyar
511 E. San Antonio Ave., Rm. 444         806 Rockport Lane                        c/o James M. Feuille
EL PASO, TX 79901-2417                   Allen, TX 75013                          ScottHulse PC
                                                                                  P.O. Box 99123
                                                                                  El Paso, TX 79999-9123

Ashish Nayyar, Rahim Noorani,            Border Demolition                        City of El Paso
Deepesh Shrestha, and Umesh Shrestha     Attn: Bonnie Solis                       c/o Don Stecker
c/o James M. Feuille                     1004 Diesel Drive                        112 E. Pecan St. Suite 2200
201 E. Main Drive, Suite 1100            El Paso, TX 79907-3100                   San Antonio, TX 78205-1588
El Paso, TX 79901-1340

Comptroller of Public Accounts           Cumming Skidmore Property Tax Service, LLC   Deepesh Shrestha
C/O Office of the Attorney General       5024 Amen Corner                             c/o James M. Feuille
Bankruptcy - Collections Division MC-008 El Paso, TX 79922-2047                       ScottHulse PC
PO Box 12548                                                                          P.O. Box 99123
Austin TX  78711-2548                                                                 El Paso, TX 79999-9123

Depcesh Shrestha                         El Paso County Tax AC                    HD Lending LLC
3708 N. White Chapel Blvd.               301 Manny Martinez Dr., 1st Floor        6080 Surety Dr. Ste 101
Southlake, TX 76092-2042                 El Paso, TX 79905-5503                   El Paso, TX 79905-2066

HD Lending LLC                           HD Lending, LLC                          Internal Revenue Service
c/o Stephen H. Nickey PC                 c/o Clyde A. Pine, Jr.                   Special Procedures Staff - Insolvency
1201 North Mesa Ste. B                   Mounce Green Myers                       P. O. Box 7346
El Paso, TX 79902-4000                   P.O. Box 1977                            Philadelphia, PA 19101-7346
                                         El Paso, Texas 79999-1977

Michael Dixson                           PDG Prestige, Inc.                       Rahim Noorani
780 N. Resler Drive Suite B              780 N. Resler Drive Suite B              4312 Hopi Drive
El Paso, TX 79912-7196                   El Paso, TX 79912-7196                   Carrolton, TX 75010-1133

Rahim Noorani                            Rahim Noorani, et al.                    Saleem Makani
c/o James M. Feuille                     c/o Marty D. Price                       c/o Eric W. Wood
ScottHulse PC                            2514 Boll St.                            Brown Fox PLLC
P.O. Box 99123                           Dalals, TX 75204-2512                    5550 Granite Parkway, Suite 175
El Paso, TX 79999-9123                                                            Plano, Texas 75024
                                                                                  Email: eric@brownfoxlaw.com  75024-3834

Saleem Makani                            Spectrum Gulf Coast, LLC                 Suhail Bawa
c/o Eric Wood (Brown Fox)                c/o Thompson Coburn LLP, Attn: Brian Hoc c/o Eric W. Wood
8111 Preston Rd. Ste 300                 One U.S. Bank Plaza, Suite 2700          Brown Fox PLLC
Dallas, TX 75225-6329                    St. Louis, MO 63101-1616                 5550 Granite Parkway, Suite 175
                                                                                  Plano, Texas 75024
                                                                                  Email: eric@brownfoxlaw.com  75024-3834

Suhail Bawa                              Suresh Kumar                             Texas Attorney General
c/o Eric Wood (Brown Fox)                c/o Harrel Davis                         Environmental Protection Division
8111 Preston Rd. Ste 300                 PO Box 1322                              P.O. Box 12548
Dallas, TX 75225-6329                    El Paso, TX 79947-1322                   Austin, TX 78711-2548
```

```
(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY    Umesh Shrestha                          Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                         8505 Revenue Way                        c/o James M. Feuille
P O BOX 13087                                   North Richland Hills, TX 76182-7431     ScottHulse PC
MC 132                                                                                  P.O. Box 99123
AUSTIN TX 78711-3087                                                                    El Paso, TX 79999-9123


Union Gateway, LLC                              United States Trustee - EP12            Westar Investor Group LLC
c/o Ryan Little                                 U.S. Trustee's Office                   c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                               615 E. Houston, Suite 533               8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977                       P.O. Box 1539                           Dallas, TX 75225-6329
                                                San Antonio, TX 78295-1539


Westar Investors Group LLC                      Westar Investors Group, LLC             Jeff Carruth
c/o Michael R. Nevarez (Local Counsel)          c/o Eric W. Wood                        Weycer Kaplan Pulaski & Zuber, P.C.
The Nevarez Law Firm, P.C.                      Brown Fox PLLC                          24 Greenway Plaza, #2050
P.O. Box 12247                                  5550 Granite Parkway, Suite 175         Houston, TX 77046-2445
El Paso, TX 79913-0247                          Plano, Texas 75024
                                                Email: eric@brownfoxlaw.com  75024-3834
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Commission on Environmental Qualit        End of Label Matrix
Reg. 6 Office Compliance Enforcement            Mailable recipients    38
401 E Franklin Ave, Suite 560                   Bypassed recipients     0
El Paso, TX 79901-1212                          Total                  38
```

**The relief described hereinbelow is SO ORDERED.**

Signed March 10, 2022.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING SECOND EMERGENCY MOTION TO ENFORCE PLAN

On March 10, 2022, the Court conducted a hearing on the Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group"). The Gateway Ventures, LLC ("Reorganized Debtor") filed a Response to the Motion ("Response")(dkt# 291). Appearing at the hearing were counsel for the Westar Group; counsel for the Reorganized Debtor; counsel for Suresh Kumar; and Mr. Michael Dixson of the Reorganized Debtor.

The Court has considered the Motion, the Response, the exhibits, the evidence, the record in this case, and the statements and arguments of counsel. For the reasons stated by the Court on the record at the hearing on March 10, 2022, the Court finds that the Motion should be denied, and the following Order should be entered.

1

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. The Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group") is hereby DENIED.

2. This Order is without prejudice to the remedy provided to the Westar Investors Group, LLC in section 5.8.2(4) of the First Amended Plan of Reorganization as Modified confirmed by the Court and any remedy that may be provided by section 1112(b) of the Bankruptcy Code.

# # #

2