# 21-30071 The Gateway Ventures, LLC

## List of Parties to Notice of Appeal

### Notice of Appeal – CM/ECF Doc # 297 filed on behalf of Creditors Suhail Bawa, Saleem Makani, and Westar Investors Group, LLC

## Appellants:

| | | |
|---|---|---|
| **Suhail Bawa**<br><br>*(Creditor / Appellant)* | Represented by | **Michael R. Nevarez**<br>The Law Offices of Michael R. Nevarez<br>P.O. Box 12247<br>El Paso, TX 79913<br>(915) 225-2255<br>MNevarez@LawOfficesMRN.com |
| **Saleem Makani**<br><br>*(Creditor / Appellant)* | | |
| **Westar Investors Group, LLC**<br><br>*(Creditor / Appellant)* | | |

## Appellee:

| | | |
|---|---|---|
| **The Gateway Ventures, LLC**<br>154 N. Festival Dr., Suite D<br>El Paso, TX 79912<br><br>*(Debtor / Appellee)* | Represented by | **Jeff Carruth**<br>Weycer Kaplan Pulaski & Zuber, PC<br>24 Greenway Plaza, #2050<br>Houston, TX 77046<br>713-341-1158<br>jcarruth@wkpz.com |

## Interested Party:

| | | |
|---|---|---|
| **United States Trustee - EP12**<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br>(210) 472-4640<br>USTPRegion07.SN.ECF@usdoj.gov<br><br>*(U.S. Trustee / Interested Party)* | Represented by | **James W Rose, Jr**<br>DOJ-UST<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205<br>210-472-4640<br>james.rose@usdoj.gov |