# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

| | | |
|---|---|---|
| IN RE: **The Gateway Ventures, LLC**, Debtor(s) | Bankruptcy Case No.: | 21–30071–hcm |
| | Chapter No.: | 11 |
| | Judge: | H. Christopher Mott |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 21–30071–hcm . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Creditors Suhail Bawa, Saleem Makani, and Westar Investors Group, LLC**, relates to:

CM/ECF Doc. 293 entered 03/11/2022 – Order Regarding [282] Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief

| | |
|---|---|
| ☒ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☒ | Additional Items: Bankruptcy Docket Report; List of Parties |

**REMARKS**:

Dated: 3/25/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Bridget Hardage , Deputy Clerk

**[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]