# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

| | | |
|---|---|---|
| IN RE: **The Gateway Ventures, LLC**, Debtor(s) | Bankruptcy Case No.: | 21−30071−hcm |
| | Chapter No.: | 11 |
| | Judge: | H. Christopher Mott |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 21−30071−hcm . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Creditors Suhail Bawa, Saleem Makani, and Westar Investors Group, LLC**, relates to:

CM/ECF Doc. 293 entered 03/11/2022 − Order Regarding [282] Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Bankruptcy Docket Report; List of Parties |

**REMARKS**:

Dated: 3/25/22

                                         Barry D. Knight
                                         Clerk, U. S. Bankruptcy Court

                                         BY: Bridget Hardage , Deputy Clerk

**[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]

United States Bankruptcy Court

Western District of Texas

In re:   Case No. 21-30071-hcm

The Gateway Ventures, LLC   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: admin     Page 1 of 3
Date Rcvd: Mar 25, 2022     Form ID: 511     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Gateway Ventures, LLC, 154 N. Festival Dr., Suite D, El Paso, TX 79912-6265 |
| cr | | Ashish Nayyar, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | | Deepesh Shrestha, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| intp | + | ELP Real Estate Group LLC, Chris Duncan, 6006 N. Mesa, Ste. 1100, El Paso, TX 79912-4655 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | | Rahim Noorani, c/o James M. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | Spectrum Gulf Coast, LLC, c/o Brian W. Hockett, Esq., Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO 63101-1693 |
| cr | | Umesh Shrestha, c/o James M. Feuille, ScotHulse PC, PO Box 99123, El Paso, TX 79999-9123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 25 2022 22:06:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

**Name**      **Email Address**

Aldo R Lopez

21-30071-hcm Doc#299 Filed 03/27/22 Entered 03/27/22 23:17:02 Imaged Certificate of Notice Pg 3 of 4

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 511 | Total Noticed: 9 |

| | |
|---|---|
| | on behalf of Counter Claimant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Aldo R Lopez | |
| | on behalf of Defendant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Aldo R Lopez | |
| | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com psoto@raylaw.com |
| Brian W. Hockett | |
| | on behalf of Creditor Spectrum Gulf Coast LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | |
| | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | |
| | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Eric Charles Wood | |
| | on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Creditor Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Creditor Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | |
| | on behalf of Creditor Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Harrel L. Davis, III | |
| | on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | |
| | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | |
| | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | |
| | on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | |
| | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |
| | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | |
| | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| Jeff Carruth | |
| | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | |
| | on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | |
| | on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |

21-30071-hcm Doc#299 Filed 03/27/22 Entered 03/27/22 23:17:02 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 511 | Total Noticed: 9 |

| | |
|---|---|
| Jeff Carruth | on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Creditor Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Creditor Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Counter Defendant Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Creditor Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Ryan Little | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 42