IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**APPELLANTS' DESIGNATION FOR APPEAL**

**COMES NOW** WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI (hereinafter jointly referred to as "Appellants" or "WESTAR"), Appellants and creditors/parties-in-interest in the above-captioned proceedings, by and through the undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and in accordance with Rules 4, 6 and 10 of the Federal Rules of Appellate Procedure, and hereby timely file this designation of the record and issues for the appeal, within fourteen (14) days after the appellant's notice of appeal as of right became effective under Rule 8002 of the Federal Rules of Bankruptcy Procedure; as follows:

**I.      ITEMS TO BE INCLUDED IN THE RECORD.**

A.      Appellants hereby designate the following documents in the record of *In Re: The Gateway Ventures, LLC*, in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, Cause No. 21-30071-hcm:

| Filing Date | DOC# | Docket Text |
|---|---|---|
| 02/02/2021 | 1 (10 pgs) | Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation (Filing Fee: $ 1738) Filed By The Gateway Ventures, LLC. -Declaration for Electronic Filing due by 02/9/2021 (Carruth, Jeff) |

| | | |
|---|---|---|
| 02/26/2021 | 20 (27 pgs) | Schedules And Statement Of Financial Affairs |
| 12/22/2021 | 262 (64 pgs; 7 docs) | Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Proposed Order) |
| 12/22/2021 | 263 (7 pgs; 2 docs) | Motion to Expedite Hearing (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Proposed Order) |
| 12/22/2021 | 264 (3 pgs) | Preliminary Response Of Reorganized Debtor To Motion To Expedite Hearing Date On Emergency Motion To Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief (RE: Docket No. 263) |
| 12/22/2021 | 265 (12 pgs; 2 docs) | Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Emergency Motion To Enforce First Amended Plan Of Reorganization (Attachments: # 1 Proposed Order Proposed Order) |
| 12/22/2021 | 266 (5 pgs; 2 docs) | Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Motion To Expedite Hearing Date On Emergency Motion To Enforce First Amended Plan Of Reorganization (Attachments: # 1 Proposed Order Proposed Order) |
| 12/22/2021 | 267 (3 pgs) | Notice of Expedited Hearing On Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief |
| 12/23/2021 | 268 (2 pgs) | Order Granting Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Motion To Expedite Hearing Date On Emergency Motion To Enforce First Amended Plan Of Reorganization |
| 12/23/2021 | 269 (2 pgs) | Order Granting Motion To Expedite Hearing Date On Emergency Motion To Enforce The Chapter 11 Plan, And Award Other Miscellaneous Relief |
| 12/23/2021 | 270 (2 pgs) | Notice of Expedited Hearing On Emergency Motion To Enforce First Amended Plan Of Reorganization |
| 01/06/2022 | 273 (3 pgs) | Notice of Change of Debtor Address |
| 01/07/2022 | 274 (7 pgs) | Response of Reorganized Debtor to (1) Motion To Expedite Hearing Date on Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (RE: Docket No. 263) and (II) Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Emergency Motion To Enforce First Amended Plan of (RE: Docket No. 265) |

| Date | Doc | Description |
|---|---|---|
| 01/11/2022 | 275 (3 pgs) | Amended Notice of Change of Debtor Address |
| 01/12/2022 | 276 (44 pgs; 4 docs) | Reply To Response of Reorganized Debtor To (1) Motion To Expedite Hearing Date on Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (RE: Docket No. 263) and (II) Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Emergency Motion To Enforce First Amended Plan of (RE: Docket No. 265) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) |
| 01/13/2022 | 277 (2 pgs) | Order Granting Rahim Noorani, Ashish Nayyar, Deepesh Shrestha, and Umesh Shrestha's Emergency Motion to Enforce First Amended Plan of Reorganization |
| 01/13/2022 | 278 (2 pgs) | Order Regarding Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief |
| 01/27/2022 | 281 (1 pg) | Order Due Letter Sent to: James M. Feuille |
| 02/21/2022 | 282 (125 pgs; 9 docs) | Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Proposed Order) |
| 02/21/2022 | 283 (7 pgs; 2 docs) | Motion to Expedite Hearing Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) (Attachments: Proposed Order) |
| 02/23/2022 | 284 (3 pgs) | Amended Certificate of Service To Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) |
| 02/23/2022 | 285 (3 pgs) | Amended Certificate of Service To Motion to Expedite Hearing Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) |
| 02/24/2022 | 286 (2 pgs) | Order Granting Motion to Expedite Hearing Date On Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) |
| 02/24/2022 | 287 (5 pgs) | Notice of Expedited Hearing On Second Emergency Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) |

