# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **The Gateway Ventures, LLC** , Debtor(s)

---

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **3/10/2022** was filed on **05/14/2022**. The following deadlines apply:

The parties have until **May 23, 2022** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **June 6, 2022**.

If a request for redaction is filed, the redacted transcript is due **June 14, 2022**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 12, 2022** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **EXCEPTIONAL REPORTING, Telephone number 361 949−2988**, or you may view the document at the clerk's office public terminal.

Dated:  5/16/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laura S. Resendez

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]