**The relief described hereinbelow is SO ORDERED.**

**Signed June 01, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |

**ORDER SETTING HEARING AND DEADLINES ON**
**THIRD MOTION TO ENFORCE PLAN, WITH NOTICE THEREOF**

A Third Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 316) was filed on May 27, 2022 by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group"). The Court finds the following Order should be entered.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. On <u>June 29, 2022, at 1:30 p.m. (MT), 2:30 p.m. (CT)</u>, the Court will conduct a hearing on the Motion (dkt# 316). The hearing will be conducted by Webex through the Webex software application at: **us-courts.webex.com/meet/Mott**. Parties and counsel that are only listening to the hearing may attend by phone at **phone number 650-479-3207, access code 160-357-6609#**.

1

2. By June 20, 2022, The Gateway Ventures, LLC ("Reorganized Debtor") shall file a Response to the Motion ("Response"), which shall include specific admissions and denials of the allegations in the Motion.

3. Any Reply to the Response must be filed by the Westar Group by June 27, 2022.

# # #