**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071-hcm |
| THE GATEWAY VENTURES, LLC, | § | Chapter 11 |
| | § | |
| | § | |
| *Debtor*. | § | |
| | § | |

**ORDER GRANTING EMERGENCY MOTION TO REQUIRE NOORANI PARTIES-SAAAN, INC. TO EXECUTE MYLARS FOR MASTER PLAT (RE: DOCKET NO. 360)**

On October 13, 2022, the Court conducted an emergency hearing regarding the *Emergency Motion to Require Noorani Parties-Saaan, Inc. to Execute Mylars for Master Plat* (Docket No. 360) (the "Motion to Compel") filed herein by The Gateway Ventures, LLC, reorganized debtor on October 11, 2022. In light of the record before the Court, the Court is of the opinion that the following Orders should be entered.

IT IS THEREFORE ORDERED:

1. All capitalized terms used in this Order shall have the same meaning as ascribed to such terms in the Motion to Compel unless otherwise defined herein.

2. A representative of SAAAN, Inc. shall appear in person in court and El Paso, Texas at the emergency hearing on the Motion to Compel and execute and

deliver to TGV a sufficient number of the duplicate original mylars necessary to record the master track or master plat of the Gateway Development property.

### END OF ORDER ###