**Motion withdrawn on record at hearing on 10/18/2022.**



**SO ORDERED.**

**SIGNED this 18th day of October, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071-hcm |
| THE GATEWAY VENTURES, LLC, | § | Chapter 11 |
| | § | |
| *Debtor.* | § | |

**ORDER GRANTING EMERGENCY MOTION TO REQUIRE NOORANI PARTIES-SAAAN, INC. TO EXECUTE MYLARS FOR MASTER PLAT (RE: DOCKET NO. 360)**

On October 13, 2022, the Court conducted an emergency hearing regarding the *Emergency Motion to Require Noorani Parties-Saaan, Inc. to Execute Mylars for Master Plat* (Docket No. 360) (the "Motion to Compel") filed herein by The Gateway Ventures, LLC, reorganized debtor on October 11, 2022. In light of the record before the Court, the Court is of the opinion that the following Orders should be entered.

IT IS THEREFORE ORDERED:

1. All capitalized terms used in this Order shall have the same meaning as ascribed to such terms in the Motion to Compel unless otherwise defined herein.

2. A representative of SAAAN, Inc. shall appear in person in court and El Paso, Texas at the emergency hearing on the Motion to Compel and execute and

deliver to TGV a sufficient number of the duplicate original mylars necessary to record the master track or master plat of the Gateway Development property.

### END OF ORDER ###



United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30071-hcm |
| The Gateway Ventures, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Gateway Ventures, LLC, 154 N. Festival Dr., Suite D, El Paso, TX 79912-6265 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hockett | on behalf of Creditor Spectrum Gulf Coast LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Gwen Irene Walraven | on behalf of Creditor Legalist DIP GP LLC gwalraven@bellnunnally.com, csellers@bellnunnally.com |
| Harrel L. Davis, III | |

21-30071-hcm Doc#377 Filed 10/20/22 Entered 10/20/22 23:20:15 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Cumming Skidmore Property Tax Service LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Suhail Bawa hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Saleem Makani hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Plaintiff Suhail Bawa hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Plaintiff Westar Investors Group LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Creditor Westar Investors Group LLC hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Plaintiff Saleem Makani hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Creditor Rahim Noorani jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Ashish Nayyar jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Deepesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Umesh Shrestha jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| Jeff Carruth | on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Debtor The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Russell W. Mills | on behalf of Creditor Legalist DIP GP LLC rmills@bellnunnally.com, nsummerville@bellnunnally.com |
| Ryan Little | on behalf of Interested Party Union Gateway LLC little@mgmsg.com, tsilva@mgmsg.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 30