**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | CASE NO 21-30071 |
| THE GATEWAY VENTURES, LLC, | | |
| Debtor. | | |

**GLOBAL RESPONSE AND OBJECTION OF REORGANIZED DEBTOR TO MATTERS SET FOR HEARING ON MAY 30, 2023 (RE: DOCKET NOS. 454, 455, 456, 457, 460, 472)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

The Gateway Ventures LLC, reorganized debtor ("TGV") files this global response and objection to the matters set for hearing on May 30, 2023 and in support thereof would show the Court the following.

1. The method and/or manner of any sales process in this Court has been under the control of Legalist for at the last eight (8) months.

2. The most recent sale process demonstrates the disconnect of Legalist with the reality of the property. The biggest or worst example of this was the requirement for a $1 million down payment before any bid would be considered.

3. TGV has done nothing to thwart the sale process(es) sought by Legalist, and TGV has only exercised its rights and remedies permitted under applicable law, which had nothing to do with the instant sale process of Legalist.

4. TGV kept Legalist routinely informed of the efforts of TGV to obtain financing to resolve the Legalist indebtedness. The number of proposals referenced in the pleadings of Legalist

is a misnomer and instead demonstrates the options sought by TGV and various scenarios under discussion, which TGV provided as regular updates to Legalist.

5. A closing scheduled in December, 2022 was thwarted by a CBRE appraisal that applied a method of valuation to the property never before used.

6. The commitment that TGV provided in March, 2023 to Legalist expired due to inaction by Legalist.

7. Legalist for its part has denied any resolution of the indebtedness by insisting on unrealistic and impossible demonstrations of a willingness of a lender to close a transaction. Instead of working towards resolving the indebtedness (for example, by opposing a global mediation), Legalist provides no business-like communications and a moving target which no lender is able to meet while needlessly permitting additional default interest and fees to accumulate.

8. Legalist stated in open Court on March 14, 2023 that if the sale process did not result in any bids, and/or if an entity related to Michael Dixson wished to bid, then Legalist would accept that offer.

9. TGV is aware that Michael Dixson and/or 6767 Gateway LLC ("6767") submitted a bid of $12 million prior to the bid deadline.

10. Undoubtedly, a $12 million offer is by far the highest and best offer with respect to the property.[1]

11. In connection with that bid, Legalist through Mr. Chris Wren contacted the lender of TGV and/or 6767 to verify the intentions and availability of the lender to fund the transaction, which intentions and availability the lender confirmed to Mr. Wren.

---

[1] Mr. Dixson provided an additional component to this offer to Legalist on May 26, 2023.

12. **Accordingly, the offer of TGV and/or 6767 should be declared to be the winning bid under the TGV sale process, and the Court should set a deadline of thirty (30) days for the Legalist and the bidder to close the transaction.**

WHEREFORE, the Reorganized Debtor respectively request that the Court to declare that the offer submitted by TGV and/or 6767 Gateway LLC is the successful bidder and order Legalist to close on the $12 million offer. Reorganized Debtor especially requests such other and further relief to which it is entitled at law or in equity.

Dated: May 30, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
THE GATEWAY VENTURES, LLC
REORGANIZED DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 30, 2023 by electronic notice only to all ECF users who have appeared in each case to date, as set forth below and whose mailing addresses appear in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

    */s/ Jeff Carruth*
    JEFF CARRUTH

## ECF SERVICE LIST

**21-30071-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Cross Claimant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - EP12
erin.coughlin@usdoj.gov, roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Harrel L. Davis, III on behalf of Creditor Cumming Skidmore Property Tax Service, LLC
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Ashish Nayyar
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

Brian W. Hockett on behalf of Creditor Spectrum Gulf Coast, LLC
bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com

Ryan Little on behalf of Interested Party Union Gateway, LLC
little@mgmsg.com, tsilva@mgmsg.com

Russell W. Mills on behalf of Creditor Legalist DIP GP, LLC
rmills@bellnunnally.com, nsummerville@bellnunnally.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Gwen Irene Walraven on behalf of Creditor Legalist DIP GP, LLC
gwalraven@bellnunnally.com, csellers@bellnunnally.com

## REGULAR MAIL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Wed Jan 11 15:33:29 CST 2023 | The Gateway Ventures, LLC<br>154 N. Festival Dr., Suite D<br>El Paso, TX 79912-6265 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Ashish Nayyar<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Ashish Nayyar, Rahim Noorani,<br>Deepesh Shrestha, and Umesh Shrestha<br>c/o James M. Feuille<br>201 E. Main Drive, Suite 1100<br>El Paso, TX 79901-1340 |
| Border Demolition<br>Attn: Bonnie Solis<br>1004 Diesel Drive<br>El Paso, TX 79907-3100 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Cumming Skidmore Property Tax Service, LLC<br>5024 Amen Corner<br>El Paso, TX 79922-2047 | DIP GP, LLC<br>c/o Gwen I. Walraven, Esq.<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201-2721 | Deepesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 | HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 |
| HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Legalist DIP GP, LLC<br>c/o Russell W. Mills, Esq.<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201-2721 | Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 | Rahim Noorani<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Rahim Noorani, et al.<br>c/o Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 |
| Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Spectrum Gulf Coast, LLC<br>c/o Thompson Coburn LLP, Attn: Brian Hoc<br>One U.S. Bank Plaza, Suite 2700<br>St. Louis, MO 63101-1616 |
| Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 | Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 |

| | | |
|---|---|---|
| Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 | Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 |
| Umesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Union Gateway, LLC<br>c/o Ryan Little<br>P. O. Drawer 1977<br>El Paso, Texas 79999-1977 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group LLC<br>c/o Michael R. Nevarez (Local Counsel)<br>The Nevarez Law Firm, P.C.<br>P.O. Box 12247<br>El Paso, TX 79913-0247 | Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 |
| Westar Investors Group, LLC,<br> Suhail Bawa & Saleem Makani<br>c/o Harrel L. Davis<br>P.O. Box 1322<br>El Paso, TX 79947-1322 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greenway Plaza, #2050<br>Houston, TX 77046-2445 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | Texas Commission on Environmental Qualit<br>Reg. 6 Office Compliance Enforcement<br>401 E Franklin Ave, Suite 560<br>El Paso, TX 79901-1212 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |