IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 7 |
| Debtor. | § | |

**MOTION FOR CONTINUANCE OF HEARING ON WESTAR INVESTORS GROUP, LLC'S MOTION TO VACATE AMENDED AND RESTATED SPECIAL WARRANTY DEED FILED BY THE DEBTOR (RE: dkt# 502)**

TO THE HONORABLE CHRISTOPHER G. BRADLEY, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW WESTAR INVESTORS GROUP, LLC ("Westar"), by and through its attorneys of record, and files this, its Motion for Continuance of Hearing on its Motion to Vacate Amended and Restated Special Warranty Deed Filed by the Debtor, and in support thereof, would respectfully show as follows:

1. On August 30, 2023, Westar filed its 29, 2020, Galaway filed its Motion to Vacate Amended and Restated Special Warranty Deed Filed by the Debtor (the "Motion to Vacate") [dkt# 502]. The Motion to Vacate is currently set for hearing on October 26, 2020 at 9:00 a.m.

2. Counsel for Westar has been attempting to negotiate a resolution to the Motion to Vacate with the counsel for the Trustee. In an effort to allow the negotiations to continue, Westar has agreed to continue the hearing on its Motion to Vacate to the Court's November 9, 2023 docket.

3. Westar would respectfully request the Court to continue the hearing on the Motion to Vacate to the Court's November 9, 2023 docket.

**Certificate of Conference**

4. Counsel for Westar has conferred with counsel for the Trustee and counsel for Michael Dixson and they have no objection to the relief requested herein.

{12889.1/HDAV/07016931.1}

**WHEREFORE, PREMISES CONSIDERED,** WESTAR INVESTORS GROUP, LLC respectfully requests the Court to continue the October 26, 2023 hearing on its Motion to Vacate Amended and Restated Special Warranty Deed Filed by the Debtor [dkt #502] to the Court's November 9, 2023 docket, and for such other and further relief to which it shall show itself to be justly entitled.

DATED this 24 day of October, 2023.

                                                  **GORDON DAVIS JOHNSON & SHANE P.C.**
                                                  4695 N. Mesa Street
                                                  El Paso, Texas 79912
                                                  (915) 545-1133
                                                  (915) 545-4433 (Fax)

By: _/s/ Harrel Davis_____
                                                  Harrel L. Davis III
                                                  State Bar No. 05567560
                                                  hdavis@eplawyers.com
                                                  Attorneys for Westar Investors Group, LLC

## CERTIFICATE OF SERVICE

I certify that on the 24 day of October, 2023, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the Court's ECF noticing system or by regular first-class mail:

