**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **THE GATEWAY VENTURES, LLC,** | § | |
| | § | **Case No. 21-30071** |
| | § | |
| **DEBTOR** | § | |

**ORDER ON MOTION OF INTERESTED PARTY MICHAEL DIXSON TO INVOKE THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPLICABLE TO CONTESTED MATTERS AND THE ENTRY OF A SCHEDULING ORDER RELATED WESTAR INVESTORS GROUP, LLC'S MOTION TO VACATE AMENDED AND RESTATED SPECIAL WARRANTY DEED FILED BY THE DEBTOR**

On this day the Court considered the Motion Of Interested Party Michael Dixson To Invoke The Federal Rules Of Bankruptcy Procedure Applicable To Contested Matters And The Entry Of A Scheduling Order Related to Westar Investors Group, LLC's Motion To Vacate Amended And Restated Special Warranty Deed Filed By The Debtor (the "Motion"). After considering the pleadings and the arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that discovery related to Westar Investors Group, LLC's Motion To Vacate Amended And Restated Special Warranty Deed Filed By The Debtor (the "Westar Motion") shall be conducted in accordance with and pursuant to the procedural rules which apply to contested matters in accordance with Federal Rule of Bankruptcy Procedure 9014.

IT IS FURTHER ORDERED that the Westar Motion shall be governed by the Scheduling Order attached hereto.

###