**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | § | Case No. 21-30071-hcm |
|  | § |  |
| The Gateway Ventures, LLC. | § | Chapter 7 |
|  | § |  |
| Debtor | § |  |

## MOTION FOR EXPEDITED HEARING OF EMERGENCY MOTION TO COMPEL TRUSTEE TO EFFECTUATE PROMPT MARKETING AND SALE OF PROPERTY, PROVIDE INSURANCE, FINANCIAL STATEMENTS, MONTHLY OPERATING REPORTS, 2023 TAX RETURN, AND CORRECT DEFECTS IN THE ASSETS OF THE ESTATE UNDER MANAGEMENT BY THE TRUSTEE.

The Creditor / Debtor's Manager Michael J. Dixson files this Motion for Expedited Hearing of **EMERGENCY MOTION TO COMPEL TRUSTEE TO EFFECTUATE PROMPT MARKETING AND SALE OF PROPERTY, PROVIDE INSURANCE, FINANCIAL STATEMENTS, MONTHLY OPERATING REPORTS, 2023 TAX RETURN, AND CORRECT DEFECTS IN THE ASSETS OF THE ESTATE UNDER MANAGEMENT BY THE TRUSTEE. DOC # 566 as follows:**

1. **Underlying motion**: on Friday March 15, 2024, the Creditor / Debtor's former manager filed a motion to compel the Trustee Ronald Ingalls, to perform his duties as the administrator of the Estate for The Gateway Ventures, LLC. in the motion the creditor alleges the Trustee has disregarded offers to purchase the property owned by the Creditor, failed to maintain insurance and financial records, file monthly operating reports, file a 2023 Tax return, and preserve the value of the assets of the Creditor's Estate. This motion was filed after 10 months of the appointment of Trustee Ronald Ingalls in the case. To date the Trustee has shown a pattern of mismanagement, tortious interference in the sale process, and disregard of the Estate for benefit the Creditors and third parties related to the case.

2. **Need for expedited hearing**: Given the severity and time sensitive nature of the issues, I respectfully request that the court scheduled expedited hearing to prevent further mismanagement, devalue, irreparable damage, unnecessary carry costs, and collection of accounts receivable associated with the property owned by the Estate.

3. **Certificate of conference**: Michael Dixson has contacted Council for the Trustee Clyde Pine asking for his agreement to file the motion and Mr. Pine has indicated he is in opposition to this request **(Exhibit A)**

4. **Time estimated for hearing**: half an hour (30 Minutes)

5. **Deadline for when hearing is needed**: by Friday March 22, 2024

WHEREFORE, Michael J. Dixson requests that the EMERGENCY MOTION TO COMPEL TRUSTEE TO EFFECTUATE PROMPT MARKETING AND SALE OF PROPERTY, PROVIDE INSURANCE, FINANCIAL STATEMENTS, MONTHLY OPERATING REPORTS, 2023 TAX RETURN, AND CORRECT DEFECTS IN THE ASSETS OF THE ESTATE UNDER MANAGEMENT BY THE TRUSTEE be set prior to March 22, 2024, on this Court's docket.

Dated: March 18, 2024.

Respectfully submitted,

Michael J. Dixson

**Michael Dixson**
**Manager of the Debtor The Gateway Ventures**
**Creditor of The Gateway Ventures**
**12912 Hill Country Blvd**
**F-235**
**Bee Cave, TX 78738**
**mdixson@pdgatx.com**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2024, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case. A certificate of service by mail with complete addresses will be supplemented by separate instrument.

**Debtor:**
The Gateway Ventures, LLC 12912 Hill Country Blvd, Ste F235 Bee Cave, TX 78738
**Served via U.S. MAIL**

**Trustee:**
Ronald Ingalls Trustee
P.O. Box 2867
Fredericksburg, TX 78624
Email: ingallstrustee@gmail.com
**Served via ECF**

**United States Trustee - EP12** United States Trustee
615 E Houston Ste 533
San Antonio, TX 78205-2055
Email: iustpregion07.sn.ecf.usdoj.gov
**Served via ECF**

**Attorney for Debtor's Trustee**
Clyde A. Pine Jr.
Mounce Green Myers Safi Paxson & Galatza
100 N. Stanton Suite 1000
El Paso, TX 79999
**Served via ECF**

## ECF SERVICE LIST

**Notice will be electronically mailed to:**

James W. Brewer on behalf of Creditor Century Bank
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Cross Claimant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Jeff Carruth on behalf of Cross Claimant The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Jeff Carruth on behalf of Cross Defendant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Jeff Carruth on behalf of Cross Defendant The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Jeff Carruth on behalf of Defendant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Jeff Carruth on behalf of Defendant The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - EP12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Harrel L. Davis, III on behalf of Creditor Cumming Skidmore Property Tax Service, LLC
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Creditor LR Food Corporation
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Creditor Westar Investors Group, LLC
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Creditor Saleem Makani
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Creditor Suhail Bawa
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Cross Defendant Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Defendant Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Plaintiff Westar Investors Group, LLC
hdavis@eplawyers.com, vrust@eplawyers.com; vpena@eplawyers.com

Harrel L. Davis, III on behalf of Plaintiff Saleem Makani
hdavis@eplawyers.com, vrust@eplawyers.com;
vpena@eplawyers.com

Harrel L. Davis, III on behalf of Plaintiff Suhail Bawa
hdavis@eplawyers.com, vrust@eplawyers.com;
vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Ashish Nayyar
jfeu@scotthulse.com, tmar@scotthulse.com;
jcor@scotthulse.com

James Michael Feuille on behalf of Creditor Deepesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com;
jcor@scotthulse.com

James Michael Feuille on behalf of Creditor Rahim Noorani
jfeu@scotthulse.com, tmar@scotthulse.com;
jcor@scotthulse.com

James Michael Feuille on behalf of Creditor Umesh Shrestha
jfeu@scotthulse.com, tmar@scotthulse.com;
jcor@scotthulse.com

Robert R. Feuille on behalf of Interested Party Krupalu, Inc.
bfeu@scotthulse.com, calv@scotthulse.com

Ronald E Ingalls
ingallstrustee@gmail.com,
ecf@ingallstrustee.com; ri@trustesolutions.net; sioboop@ingallstrustee.com

Ronald E Ingalls on behalf of Trustee Ronald E Ingalls
ingallstrustee@gmail.com,
ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstrustee.com

\

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Clyde A. Pine, Jr. on behalf of Trustee Ronald E Ingalls
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov, carey.a.tompkins@usdoj.gov; aubrey.thomas@usdoj.gov;
omar.e.jones@usdoj.gov; Adrian. Duran @usdoj.gov

Ronald J Smeberg on behalf of Interested Party Michael Dixson
ron@smeberg.com, ronaldsmeberg@yahoo.com;
denielle@smeberg.com

Don Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Riley Tunnell on behalf of Creditor Ware Malcomb
rtunnell@thompsoncoe.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Gwen Irene Walraven on behalf of Creditor Legalist DIP GP, LLC
gwalraven@bellnunnally.com, csellers@bellnunnally.com

David Lutz on behalf of Creditor Michael Dixson
dplutz@qwest.com

 Gmail

---

## FW: MOTION FOR EXPEDITED HEARING

---

Michael Dixson | President

### PRESTIGE DEVELOPMENT GROUP
COMMERCIAL REAL ESTATE DEVELOPERS

*Please note that this information is confidential and intended solely for the use of the individual or the entity to whom it is addressed as it contains information that is privileged, confidential, and exempt from disclosure under applicable law. Unauthorized publication, dissemination, forwarding, printing, or copying of this email and it associated attachment is strictly prohibited.*

---

**From:** CLYDE A. PINE <PINE@MGMSG.com>
**Date:** Monday, March 18, 2024 at 10:48 AM
**To:** Michael Dixson <mike@pdgatx.com>
**Cc:** Ronald Ingalls <ingallstrustee@gmail.com>, Robert Skipworth (rskipworth@aol.com) <rskipworth@aol.com>
**Subject:** RE: MOTION FOR EXPEDITED HEARING

We are in opposition.


I don't know if you talked to Robert after he called me on Friday, but we were planning on filing a motion to sell property within the next week or so.


 Clyde A. Pine, Jr.

Attorney and Counselor at Law

MOUNCE, GREEN, MYERS,

SAFI, PAXSON & GALATZAN, PC

100 N. Stanton, Suite 1000

El Paso, TX 79901

P.O. Box 1977

El Paso, TX 79999-1977

(915)532-2000 ext. 506

(915)541-1597 fax

Visit us at www.mgmsg.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system. Pursuant to Department of Treasury Circular 230, this email and any attachment hereto are not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

---

**From:** Michael Dixson <mike@pdgatx.com>
**Sent:** Monday, March 18, 2024 9:44 AM
**To:** CLYDE A. PINE <PINE@MGMSG.com>
**Subject:** MOTION FOR EXPEDITED HEARING
**Importance:** High

Clyde, good morning I hope you had a nice weekend, I am emailing to see if you will agree to a motion to expedite the motion filed by me on Friday being

"**EMERGENCY MOTION TO COMPEL TRUSTEE TO EFFECTUATE**

**PROMPT MARKETING AND SALE OF PROPERTY, PROVIDE INSURANCE, FINANCIAL STATEMENTS, MONTHLY OPERATING REPORTS, 2023 TAX RETURN, AND CORRECT DEFECTS IN THE ASSETS OF THE ESTATE UNDER MANAGEMENT BY THE TRUSTEE" DOC # 566.**

If I don't hear from you agreeing to this by 12:00 Noon Central Time I will assume you are in opposition of the motion on my filing today.

Thank you for your prompt attention to this matter

Regards,