| | | |
|---|---|---|
| 03/01/2022 | 289 (1 pg) | Audio Recording Order Request from Jeff Carruth |
| 03/03/2022 | 290 (4 pgs) | Notice of Default by The Gateway Ventures, LLC (DOC ## 231, 245, 246 and 278) ($100,000.00) |
| 03/07/2022 | 291 (4 pgs) | Response Of Reorganized Debtor To Westar Motion To Enforce Plan (RE: Docket No. 282) |
| 03/09/2022 | 292 (1 pg) | Notice of Withdrawal of Claim |
| 03/11/2022 | 293 (2 pgs) | Order Denying Second Emergency Motion To Enforce The Chapter 11 Plan |
| 03/14/2022 | 295 (15 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2021 |
| 03/14/2022 | 296 (20 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2021 |
| 03/24/2022 | 297 (7 pgs; 2 docs) | Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal (Do#293) (Attachments: #1 Exhibit) |
| 03/25/2022 | 298 (59 pgs; 4 docs) | Notice to District Court of Filing of Notice of Appeal. (Attachments: # 1 Bankruptcy Docket Report # 2 List of Parties) (related document(s): 297 Notice of Appeal Filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC |
| 03/31/2022 | 300 (2 pgs) | Transcript Ordered Filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC |

## II.    ISSUES ON APPEAL.

Pursuant to Rules 4, 6 and 10 of the Federal Rules of Appellate Procedure, and reserving further amendment or modification, if necessary, Appellants hereby respectfully submit the following issues to be presented on appeal, concerning the Bankruptcy Court's ("Court") "Order Denying Second Emergency Motion To Enforce Plan" ("Order") ("DOC #293"), signed on March 10, 2022, and entered on March 11, 2022:

1. Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to pay $100,000.00 to Westar

        Investors Group, LLC, within three (3) days from the date of the Order, with interest at the maximum rate allowable under the laws of the State of Texas.

2.       Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to make no further intercompany transfers to its affiliate PDG Prestige, Inc., until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

3.       Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to make no further intercompany transfers to its affiliate Prestige Star Holding, LLC, until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

4.       Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to make no further payment of attorney's fees and costs, to Mr. Carruth and Weyer Kaplan Pulaski & Zuber, P.C., until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

5.       Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the

Appellants' Designation For Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm     Page 5 of 8

Reorganized Debtor, The Gateway Ventures, LLC, to make no further payments, transfers or loans to its managing member, Mr. Michael Dixson, until the lump sum payment of $100,000.00 is paid to the Westar Investors Group, LLC.

6. Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to immediately recover from Mr. Dixson any and all amounts paid to Mr. Dixson, by The Gateway Ventures, LLC, and/or and PDG Prestige, Inc.

7. Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to file with the Court, within fourteen (14) days from the date of the Order, Monthly Operation Reports for the periods ending (a) August 31, 2021, (b) October 31, 2021, (c) November 30, 2021, (d) December 31, 2021, and (e) January 31, 2022.

8. Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to timely file its Monthly Operation Reports for the period ending February 28, 2022, as well as all subsequent reports hereinafter.

Appellants' Designation For Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm        Page 6 of 8

9. Whether the Order constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering the Court failed and/or refused to order the Reorganized Debtor, The Gateway Ventures, LLC, to reimburse WESTAR, within fourteen (14) days from the date of the Order, all attorney's fees and costs incurred by WESTAR, since the issuance of the Confirmation Order, on October 15, 2021.

April 11, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400
Attorney for Appellants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **APPELLANTS' DESIGNATION FOR APPEAL** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to the following parties in interest, on or about April 11, 2022:

**ATTORNEY FOR REORGANIZED DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Email: jarruth@wkpz.com

**REORGANIZED DEBTOR:**
The Gateway Ventures, LLC
154 N. Festival Dr., Suite D
El Paso, TX 79912

**EQUITY SECURITY HOLDERS
ALL UNSECURED CREDITORS
ALL SECURED CREDITORS
ALL PARTIES IN INTEREST**

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**