_/s/ Harrel Davis_____
Harrel L. Davis

{12889.1/HDAV/07016931.1}

```
Label Matrix for local noticing          The Gateway Ventures, LLC              U.S. BANKRUPTCY COURT
0542-3                                   154 N. Festival Dr., Suite D           511 E. San Antonio Ave., Rm. 444
Case 21-30071-cgb                        El Paso, TX 79912-6265                 EL PASO, TX 79901-2417
Western District of Texas
El Paso
Tue Oct 24 10:12:37 CDT 2023

Ashish Nayyar                            Ashish Nayyar                          Ashish Nayyar, Rahim Noorani,
806 Rockport Lane                        c/o James M. Feuille                   Deepesh Shrestha, and Umesh Shrestha
Allen, TX 75013                          ScottHulse PC                          c/o James M. Feuille
                                         P.O. Box 99123                         201 E. Main Drive, Suite 1100
                                         El Paso, TX 79999-9123                 El Paso, TX 79901-1340

Border Demolition                        (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP   Comptroller of Public Accounts
Attn: Bonnie Solis                       ATTN DON STECKER                       C/O Office of the Attorney General
1004 Diesel Drive                        112 E PECAN                            Bankruptcy - Collections Division MC-008
El Paso, TX 79907-3100                   SUITE 2200                             PO Box 12548
                                         SAN ANTONIO TX 78205-1588              Austin TX  78711-2548

Cumming Skidmore Property Tax Service, LLC   DIP GP, LLC                        Deepesh Shrestha
5024 Amen Corner                         c/o Gwen I. Walraven, Esq.             c/o James M. Feuille
El Paso, TX 79922-2047                   Bell Nunnally & Martin LLP             ScottHulse PC
                                         2323 Ross Avenue, Suite 1900           P.O. Box 99123
                                         Dallas, Texas 75201-2721               El Paso, TX 79999-9123

Depcesh Shrestha                         El Paso County Tax AC                  HD Lending LLC
3708 N. White Chapel Blvd.               301 Manny Martinez Dr., 1st Floor      6080 Surety Dr. Ste 101
Southlake, TX 76092-2042                 El Paso, TX 79905-5503                 El Paso, TX 79905-2066

HD Lending LLC                           HD Lending, LLC                        Internal Revenue Service
c/o Stephen H. Nickey PC                 c/o Clyde A. Pine, Jr.                 Special Procedures Staff - Insolvency
1201 North Mesa Ste. B                   Mounce Green Myers                     P. O. Box 7346
El Paso, TX 79902-4000                   P.O. Box 1977                          Philadelphia, PA 19101-7346
                                         El Paso, Texas 79999-1977

LR Food Corporation                      Legalist DIP GP, LLC                   Michael Dixson
700 N. Zaragoza Rd., Ste. Y              c/o Russell W. Mills, Esq.             780 N. Resler Drive Suite B
El Paso, TX 79907-4766                   Bell Nunnally & Martin LLP             El Paso, TX 79912-7196
                                         2323 Ross Avenue, Suite 1900
                                         Dallas, Texas 75201-2721

PDG Prestige, Inc.                       Rahim Noorani                          Rahim Noorani
780 N. Resler Drive Suite B              4312 Hopi Drive                        c/o James M. Feuille
El Paso, TX 79912-7196                   Carrolton, TX 75010-1133               ScottHulse PC
                                                                                P.O. Box 99123
                                                                                El Paso, TX 79999-9123

Rahim Noorani, et al.                    Saleem Makani                          Saleem Makani
c/o Marty D. Price                       c/o Eric W. Wood                       c/o Eric Wood (Brown Fox)
2514 Boll St.                            Brown Fox PLLC                         8111 Preston Rd. Ste 300
Dalals, TX 75204-2512                    5550 Granite Parkway, Suite 175        Dallas, TX 75225-6329
                                         Plano, Texas 75024
                                         Email: eric@brownfoxlaw.com  75024-3834

Spectrum Gulf Coast, LLC                 Suhail Bawa                            Suhail Bawa
c/o Thompson Coburn LLP, Attn: Brian Hoc c/o Eric W. Wood                       c/o Eric Wood (Brown Fox)
One U.S. Bank Plaza, Suite 2700          Brown Fox PLLC                         8111 Preston Rd. Ste 300
St. Louis, MO 63101-1616                 5550 Granite Parkway, Suite 175        Dallas, TX 75225-6329
                                         Plano, Texas 75024
                                         Email: eric@brownfoxlaw.com  75024-3834
```

| | | |
|---|---|---|
| Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 |
| Umesh Shrestha<br>8505 Revenue Way<br>North Richland Hills, TX 76182-7431 | Umesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Union Gateway, LLC<br>c/o Ryan Little<br>P. O. Drawer 1977<br>El Paso, Texas 79999-1977 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Westar Investor Group LLC<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Westar Investors Group LLC<br>c/o Michael R. Nevarez (Local Counsel)<br>The Nevarez Law Firm, P.C.<br>P.O. Box 12247<br>El Paso, TX 79913-0247 |
| Westar Investors Group, LLC<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com  75024-3834 | Westar Investors Group, LLC,<br> Suhail Bawa & Saleem Makani<br>c/o Harrel L. Davis<br>P.O. Box 1322<br>El Paso, TX 79947-1322 | Ronald E Ingalls<br>PO Box 2867<br>Fredericksburg, TX 78624-1927 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | Texas Commission on Environmental Qualit<br>Reg. 6 Office Compliance Enforcement<br>401 E Franklin Ave, Suite 560<br>El Paso, TX 79901-1212 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |